IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS S. OLIVAS § | |
| Petitioner, § | |
| v. § | Civil Action No. 4:22-CV-385-P |
| § | |
| BOBBY LUMPKIN, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by inmate Thomas Olivas. The undersigned attorney hereby enters this appearance of counsel on behalf of Respondent Bobby Lumpkin ("the Director") and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

|||
|---|---|
| | EDWARD L. MARSHALL |
| | Assistant Attorney General |
| | Chief, Criminal Appeals Division |
| *Attorney in Charge | /s/ Willa Cockshutt |
| | WILLA COCKSHUTT |
| | Assistant Attorney General |
| | P. O. Box 12548, Capitol Station |
| | Austin, Texas 78711 |
| | (512) 936-1400 |
| | (512) 936-1280 (fax) |
| | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been served by placing it in the United States mail, postage prepaid, on May 13, 2022, addressed to:

Thomas S. Olivas
TDCJ No: 01957504
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

/s/ Willa Cockshutt
WILLA COCKSHUTT
Assistant Attorney General