IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS S. OLIVAS, § | | |
| Petitioner, § | | |
| § | | |
| v.  § | | No. 4:22-CV-385-P |
| § | | |
| BOBBY LUMPKIN, Director, § | | |
| Texas Department of Criminal Justice,§ | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## CERTIFICATE OF INTERESTED PERSONS

I do hereby certify, pursuant to the Local Rules of the Northern District of Texas, that other than Thomas S. Olivas and the Director, counsel for the Respondent is unaware of any person with an interest in the outcome of this case.

 

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRUCE WEBSTER
First Assistant Attorney General

JOSH RENO
Acting Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Assistant Attorney General
Chief, Criminal Appeals Division

s/ Willa Cockshutt
*Lead Counsel     WILLA COCKSHUTT
Assistant Attorney General

        State Bar No. 24050326

        P.O. Box 12548, Capitol Station
        Austin, Texas 78711
        Telephone No. (512) 936-1400
        Facsimile No. (512) 320-8132

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States Mail, postage prepaid, on the 13th day of May 2022, addressed to:

Thomas S. Olivas
TDCJ No: 01957504
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367

        s/ Willa Cockshutt
        WILLA COCKSHUTT
        Assistant Attorney General