

August 16, 2022

<u>Via Electronic Filing</u>
United States District Court
Northern District of Texas
501 W. 10th Street, Room 401
Fort Worth, Texas 76102

Re:   *Thomas Olivas v. Bobby Lumpkin, Director*
      Civil Action No. 4:22-CV-385-P

Dear Clerk:

Attached please find **State Court Records** in the above referenced cause. Thank you for your kind assistance in this matter.

Sincerely,

s/ *Willa Cockshutt*

WILLA COCKSHUTT
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

WEC/aaj
Enclosures