REPORTER'S RECORD

VOLUME 21 OF 21 VOLUME(S)

TRIAL COURT CAUSE NO. 1376698R

COURT OF APPEALS CASE NO. 02-14-00412-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
3/27/2015 12:36:05 PM
DEBRA SPISAK
Clerk

THE STATE OF TEXAS          )   IN THE 372ND JUDICIAL
                           )
                           )
                           )
                           )
VS.                        )   DISTRICT COURT
                           )
                           )
                           )
THOMAS OLIVAS              )   TARRANT COUNTY, TEXAS

*******************************

EXHIBIT INDEX

*******************************

KAREN B. MARTINEZ, CERTIFIED SHORTHAND REPORTER
Official Court Reporter
372nd Judicial District Court
Tarrant County, Texas

1                          <u>EXHIBITS</u>

2       <u>STATE'S PRETRIAL</u>
        <u>NO</u>.      <u>DESCRIPTION</u>              <u>OFFERED</u> <u>ADMITTED</u> <u>VOL</u>.
3
        *  1     Video Disc                  12        12      2
4                (Tarrant-1376698R-RR-SXPT1.mp4)

5       *  1A    Transcript to SXPT 1        13        13      2

6       *  2     Video Disc                  12        12      2
                 (Tarrant-1376698R-RR-SXPT2.mp4)
7
        *  2A    Transcript to SXPT 2        13        13      2
8
        *  3     Video Disc                  12        12      2
9                (Tarrant-1376698R-RR-SXPT3.mp4)

10      *  3A    Transcript to SXPT 3        13        13      2

11      *  4     Copy of Miranda Card        32        32      2

12      *  5     Consent to Search           35        36      2

13      *  6     Consent to Search           35        36      2

14      *  7     Consent to Search           35        36      2

15      *  8     Consent to Search           35        36      2

16      *  9     Consent to Search           35        36      2

17      * 10     Xerox Photograph            42        43      2

18      * 11     Xerox Photograph            42        43      2

19      * 12     Xerox Photograph            42        43      2

20      * 13     Xerox Photograph            42        43      2

21      * 14     Xerox Photograph            42        43      2

22      * 15     Xerox Photograph            42        43      2

23      * 16     Xerox Photograph            44        45      2

24      * 17     Xerox Photograph            44        45      2

25      * 18     Xerox Photograph            44        45      2

| | | | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|---|
| 1 | * 19 | Xerox Photograph | 44 | 45 | 2 |
| 2 | * 20 | Xerox Photograph | 44 | 45 | 2 |
| 3 | * 21 | Xerox Photograph | 44 | 45 | 2 |
| 4 | * 22 | Xerox Photograph | 44 | 45 | 2 |
| 5 | * 23 | Xerox Photograph | 44 | 45 | 2 |

DEFENDANT'S PRETRIAL

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| * 1 | List of Names Provided by the State | 75 | 75 | 2 |

COURT'S PRETRIAL

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| * 1 | Audio Disc - TCSO Jail Telephone Recordings (Could not be converted) | -- | 20 | 5 |

STATE'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 1 | Audio Disc (Tarrant-1376698R-RR-SX1.mp3) | 148 | 148 | 7 |
| 2 | Large Aerial Photograph | 84 | 85 | 7 |
| 3 | Large Diagram | 176 | 176 | 7 |
| 4 | Large Diagram | 57 | 57 | 8 |
| 5 | Video Disc (Tarrant-1376698R-RR-SX5.mp4) | 152 | 155 | 14 |
| 6 | Video Disc (Tarrant-1276698R-RR-SX6.mp4) | 152 | 155 | 14 |
| * 7 | Citation and Notice of Application of Protective Order | 18 | 19 | 18 |
| 8 | Photograph | 26 | 26 | 8 |

STATE vs. THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 9 | Photograph | 96 | 96 | 7 |
| 2 | 10 | Photograph | 64 | 65 | 8 |
| 3 | 11 | Photograph | 64 | 65 | 8 |
| 4 | 12 | Photograph | 64 | 65 | 8 |
| 5 | 13 | Photograph | 96 | 96 | 7 |
| 6 | 14 | Photograph | 64 | 65 | 8 |
| 7 | 15 | Photograph | 64 | 65 | 8 |
| 8 | 16 | Photograph | 64 | 65 | 8 |
| 9 | 17 | Photograph | 64 | 65 | 8 |
| 10 | 18 | Photograph | 64 | 65 | 8 |
| 11 | 19 | Photograph | 64 | 65 | 8 |
| 12 | 20 | Photograph | 64 | 65 | 8 |
| 13 | 21 | Photograph | 64 | 65 | 8 |
| 14 | 22 | Photograph | 64 | 65 | 8 |
| 15 | 23 | Photograph | 64 | 65 | 8 |
| 16 | 24 | Photograph | 64 | 65 | 8 |
| 17 | 25 | Photograph | 64 | 65 | 8 |
| 18 | 26 | Photograph | 64 | 65 | 8 |
| 19 | 27 | Photograph | 64 | 65 | 8 |
| 20 | 28 | Photograph | 64 | 65 | 8 |
| 21 | 29 | Photograph | 64 | 65 | 8 |
| 22 | 30 | Photograph | 64 | 65 | 8 |
| 23 | 31 | Photograph | 64 | 65 | 8 |
| 24 | 32 | Photograph | 64 | 65 | 8 |
| 25 | 33 | Photograph | 64 | 65 | 8 |

STATE v. THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 34 | Photograph | 64 | 65 | 8 |
| 2 | 35 | Photograph | 64 | 65 | 8 |
| 3 | 36 | Photograph | 64 | 65 | 8 |
| 4 | 37 | Photograph | 64 | 65 | 8 |
| 5 | 38 | Photograph | 64 | 65 | 8 |
| 6 | 39 | Photograph | 64 | 65 | 8 |
| 7 | 40 | Photograph | 64 | 65 | 8 |
| 8 | 41 | Photograph | 64 | 65 | 8 |
| 9 | 42 | Photograph | 64 | 65 | 8 |
| 10 | 43 | Photograph | 64 | 65 | 8 |
| 11 | 44 | Photograph | 64 | 65 | 8 |
| 12 | 45 | Photograph | 64 | 65 | 8 |
| 13 | 46 | Photograph | 64 | 65 | 8 |
| 14 | 47 | Photograph | 64 | 65 | 8 |
| 15 | 48 | Photograph | 64 | 65 | 8 |
| 16 | 49 | Photograph | 64 | 65 | 8 |
| 17 | 50 | Photograph | 64 | 65 | 8 |
| 18 | 51 | Photograph | 64 | 65 | 8 |
| 19 | 52 | Photograph | 64 | 65 | 8 |
| 20 | 53 | Photograph | 64 | 65 | 8 |
| 21 | 54 | Photograph | 64 | 65 | 8 |
| 22 | 55 | Photograph | 64 | 65 | 8 |
| 23 | 56 | Photograph | 64 | 65 | 8 |
| 24 | 57 | Photograph | 64 | 65 | 8 |
| 25 | 58 | Photograph | 64 | 65 | 8 |

| 1 | 59 | Photograph | | 64 | 65 | 8 |
|---|---|---|---|---|---|---|
| 2 | 60 | Photograph | | 64 | 65 | 8 |
| 3 | 61 | Photograph | | 64 | 65 | 8 |
| 4 | 62 | Photograph | | 64 | 65 | 8 |
| 5 | 63 | Photograph | | 64 | 65 | 8 |
| 6 | 64 | Photograph | | 64 | 65 | 8 |
| 7 | 65 | Photograph | | 64 | 65 | 8 |
| 8 | 66 | Photograph | | 64 | 65 | 8 |
| 9 | 67 | Photograph | | 64 | 65 | 8 |
| 10 | 68 | Photograph | | 64 | 65 | 8 |
| 11 | 69 | Photograph | | 64 | 65 | 8 |
| 12 | 70 | Photograph | | 64 | 65 | 8 |
| 13 | 71 | Photograph | | 64 | 65 | 8 |
| 14 | 72 | Photograph | | 64 | 65 | 8 |
| 15 | 73 | Photograph | | 64 | 65 | 8 |
| 16 | 74 | Photograph | | 64 | 65 | 8 |
| 17 | 75 | Photograph | | 64 | 65 | 8 |
| 18 | 76 | Photograph | | 64 | 65 | 8 |
| 19 | 77 | Photograph | | 64 | 65 | 8 |
| 20 | 78 | Photograph | | 64 | 65 | 8 |
| 21 | 79 | Photograph | | 64 | 65 | 8 |
| 22 | 80 | Photograph | | 64 | 65 | 8 |
| 23 | 81 | Photograph | | 64 | 65 | 8 |
| 24 | 82 | Photograph | | 64 | 65 | 8 |
| 25 | 83 | Photograph | | 64 | 65 | 8 |

| 1 | 84 | Photograph | 64 | 65 | 8 |
| 2 | 85 | Photograph | 64 | 65 | 8 |
| 3 | 86 | Photograph | 64 | 65 | 8 |
| 4 | 87 | Photograph | 64 | 65 | 8 |
| 5 | 88 | Photograph | 64 | 65 | 8 |
| 6 | 89 | Photograph | 64 | 65 | 8 |
| 7 | 90 | Photograph | 64 | 65 | 8 |
| 8 | 91 | Photograph | 64 | 65 | 8 |
| 9 | 92 | Photograph | 64 | 65 | 8 |
| 10 | 93 | Photograph | 64 | 65 | 8 |
| 11 | 94 | Photograph | 64 | 65 | 8 |
| 12 | 95 | Photograph | 64 | 65 | 8 |
| 13 | 96 | Photograph | 64 | 65 | 8 |
| 14 | 97 | Photograph | 64 | 65 | 8 |
| 15 | 98 | Photograph | 64 | 65 | 8 |
| 16 | 99 | Photograph | 64 | 65 | 8 |
| 17 | 100 | Photograph | 64 | 65 | 8 |
| 18 | 101 | Photograph | 64 | 65 | 8 |
| 19 | 102 | Photograph | 64 | 65 | 8 |
| 20 | 103 | Photograph | 64 | 65 | 8 |
| 21 | 104 | Photograph | 64 | 65 | 8 |
| 22 | 105 | Photograph | 64 | 65 | 8 |
| 23 | 106 | Photograph | 64 | 65 | 8 |
| 24 | 107 | Photograph | 64 | 65 | 8 |
| 25 | 108 | Photograph | 64 | 65 | 8 |

| 1 | 109 | Photograph | 64 | 65 | 8 |
| 2 | 110 | Photograph | 64 | 65 | 8 |
| 3 | 111 | Photograph | 64 | 65 | 8 |
| 4 | 112 | Photograph | 64 | 65 | 8 |
| 5 | 113 | Photograph | 64 | 65 | 8 |
| 6 | 114 | Photograph | 136 | 136 | 8 |
| 7 | 115 | Photograph | 136 | 136 | 8 |
| 8 | 116 | Photograph | 136 | 136 | 8 |
| 9 | 117 | Photograph | 136 | 136 | 8 |
| 10 | 118 | Photograph | 153 | 153 | 16 |
| 11 | 119 | Photograph | 196 | 196 | 12 |
| 12 | 120 | Photograph | 196 | 196 | 12 |
| 13 | 121 | Photograph | 196 | 196 | 12 |
| 14 | 122 | Photograph | 196 | 196 | 12 |
| 15 | 123 | Photograph | 153 | 153 | 16 |
| 16 | 124 | Photograph | 153 | 153 | 16 |
| 17 | 125 | Photograph | 153 | 153 | 16 |
| 18 | 126 | Photograph | 153 | 153 | 16 |
| 19 | 127 | Photograph | 153 | 153 | 16 |
| 20 | 128 | Photograph | 80 | 81 | 10 |
| 21 | 129 | Photograph | 80 | 81 | 10 |
| 22 | 130 | Photograph | 80 | 81 | 10 |
| 23 | 131 | Photograph | 153 | 153 | 16 |
| 24 | 132 | Photograph | 80 | 81 | 10 |
| 25 | 133 | Photograph | 80 | 81 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 134 | Photograph | 80 | 81 | 10 |
| 2 | 135 | Photograph | 80 | 81 | 10 |
| 3 | 136 | Photograph | 66 | 66 | 12 |
| 4 | 137 | Photograph | 66 | 66 | 12 |
| 5 | 138 | Photograph | 66 | 66 | 12 |
| 6 | 139 | Photograph | 66 | 66 | 12 |
| 7 | 140 | Photograph | 193 | 193 | 16 |
| 8 | 141 | Photograph | 193 | 193 | 16 |
| 9 | 142 | Photograph | 193 | 193 | 16 |
| 10 | 143 | Photograph | 193 | 193 | 16 |
| 11 | 144 | Photograph | 193 | 193 | 16 |
| 12 | 145 | Photograph | 193 | 193 | 16 |
| 13 | 146 | Photograph | 193 | 193 | 16 |
| 14 | 147 | Photograph | 193 | 193 | 16 |
| 15 | 148 | Photograph | 193 | 193 | 16 |
| 16 | 149 | Photograph | 193 | 193 | 16 |
| 17 | 150 | Photograph | 193 | 193 | 16 |
| 18 | 151 | Photograph | 193 | 193 | 16 |
| 19 | 152 | Photograph | 193 | 193 | 16 |
| 20 | 153 | Photograph | 193 | 193 | 16 |
| 21 | 154 | Photograph | 193 | 193 | 16 |
| 22 | 155 | Photograph | 193 | 193 | 16 |
| 23 | 156 | Photograph | 193 | 193 | 16 |
| 24 | 157 | Photograph | 193 | 193 | 16 |
| 25 | 158 | Photograph | 193 | 193 | 16 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 159 | Photograph | 193 | 193 | 16 |
| 2 | 160 | Photograph | 193 | 193 | 16 |
| 3 | 161 | Photograph | 193 | 193 | 16 |
| 4 | 162 | Photograph | 193 | 193 | 16 |
| 5 | 163 | Photograph | 193 | 193 | 16 |
| 6 | 164 | Large Photo on Black Board | 240 | 240 | 7 |
| 7 | 165 | Chart on Easel Paper | 67 | 67 | 7 |
| 8 | 166 | Swab of Beer Can in Package | 140 | 141 | 8 |
| 9 | *166A | Evidence Box | 140 | 141 | 8 |
| 10 | *166B | Evidence Sack | 140 | 141 | 8 |
| 11 | 167 | Swab of Lighter in Package | 142 | 143 | 8 |
| 12 | *167A | Evidence Box | 142 | 143 | 8 |
| 13 | *167B | Evidence Sack | 142 | 143 | 8 |
| 14 | *168 | Swab of Lighter Fluid Cap in Package | 144 | 145 | 8 |
| 15 | | (For All Purposes) | 110 | 112 | 18 |
| 16 | *168A | Evidence Box | 144 | 145 | 8 |
| 17 | | (For All Purposes) | 110 | 112 | 18 |
| | *168B | Evidence Sack | 144 | 145 | 8 |
| 18 | | | 110 | 112 | 18 |
| 19 | 169 | Blood Swabs in Package | 148 | 149 | 8 |
| 20 | *169A | Evidence Box | 148 | 149 | 8 |
| 21 | *169B | Evidence Sack | 148 | 149 | 8 |
| 22 | 170 | Swab of Lighter in Package | 150 | 150 | 8 |
| 23 | *170A | Evidence Box | 150 | 150 | 8 |
| 24 | *170B | Evidence Sack | 150 | 150 | 8 |
| 25 | 171 | Control Swabs in Package | 151 | 151 | 8 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | *171A | Evidence Box | 151 | 151 | 8 |
| 2 | *171B | Evidence Sack | 151 | 151 | 8 |
| 3 | 172 | Swab of Red Stain in Package | 152 | 152 | 8 |
| 4 | *172A | Evidence Box | 152 | 152 | 8 |
| 5 | *172B | Evidence Sack | 152 | 152 | 8 |
| 6 | *173 | Swab of Blood in Package (For All Purposes) | 153 110 | 155 112 | 8 18 |
| 7 | | | | | |
| 8 | *173A | Evidence Box (For All Purposes) | 153 110 | 155 112 | 8 18 |
| 9 | *173B | Evidence Sack | 153 110 | 155 112 | 8 18 |
| 10 | | | | | |
| 11 | 174 | Swab of Blood in Package | 156 | 157 | 8 |
| 12 | *174A | Evidence Box | 156 | 157 | 8 |
| 13 | *174B | Evidence Sack | 156 | 157 | 8 |
| 14 | 175 | Swab of Blood in Package | 158 | 159 | 8 |
| 15 | *175A | Evidence Box | 158 | 159 | 8 |
| 16 | *175B | Evidence Sack | 158 | 159 | 8 |
| 17 | *176 | Swab of Lighter in Package (For All Purposes) | 160 110 | 161 113 | 8 18 |
| 18 | *176A | Evidence Box (For All Purposes) | 160 110 | 161 113 | 8 18 |
| 19 | | | | | |
| 20 | *176B | Evidence Sack | 160 110 | 161 113 | 8 18 |
| 21 | | | | | |
| 22 | 177 | Swab of Blood in Package | 162 | 162 | 8 |
| 23 | *177A | Evidence Box | 162 | 162 | 8 |
| 24 | *177B | Evidence Sack | 162 | 162 | 8 |
| 25 | 178 | Swab of Blood in Package | 163 | 163 | 8 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | *178A | Evidence Box | 163 | 163 | 8 |
| 2 | *178B | Evidence Sack | 163 | 163 | 8 |
| 3 | 179 | Swab of Blood in Package | 164 | 164 | 8 |
| 4 | *179A | Evidence Box | 164 | 164 | 8 |
| 5 | *179B | Evidence Sack | 164 | 164 | 8 |
| 6 | 180 | Swab of Blood in Package | 165 | 165 | 8 |
| 7 | *180A | Evidence Box | 165 | 165 | 8 |
| 8 | *180B | Evidence Sack | 165 | 165 | 8 |
| 9 | 181 | Control Swabs in Package | 166 | 167 | 8 |
| 10 | *181A | Evidence Box | 166 | 167 | 8 |
| 11 | *181B | Evidence Sack | 166 | 167 | 8 |
| 12 | 182 | Swab of Lighter Fluid Cap in Package | 168 | 169 | 8 |
| 13 | *182A | Evidence Box | 168 | 169 | 8 |
| 14 | *182B | Evidence Sack | 168 | 169 | 8 |
| 15 | 183 | Swab of Blood in Package | 170 | 170 | 8 |
| 16 | *183A | Evidence Box | 170 | 170 | 8 |
| 17 | *183B | Evidence Sack | 170 | 170 | 8 |
| 18 | 184 | Beer Can with Packaging in Ziploc | 172 | 174 | 8 |
| 19 | *184A | Evidence Sacks with Ruler | 172 | 174 | 8 |
| 20 | 185 | Lighter in Ziploc | 37 | 38 | 9 |
| 21 | *185A | Evidence Box | 37 | 38 | 9 |
| 22 | *185B | Evidence Sack with Ruler | 37 | 38 | 9 |
| 23 | 186 | Lighter in Ziploc | 31 | 33 | 9 |
| 24 | *186A | Evidence Box | 31 | 33 | 9 |

| # | No. | Description | | | |
|---|---|---|---|---|---|
| 1 | *186B | Evidence Sack with Ruler | 31 | 33 | 9 |
| 2 | 187 | Lighter in Ziploc | 46 | 47 | 9 |
| 3 | *187A | Evidence Box | 46 | 47 | 9 |
| 4 | *187B | Evidence Sack with Ruler | 46 | 47 | 9 |
| 5 | 188 | Nikon Camera in Ziploc | 48 | 50 | 9 |
| 6 | *188A | Evidence Box | 48 | 50 | 9 |
| 7 | 188B | Camera Bag in Ziploc | 48 | 50 | 9 |
| 8 | *188C | Evidence Sacks | 48 | 50 | 9 |
| 9 | 189 | Nikon Coolpix Camera in Ziploc | 34 | 37 | 9 |
| 10 | *189A | Evidence Box | 34 | 37 | 9 |
| 11, 12 | *189B | Camera Charger and Bag in Ziploc | 34 | 37 | 9 |
| 13 | *189C | Evidence Sacks with Clear Bag | 34 | 37 | 9 |
| 14, 15, 16 | *190 | Sealed Bag Containing Cell Phone with Evidence Box (For All Purposes) | 43 / 28 | 45 / 28 | 9 / 17 |
| 16 | *190A | Evidence Sacks | 43 | 45 | 9 |
| 17 | 191 | Keys on Rings | 41 | 42 | 9 |
| 18 | *191A | Evidence Box | 41 | 42 | 9 |
| 19 | *191B | Evidence Sacks | 41 | 42 | 9 |
| 20 | 192 | Keys on Rings | 39 | 42 | 9 |
| 21 | *192A | Evidence Box | 39 | 42 | 9 |
| 22 | *192B | Evidence Sack | 39 | 42 | 9 |
| 23, 24 | 193 | Knife Block with Three Knives in White Packaging | 18 | 20 | 9 |
| 25 | *193A | Evidence Sacks | 18 | 20 | 9 |

| | 194 | Black-Handled Knife in Ziploc | 21 | 22 | 9 |
|---|---|---|---|---|---|
| | *194A | Evidence Box, Packaging, Ruler | 21 | 22 | 9 |
| | *194B | Evidence Packaging | 21 | 22 | 9 |
| | 195 | Two Paring Knives in White Packaging in Ziploc | 24 | 25 | 9 |
| | *195A | Evidence Box, Packaging, Ruler | 24 | 25 | 9 |
| | *195B | Evidence Packaging | 24 | 25 | 9 |
| | 196 | Three Knives in White Packaging in Ziploc | 26 | 30 | 9 |
| | *196A | Evidence Box, Packaging, Ruler | 26 | 30 | 9 |
| | *196B | Evidence Packaging | 26 | 30 | 9 |
| | 197 | Duct Tape in Packaging | 51 | 53 | 9 |
| | *197A | Evidence Paint Can with Packaging | 51 | 53 | 9 |
| | *197B | Evidence Sack with Ruler | 51 | 53 | 9 |
| | 198 | Sock in Ziploc | 54 | 55 | 9 |
| | *198A | Evidence Paint Can with Packaging | 54 | 55 | 9 |
| | *198B | Evidence Sack with Ruler | 54 | 55 | 9 |
| | 199 | Blouse in Ziploc | 15 | 17 | 9 |
| | *199A | Evidence Paint Can with Packaging | 15 | 17 | 9 |
| | *199B | Evidence Sack with Ruler | 15 | 17 | 9 |
| | 200 | White Towel | 12 | 14 | 9 |
| | *200A | Evidence Sack, Packaging, Ruler | 12 | 14 | 9 |

| 201 | Chart on Easel Paper | 26 | 26 | 8 |
|---|---|---|---|---|
| 202 | Laptop | 69 | 72 | 9 |
| *202A | Evidence Packaging | 69 | 72 | 9 |
| *202B | Evidence Box | 69 | 72 | 9 |
| 203 | Thumb Drive in Ziploc | 73 | 77 | 9 |
| *203A | Evidence Box | 73 | 77 | 9 |
| *203B | Evidence Sack | 73 | 77 | 9 |
| 204 | Doorknob with Packaging | 58 | 60 | 9 |
| *204A | Large Evidence Box | 58 | 60 | 9 |
| 205 | Doorknob with Packaging | 56 | 57 | 9 |
| *205A | Large Evidence Box | 56 | 57 | 9 |
| 206 | Doorknob with Packaging | 62 | 63 | 9 |
| *206A | Large Evidence Box | 62 | 63 | 9 |
| 207 | Doorknob with Packaging | 64 | 65 | 9 |
| *207A | Large Evidence Box | 64 | 65 | 9 |
| 208 | Dead Bolt and Knob Assembly with Packaging | 66 | 68 | 9 |
| *208A | Large Evidence Box | 66 | 68 | 9 |
| 209 | Dead Bolt and Knob Assembly with Packaging | 60 | 61 | 9 |
| *209A | Large Evidence Box | 60 | 61 | 9 |
| 210 | Chart on Easel Paper | 198 | 198 | 10 |
| *211 | Xerox Photograph (For All Purposes) | 48  36 | 50  36 | 11  17 |
| 212 | Consent to Search | 209 | 211 | 12 |
| 213 | Consent to Search | 209 | 212 | 12 |
| 214 | Consent to Search | 209 | 210 | 12 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 215 | Consent to Search | 209 | 210 | 12 |
| 2 | 216 | Consent to Search | 209 | 211 | 12 |
| 3 | 217 | Photograph | 215 | 216 | 12 |
| 4 | 218 | Photograph | 215 | 216 | 12 |
| 5 | 219 | Photograph | 215 | 217 | 12 |
| 6 | 220 | Photograph | 215 | 217 | 12 |
| 7 | 221 | Photograph | 215 | 217 | 12 |
| 8 | 222 | Photograph | 215 | 218 | 12 |
| 9 | 223 | Photograph | 215 | 218 | 12 |
| 10 | 224 | Photograph | 215 | 219 | 12 |
| 11 | 225 | Photograph | 215 | 219 | 12 |
| 12 | 226 | Photograph | 215 | 219 | 12 |
| 13 | 227 | Photograph | 215 | 220 | 12 |
| 14 | 228 | Photograph | 215 | 220 | 12 |
| 15 | 229 | Photograph | 215 | 221 | 12 |
| 16 | 230 | Photograph | 215 | 221 | 12 |
| 17 | 231 | Birthday Invitation | 34 | 34 | 11 |
| 18 | 231A | Envelope | 34 | 34 | 11 |
| 19 | 232 | Audio Disc (Tarrant-1376698R-RR-SX232.mp3) | 177 | 177 | 11 |
| 20 | | | | | |
| 21 | 233 | Court Documents | 180 | 181 | 11 |
| 22 | 234 | Court Documents | 190 | 190 | 11 |
| 23 | 235 | Chart on Easel Paper | 192 | 192 | 11 |
| 24 | 236 | Court Documents | 194 | 195 | 11 |
| 25 | 237 | Xerox Photograph | 251 | 252 | 11 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 238 | Bank of America Document | 251 | 252 | 11 |
| 2 | 239 | Southwest Bowling Document | 251 | 252 | 11 |
| 3 | 240 | Bowling Calendar | 251 | 252 | 11 |
| 4 | 241 | "The Bowling News" Article | 251 | 252 | 11 |
| 5 | 242 | Hotel Receipt | 251 | 252 | 11 |
| 6 | 243 | Jopson's Phone Records | 280 | -- | 11 |
| 7 | | | 124 | 124 | 16 |
| 8 | 244 | Paint Can Containing Fire Debris From Baby's Room | 77 | 78 | 12 |
| 9 | 244A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 10 | | | | | |
| 11 | 245 | Paint Can 2 Containing Fire Debris From Baby's Room | 77 | 78 | 12 |
| 12 | 245A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 13 | | | | | |
| 14 | 246 | Paint Can 3 Containing Fire Debris From Baby's Room | 77 | 78 | 12 |
| 15 | 246A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 16 | | | | | |
| 17 | 247 | Paint Can 4 Containing Carpet Sample From Vehicle | 77 | 78 | 12 |
| 18 | 247A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 19 | | | | | |
| 20 | 248 | Paint Can 5 Containing Fire Debris From Master Bedroom | 77 | 78 | 12 |
| 21 | 248A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 22 | | | | | |
| 23 | 249 | Paint Can 6 Containing Fire Debris From Living Room | 77 | 78 | 12 |
| 24 | 249A | Vial Containig Carbon Strip in Ziploc | 125 | 125 | 12 |
| 25 | | | | | |

| 1 | 250 | Paint Can 7 Containing Fire Debris From Living Room | 77 | 78 | 12 |
|---|---|---|---|---|---|
| 2 3 | 250A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 4 5 | 251 | Paint Can 8 Containing Fire Debris From Living Room | 77 | 78 | 12 |
| 6 | 251A | Vial Containing Carbon Strip in Ziploc | 125 | 125 | 12 |
| 7 | *252 | White Envelope | 77 | 77 | 12 |
| 8 | *253 | White Envelope | 77 | 77 | 12 |
| 9 | 255 | Chart on Easel Paper | 137 | 138 | 12 |
| 10 | 256 | Photograph | 150 | 150 | 12 |
| 11 | 257 | Photograph | 150 | 150 | 12 |
| 12 | 258 | Paint Can - Baby's Clothing | 163 | 164 | 12 |
| 13 | *259 | White Envelope and Contents | 163 | 164 | 12 |
| 14 | *260 | White Envelope and Contents | 163 | 164 | 12 |
| 15 16 | *261 | Paint Can - Bloody Shorts (For All Purposes) | 66 122 | 66 122 | 13 13 |
| 17 | *262 | Sealed Envelope with Arson Sample | 164 | 164 | 12 |
| 18 19 | 263 | Sealed Coin Envelope with Trace Contents | 71 | 71 | 13 |
| 20 | 264 | Sealed Coin Envelope with Trace Contents | 71 | 71 | 13 |
| 21 22 | 265 | Sealed Coin Envelope with Trace Contents | 71 | 71 | 13 |
| 23 | 266 | Sealed Coin Envelope with Trace Contents | 71 | 71 | 13 |
| 24 25 | 267 | Sealed Coin Envelope with Trace Contents | 71 | 71 | 13 |

| | | | | |
|---|---|---|---|---|
| 268 | Glassine Envelope with Defendant's Pubic Hairs in Ziploc | 26 | 26 | 18 |
| *268A | Evidence Envelope | 26 | 26 | 18 |
| 269 | Evidence Sack and Contents | 75 | 75 | 13 |
| 270 | Sexual Assault Kit Box and Contents | 75 | 75 | 13 |
| 271 | Large ME Photograph on Black Board | 43 | 43 | 13 |
| 272 | Large ME Photograph on Black Board | 43 | 43 | 13 |
| 273 | Large ME Photograph on Black Board | 43 | 43 | 13 |
| 274 | Large ME Photograph on Black Board | 43 | 43 | 13 |
| 275 | Large ME Photograph on Black Board | 43 | 44 | 13 |
| 276 | Large ME Photograph on Black Board | 43 | 44 | 13 |
| 277 | Chart on Easel Paper | 87,89 | 91 | 13 |
| 278 | Xerox Photograph | 107 | 107 | 13 |
| 279 | Chart on Easel Paper | 123 | 124 | 13 |
| 280 | Large ME Photograph on Black Board | 78 | 78 | 14 |
| 281 | Large ME Photograph on Black Board | 78 | 78 | 14 |
| 282 | Large ME Photograph on Black Board | 78 | 78 | 14 |
| 283 | Large ME Photograph on Black Board | 78 | 78 | 14 |
| 284 | Copy of Miranda Card | 150 | 150 | 14 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 285 | Photograph | 24 | 24 | 15 |
| 2 | 286 | Photograph | 24 | 24 | 15 |
| 3 | 287 | Photograph | 24 | 24 | 15 |
| 4 | 288 | Photograph | 24 | 24 | 15 |
| 5 | 289 | Photograph | 24 | 24 | 15 |
| 6 7 | 290 | Glassine Envelope with Mechelle's Head Hairs in Ziploc | 26 | 27 | 18 |
| 8 | *290A | Evidence Envelope | 9,26 | 9,27 | 18 |
| 9 10 | *292A | Hand Swabs of Defendant in Tube | 114 | 114 | 18 |
| 11 | *292B | Hand Swabs of Defendant in Tube | 114 | 114 | 18 |
| 12 | *292C | Evidence Sack | 114 | 114 | 18 |
| 13 | 293 | Photograph | 160 | 160 | 15 |
| 14 | 294 | Photograph | 92 | 92 | 16 |
| 15 | 295 | Defendant's Phone Records | 124 | 125 | 16 |
| 16 17 | 296 | Sealed Bag Containing Hard Drive | 41,42 | 42 | 17 |
| 18 | *296A | Evidence Box | 42 | 42 | 17 |
| 18 19 | 297 | Historical Cell Site Analysis | 93 | 94 | 17 |
| 20 | 298 | Text/Call Records | 126 | 126 | 17 |
| 21 | 299 | Text/Call Records | 126 | 126 | 17 |
| 22 | 300 | Text/Call Records | 126 | 126 | 17 |
| 23 | 302 | Written Stipulation | 139 | 139 | 18 |
| 24 | 303 | Stipulation of Evidence | 139 | 139 | 18 |
| 25 | 304 | Sealed Coin Envelope with Trace Contents | 26 | 27 | 18 |

| 305 | Sealed Coin Envelope with Trace Contents | 113 | 113 | 18 |
|---|---|---|---|---|
| 306 | Sealed Coin Envelope with Trace Contents | 113 | 113 | 18 |
| 307 | Sealed Coin Envelope with Trace Contents | 113 | 114 | 18 |
| 309 | DNA Chart | 62 | 62 | 18 |
| 310 | DNA Chart | 62 | 62 | 18 |

| DEFENDANT'S NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 1 | Xerox Photograph | 108 | 108 | 7 |
| 2 | Xerox Photograph | 108 | 108 | 7 |
| 3 | Chart on Easel Paper | 108 | 108 | 7 |
| 4 | Chart on Easel Paper | 119 | 120 | 7 |
| 5 | Chart on Easel Paper | 295 | 296 | 7 |
| 6 | Diagram | 115 | 115 | 9 |
| 7 | Crime Scene Document with Measurements | 116 | 116 | 9 |
| 12 | Photograph | 127 | 127 | 9 |
| 13 | Photograph | 127 | 127 | 9 |
| 14 | Photograph | 127 | 127 | 9 |
| 15 | Photograph | 127 | 127 | 9 |
| 16 | Photograph | 127 | 127 | 9 |
| 17 | Photograph | 127 | 127 | 9 |
| 18 | Photograph | 137 | 137 | 9 |
| 19 | Photograph | 137 | 137 | 9 |
| 20 | Photograph | 137 | 137 | 9 |

STATE OF THOMAS OLIVAS

| 1  | 21 | Photograph             | 137 | 137 | 9 |
|----|----|------------------------|-----|-----|---|
| 2  | 22 | Photograph             | 137 | 137 | 9 |
| 3  | 23 | Photograph             | 137 | 137 | 9 |
| 4  | 24 | Photograph             | 137 | 137 | 9 |
| 5  | 25 | Photograph             | 137 | 137 | 9 |
| 6  | 26 | Photograph             | 137 | 137 | 9 |
| 7  | 27 | Photograph             | 137 | 137 | 9 |
| 8  | 28 | Photograph             | 137 | 137 | 9 |
| 9  | 29 | Photograph             | 152 | 154 | 9 |
| 10 | 30 | Diagram with Red Marks | 168 | 168 | 9 |
| 11 | 31 | Photograph             | 180 | 180 | 9 |
| 12 | 32 | Photograph             | 180 | 180 | 9 |
| 13 | 33 | Photograph             | 180 | 180 | 9 |
| 14 | 34 | Photograph             | 180 | 180 | 9 |
| 15 | 35 | Photograph             | 180 | 180 | 9 |
| 16 | 36 | Photograph             | 180 | 180 | 9 |
| 17 | 37 | Photograph             | 190 | 190 | 9 |
| 18 | 38 | Photograph             | 190 | 190 | 9 |
| 19 | 39 | Photograph             | 190 | 190 | 9 |
| 20 | 40 | Photograph             | 190 | 190 | 9 |
| 21 | 41 | Photograph             | 190 | 190 | 9 |
| 22 | 42 | Photograph             | 190 | 190 | 9 |
| 23 | 43 | Photograph             | 190 | 190 | 9 |
| 24 | 44 | Photograph             | 198 | 198 | 9 |
| 25 | 45 | Photograph             | 198 | 198 | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 46 | Photograph | 198 | 198 | 9 |
| 2 | 47 | Photograph | 198 | 198 | 9 |
| 3 | 48 | Photograph | 198 | 198 | 9 |
| 4 | 49 | Photograph | 198 | 198 | 9 |
| 5 | 50 | Photograph | 198 | 198 | 9 |
| 6 | 51 | Photograph | 198 | 198 | 9 |
| 7 | 52 | Photograph | 198 | 198 | 9 |
| 8 | 53 | Photograph | 198 | 198 | 9 |
| 9 | 54 | Photograph | 198 | 198 | 9 |
| 10 | 55 | Photograph | 198 | 198 | 9 |
| 11 | 56 | Photograph | 198 | 198 | 9 |
| 12 | 57 | Photograph | 198 | 198 | 9 |
| 13 | 58 | Photograph | 198 | 198 | 9 |
| 14 | 59 | Photograph | 198 | 198 | 9 |
| 15 | 60 | Photograph | 198 | 198 | 9 |
| 16 | 61 | Photograph | 198 | 198 | 9 |
| 17 | 62 | Photograph | 198 | 198 | 9 |
| 18 | 63 | Photograph | 198 | 198 | 9 |
| 19 | 64 | Photograph | 14 | 14 | 10 |
| 20 | 65 | Photograph | 14 | 14 | 10 |
| 21 | 66 | Photograph | 14 | 14 | 10 |
| 22 | 67 | Photograph | 14 | 14 | 10 |
| 23 | 68 | Photograph | 14 | 14 | 10 |
| 24 | 69 | Photograph | 14 | 14 | 10 |
| 25 | 70 | Photograph | 14 | 14 | 10 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 71 | Photograph | 14 | 14 | 10 |
| 2 | 72 | Photograph | 24 | 24 | 10 |
| 3 | 73 | Photograph | 24 | 24 | 10 |
| 4 | 74 | Photograph | 24 | 24 | 10 |
| 5 | 75 | Photograph | 25 | 25 | 10 |
| 6 | 76 | Photograph | 25 | 25 | 10 |
| 7 | 77 | Photograph | 25 | 25 | 10 |
| 8 | 78 | Photograph | 25 | 25 | 10 |
| 9 | 79 | Photograph | 25 | 25 | 10 |
| 10 | 80 | Photograph | 40 | 41 | 10 |
| 11 | 81 | Photograph | 40 | 41 | 10 |
| 12 | 82 | Photograph | 40 | 41 | 10 |
| 13 | 83 | Photograph | 40 | 41 | 10 |
| 14 | 84 | Photograph | 40 | 41 | 10 |
| 15 | 85 | Photograph | 40 | 41 | 10 |
| 16 | 86 | Photograph | 40 | 41 | 10 |
| 17 | 87 | Photograph | 40 | 41 | 10 |
| 18 | 88 | Photograph | 40 | 41 | 10 |
| 19 | 89 | Photograph | 40 | 41 | 10 |
| 20 | 90 | Photograph | 40 | 41 | 10 |
| 21 | 91 | Photograph | 40 | 41 | 10 |
| 22 | 92 | Photograph | 40 | 41 | 10 |
| 23 | 93 | Photograph | 40 | 41 | 10 |
| 24 | 94 | Photograph | 45 | 45 | 10 |
| 25 | 95 | Photograph | 45 | 45 | 10 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 96 | Photograph | 45 | 45 | 10 |
| 2 | 97 | Photograph | 45 | 45 | 10 |
| 3 | 98 | Photograph | 45 | 45 | 10 |
| 4 | 99 | Photograph | 45 | 45 | 10 |
| 5 | 100 | Photograph | 45 | 45 | 10 |
| 6 | 101 | Photograph | 108 | 109 | 10 |
| 7 | 102 | Photograph | 108 | 109 | 10 |
| 8 | 103 | Photograph | 108 | 109 | 10 |
| 9 | 104 | Photograph | 108 | 109 | 10 |
| 10 | 105 | Photograph | 108 | 109 | 10 |
| 11 | 106 | Photograph | 108 | 109 | 10 |
| 12 | 107 | Photograph | 108 | 109 | 10 |
| 13 | 108 | Photograph | 108 | 109 | 10 |
| 14 | 109 | Photograph | 108 | 109 | 10 |
| 15 | 110 | Photograph | 108 | 109 | 10 |
| 16 | 111 | Photograph | 108 | 109 | 10 |
| 17 | 112 | Photograph | 108 | 109 | 10 |
| 18 | 113 | Photograph | 108 | 109 | 10 |
| 19 | 114 | Photograph | 108 | 109 | 10 |
| 20 | 115 | Photograph | 108 | 109 | 10 |
| 21 | 116 | Photograph | 108 | 109 | 10 |
| 22 | 117 | Photograph | 108 | 109 | 10 |
| 23 | 118 | Photograph | 123 | 123 | 10 |
| 24 | 119 | Photograph | 123 | 123 | 10 |
| 25 | 120 | Photograph | 123 | 123 | 10 |

| 1 | 121 | Photograph | 123 | 123 | 10 |
| 2 | 122 | Photograph | 123 | 123 | 10 |
| 3 | 123 | Photograph | 123 | 123 | 10 |
| 4 | *124 | Photograph | 127 | 127 | 10 |
| 5 | *125 | Photograph | 127 | 127 | 10 |
| 6 | *126 | Photograph | 127 | 127 | 10 |
| 7 | *127 | Photograph | 127 | 127 | 10 |
| 8 | *128 | Photograph | 127 | 127 | 10 |
| 9 | *129 | Photograph | 127 | 127 | 10 |
| 10 | *130 | Photograph | 127 | 127 | 10 |
| 11 | *131 | Photograph | 127 | 127 | 10 |
| 12 | *132 | Photograph | 127 | 127 | 10 |
| 13 | *133 | Photograph | 127 | 127 | 10 |
| 14 | *134 | Photograph | 127 | 127 | 10 |
| 15 | *135 | Photograph | 127 | 127 | 10 |
| 16 | *136 | Photograph | 127 | 127 | 10 |
| 17 | *137 | Photograph | 127 | 127 | 10 |
| 18 | *138 | Photograph | 127 | 127 | 10 |
| 19 | *139 | Photograph | 127 | 127 | 10 |
| 20 | *140 | Photograph | 127 | 127 | 10 |
| 21 | *141 | Photograph | 127 | 127 | 10 |
| 22 | *142 | Photograph | 127 | 127 | 10 |
| 23 | *143 | Photograph | 127 | 127 | 10 |
| 24 | *144 | Photograph | 127 | 127 | 10 |
| 25 | *145 | Photograph | 127 | 127 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | *146 | Photograph | 127 | 127 | 10 |
| 2 | *147 | Photograph | 127 | 127 | 10 |
| 3 | *148 | Photograph | 127 | 127 | 10 |
| 4 | *149 | Photograph | 127 | 127 | 10 |
| 5 | *150 | Photograph | 127 | 127 | 10 |
| 6 | *151 | Photograph | 127 | 127 | 10 |
| 7 | *152 | Photograph | 127 | 127 | 10 |
| 8 | *153 | Photograph | 127 | 127 | 10 |
| 9 | *154 | Photograph | 127 | 127 | 10 |
| 10 | *155 | Photograph | 127 | 127 | 10 |
| 11 | 156 | Photograph | 123 | 123 | 10 |
| 12 | 157 | Photograph | 123 | 123 | 10 |
| 13 | 158 | Photograph | 129 | 130 | 10 |
| 14 | 159 | Photograph | 129 | 130 | 10 |
| 15 | 160 | Photograph | 129 | 130 | 10 |
| 16 | 161 | Photograph | 129 | 130 | 10 |
| 17 | 162 | Photograph | 129 | 130 | 10 |
| 18 | 163 | Photograph | 129 | 130 | 10 |
| 19 | 164 | Photograph | 129 | 130 | 10 |
| 20 | 165 | Photograph | 129 | 130 | 10 |
| 21 | 166 | Photograph | 129 | 130 | 10 |
| 22 | 167 | Photograph | 129 | 130 | 10 |
| 23 | 168 | Photograph | 129 | 130 | 10 |
| 24 | 169 | Photograph | 129 | 130 | 10 |
| 25 | 170 | Photograph | 129 | 130 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 171 | Photograph | 129 | 130 | 10 |
| 2 | 172 | Photograph | 129 | 130 | 10 |
| 3 | 173 | Photograph | 129 | 130 | 10 |
| 4 | 174 | Photograph | 129 | 130 | 10 |
| 5 | 175 | Photograph | 129 | 130 | 10 |
| 6 | 176 | Photograph | 129 | 130 | 10 |
| 7 | 177 | Photograph | 134 | 134 | 10 |
| 8 | 178 | Photograph | 134 | 134 | 10 |
| 9 | 179 | Photograph | 134 | 134 | 10 |
| 10 | 180 | Photograph | 134 | 134 | 10 |
| 11 | 181 | Photograph | 134 | 134 | 10 |
| 12 | 182 | Photograph | 134 | 134 | 10 |
| 13 | 183 | Photograph | 134 | 134 | 10 |
| 14 | 184 | Photograph | 134 | 134 | 10 |
| 15 | 185 | Photograph | 134 | 134 | 10 |
| 16 | 186 | Photograph | 134 | 134 | 10 |
| 17 | 187 | Photograph | 134 | 134 | 10 |
| 18 | 188 | Photograph | 134 | 134 | 10 |
| 19 | 189 | Photograph | 134 | 134 | 10 |
| 20 | 190 | Photograph | 134 | 134 | 10 |
| 21 | 191 | Photograph | 134 | 134 | 10 |
| 22 | 192 | Photograph | 134 | 134 | 10 |
| 23 | 193 | Photograph | 142 | 142 | 10 |
| 24 | 194 | Photograph | 124 | 142 | 10 |
| 25 | 195 | Photograph | 144 | 144 | 10 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | 196 | Photograph | 144 | 144 | 10 |
| 2 | 197 | Photograph | 144 | 144 | 10 |
| 3 | 198 | Photograph | 144 | 144 | 10 |
| 4 | 199 | Photograph | 144 | 144 | 10 |
| 5 | 200 | Photograph | 144 | 144 | 10 |
| 6 | 201 | Photograph | 151 | 151 | 10 |
| 7 | 202 | Photograph | 161 | 161 | 10 |
| 8 | 203 | Photograph | 161 | 161 | 10 |
| 9 | 205 | Photograph | 161 | 161 | 10 |
| 10 | 211 | Photograph | 161 | 161 | 10 |
| 11 | 212 | Photograph | 161 | 161 | 10 |
| 12 | 215 | Photograph | 161 | 161 | 10 |
| 13 | 216 | Photograph | 161 | 161 | 10 |
| 14 | 217 | Photograph | 161 | 161 | 10 |
| 15 | 218 | Photograph | 161 | 161 | 10 |
| 16 | 219 | Photograph | 161 | 161 | 10 |
| 17 | 220 | Photograph | 161 | 161 | 10 |
| 18 | 221 | Photograph | 161 | 161 | 10 |
| 19 | 223 | Photograph | 161 | 161 | 10 |
| 20 | 224 | Photograph | 161 | 161 | 10 |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

STATE OF THOMAS OLIVAS

30

| | | | | | |
|---|---|---|---|---|---|
| 1 | 225 | Photograph | 161 | 161 | 10 |
| 2 | 226 | Photograph | 161 | 161 | 10 |
| 3 | 227 | Photograph | 161 | 161 | 10 |
| 4 | 228 | Photograph | 161 | 161 | 10 |
| 5 | 229 | Photograph | 161 | 161 | 10 |
| 6 | 230 | Photograph | 161 | 161 | 10 |
| 7 | 231 | Photograph | 161 | 161 | 10 |
| 8 | 232 | Photograph | 161 | 161 | 10 |
| 9 | 233 | Photograph | 161 | 161 | 10 |
| 10 | 234 | Photograph | 161 | 161 | 10 |
| 11 | 235 | Photograph | 161 | 161 | 10 |
| 12 | 236 | Photograph | 161 | 161 | 10 |
| 13 | 237 | Photograph | 161 | 161 | 10 |
| 14 | 238 | Photograph | 161 | 161 | 10 |
| 15 | 239 | Photograph | 161 | 161 | 10 |
| 16 | 240 | Xerox Photograph | 151 | 151 | 10 |
| 17 | 241 | Xerox Photograph | 151 | 151 | 10 |
| 18 | 242 | Xerox Photograph | 151 | 151 | 10 |
| 19 | 243 | Xerox Photograph | 151 | 151 | 10 |
| 20 | 244 | Xerox Photograph | 151 | 151 | 10 |
| 21 | 245 | Xerox Photograph | 151 | 151 | 10 |
| 22 | 246 | Xerox Photograph | 151 | 151 | 10 |
| 23 | 247 | Xerox Photograph | 151 | 151 | 10 |
| 24 | 248 | Xerox Photograph | 151 | 151 | 10 |
| 25 | 249 | Xerox Photograph | 151 | 151 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 250 | Xerox Photograph | 151 | 151 | 10 |
| 2 | 251 | Xerox Photograph | 151 | 151 | 10 |
| 3 | 252 | Xerox Photograph | 151 | 151 | 10 |
| 4 | 253 | Xerox Photograph | 151 | 151 | 10 |
| 5 | 254 | Xerox Photograph | 151 | 151 | 10 |
| 6 | 255 | Xerox Photograph | 151 | 151 | 10 |
| 7 | 256 | Xerox Photograph | 151 | 151 | 10 |
| 8 | 257 | Xerox Photograph | 151 | 151 | 10 |
| 9 | 258 | Xerox Photograph | 151 | 151 | 10 |
| 10 | 259 | Xerox Photograph | 151 | 151 | 10 |
| 11 | 260 | Xerox Photograph | 151 | 151 | 10 |
| 12 | 261 | Xerox Photograph | 151 | 151 | 10 |
| 13 | 262 | Photograph | 14 | 14 | 10 |
| 14 | 263 | Photograph | 14 | 14 | 10 |
| 15 | 264 | Photograph | 14 | 14 | 10 |
| 16 | 265 | Photograph | 93 | 93 | 10 |
| 17 | 266 | Photograph | 93 | 93 | 10 |
| 18 | 267 | Photograph | 93 | 93 | 10 |
| 19 | 269 | Photograph | 93 | 93 | 10 |
| 20 | 270 | Photograph | 93 | 93 | 10 |
| 21 | 271 | Chart on Easel Paper | 188 | 189 | 11 |
| 22 | 272 | Chart on Easel Paper | 188 | 189 | 11 |
| 23 | *274 | Medical Examiner's File | 15 | 15 | 14 |
| 24 | 275 | Photograph | 99 | 99 | 14 |
| 25 | 276 | Photograph | 99 | 99 | 14 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 277 | Photograph | 99 | 99 | 14 |
| 2 | 278 | Photograph | 99 | 99 | 14 |
| 3 | 279 | Photograph | 99 | 99 | 14 |
| 4 | *280 | Photograph | 212 | 214 | 16 |
| 5 | | (For All Purposes) | 15 | 15 | 17 |
| | *281 | Photograph | 212 | 214 | 16 |
| 6 | | (For All Purposes) | 15 | 15 | 17 |
| 7 | *282 | Photograph | 212 | 214 | 16 |
| 8 | | (For All Purposes) | 15 | 15 | 17 |
| | *283 | Photograph | 212 | 214 | 16 |
| 9 | | (For All Purposes) | 15 | 15 | 17 |
| 10 | *284 | Photograph | 212 | 214 | 16 |
| 11 | | (For All Purposes) | 15 | 15 | 17 |
| | *285 | Photograph | 212 | 214 | 16 |
| 12 | | (For All Purposes) | 15 | 15 | 17 |
| 13 | 286 | Golden Tee Records | 18 | 18 | 16 |
| 14 | 287 | Chart on Easel Paper | 24 | 27 | 16 |
| 15 | *288 | Photograph | 212 | 214 | 16 |
| 16 | | (For All Purposes) | 15 | 15 | 17 |
| | *289 | Photograph | 212 | 214 | 16 |
| 17 | | (For All Purposes) | 15 | 15 | 17 |
| 18 | *290 | Photograph | 212 | 214 | 16 |
| 19 | | (For All Purposes) | 15 | 15 | 17 |
| | *291 | Photograph | 212 | 214 | 16 |
| 20 | | (For All Purposes) | 15 | 15 | 17 |
| 21 | *292 | Photograph | 212 | 214 | 16 |
| 22 | | (For All Purposes) | 15 | 15 | 17 |
| | *293 | Photograph | 212 | 214 | 16 |
| 23 | | (For All Purposes) | 15 | 15 | 17 |
| 24 | *294 | Photograph | 212 | 214 | 16 |
| 25 | | (For All Purposes) | 15 | 15 | 17 |

| 1  | *295 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 2  |      |                                  |           |           |          |
| 3  | *296 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 4  | *297 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 5  |      |                                  |           |           |          |
| 6  | *298 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 7  | *299 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 8  |      |                                  |           |           |          |
| 9  | *300 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 10 | *301 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 11 |      |                                  |           |           |          |
| 12 | *302 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 13 | *303 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 14 |      |                                  |           |           |          |
| 15 | *304 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 16 | *305 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 17 |      |                                  |           |           |          |
| 18 | *306 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 19 | *307 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 20 |      |                                  |           |           |          |
| 21 | *308 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 22 | *309 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 23 |      |                                  |           |           |          |
| 24 | *310 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 25 | *311 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |

| 1 | *312 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 2 | | | | | |
| 3 | 313 | Photograph | 167 | 167 | 16 |
| 4 | 314 | Photograph | 167 | 167 | 16 |
| 5 | 315 | Photograph | 167 | 167 | 16 |
| 6 | 316 | Photograph | 167 | 167 | 16 |
| 7 | 317 | Photograph | 167 | 167 | 16 |
| 8 | 318 | Photograph | 167 | 167 | 16 |
| 9 | 319 | Photograph | 167 | 167 | 16 |
| 10 | 320 | Photograph | 167 | 167 | 16 |
| 11 | 321 | Photograph | 167 | 167 | 16 |
| 12 | 322 | Photograph | 167 | 167 | 16 |
| 13 | 323 | Photograph | 167 | 167 | 16 |
| 14 | 324 | Photograph | 167 | 167 | 16 |
| 15 | 325 | Photograph | 167 | 167 | 16 |
| 16 | 326 | Photograph | 167 | 167 | 16 |
| 17 | 327 | Photograph | 167 | 167 | 16 |
| 18 | 328 | Photograph | 167 | 167 | 16 |
| 19 | 329 | Photograph | 167 | 167 | 16 |
| 20 | 330 | Photograph | 167 | 167 | 16 |
| 21 | 331 | Photograph | 167 | 167 | 16 |
| 22 | 332 | Photograph | 167 | 167 | 16 |
| 23 | 333 | Photograph | 167 | 167 | 16 |
| 24 | 334 | Photograph | 167 | 167 | 16 |
| 25 | 335 | Photograph | 167 | 167 | 16 |

| 1  | 336  | Photograph                       | 167       | 167       | 16       |
|----|------|----------------------------------|-----------|-----------|----------|
| 2  | 337  | Photograph                       | 167       | 167       | 16       |
| 3  | 338  | Photograph                       | 167       | 167       | 16       |
| 4  | 339  | Photograph                       | 167       | 167       | 16       |
| 5  | 340  | Photograph                       | 167       | 167       | 16       |
| 6  | 341  | Photograph                       | 167       | 167       | 16       |
| 7  | 342  | Photograph                       | 167       | 167       | 16       |
| 8  | 343  | Photograph                       | 167       | 167       | 16       |
| 9  | 344  | Photograph                       | 167       | 167       | 16       |
| 10 | 345  | Photograph                       | 167       | 167       | 16       |
| 11 | 346  | Photograph                       | 167       | 167       | 16       |
| 12 | 347  | Photograph                       | 167       | 167       | 16       |
| 13 | 348  | Photograph                       | 167       | 167       | 16       |
| 14 | 349  | Photograph                       | 167       | 167       | 16       |
| 15 | 350  | Photograph                       | 167       | 167       | 16       |
| 16 | 351  | Photograph                       | 167       | 167       | 16       |
| 17 | 352  | Photograph                       | 167       | 167       | 16       |
| 18 | *353 | Photograph (For All Purposes)    | 212 15    | 214 15    | 16 17    |
| 19 |      |                                  |           |           |          |
| 20 | *354 | Photograph (For All Purposes)    | 212 15    | 214 15    | 16 17    |
| 21 | *355 | Photograph (For All Purposes)    | 212 15    | 214 15    | 16 17    |
| 22 |      |                                  |           |           |          |
| 23 | *356 | Photograph (For All Purposes)    | 212 15    | 214 15    | 16 17    |
| 24 | *357 | Photograph (For All Purposes)    | 212 15    | 214 15    | 16 17    |
| 25 |      |                                  |           |           |          |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | *358 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 2 | | | | | |
| 3 | *359 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 4 | *360 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 5 | | | | | |
| 6 | *361 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 7 | *362 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 8 | | | | | |
| 9 | *363 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 10 | *364 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 11 | | | | | |
| 12 | *365 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 13 | *366 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 14 | | | | | |
| 15 | *367 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 16 | *368 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 17 | | | | | |
| 18 | *369 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 19 | *370 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 20 | | | | | |
| 21 | *371 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 22 | *372 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 23 | | | | | |
| 24 | *373 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 25 | *374 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |

STATE OF THOMAS OLIVAS

```
 1   *375   Photograph              212      214      16
             (For All Purposes)      15       15      17
 2
     *376   Photograph              212      214      16
 3           (For All Purposes)      15       15      17

 4   *377   Photograph              212      214      16
             (For All Purposes)      15       15      17
 5
     *378   Photograph              212      214      16
 6           (For All Purposes)      15       15      17

 7   *379   Photograph              212      214      16
             (For All Purposes)      15       15      17
 8
     *380   Photograph              212      214      16
 9           (For All Purposes)      15       15      17

10   *381   Photograph              212      214      16
             (For All Purposes)      15       15      17
11
     *382   Photograph              212      214      16
12           (For All Purposes)      15       15      17

13   *383   Photograph              212      214      16
             (For All Purposes)      15       15      17
14
     *384   Photograph              212      214      16
15           (For All Purposes)      15       15      17

16   *385   Photograph              212      214      16
             (For All Purposes)      15       15      17
17
     *386   Photograph              212      214      16
18           (For All Purposes)      15       15      17

19   *387   Photograph              212      214      16
             (For All Purposes)      15       15      17
20
     *388   Photograph              212      214      16
21           (For All Purposes)      15       15      17

22   *389   Photograph              212      214      16
             (For All Purposes)      15       15      17
23
     *390   Photograph              212      214      16
24           (For All Purposes)      15       15      17

25   *391   Photograph              212      214      16
             (For All Purposes)      15       15      17
```

| 1 | *392 | Photograph | 212 | 214 | 16 |
| 2 | | (For All Purposes) | 15 | 15 | 17 |
| 3 | *393 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 4 | *394 | Photograph | 212 | 214 | 16 |
| 5 | | (For All Purposes) | 15 | 15 | 17 |
| 6 | *395 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 7 | *396 | Photograph | 212 | 214 | 16 |
| 8 | | (For All Purposes) | 15 | 15 | 17 |
| 9 | *397 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 10 | *398 | Photograph | 212 | 214 | 16 |
| 11 | | (For All Purposes) | 15 | 15 | 17 |
| 12 | *399 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 13 | *400 | Photograph | 212 | 214 | 16 |
| 14 | | (For All Purposes) | 15 | 15 | 17 |
| 15 | *401 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 16 | *402 | Photograph | 212 | 214 | 16 |
| 17 | | (For All Purposes) | 15 | 15 | 17 |
| 18 | *403 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 19 | *404 | Photograph | 212 | 214 | 16 |
| 20 | | (For All Purposes) | 15 | 15 | 17 |
| 21 | *405 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 22 | *406 | Photograph | 212 | 214 | 16 |
| 23 | | (For All Purposes) | 15 | 15 | 17 |
| 24 | *407 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 25 | *408 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |

```
 1    *409    Photograph              212      214      16
              (For All Purposes)       15       15      17
 2
      *410    Photograph              212      214      16
 3            (For All Purposes)       15       15      17

 4    *411    Photograph              212      214      16
              (For All Purposes)       15       15      17
 5
      *412    Photograph              214      214      16
 6            (For All Purposes)       15       15      17

 7    *413    Photograph              212      214      16
              (For All Purposes)       15       15      17
 8
      *414    Photograph              212      214      16
 9            (For All Purposes)       15       15      17

10    *415    Photograph              212      214      16
              (For All Purposes)       15       15      17
11
      *416    Photograph              212      214      16
12            (For All Purposes)       15       15      17

13    *417    Photograph              212      214      16
              (For All Purposes)       15       15      17
14
      *418    Photograph              212      214      16
15            (For All Purposes)       15       15      17

16    *419    Photograph              212      214      16
              (For All Purposes)       15       15      17
17
      *420    Photograph              212      214      16
18            (For All Purposes)       15       15      17

19    *421    Photograph              212      214      16
              (For All Purposes)       15       15      17
20
      *422    Photograph              212      214      16
21            (For All Purposes)       15       15      17

22    *423    Photograph              212      214      16
              (For All Purposes)       15       15      17
23
      *424    Photograph              212      214      16
24            (For All Purposes)       15       15      17

25    *425    Photograph              212      214      16
              (For All Purposes)       15       15      17
```

| | | | | | |
|---|---|---|---|---|---|
| 1 | *426 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 2 | | | | | |
| | *427 | Photograph | 212 | 214 | 16 |
| 3 | | (For All Purposes) | 15 | 15 | 17 |
| 4 | *428 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 5 | | | | | |
| | *429 | Photograph | 212 | 214 | 16 |
| 6 | | (For All Purposes) | 15 | 15 | 17 |
| 7 | *430 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 8 | | | | | |
| | *431 | Photograph | 212 | 214 | 16 |
| 9 | | (For All Purposes) | 15 | 15 | 17 |
| 10 | *432 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 11 | | | | | |
| | *433 | Photograph | 212 | 214 | 16 |
| 12 | | (For All Purposes) | 15 | 15 | 17 |
| 13 | *434 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 14 | | | | | |
| | *435 | Photograph | 212 | 214 | 16 |
| 15 | | (For All Purposes) | 15 | 15 | 17 |
| 16 | *436 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 17 | | | | | |
| | *437 | Photograph | 212 | 214 | 16 |
| 18 | | (For All Purposes) | 15 | 15 | 17 |
| 19 | *438 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 20 | | | | | |
| | *439 | Photograph | 212 | 214 | 16 |
| 21 | | (For All Purposes) | 15 | 15 | 17 |
| 22 | *440 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |
| 23 | | | | | |
| | *441 | Photograph | 212 | 214 | 16 |
| 24 | | (For All Purposes) | 15 | 15 | 17 |
| 25 | *442 | Photograph | 212 | 214 | 16 |
| | | (For All Purposes) | 15 | 15 | 17 |

STATE OF THOMAS OLIVAS

| | | | | | |
|---|---|---|---|---|---|
| 1 | *443 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 2 | | | | | |
| | *444 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 3 | | | | | |
| 4 | *445 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 5 | | | | | |
| | *446 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 6 | | | | | |
| 7 | *447 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 8 | | | | | |
| | *448 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 9 | | | | | |
| 10 | *449 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 11 | | | | | |
| | *450 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 12 | | | | | |
| 13 | *451 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 14 | | | | | |
| | *452 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 15 | | | | | |
| 16 | *453 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 17 | | | | | |
| | *454 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 18 | | | | | |
| 19 | *455 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 20 | | | | | |
| | *456 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 21 | | | | | |
| 22 | *457 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 23 | | | | | |
| | *458 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| 24 | | | | | |
| 25 | *459 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |

| | | | | |
|---|---|---|---|---|
| *460 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *461 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *462 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *463 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *464 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *465 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *466 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *467 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *468 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *469 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *470 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *471 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *472 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *473 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *474 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *475 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |
| *476 | Photograph<br>(For All Purposes) | 212<br>15 | 214<br>15 | 16<br>17 |

STATE v. THOMAS OLIVAS

```
 1    *477   Photograph              212      214      16
              (For All Purposes)      15       15      17
 2
       *478   Photograph              212      214      16
 3            (For All Purposes)      15       15      17

 4    *479   Photograph              212      214      16
              (For All Purposes)      15       15      17
 5
       *480   Photograph              212      214      16
 6            (For All Purposes)      15       15      17

 7    *481   Photograph              212      214      16
              (For All Purposes)      15       15      17
 8
       *482   Photograph              212      214      16
 9            (For All Purposes)      15       15      17

10    *483   Photograph              212      214      16
              (For All Purposes)      15       15      17
11
       *484   Photograph              212      214      16
12            (For All Purposes)      15       15      17

13    *485   Photograph              212      214      16
              (For All Purposes)      15       15      17
14
       *486   Photograph              212      214      16
15            (For All Purposes)      15       15      17

16    *487   Photograph              212      214      16
              (For All Purposes)      15       15      17
17
       *488   Photograph              212      214      16
18            (For All Purposes)      15       15      17

19    *489   Photograph              212      214      16
              (For All Purposes)      15       15      17
20
       *490   Photograph              212      214      16
21            (For All Purposes)      15       15      17

22    *491   Photograph              212      214      16
              (For All Purposes)      15       15      17
23
       *492   Photograph              212      214      16
24            (For All Purposes)      15       15      17

25    *493   Photograph              212      214      16
              (For All Purposes)      15       15      17
```

```
 1    *494    Photograph              212    214    16
              (For All Purposes)       15     15    17
 2
      *495    Photograph              212    214    16
 3            (For All Purposes)       15     15    17

 4    *496    Photograph              212    214    16
              (For All Purposes)       15     15    17
 5
      *497    Photograph              212    214    16
 6            (For All Purposes)       15     15    17

 7    *498    Photograph              212    214    16
              (For All Purposes)       15     15    17
 8
      *499    Photograph              212    214    16
 9            (For All Purposes)       15     15    17

10    *500    Photograph              212    214    16
              (For All Purposes)       15     15    17
11
      *501    Photograph              212    214    16
12            (For All Purposes)       15     15    17

13    *502    Photograph              212    214    16
              (For All Purposes)       15     15    17
14
      *503    Photograph              212    214    16
15            (For All Purposes)       15     15    17

16    *504    Photograph              212    214    16
              (For All Purposes)       15     15    17
17
      *505    Photograph              212    214    16
18            (For All Purposes)       15     15    17

19    *506    Photograph              212    214    16
              (For All Purposes)       15     15    17
20
      *507    Photograph              212    214    16
21            (For All Purposes)       15     15    17

22    *508    Photograph              212    214    16
              (For All Purposes)       15     15    17
23
      *509    Photograph              212    214    16
24            (For All Purposes)       15     15    17

25    *510    Photograph              212    214    16
              (For All Purposes)       15     15    17
```

STATE v. THOMAS OLIVAS

```
 1    *511    Photograph              212      214      16
              (For All Purposes)       15       15      17
 2
      *512    Photograph              212      214      16
 3            (For All Purposes)       15       15      17

 4    *513    Photograph              212      214      16
              (For All Purposes)       15       15      17
 5
      *514    Photograph              212      214      16
 6            (For All Purposes)       15       15      17

 7    *515    Photograph              212      214      16
              (For All Purposes)       15       15      17
 8
      *516    Photograph              212      214      16
 9            (For All Purposes)       15       15      17

10    *517    Photograph              212      214      16
              (For All Purposes)       15       15      17
11
      *518    Photograph              212      214      16
12            (For All Purposes)       15       15      17

13    *519    Photograph              212      214      16
              (For All Purposes)       15       15      17
14
      *520    Photograph              212      214      16
15            (For All Purposes)       15       15      17

16    *521    Photograph              212      214      16
              (For All Purposes)       15       15      17
17
      *522    Photograph              212      214      16
18            (For All Purposes)       15       15      17

19    *523    Photograph              212      214      16
              (For All Purposes)       15       15      17
20
      *524    Photograph              212      214      16
21            (For All Purposes)       15       15      17

22    *525    Photograph              212      214      16
              (For All Purposes)       15       15      17
23
      *526    Photograph              212      214      16
24            (For All Purposes)       15       15      17

25    *527    Photograph              212      214      16
              (For All Purposes)       15       15      17
```

| | | | | |
|----|------|------------------------|-----------|-----------|----------|
| 1  | *528 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 2  |      |                        |           |           |          |
|    | *529 | Photograph             | 212       | 214       | 16       |
| 3  |      | (For All Purposes)     | 15        | 15        | 17       |
| 4  | *530 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 5  |      |                        |           |           |          |
|    | *531 | Photograph             | 212       | 214       | 16       |
| 6  |      | (For All Purposes)     | 15        | 15        | 17       |
| 7  | *532 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 8  |      |                        |           |           |          |
|    | *533 | Photograph             | 212       | 214       | 16       |
| 9  |      | (For All Purposes)     | 15        | 15        | 17       |
| 10 | *534 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 11 |      |                        |           |           |          |
|    | *535 | Photograph             | 212       | 214       | 16       |
| 12 |      | (For All Purposes)     | 15        | 15        | 17       |
| 13 | *536 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 14 |      |                        |           |           |          |
|    | *537 | Photograph             | 212       | 214       | 16       |
| 15 |      | (For All Purposes)     | 15        | 15        | 17       |
| 16 | *538 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 17 |      |                        |           |           |          |
|    | *539 | Photograph             | 212       | 214       | 16       |
| 18 |      | (For All Purposes)     | 15        | 15        | 17       |
| 19 | *540 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 20 |      |                        |           |           |          |
|    | *541 | Photograph             | 212       | 214       | 16       |
| 21 |      | (For All Purposes)     | 15        | 15        | 17       |
| 22 | *542 | Photograph             | 212       | 214       | 16       |
|    |      | (For All Purposes)     | 15        | 15        | 17       |
| 23 |      |                        |           |           |          |
|    | 543  | Chart on Easel Paper   | 58        | 62        | 17       |
| 24 |      |                        |           |           |          |
|    | *544 | Chart on Easel Paper   | 58        | 62        | 17       |
| 25 |      |                        |           |           |          |

```
 1    545    List of Mechelle's Contacts  71      71      17

 2    546    Xerox Photographs            75      75      17

 3   *547    "Cell Tower" Cylinder        56      56      19

 4    548    Phone Tower Records          161     161     17

 5    549    Historical Cell Site
             Analysis                     163     166     17
 6
      550    Photograph                   184     184     17
 7
      551    Xerox Photograph of Roll
 8           of Duct Tape                 119     119     18

 9    552    Xerox Photograph of Roll
             of Duct Tape                 119     119     18
10
      553    Chart on Easel Paper         31      31      19
11
      554    Photograph                   47      47      19
12
      555    Photograph                   47      47      19
13
      556    Photograph                   47      47      19
14
      557    Photograph                   47      47      19
15
      558    Photograph                   47      47      19
16
      559    Photograph                   47      47      19
17
      560    Photograph                   47      47      19
18
      561    Photograph                   47      47      19
19

20    COURT'S
      NO.    DESCRIPTION                  OFFERED ADMITTED VOL.
21
     *  1    Original Jury Questionnaires --  330      6
22           (Tarrant-1376698R-RR-3Sealed-CX1.pdf)

23   *  2    Blue Card of Instructions        330      6

24    _____

25    (*) Denotes an exhibit designated for the record only.
```



# STATE'S PRETRIAL
# EXHIBIT NO. 1

## (Video Disc)

(Tarrant-1376698R-RR-SXPT1.mp4)

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   Male voice off camera: Go ahead and have a seat right there          03:27
2   Olivas: Okay
3   Female voice off camera: Here you are
4   Olivas: Thank you ma'am *takes cup*
5   *Off camera voices speaking to each other, not Olivas*
6   O: Ma'am?                                                            07:20
7   Female: Yes, sir?
8   O: Is it okay if I use my phone, or?
9   Female: Yeah!
10  O: I just wanted to make sure...
11  Female: Absolutely, go ahead.
12  Male: Okay, sorry it just took, sorry...zoning. Sometimes... zoning is not necessarily a bad thing, keeps
13  your mind occupied. Anyway, I just talked to the Detective; he's on 121, almost here. So I'm gonna run
14  outside and wait for him' cause he's never been to our building before and I'm going to try and flag him
15  down hopefully he doesn't pass by the building. So he should be here in no more than maybe five to
16  seven minutes.
17  O: Okay
18  Male: I would think then, ah, we'll be able to rock and roll after that, okay?
19  O: Yes sir,
20  Male: Ah, if you need me ...you got plenty of water?
21  O: I'm fine for right now.
22  Male: Alright, well, holler if...obviously there are a couple of people hanging outside talking so, holler at
23  one of these guys if you need something.
24  O: Okay
25  *Male left the room*                                                 10:56
26  Female:  You doing okay, still?          21:51
27  O: About to fall asleep, *laughs*
28  Female: Haha, don't fall asleep. Were you able to get a hold of someone at work?
29  O: Naw, I haven't called anybody, um, I was just checking my messages , my dad called me but that's
30  about it.
31  Female: Okay.
32  O: Just "are they coming to get you"
33  Female: Right, but you're not going to get into trouble are you? Do they understand at all?
34  O: I don't know..."Hey I'm late because they're ..." *shrugs*
35  Female: well, I mean you could just say you need to talk to them about something it's...
36  O: Well, you know what, I'm gonna call 'em right now. *pulls out his phone*
37  Female: I sure would hate for anything fire related...
38  O: I won't be coming back if that happens
39  *Olivas pulls out his phone and puts it to his ear*                  22:43
40  O: About how long do you think this will take, sir? (Directed at someone off camera) Sir.

1


STATE'S
EXHIBIT
PRETRIAL I-A
1-29-14

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   Det. Byron Stewart: How you, doing? You calling your job?
2   O: *Nodding* Uh-huh. Hey Lisa, It's Thomas. Hey, I'm gonna be a little late. Is that gonna be okay? Uuuh,
3   I think so. Can you check? Okay, alright thank you. Buh-bye.
4   S: Is it gonna be okay? *Olivas nodding* Good, good, I'm sorry man; I was rushing to get over here.
5   Byron Stewart.
6   O: Thomas Olivas
7   S: Alright, I appreciate you taking the time to talk to me okay?
8   O: Absolutely, sir.
9   S: Um, Thomas what I have to do here is uh, I need to inform you of your rights, Now, I just have to do
10  that before I talk to anybody okay? And once I do that...Do you have Miranda card or something like
11  that?
12  Other Male Detective: Uh, yeah
13  S: Sorry I'm rushing all over the place, uh I have to inform you of your rights before I talk to you okay?
14  And then I just need to tell you what's going on okay? And so uh, again I appreciate the fact that you've
15  been patient enough with me to take the time to talk with me...
16  O: And I apologize that I couldn't meet you, where you were so that would make it a little easier for you.
17  S: Mhmm No, you know sometimes you got to do what you got to do in a situation like that. Did you uh,
18  Sign the consent form for us to uuuuum
19  O: Search my apartment?
20  S: Search your apartment?
21  O: Yes, sir
22  S: Okay and you don't have a problem with that?
23  O: No, sir I do not
24  S: Did you sign the consent already?
25  O: Yes
26  S: Okay, let me, let those officers know its okay to go ahead and search your apartment while you are
27  with me.
28  O: Okay
29  S: And then if you change your mind at any time, just let me know okay?
30  O: Okay, they can do it right now; I have no problem with that
31  S: Okay, um, I'm gonna go ahead and call them while I got you on the phone, with me right now...um
32  O: Yes sir
33  S: Okay, I'm gonna let them know that you can, that they can go ahead and do it
34  O: Absolutely. They have every, I have nothing to hide sir.
35  S: Okay, I appreciate it. My cell phone is almost gone...
36  O: Mine too
37  S: If I get one more phone call, I'll be alright
38  O: Tell them if it's warm in there they can turn on the A/C?                        25:04
39  S: Okay, Hey Mr. Sherpov (SP?) Hey, I 'm with Thomas right now and Thomas is telling me it's okay if we
40  go ahead and search the apartment, that he signed consent. Do you have that?

2

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Do they need the keys?
2   S: Okay, so we have the consent forms? Okay...but he's with...
3   *other officer comes back into the room*
4   S: Yeah...yeah...so we're together right now and he's saying that's fine, and so go ahead and if he
5   changes his mind at any time he'll go ahead and let me know and I'll let you guys know. Okay? Did you
6   do one for the vehicle?
7   O: No
8   Other officer: we haven't had that one signed but we have both of the consent to search forms here.
9   The vehicle one isn't signed yet.
10  S: Okay, we want to go ahead and do the vehicle and the apartment, is that okay with you?
11  O: Um, the vehicle is not mine...
12  S: oaky
13  O: Sooo...
14  S: okay but uh, just while you have it, while you have care and custody of it we'll do it and then um, if
15  you change your mind on that one too, we'll stop that as well. Okay?
16  Officer 2: Actually this belongs to one of you.
17  S: Is the vehicle on the hawk right now?
18  O: Not that I'm aware of.
19  S: oaky, do you have the key?
20  O: yes
21  S: Okay, we'll, we'll, we'll work our way to that okay but uh, right now just the apartment is fine.
22  O: Yeah, do you need keys?
23  S: Uuuuh, I think they have a key
24  *talking over each other*
25  O: Oh cool, how's that? If you don't mind me asking?
26  E: I'll tell ya in just a minute. After he gets off the phone
27  S: Okay, that's fine. Okay thank you, alright by. Alright, Thomas I appreciate that, you know. We'll work
28  our way to the car, whenever we get around to it.
29  E:  That belongs to one of yours guys any way.
30  S: okay, um oh yeah I know that guy, haha. Um, I am with the Arlington Police Department.
31  O: Yes *inaudible*
32  S: Okay, let me just inform you of your rights and we'll go from there, alright?
33  O: okay
34  S: Everything is kind of technical with us when we talk to...
35  O: I understand. And I'm shakier than heck right now.                          27:11
36  S: I know, I'm sorry to make you so nervous man, I just gotta, I gotta do this part
37  O: I've seen 24 Hours Later and...
38  S: Ah, you have you...
39  O: So I...just...

3

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Let me just explain to you... "You have the right to remain silent and not make any statement at all
2   and any statement you make, maybe used against you as evidence in your trial. You understand that?
3   O: Yes, sir
4   S: Any statement you make maybe used as evidence against you in Court. Do you understand that?
5   O: Yes, sir
6   S: You under... okay. You have the right to have a lawyer present to advise you prior to and during any
7   questioning with me. Do you understand that?
8   O: Yes, sir
9   S: Uuuh, if you are unable to employ a lawyer, you have the right to have lawyer appointment to advise
10  you prior to and during any questioning with me. Do you understand that?
11  O: Yes, sir
12  S: And Thomas, at any time you don't feel comfortable with my conversation then you have the right to
13  terminate that at any time. Do you understand that?
14  O: yes
15  S: Now, Thomas, I have read you these rights, do you understand them?
16  O: yes sir
17  S: Okay, now do you still want to talk to me or do you...?
18  O: Oh, absolutely
19  S: Okay, um so, we're gonna waive these right and we're gonna talk. Okay?
20  O: Yes
21  S: And you're comfortable with that
22  O: Yes.
23  E: Do you mind Thomas to sign
24  S: I know it's small here *inaudible*. Could you just sign across here with your name and date of birth,
25  saying that I read you these rights and I'll hold on to that.
26  O: So, do you need me to print it?
27  S: Can you just sign...
28  O: Signature?
29  S: Yeah, I know it's small...
30  O: Just as small as I can?
31  S: Yeah, just as small as you can
32  E: You could sign it across the card if you wanted to, nobody would care.
33  S: And that's your known date of birth and known signature right there?
34  O: Yeah
35  S: Okay, um
36  E: Thank you sir
37  S: Okay, I'm a, I work in Arlington, and let me make sure I have all my facts and stuff right before I talk to
38  you, 'cause I gotta refer to some things here okay? I don't want to mislead you here. Get older so I need
39  my glasses...okay, so here is where I'm at. I work in Arlington and I work in the homicide unit, um
40  O: Please tell me my son's fine.               29:34

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Well, this morning we got called out to Mechelle's apartment and we found Mechelle deceased inside

2   the apartment. Okay?

3   O: No

4   S: Okay, so uh I'm sorry to tell you that and we also found your son and he was also deceased inside the

5   apartment. Aaand, you know Thomas I'm sorry to give you such bad news but that's the situation that

6   happened okay. And um, right now Thomas, um we feel that her death was not an accident, okay? And

7   uh, we just have uh no idea what happened. Okay? And…

8   O: I was supposed to go see her last night.

9   S: Okay. Can you explain to me um, and you know of course you know doing an investigation like this,

10  and basically we're working a homicide. We have to either include or eliminate anybody we can, and of

11  course, since you guys shared a child together I have to…uh

12  O: *inaudible*

13  S: I have to come to you, um

14  O: *Noise*

15  S: Do you need some tissues or something like that to compose yourself?

16  O: No I just…

17  S: Are you still okay to talk to me right now? Are you gonna be okay? Just kinda bare with this news

18  here, I know it's bad. Uh, so Thomas here's the situation right here…

19  O: No

20  S: Uh, just let me know if you're composed enough that you can to talk to me.

21  O: Okay

22  S: You good? We need to try to account for your whereabouts and everything..

23  O: That's absolutely fine

24  S: And this is just a normal part of what we do in a situation like this, um obviously um, were you guys

25  girlfriend boyfriend?

26  O: No, we had issues…

27  S: Okay

28  O: I won't lie I mean I was with Rebecca Roudry and my daughter Mia Rose, uh we lived in the

29  apartment together.

30  S: you and Rebecca?

31  O: Yes, for four years and uh I cheated on Rebecca

32  S: Mmhmm

33  O: Annnd…Mechelle got pregnant

34  S: Oh with Mechelle, you cheated on her with Mechelle

35  O: Yes, and uh I told Rebecca that uh you know I had never done anything with her, that it wasn't my

36  son…

37  S: Mhmm

38  O Stuff like that 'cause we had a family, we were happy and Mechelle was a one night stand

39  S: Oh it was, okay?

5

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  O: And I mean she would call, keep in contact, that kind of thing and that was that. And she finally got

2  fed up and said "I'm going child support" and I said okay, you have got full custody ...you just I don't

3  care. Let's do it , let's finally do it and I've been waiting to get served my papers and she got served hers

4  and she didn't understand them so uh I was going to go see her. I don't where she lives, I've been kinda

5  just dilly dallying "come on, get it over with. Let me know where you're at" and my friend lent me her

6  vehicle and I was just waiting...

7  S: Who's your friend?

8  O: Amanda Rowe

9  S: Amanda?

10  O: Rowe

11  S: How do you spell that?

12  O: R-O-W-E

13  S: R-o-w-e? I have to write some notes done

14  O: That's absolutely fine...

15  S: Um...

16  O: So that's what the news was.

17  S: And...

18  O: That's what the news was, last night

19  S: Oh yeah, did you hear about it on the news? Did you see about it on the news? Yeah, that's what it

20  was. Of course we didn't release any kind of names or anything like that because, of course this case, for

21  us, is still under investigation. So uh...

22  O: I have to ask, how does my name come up?                    33:17

23  S: Well, um because she had a child. We're trying to find out who the father of the child, 'cause the

24  father of the child's not there...

25  O: Yeah

26  S: and so um, we asked family members and they gave us your name as the father of the child. So you

27  understand the process?

28  O: Yeah

29  S: Uh, so when that happens uh, we have to uh you know just eliminate 'cause again we're working this

30  as a homicide.

31  O: I completely understand

32  S: and I'm a homicide detective and so um, that's what I have to do. I have to work it and either include

33  or eliminate the people that may or may not have been involved in the case. And right now I don't know

34  your involvement but that's why you're voluntarily talking to me right now. And again, I appreciate it I

35  know the fact that you called your job, you know how serious this is, you know, and you know that you

36  need to take the time to talk to me for that Thomas I am grateful, you know cause um we really want to

37  get to the bottom of what happened because; A- A child was killed but at the same time Mechelle was

38  killed as well. And so uh that's two people and so uh you know, we just really want to get to the bottom

39  of what happened...

40  O: I understand.

6

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: and again I really can't thank you enough for just cooperating with me, seriously I can't
2   O: *inaudible*
3   S: I don't take that lightly
4   O: Can I have some more water please
5   E: Yes
6   O: I'm sorry, I feel cotton mouth, I feel shaky and
7   S: I understand. Hey what's her name again, who the car belongs to?
8   O: Amanda Rowe
9   S: How do you spell the last name again?
10  O: R-O-W-E
11  S: She a white female? Black female?
12  O: White
13  S: You know her date of birth by chance?
14  O: I do not
15  S: Do you know how old she is? Approximately?
16  O: Uh, early 40s? Mid?
17  S: You know her address?
18  E: here you go
19  O: Thank you sir, uuuh... not off the top of my head
20  S: Do you have her cell number? Or a phone number that we could get in contact with her?
21  O: Absolutely. I mean she lent me her vehicle for the week, she's a great friend.
22  S: Mhmm
23  O: I can't see straight
24  S: Well, when you get bad news like that, it's hard to...
25  O: No it's...*inaudible* phone number is 804-873-2541
26  S: 2541?
27  O: Yes, sir
28  S: is that cell?
29  O: Yes, she gets really lousy reception in her house.
30  S: Oh does she?
31  O: Yes, if it goes straight to voicemail that's why
32  S: What city does she live in?
33  O: Uh, Southlake
34  S: Southlake? Is she married?
35  O: Divorced. Divorced or separated, I'm not...
36  S: She lives by herself? With kids?
37  O: She has two daughters
38  S: two daughters? And you guys are just simply friend? Platonic friends? Sorry, I have to ask
39  O: We've been intimate                                                    36:57
40   S: okay. Is loaning you the car, based on intimacy or based on friendship?

7

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: I think it's' probably both
2    S: Okay okay. Um, what time...and again let's just be methodical we're gonna go through the whole
3    thing.
4    O: yes
5    S: Um, what time did she loan you the car last night?
6    O: No, she loaned it to me for the weekend.
7    S: Oh for the weekend?
8    *talking over each other*
9    S: Was it Thursday? Friday?
10   O: Friday, Friday night...
11   S: Friday night? What kind of car is it?
12   O: It's a greenish Explorer
13   S: Ford Explorer?
14   O: yes
15   S: Do you know what year it is?
16   O: No sir
17   S: Roughly?
18   O: *shakes head* I don't
19   S: Form the 80's?
20   O: No, it's not an older one
21   S: 2000?
22   O: Late 90s?
23   S: late 890s?
24   O: early 200
25   E: It looked like a newer one
26   S: Get the license plate?
27   O: I've never had an Explorer I don't know
28   S: Okay
29   O: I don't know how one would look different from the other
30   S: Dark green?
31   E: It's like a lighter green
32   O: Like a lighter green?
33   E: Almost like a deep green. Almost like a forest green
34   O: Yeah.
35   S: Okay. Friday? What was the day Friday? Do you remember?                        38:25
36   E: It would have been the 18th.
37   S: That sound good to you?
38   O:*Nods*
39   S: Now, you had the car what time on Friday?
40   O: Um, I wanna say like 7 o'clock 8o'clock at night.

8

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: Of that evening?
2    O: I think so
3    S: Okay so no 9 in the morning but that evening. Now, how did you get to her house?
4    O: A friend dropped me off
5    S: A friend dropped you off at her house? And again, so I'm thorough, just real thorough I'm that
6    thorough anal kind of dude
7    O: Oh that's fine
8    S: What friend dropped you off...?
9    O: My friend David McGill
10   S: David McGill?
11   O: yes
12   S: Okay, so David McGill, do you know his number? *inaudible*
13   O: Uuuuuuh, I just know him through the bar
14   S: Okay, uh the bar where you work at?
15   O: No, uh the bar I go to
16   S: Okay, when did you see David?
17   O: That afternoon, uh I got off of work at...
18   S: Uh which job? 'Cause you got two.
19   O: Best Buy
20   S: Okay, so you got off at Best Buy around what time?
21   O: Three                                                    39:29
22   S: Okay and how did you hook up with David?
23   O: Uh, actually he picked me up...
24   S: From the store?
25   O: Mhmm
26   S: Okay
27   O: We went back to Volcano's(sp?), actually I called Volcano's to see if any was there and he was there
28   and I asked him if he would pick me up and he picked me up and we hung out for a little bit and he
29   brought me back..
30   S: He brought you back to his place?
31   O: yes, it was about 7ish...
32   S: About 7 o'clock
33   O: Well not to my place to Amanda's place
34   S: To Amanda's Place?
35   O: Mhmm
36   S: and then he just left you for there? Okay, uuum did you spend the night at Amanda's at this point?
37   O: No
38   S: Okay
39   O: She wasn't there
40   S: She wasn't there?

9

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: No and I wasn't *inaudible*
2   S: Okay, did you have access to the car?
3   O: Yes, she had someone watching her cats and she had her pull the vehicle out of the garage      40:13
4   S: Mhmm
5   O: And left the key in the top left, driver's side right on ….
6   S: And you talked to her earlier
7   O: yes
8   S: And prearranged this so you could get the car?
9   O: yes
10  S: Alright and so, this is still Friday right? So you get the car Friday..
11  O: I'm trying to think…Friday
12  S: Yes, around 7 o'clock or so
13  O: Yes
14  S: So you get the car Friday and how long did you stay at her place when you went to get the car?
15  O: A matter of seconds
16  S: Okay so did you see the dog sitting person?
17  O: No
18  S: so you just got in the car and left?
19  O: Mhmm
20  S: Alright
21  O: I mean I probably could have had access, just 'because there's a garage door opener but I didn't want
22  to do that.
23  S: Okay, okay
24  O: Just out of respect…
25  S: Yeah, yeah, okay so you get in the car Friday and um you uh, what do you do from there?
26  O: Go home.
27  S: Go straight to your place? Do you go anywhere else? Stop anywhere?      41:11
28  O: on the way home actually two friends from out of town were showing up…
29  S: Mhmm, and who are they?
30  O: Wasim Merchant and Isaac Huerta. Isaac lives in houst…Austin, Wasim lives in Houston and they
31  know the big ordeal that's going on with my ex in which we broke up and took my daughter…
32  S: When you say your ex meaning Rebecca?
33  O: Yes sir
34  S: Um, so when did you guys break up?
35  O: Um…Wednesday
36  S: Oh uh Wednesday of last week too?
37  O: Yes
38  S: You've just had a heck of a spring break then, huh?
39  O: Yeah and this is even better right now
40  S: Oh yeah? So you and Rebecca broke up on Wednesday?

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: yes
2   S: now was that a bad break up or was that...?
3   O: Oh yeah
4   S: Was it? Did it get violent?
5   O: No, woke up the kids around 10 o'clock, yelled at me, did everything, packed up some quick stuff and
6   left.
7   S: Why did y'all break up if you don't me asking...?
8   O: Cause I...cause of Mechelle                           42:13
9   S: Oh she found out...
10  O: Mechelle started emailing her um like everything, that we were together, which was not true saying
11  that we were together so and so forth...
12  S: So if I understand you right, you you to Rebecca you denied having a baby with Mechelle...
13  O: Yes
14  S: And you denied being with Mechelle
15  O: yes sir
16  S: Sexually and um and um apparently when um Mechelle must have contacted Rebecca with this, and
17  don't let me
18  O: No absolutely
19  S: Cause I'm piecing this together as I'm hearing it but um I assume that uh Rebecca believed Mechelle
20  O: yes
21  S: Okay... Did you try to convince her otherwise?
22  O: I mean to to and extant...I wasn't going to forcefully do anything to her
23  S: But it was mutual, you guys...didn't get violent or anything like that?
24  O: No
25  S: Okay um
26  O: The most violent thing I did to her was I asked her to give me her phone and I threw it down the
27  street.
28  S: Oh you did?
29  O: Yeah that was that, but she was was already down
30  S: Did she see you throw the phone?
31  O: Yes, sir
32  S: Okay, um
33  O: Cause she took my kids, well my daughter and my stepson
34  S: Mhmm
35  O: Um she was leaving just you know..I understood
36  S: Now did she leave you or you told her to leave or, how did that work?
37  O: She said we needed a break and I was like if you want a break then you need to go
38  S: Mhmm
39  O: There's no need to wake up the kids I can take 'em to in the morning but you need to go tonight
40  because that's just..

11

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: So I'm assuming this happened late Wednesday night?
2   O: it was around 9:30 10 o'clock
3   S: Okay. Kids were asleep?
4   O: Yes
5   S: So, did she leave the kids or?
6   O: No, she took 'em, woke 'em up took 'em down
7   S: Oh oh okay. Um and no words or physical contact or anything like that?
8   O: No sir
9   S: And when I say no words I'm sure you guys had some kind of words but...
10  O: Oh yeah but nothing like screaming . You know it was more like she was on the phone with her dad
11  telling him she was going over and I just stood there.
12  S: Okay and that was Wednesday
13  O: Yeah
14  S: Wednesday right? And then Thursday, what happened Thursday?
15  O: Thursday I went to work felt lousy just...
16  S: How did you to work?
17  O: I actually...how did I get work? I walked
18  S: Oh did you really?
19  O: yeah
20  S: Okay, how far is that do you know?
21  O: To Best Buy.
22  S: I don't know...
23  O: About a mile and a half, almost two miles
24  S: 'Cause you know I don't know where you live
25  O: yeah 'I'm trying to think what did I do? And yeah I walked cause I got up at 6 so I could walk over
26  there
27  S: Okay, so you walked to work wed...
28  O: Thursday
29  S: Thursday and of course you explained Friday, you went to work. How did you get to work Friday?
30  O: I actually walked again
31  S: Okay, uum so I assume you don't have a car of your own?
32  O: No I don't
33  S: Is it just not working or you just don't have one?
34  O: I just don't have one
35  S: Okay um, Friday uh afternoon, after work your friend. What's his name again?
36  O: David
37  S: David, he uh he picked you up right? And then you had uh two friends who came in out of town, uh
38  was that Friday night?
39  O: Yes
40  S: Okay

12

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: cause I was really really depressed
2    S: Okay
3    O: Was just out of it...
4    S: When you say depressed what do you mean>?
5    O: Just sad, just going into my kid's room and its empty, no one's there, just sad          45:55
6    S: Mhmm. How sad were you? I can only imagine
7    O: mmm
8    S: I mean were you like suicidal sad, I mean I don't know I'm just asking
9    O: I wanted to be
10   S: Oh yeah?
11   O: I won't lie, I called them and I was like I am not doing will and they showed. They came.
12   S: From Houston and Austin?
13   O: Yes, sir
14   S: Based on?
15   O: What I said
16   S: What did you tell them?
17   O: I told them I wasn't doing well, I feel like taking pills, I feel like not doing any of this and Rebecca had
18   left her narcotics there, 'cause she's you know been diagnosed as a schizophrenic and I know what they
19   do...
20   S: Mhmm mhmm, did you take any of 'em?
21   O: No, I started to and I spit 'em out and I made myself throw up...
22   S: So you did actually take them.
23   O: Well I got 'em there and then I just spit 'em right back out          46:49
24   S: Okay
25   O: like 5 of each on right, like right in my mouth and I just couldn't do it.
26   S: For a total of how many do you know?
27   O: 10
28   S: Just two.
29   O: two bottles, I just opened 'em up
30   S: Did you try to swallow 'em
31   O: Kind of. I didn't get water, I just tried to dry heave them in and that's probably what made me gaga
32   and I just 'em threw up
33   S: All of them?
34   O: Yes
35   S: Did any of 'em go down at all?
36   O: No sir
37   S: And you know because you counted 'em right?
38   O: Yes, and I drank a small, little half bottle of crown
39   S: Mhmm
40   O: and I just went to bed

13

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: Oaky. What time did your friends get over?
2    O: That was Thursday; Friday is when they showed up. Wasim showed up first uh we went to
3    Volcano's...
4    S: What is that? What kind of place is Volcano's?
5    E: it's in Hurst?
6    O: yes
7    E: Over off of *inaudible*
8    O: *inaudible* yes
9    Officer 2: Over by the bike's inc.?
10   O: Yes
11   S: What is it...like?
12   O: It's like pool hall
13   Officer: Like a pool hall, it's in the shopping center over there; it's not a real busy place. At least every
14   time I've driven by
15   O: it depends when you go, like on Monday's they have poker tournaments, Tuesday's is darts. Stuff like
16   that...
17   S: And that's Friday night y'all went there?
18   O: For a little while then we went to Addison
19   S: Mhmm
20   O: I didn't drive, then we went to the Flying Saucers, then we went to is it Logan's, and then we went to
21   Gecko
22   S: Okay, all those are clubs or pubs or...
23   O: Pubs and it was just one of those, Wasim used to live here so he was like let's go back to a place
24   where we used to be...and that's what we did.
25   S: Okay. Uh were you drinking during this time?
26   O: yes
27   S: Hammered?
28   O: No                              48:29
29   S: Okay, just in control right?
30   O: yeah
31   S: In other words if you recall if place can to contact your public intoxication or anything like that.
32   O: No I had one beer at Flying Saucer had a beer and a shot at Logan's, or uh yeah it's Logan's and I had
33   a beer at Gecko's
34   S: Totally in control right>?
35   O: Yeah
36   S: Okay
37   E: Any pills or anything?
38   O: No sir
39   E: Narcotics? Marijuana? Anything like that?
40   O: No sir

14

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Do you do any kind of *inaudible*
2   O: No sir
3   S: Okay so what time did you finally close down on Saturday?
4   O: Uh, we, they wanted to go to a strip club, we drove around, didn't find one they wanted to go to or
5   anything that was open or the money they wanted to spend on
6   S: Mhm
7   O: Then we went to the Whataburger in grapevine around 3 or 4 in the morning, drive-thru and then
8   went back to the apartment
9   S: Okay, about what time did you get back to the apartment?
10  O: About 4ish?
11  S: 4ish in the morning?
12  O: It was early, early in the morning
13  S: Oh is it?
14  O: It was way up there
15  S: earlier Saturday morning right?
16  O: Yes
17  S: I'm assuming you're tired?
18  O: Saturday we slept in around 10, 11 went to Esparza's
19  S: And that's another?
20  O: In Grapevine it's a Mexican restaurant
21  S: I'm sorry I'm not...I don't know this area
22  O: *talking over each other* for lunch, its right down the road. Right?
23  E: Esparza's?
24  O: Mhmm
25  E: The one of Main Street
26  O: Mhmm and on Fort Worth street
27  E: Worth Street?
28  O: Yeah I'm sorry I've always called it Forth Worth Street, okay once there afterwards we went to Main
29  event and we were there a matter of two minutes, it was kid central
30  S: Oh was it?
31  O: It was packed so we went back to the apartment, hung out for awhile
32  S: Now this is the three of you guys still?
33  O: Yes
34  S: Okay
35  E: What kind of car were you using?
36  O: Uh Wasim's truck. It was a white Toyota; it's an older one, like late 90's model
37  S: white
38  E: Big Toyota? Little Toyota?
39  O: Uuuh what is it like a Tundra
40  S: Tundra

15

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   E: Tundra
2   O: It's like a half-seater and uh pretty much we hung out played the Wii, played bowling, played the
3   Xbox.
4   S: And this is at your house?
5   O: Yes
6   S: Okay
7   O: Got hungry, went to Spring Creek BBQ in Hurst, uh after that we watched the UFC fight at, I'm
8   thinking. What's that place called? Boomer Jack's
9   S: What is it?
10  O: Boomer Jack's
11  S: Boomer Jack's?
12  O: Boomer Jack's in Hurst
13  S: Okay
14  E: what is it the one off central and 183?
15  O: Yes
16  E: Close to where Duke's is?
17  O: its right next to Duke's                          51:06
18  E: It's actually in Bedford but yeah
19  O: Oh, sorry
20  S: What, what time is it around at this point?
21  O: We left, when it shut down at 2 in the morning
22  S: Oh so you're at Boomer Jack's from...
23  O: We watched from I wanna say 8 o r 7 o'clock from when the fight started until it ended and then we
24  stayed there just...
25  S: And this is on Saturday into Sunday morning?
26  O: Yes
27  S: Sunday morning about 2 o'clock Sunday morning right?
28  O: Mhmm
29  S: Okay so, did y'all go anyplace else after?
30  O: No, we went straight home
31  S: And when you say home, straight to your place, right?
32  O: yes
33  S: So you're at your place now um, what do you do from now, I assume you're tired
34  O: We went to bed
35  S: Now the next day is Sunday. What time do you get up?
36  O: I woke up at 8, they didn't wake up 'til 9:30 10 o'clock
37  S: Mhmm
38  O: Uh watched a little bit of TV, then we did nothing, and then they got up and left.
39  S: They did?

16

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: They both had to leave, they both work today so they wanted to be back in time, 4 hour drive for one
2   3 and a half hour drive for another.
3   S: Did they each drive individual cars?
4   O: Yes
5   S: But you guys went out each time in whose car?
6   O: Uh, in Wasim's and then Isaac's
7   S: What kind of car does Isaac have?
8   O: Uuuuuh I don't know it's kind of like a hatchback kind of car. I won't lie, I don't do...
9   S: Is it like a square or is it uh
10  O: Um
11  S: Is it a Ford?
12  O: No, it's um ...would you like me to call him and ask him?
13  S: No no no, is it an SUV or...
14  O: No no, it's a car...
15  S: What color is it?
16  O: it's newer model...dark grayish
17  S: Um so that's... what time did they leave Sunday?
18  O: Around 1 o'clock
19  S: Okay and and what are you doing around this time?
20  O: I just hung out, dozed off a little bit...
21  S: Now, you're by yourself at this point?
22  O: Yes
23  S: Okay and when you say you hung out at your apartment
24  O: Just ...
25  S: It is an apartment, right?
26  O: Yeah
27  S: Okay. So you uh, when you say you hung out, you hung out at the apartment.
28  O: Yeah, just watched some basketball
29  S: Okay
30  O: Did really nothing, cleaned up threw the trash out
31  S: Mhmm
32  O: Uh, emptied our beer cans, washed dishes, just cleaned up a bit...
33  S: Mhmm, let's see. Um *inaudible* okay and so which takes us into what? Sunday afternoon or...
34  O: Mhmm, and then from there I went Volcano's for while
35  S: On your own?
36  O: Yes
37  S: And how did you get there?
38  O: In Amanda's vehicle                              54:04
39  S: Oh, you...
40  O: Cause I'd had it, it'd just been sitting there

17

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: Mhmm
2    O: I, uh, I hadn't touched it
3    S: So you went to Volcano's on your own?
4    O: Yes
5    S: And you took her car?
6    O: Yes
7    S: Okay and what time did you go there?
8    O: Um, 1 o'clock 2 o'clock
9    S: In the afternoon?
10    O:yeah I mean quickly, once they left cleaned up sat down, started to doze off , woke myself up, took a
11    shower and left
12    S: Okay and um, how long did you stay there?
13    O: 7, 8 o'clock
14    S: To 1 to 7?
15    O: yeah I mean I was just there playing Golden Tee
16    S: Golden tee?
17    O: It's a golf game
18    S: Oh is it? Now are you by yourself this whole entire time?
19    O: No no, um there's like all the guys were there.
20    S: When you say guys, what?
21    O: Regular bar, bar guys that I play gold with, Larry Swanzi, Ken Kenny, Dave McGill
22    S: These are all just acquaintances at the bar or do you hang outside the bar?
23    O: yes, other than there the only thing we really we've gone to is like Ranger's games and Stars game.
24    S: Okay, and who are these people again?
25    O: Just regular friends that I play gold with. Not golf, golf, but video golf
26    S: Yeah so you hung out at Volcano's right? For roughly 1 to 7?
27    O: Yeah, well actually no, I didn't get there until around 2ish, 2:30ish
28    S: To 7?
29    O: Yeah
30    S: ish
31    O: Yeah it was a couple hours
32    S: That's for to say, for a couple of hours. And um what did you do from there?
33    O: I started talking to Mechelle about the child support, tex, via text message
34    S: Via text?
35    O: Yes and she started "I'm in grapevine, I'm gonna go to your place" and I was like do whatever I'm not
36    there kind of thing
37    S: So you and Mechelle are communicating round 7ish?
38    O: Um, maybe...not... probably earlier?
39    S: Okay
40    O: Just throughout

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Just throughout the course of while you're there at Volcano's? Um and what kind of texts are guys
2   sending back?                                                          56:05
3   O: Um, kinda she's going off that she needs to talk to me and I'm just like whatever, just one sentence,
4   one word, one letter messages kind of things back and then she sends me a message that she really
5   needs to talk to me or see me, that she could leave paperwork on my porch or whatever, and I called
6   her and we talked for a few minutes
7   S: And this paperwork, what is this paperwork?
8   O: For child support
9   S: Oooh
10  O: She didn't understand what it was
11  S: Um, what, did she draw up dome paperwork or something?
12  O: No she filed and she got served, I've been waiting to get served for my paperwork
13  S: Oh so you haven't been served yet?
14  O: No, I've been waiting
15  S: But she's been served
16  O: Mhmm
17  S: Oh okay
18  E: She's the one that filed...
19  O: yes
20  S: oh so they, so they they serve her too?
21  Officer: yes, I guess the process server will serve both parties, which seems a little strange.
22  S: Are you familiar with that? With the proce....
23  O: No, I have no idea
24  S: Okay so um so she gets served with some paperwork on, what Saturday?
25  O: no, she'd been served a while ago, I don't know when exactly...
26  S: And you were supposed to get served?
27  O: I'd been waiting, I haven't...
28  S: Who, who told you were going to get served?
29  O: She did
30  S: Okay and so she texts you about the paperwork. And...
31  O: Would you like to see the text?
32  S: Uh yeah I will, uuuh, I'm just trying to understand right now but I'm just...I wasn't there so I gotta
33  understand it. She texts you about the paperwork and she tells you she wants, now correct me about,
34  and you're receptive because you know paperwork is coming I assume?
35  O: Yeah
36  S: Okay
37  O: yeah it wasn't like I was like "Oh my god what paperwork"
38  S: Okay yeah, that's what I was trying to understand, so you knew that you were going to get served.
39  O: Yeah                                                                 57:58
40  S: Okay and uh is this because you guys had prior communication that you were gonna get served?

19

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: Yes
2    S: uuuh
3    O:Well, it was more her leaving a message that "I got served today I don't understand the paperwork,
4    give me call and he called me and told me you're going to get served at work, have fun." And that was it
5    S: But you know that...you guys had talked about child support I assume or something?
6    O: No
7    S: What what's the deal with child support and her serving you, I don't understand...
8    O: We hadn't accomplished child support that's why she was serving me with child support...like...she
9    wanted me to start paying child support.
10   S: Was paternity set? You know as far as um this is your child or...is that part of it...I don't know
11   O: We hadn't done paternity anything...
12   S: Mhmm
13   O: I'm assuming it's my child
14   S: Oh you are? Uh, based on just a one night stand you said or?
15   O: Because she wasn't the kind of person that slept around...
16   S: Okay
17   O: And it wasn't like I met her that night and we had sex that night.
18   S: Is that how it happened?
19   O: No, I had met her and we started talking that kind of things, and after a while you know that's when it
20   happened.
21   S: And if you don't mind me asking, how long?
22   O: How long ago?
23   S: Yeah no, how long did it take you guys to meet and then ultimately have sexual intercourse
24   O: A few weeks
25   S:okay and then just from your knowledge, just you getting to know her she struck you as the type of
26   person t hat didn't sleep around or she told you she didn't sleep around?
27   O: Both
28   S: okay, um then um did you plan on having some time type of relationship with her...
29   O: No
30   S: Or was it just sex? I don't know...
31   O: No no not even that it was pretty much I was gonna pay child support I didn't want her in my life and
32   that was that. I was gonna give..
33   S: Oh so you're well in for this then I don't know
34   O: I... she just hadn't filed. She was always like "I'm gonna file" well do it.
35   S:may I ask if I can back up just a little bit from this point here, the course of y'alls relationship because..
36   O: There really wasn't a relationship. It's not like we dated, it's not like we went out anywhere, except
37   I'd meet her at Boston's, where I met her...
38   S: Let me ask you this 'cause obviously talking to the family the child had a birthday party so the child is
39   like one years old?
40   O: Yes

20

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Recently?
2   O: Yes
3   S: Just turned one? Uuum so when she first became pregnant, a year ago
4   O: Yes                                                    1:00:34
5   S: Umm did she
6   O: actually almost two years, a year and 9 months
7   S: Okay, did she inform you, just like this last February was a first year birth, it was February right? Uum,
8   when's your child's birthday?
9   O: I won't lie, I don't know
10  S: Um you don't know the birthday?
11  O: No sir
12  S: You know it's in...
13  O: Like I said we did not have a relationship.
14  S: Okay
15  O: It was she called me and said I'm four months pregnant
16  S: Yeah that's what I was gonna ask
17  O: And I was just pretty much like well what are we planned to do? I don't want another...
18  S: Did you believe at the time it was yours?
19  O: Yeah, I did
20  S: Okay
21  O: I was like I don't want another child and she was like well I'm keeping it and she disappeared
22  S: So during the course of her pregnancy, did you see her?
23  O: I saw her like two or three times?
24  S: During the course of her pregnancy?
25  O: Mhmm
26  S: 9 months, her pregnancy. So uuum did you communicate during the course of the pregnancy?
27  O: Such as? I mean...
28  S: Telephone?
29  O: Yeah
30  S: Okay. On a regular basis or?
31  O: *shakes head*
32  S: Like what.
33  O: Like maybe a week, a text message here or there
34  S: Oh, non verbal, just more text?
35  O: And we, no, the three times we met in person was you know we'd talk
36  S: Okay, um so she did inform you that, while she was pregnant though? And you're saying in her fourth
37  month? Is that
38  O: Yeah she thought she was pregnant around her third, fourth month
39  S: I wanna make sure, these are your words not mine
40  O: Yeah yeah

21

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: I'm just kind of reiterating what you're saying here
2   O: Yeah I understand
3   S: Uuh 'cause I'm kind of going off what you said. So during the course of her pregnancy which is um
4   during her fourth month that you guys communicating about her even having knowledge that she was
5   pregnant. Is that fair to say?
6   O: Mhmm
7   S: Okay, um how did you feel?
8   O: Really weird. 'Cause um I don't...I didn't want to have another child
9   S: Mhmm
10  O: I didn't want it, I mean I already had my daughter, Rebecca and that was that. I didn't want anything
11  else. I even told her are you planning to get an abortion, she said no.
12  S: Did you recommend that she get an abortion?
13  O: Mhmm
14  S: Were you willing to assist her financially?
15  O: Mhmm
16  S: Uuum but she said no?
17  O: Mhmm
18  S: How did you feel about that?
19  O: Life just went down the toilet
20  S: Mhmm and um what did you plan on doing at that point? As far as telling Rebecca about it or?
21  O: I didn't
22  S: Okay so you never told her?
23  O: No sir                                    1:03:13
24  S: Did you call her on any occasion to say reconsider abortion?
25  O: Mhmm
26  S: Um on a number of occasions I assume?
27  O: Mhmm
28  S: And she refused? What was her reason why she wanted to maintain the pregnancy?
29  O: She never said
30  S: Oh
31  O: She just said she couldn't
32  S: She...
33  O: She was just like I can't, I can't I can't
34  S: For religious purposes or?
35  O: She never said why
36  S: what did you take it as?
37  O: I didn't, I didn't take it as anything vengeful or anything like that...just you know there's people that
38  believe in not abortion.
39  S: Okay um and where you there when the baby was born?
40  O: No

22

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: Okay

2    E: Had you met the baby?

3    O: Very shortly when it he was maybe a month old

4    S: A month old?

5    O: Yeah, if that

6    S: Where did you meet the baby at?

7    O: at her parent's house

8    S: Okay. And when you saw the baby how did that make you feel?

9    O: Just, I, I, I was not there

10   S: Mmm, emotionally did you feel anything?

11   O: I wasn't you know, it was more of like oh my god, I have a son.

12   S: Mhm

13   O: I wasn't ecstatic but I wasn't sad

14   S: Mhmm

15   O: I was just there

16   S: Mum, kind of like numb? Is that a word to use?

17   O: yeah

18   S: Um, did uh she, it's a boy right?

19   O: Yes

20   S: Did she give him your name or?

21   O: Last name

22   S: Last name?

23   O: Yes sir

24   S: What was his first name?

25   O: Asher

26   S: Asher?

27   O: Yes

28   S: Asher...how do you spell that?

29   O: I would assume A-s

30   S: Ashter?

31   O: No Ash...A-S-h probably e-r

32   S: Ash

33   O: or at least that's what I would assume

34   S: Okay, but you don't know how she was really spelling it?

35   O: No, it could have been A-c-e-s-h-e-r for all I know

36   S: Um, the uh

37   O: I've never seen a birth certificate...

38   S: You haven't seen one?

39   O: No sir

40   S: Um but she uses your last name?

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yes

2   S: And you were aware of that, then I assume.

3   O: Yes

4   S: And was that okay with you?

5   O: No it was not         1:05:29

6   S: Okay um, okay so we've established your son. Okay? Did you acknowledge it as your son?

7   O: like I said I kind of assumed and acknowledged that he's my son

8   S: Based on? The fact that you guys had sex together and she told you she was pregnant and the fact

9   that she didn't sleep around?

10  O: Yeah

11  S: Just that you acknowledge

12  O: Yeah, that's that

13  S: So as far as you were concerned that was your son?

14  O: Yes

15  S: Okay um, so going back now to Sunday

16  O: Okay

17  S: in that Volcano's, thought I'd forgot, in the bar

18  O: Okay

19  S: during the course of that day you were getting texts from her, right? And she says

20  O: Well actually I made the initiation and asked her um what she was doing?

21  S: Okay. So you texted her first, right?

22  O: Yes

23  S: And you asked what she was doin' on Sunday afternoon?

24  O: Mhmm

25  S: And she responded by saying...

26  O: Just going home

27  S: Just going home?

28  O: Mhmm

29  S: Did she tell you were she was?

30  O: No

31  S: Okay and um now let me ask you this too, Thomas, and I'm just...and I appreciate the fact that you're

32  being so candid okay um but when um you find out that now she's initiating these papers  for child

33  support?

34  O: Yes

35  S: How did that make you feel?

36  O:Very very sad, I mean cause from that point I knew, you know, it was over with me and Rebecca in

37  that sense that it's going to go to court, she's gonna know that , more than likely he is my child and I...

38  S: Now, when you say sad, sad that you're about to lose your relationship with Rebecca or you're angry

39  as well?

40  O: No I wasn't angry

24

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: Okay, not angry just sad                          1:07:26
2    O Sad
3    S: Okay
4    O: Sad I was going to lose my relationship with Rebecca
5    S: Okay, cause you know now that Rebecca is gonna find out
6    O: yes
7    S: Okay uuuh and then so and and when did you find out that she was filing for child support?
8    O: Actually, she just called and told me. I never...
9    S: Recently or?
10   O: Um, it was like November or December
11   S: November or December you found out that she was...
12   O: Yeah, going to do it
13   S: Going do it
14   O: Yeah
15   S: Did you believe her?
16   O: Yeah
17   S: Okay um and she do it during that time?
18   O: Yes
19   S: That's when it happened?
20   O: Yeah, um yeah I got letters you know saying that there was a time to meet so we could establish
21   something and I couldn't make it and she canceled three times and
22   S: What were you gonna meet her...
23   O: well
24   S: Just you and her meet or
25   O: No the way I guess it works, I don't know child support goes where you file and then instead of
26   making it go to court you go to like say a meeting with a lawyer of some sort for the state...
27   S: *in audible* do that
28   O: Yes and she canceled and then canceled again
29   S: She did?
30   O: Yes
31   S: and then when I finally got my letter I had to go for the military stuff and I then I had canceled and
32   they said done that's more than enough cancelations.
33   S: Did they send you some correspondence to your place?
34   O: yes
35   S: What'd they say?
36   O: Pretty much they denied my cancelation of going so they made it seem that I never went
37   S: Who who, I'm sorry I didn't understand that
38   O: They...
39   S: Did you get correspondence at yours and Rebecca's place?
40   O: Yes

25

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: You just intercepted the mail I assume or she didn't know?

2   O: No she she she, that's when she started to figure it out

3   S: She got the mail?            1:09:07

4   O: Mhmm

5   S: And read it?

6   O: Mhmm

7   S: And so she confronted you about it?

8   O: Mhmm

9   S: So she knew all this time uuh

10  O: That

11  S: But you

12  O: But the way Rebecca may have crossing figures

13  S: that you...Did you denied it at that time or?

14  O: Mhm

15  SL: And she believed you I assume?

16  O: *nods head*

17  S: And then at some point, I assume Mechelle contacted her?

18  O: yes

19  S: Okay Cause I know you had mentioned that earlier, okay um and then I'll go back to Sunday here in a

20  minute I know I'm jumping all over the place

21  O: I know I'm losing you...

22  S: You keeping up with me? Haha

23  E: It's about the same way I talk so...

24  S: Okay so uuuhm I know I know I'm all over the place. Um I just ass...I just um I just want to establish

25  the fact, when did Rebecca find out, just point blank find out that it was true and she didn't believe

26  you..I assume you were lying to Rebecca right?

27  O: Yes

28  S: Okay, uum at what point did Rebecca just flat out don't, er, er believe you anymore?

29  O: When you know Mechelle started sending her text messages of my text messages, saying...

30  S: How did she um...

31  O: By email I don't know

32  S: How did she get Mechelle's information? I mean Rebecca's information?

33  O: I don't know

34  S: But she was sending it to Rebecca's phone?

35  O: Uh she was emailing it to her I know that...via either Facebook or to her email I don't know

36  S: Oh but she got Rebecca's information

37  O: mhmm and I know, I'm sure that's what the exchange was. Like who is this, we're gonna talk.

38  S: Who, Rebecca said that to you?

39  O: Mhm

40  S: And um did you deny it during that time?

26

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yes

2   S: And at some point you just couldn't deny it anymore?

3   O: mhmm

4   S: When did you just ultimately break down with Rebecca and tell her the truth? Was it down that

5   Wednesday when you guys got into that fight or?

6   O: No I...haven't

7   S: Oh still haven't really...

8   O: She hasn't talked to me for what? It's gonna be almost a week

9   S: So when you guys into that argument Wednesday and you threw her phone down the street you still

10  hadn't broke down and told the truth then?

11  O: No sir

12  S: you plan on doing that? Eventually?

13  O: Yes sir

14  S: Um

15  O: it's a, it's a must

16  S: Now I'm moving on to Sunday and we'll finish up Sunday okay? So basically on Sunday uh you initiated

17  contact with Mechelle, right?

18  O: Mhmm

19  S: By saying again, what on the text?

20  O: What are you doing?

21  S: She responded

22  O: yes

23  S: Almost home?

24  O: No she was like driving home or getting home, something like that

25  S: okay

26  E: What was, if I may, what was the reason you, you initiated contact with her?

27  O: Cause she had called several times

28  E: Earlier in the day or?

29  O: Uh, throughout the weekend, I just you know was with friends. I didn't answer    1:11:08

30  E: what was your feelings uh towards her at this time? Were you frustrated with her because of the child

31  custody stuff?

32  O: No I mean it was just I.. I was upset at the fact that I mean she was calling me for information that I

33  hadn't read on a paper and I couldn't see it and I didn't know what it was and she wasn't understanding

34  it and I haven't seen it so I don't know.

35  S: Mm. So.. so she needed some understanding of some paperwork that she had already filed?

36  Reference

37  O: Uh that she received. Yes

38  S: That she...

39  O: Of something that she filed

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Yeah, of something that she filed that you would think that she would have some knowledge of what
2   she had done.
3   O: Yeah, that's what I told her. How do you expect me to know?  I don't know what you filed for?
4   S: Did you offer to help?
5   O: Such as?
6   S: Understand; help her to understand that...
7   O: I mean, I said I'll take a look at it but you know …
8   S: So this is when she tried to get the paperwork to you?
9   O: Mhm
10  S: Did she drive it over to your place?
11  O: No, she said she would and I told her I wasn't there...
12  S: Mhmm
13  O: And she was like well...
14  S: This is all still on Sunday, right?
15  O: Yes, around probably 6, 6:30, 7 o'clock ish, when I'm getting ready to leave
16  S: So by 6 to 7:30 where are you at now?
17  O: Still at volcano's
18  S: At Volcano? Where is Volcano's at again?
19  O: Hurst
20  E: It's in Hurst
21  S: In Hurst
22  Ofifcer2: almost on the border of Bedford
23  S: So you're in Hurst and you're trying to uh, and she's trying to call you and this around 7, 6:30, 7:30 on
24  Sunday?
25  O: Mhm
26  S: Okay and what happens from there?          1:12:18
27  O: Well you know I said, I'll take a look at them. I don't know where you live? She's like well I gotta do
28  some stuff before I go home, and she's like I'll text you later and the only thing that she, it's off Lamar.
29  Do you know where that is? Yes I do and
30  S: Mhm
31  O: I was like well just text me and you know around 7 I started getting like well I gotta start heading on
32  over there..
33  S: Mhm
34  O: And I hung out just literally on Lamar, drove up and down
35  S: Where is um, so you agreed to come over to her place?
36  O: Yes
37  S: And uuh you came over about what time?
38  O: I didn't go over to her place.
39  S: Oh you didn't?
40  O: I've never been to her place...I've never...

28

Olivas, Thomas Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1 S: Where did you go? Did you come to Arlington?

2 O: yes I did

3 S: Okay, where did you go in Arlington?

4 O: Off Lamar Street, that's, I just went up and down Lamar street for until...

5 S: Okay, do you know where Lamar I sin Arlington?

6 O: Yes

7 S: What street is it off, for just to

8 O: The one I know it's off of is 360 that's...

9 S: 360 as far as takin' the exit off of Lamar?

10 O: Yeah

11 S: And where, how far did you go up Lamar? I don't understand

12 O: Um all the way for a while and then all the way back

13 S: All the way where?

14 O: I don't know the street names over there                    1:13:20

15 S: Okay um

16 O: I really don't

17 S: You just went all the way up Lamar and all the way back down Lamar?

18 O: A couple times and I actually then stopped at

19 S: Just all the way up the street and all the way down the street?

20 O: Yes sir

21 S: Did you call her?

22 O: yes I did

23 S: okay and did you tell her you were lost?

24 O: No, she knew I was waiting for her and she said let me know when you're on your way for directions.

25 I called her and she never answered.

26 S: oh, she never answered the phone? What time is this? Around what time?

27 O: Um, I wanna say probably about that time around 8

28 S: 8 o'clock?

29 O: Uh huh

30 S: Okay uh and Thomas again, I gotta understand here 'cause I'm doing the investigation I gotta

31 understand.

32 O: That's absolutely fine

33 S: I assume you're coming from the grapevine area, 121 coming south down 360

34 O: yes

35 S: And you take the Lamar exit off 360?

36 O: yes

37 S: And you turn right?

38 O: Actually, yes and then I went back left and back right

39 S: okay now Lamar I am familiar with cause...

40 O: You're from there

29

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Yeah, I'm there in Arlington um, are you familiar with Arlington?

2   E: No

3   S: Okay, alright, I'll work with this one, so you go south on 360 and you take the Lamar exit off 360...

4   O: Yes sir

5   S: Do you turn right?

6   O: yes

7   S: Okay now Lamar is a fairly long street.

8   O: it is I didn't go down...

9   S: I could tell you some things off Lamar. Okay?

10  O: Okay

11  S: Um you know what Hurricane Harbor?

12  O: yes

13  S: That's off Lamar

14  O: yeah

15  S: and then

16  O: well all the stadium stuff is on the left side right?

17  S: Yeah that's off Stadium

18  O: But you can see it

19  S: Yeah you can see it but you're on the other side of the highway 'cause you know...

20  O: Okay

21  S: Cause 30 separates right?

22  O: yeah

23  S: Does this sound familiar with you?

24  O: Yeah

25  S: Alright, now there's a bowling alley on the right. Do you remember seeing a bowling alley?

26  O: I guess I wasn't paying attention

27  S: Eh, it's fine, its way back there. So Lamar is a fairly long street, that's the point I'm trying to make. Did

28  you take Lamar all the way to where it ends?

29  O: No, I was...I just at some point turned around

30  S: And...

31  O: it was just a long street

32  S: And and in subjects to mile...how how... how many miles do you think you went on Lamar?

33  O: I...

34  S: Roughly

35  O: Like three, four

36  S: So like three mile? Or three or four miles

37  O: I just went down

38  S: So you drove all the way down Lamar and then you drove all the way back down. Now you're saying

39  you turned around and drove all the way back down again?

40  O: No, I went under the bridge when up a little bit

30

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: That'll take you under the bridge of...of 360?

2   O: Yes

3   S: And and did you get back on 360 and go home or?

4   O: No, I was waiting. I was like I called

5   S: And and Thomas... I...I gotta ask this part, you 'cause you have an opportunity, you have a cell phone

6   right?

7   O: Yeah

8   S: So

9   O: I don't know her address

10   S: Okay and that's fine, I'm asking

11   O: That's fine

12   S: Cause I wasn't there I gotta ask

13   O: That's absolutely fine

14   S: Um, why why do you not call her on your cell phone saying "hey I'm lost"?

15   O: I did call her

16   S: And she didn't answer the phone

17   O: She just never answered

18   S: How long do you think you were in Arlington?

19   O: I wanna say on and half hours? Two Hours?

20   S: Just driving up and down the street?

21   O: No I actually stopped and uh, I remember this little place, I paid like $2 for a beer um...

22   S: Off a Lamar?

23   O: No uh, I saw it; it's off to the side of a little convenience...uh shopping center. It was a pool hall.

24   S: Off Lamar?

25   O: Yeah, yeah I just stopped there. There's like a little Mexican Asian whatever, there's a convenience

26   store right next to it.                              1:16:24

27   S: So there's a pool hall of Lamar and you stopped there?

28   O: Sat there for a little while

29   S: and and

30   O: Smoked a couple of cigarettes

31   S: Okay okay, alright so you stay there and you go in and this right what time now?

32   O: Probably close to 8:15

33   S: 8:15ish

34   O Yeah

35   S: Okay there is a poll hall off of Lamar is it far off Lamar or just like right off Lamar. Is it close to where

36   Hurricane Harbor is?

37   O: No, it's not close to that.

38   S: What is it close to?

39   O: I couldn't tell you

40   S: There's a Hilton off of Lamar, did you see that? Hilton hotel?

31

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Uuuuuh
2   S: It's close to the 360
3   O: It was down a ways
4   S: And then the Texas Texas Land and Cattle, uh I think uh some kind of restaurant like that. There are a
5   bunch of restaurants like that on the left hand side. Were you there in that area? Did you see the Hilton?
6   You remember seeing the Hilton?
7   O: I know it's there
8   S: The Hilton?
9   O: Yeah
10  S: Okay, um you been to that Hilton before?
11  O: No
12  S: There's a club there.
13  O: I've never been to that club.
14  S: Okay. Septembers. You never been to Septembers? Um again and I'm just trying to narrow this part
15  down. Do you know where the Hurricane Harbor is but you were nowhere near that, right?
16  O: Mhm
17  S: Were you close to 360 or?
18  O: Mm-m
19  S: So this bar you went to is... Did you see a Cadillac dealer place there or a car dealership? That would
20  be close to Collins Street.
21  O: I know
22  S: Now Collins Street will take you straight to the Cowboy's stadium, if you turn...
23  O: I've been on Collins Street before
24  S: You've been to Cowboy stadium before?                1:17:56
25  O: yes
26  S: Alright so you know where Collins Street is right?
27  O: Yes
28  S: Alright, so from Lamar if you take a left on Collins that will take you toward um north going down
29  Collins and that's where Cowboy's stadium is.
30  O: Yeah
31  S: I'm sorry south
32  O: Yeah you'd be going
33  S: yeah that'll take you south going towards the Cowboy Stadium. So you're familiar with that?
34  O: Yes
35  S: Did you pass that street, Collins?
36  O: I'm trying to...
37  S: Just to help draw your memory
38  O: I'm just trying to think of, I know it was just right yesterday but I'm not familiar with Arlington. I just
39  knew it was off Lamar.
40  S: And and that's why I'm using these landmarks, trying to draw your memory

32

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yeah um I'm trying to remember what was next to it. I specifically remember this little Asian Mexican
2   grocery store kind of thing...
3   S: And it may be there I'm not familiar with all the businesses there but...
4   O: I'm just
5   S: Do you think you went by hurricane harbor, were you by the street Collins turn left that'll take you to
6   cowboys or did you go pass that?
7   O: I went pass that
8   S: Okay, so you pass that and um and then you went all the way up, did you turn off of Lamar to get to
9   this place?
10  O: Uh, can't think...I know when I was...
11  S: It was a pool hall though, they had pool table
12  O: Yeah they had several pool tables actually
13  S: Okay and you stayed there for an hour and a half?
14  O: Probably like 256 30 minutes, something like that.
15  S: Okay and you stayed in that place?
16  O: Yeah
17  S: And did you play pool against anyone?
18  O: No I just sat at the bar
19  S: By yourself?
20  O: Yeah
21  S: Okay, did you make friends or talk to anyone?
22  O: There was two people there.
23  S: Okay
24  O: It was dead.                                    1:19:24
25  S" Okay
26  O: Dead dead
27  S: Okay so and you tried to call her being Mechelle or Mechelle, you tried to call her right?
28  O: Yes sir
29  S: And you got no answer each time?
30  O: It went straight to voicemail
31  S: okay uh
32  O: It rang like twice
33  S: And you stayed in Arlington, how long you said?
34  O: Til the very most 9:30ish
35  S: About 9:30?
36  O: Yeah
37  S: and then you decided since you hadn't heard from her you and you'd been there for what, it sounds
38  like you been in that place for an hour? You been in Arlington for about two and a half hours?
39  O: No...
40  S: An hour and a half, something like that?

33

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: tops
2    S: So you been in Arlington about an hour and a half
3    O: She didn't call me I was like
4    S: And you always had prearrangements to meet right?
5    O: Mhmm
6    S: And for whatever reasons she blew you off then basically right?
7    O: Essentially
8    S: yeah
9    O: And then I texted her one last time "can't see you no car"
10   S: Can't see you what?
11   O: I have no car 'cause I wanted to bring it back.                    1:20:19
12   S: Being that lady's car that you had right?
13   O: Mhm, in fact I gotta give it back to her today.
14   S: Okay um so you went back down Lamar?
15   O: Actually from there I did turn on Collins Street.
16   S: Oh you did?
17   O: Yeah 'cause I know from where the stadium is I know I could go that way and it's...straight shot
18   S: Okay, alright so you went down Collins Street and you left
19   O: yeah
20   S: Okay
21   O: Well I started coming back this way
22   S: And that was um what time did you leave Arlington?
23   O: Um probably around 9:45 10 o'clockish
24   S: 10 o'clockish
25   O: Yeah
26   S: Okay and then uh where did you go from there?
27   O: Just straight here.
28   S: Here?
29   O: Straight to my apartment
30   S: Oh to your apartment. And what did you do from there?
31   O: nothing really, just watched some T.V.
32   S: okay and ouch
33   O: Showered, fell asleep
34   S: Did you try to call her?
35   O: No
36   S: Did you try to call her the next day?
37   O: I mean I assumed she would call me back 'cause you know I called she didn't call me back nothing.
38   S: Did she call you?
39   O: No
40   S: So is that like her?

34

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Depends if she's pissed off about anything
2   S: Was she pissed off when you agreed to meet her here, in Arlington, at the time?
3   O: I didn't know...I mean
4   S: Was she...
5   O: We were kind of arguing because I was being a jackass and telling her how do you know what it says. I
6   was like I guess I'll go but you know but make it quick.
7   S: So your intentions were to come to Arlington and help her decipher...
8   O: Or just look at 'em and read 'em and that was that
9   S: These papers that were ordering you to pay child support or whatever it is
10  O: Mhmm
11  S: You were going to help her with that.
12  O: Yes
13  S: Um and you came to Arlington to help her with it but she called you and asked for your assistance but
14  now all of a sudden when you get here and you say hey I'm here and you call her she refuses to answer
15  the phone.
16  O: Yes sir
17  S: Okay um and so then you stay in Arlington for about an hour and half driving up and down the street
18  O: Cause I wanted to get it over with I didn't want to procrastinate any longer just because of the simple
19  fact that I mean, let's get it done.
20  S: I understand. Okay so and then you left and came back home and you haven't talked to her since?
21  O: No sir
22  S: Okay which brings me into the picture now, okay? We we responded to her apartment, which you
23  saw on the news, because there was a fire and um in that fire she was killed and your son was killed, you
24  know. We detective for the police Department of Arlington believe she was killed prior to the fire being
25  started and we believe that the fire was started as a aftermath, okay?
26  O: Wow
27  S: And um so now we gotta figure out...
28  O: How, why
29  S: How and why and who would do this okay? Obviously um um Mechelle's family is missing her and and
30  the granddaughter, I mean grandson and of course now you're missing a woman that you've had
31  intimate relationship with and a son. You know and um and you got double falls cause you got issues
32  with Rebecca who the one you were living with you know um. Do you think you can make amends with
33  Rebecca?
34  O: I don't know. I mean that's gonna be entirely up to her
35  S: What is your intentions?
36  O: I would like to or at least get in civil matter where I can see my daughter, cause then I miss my
37  daughter
38  S: Uhm now of course I've asked consent to search your apartment um like any investigation in a
39  homicide we have to talk to you cause you're a person of interest right now.
40  O: I completely understand sir.

35

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: And we haven't eliminated you by any means right now, okay? And of course I have to either uh
2    exclude or include you in this investigation in some kind of way. Right?
3    O: Yes sir
4    S: May ask, what did you have on, do you remember what you had on Sunday
5    O:uuhh
6    S: When you were driving up and down Lamar Street?
7    O: Plaid shorts, blue shirt
8    S: Tight shorts?
9    O: No plaid, like
10   S: Oh plaid
11   E: dark plaid?
12   O: Uh it was a light plaid, like I have light gray
13   S: A light gray plaid short?
14   O: yeah
15   S: Are they at your apartment now?
16   O: Yes
17   S: May I seize those to...
18   O: Yes, absolutely
19   S: Um so it was light plaid shorts, gray plaid shorts. Now when you say light, like this light or are it gray
20   or something like that...
21   O:yeah, yeah
22   S: Okay so that's shorts. Okay are they multi-colored?
23   O: Uh, there's probably black lines on 'em, white things like that
24   S: So those are shorts
25   O: yeah like
26   S: Worn 'em Sunday. What kind of shirt?
27   O: It was a blue shirt
28   S: Polo shirt?
29   O: T-shirt
30   S: Okay is it navy blue? Or blue like this or? Best Buy?
31   O: No blue like that
32   S: Is it a T-shirt or a polo type shirt
33   O: T-shirt, t-shirt
34   S: Just a all round pull over t-shirt
35   O: T-shirt
36   S: May I seize that?
37   O: Yes sir
38   S: To um, to to I may have those tested okay?
39   O: Absolutely
40   S: Okay I appreciate you being forthright here. Um what kind of shoes did you have on?

36

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: These
2   S: Those shoes there
3   O: Yes
4   S: Okay you had those shoes on, on you there?
5   O: Yes sir
6   S: now I'm asking, may I seize your shoes, at some point.
7   O: I need them for work um I mean but
8   S: Again working the death of your son and working the death of your...
9   O I understand um
10  S: Would you cooperate? And when we get to your house...
11  O: Would you like them now?
12  S: It would be better if I can um okay, just lay them over here and and do we have a paper bag or
13  something like that that we can stick them in?
14  O: Sorry if my feet stink
15  S: It's okay um and I'm bein...I'm so thurough when I work a case
16  O: No I understand, it's your job, it's your job
17  S: You understand, you understand. It's a hard job but uh I wanna do it right and I wanna do it fair. I
18  wanna be fair by you and I wanna be fair by the investigation. Because I owe the investigation my
19  complete attention in detail. So I wanna be...
20  O: Yes
21  S: As thorough as I can okay? Um did you have anything on right now, socks included that you had on...
22  O: No
23  S: You didn't have those socks on at all?
24  O: No
25  S: Not those pants. How bout that top? Did you, it get cold? Did you put it on?
26  O: No no I was cold this morning so I was just wearing...
27  S: How about that black t-shirt on under that. Did you have that on?
28  O: No, it was probably a white undershirt
29  S: Okay. Um you had those shoes on, you had some plaid gray shorts, you had a blue t-shit. Anything
30  else?
31  O: No
32  E: You ever wear a ball cap?
33  O: I wear ball...I have tons of hats but I didn't take one with me.
34  S: That particular time you didn't. Now there maybe something too, in your apartment Thomas that
35  when we get back there, I may want to seize.
36  O: That's fine
37  S: Uh are you fine with that? And if you have a problem, just let me know...
38  O: No I don't
39  S: And and we will...
40  O: I....

37

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: I...I 'm really for that you are assisting us in this but I I need to, like I said, include or exclude. You know
2   ? Um so we have these thing and um and I'm still trying to determine what happened okay? So uh as I
3   told you before, there was a fire, there uh. So you mess around with fire at all? You ever set a fire or
4   anything like that before?
5   O: No sir                                1:28:21
6   S: Okay, let me just get to the point of, of, of this situation here. Obviously, um, Mechelle is killed okay?
7   And and your son is killed in this process too? And so I have to ask you and um and I have to give you
8   every opportunity, every, every, opportunity to to be as honest with me as you can.
9   O: Ye sir
10   S: Because Thomas I can tell you that uh, there's a window here, as far as you and I talking, and the
11   window is I'm not an aggressive interviewer. I'm not gonna scream at you or anything else. I have to rely
12   on you.
13   O: It's probably a good window more than likely.
14   S: I have to rely on you as a man, I have to rely, rely that the fact that you have a heart. You know uh, I
15   have to rely that uh, that you have remorse you know, I have to rely that you have emotions and to be
16   honest with you Thomas, talking to you this amount of time that you have allowed us to talk I want to
17   make sure that you're not a monster. Okay? That's the main thing okay...
18   O: I'm sorry... I just love babies and
19   S: But you understand where I'm coming from, I don't, if Thomas if and listen to me clearly okay cause I
20   want to be as clear as I can, if you had something to do with Mechelle's death and the death of your son,
21   then one needs to understand what may have happened because not all the time are our intentions are
22   for things to happen a certain way. Okay? And uh and this is not about me so don't challenge me with
23   this, if that, if it comes down to that.
24   O: No no                              1:30:10
25   S: It may come down to, you battling yourself more so than me, because it's not about me and if you
26   focus on me and and
27   O: Sir I'm here to help
28   S:Okay but Thomas I just want you to listen for a second and uh if if if  you get in a tug of war with then
29   uh then it's gonna be a situation where you're not coming across the way you want to come across.
30   O: Exactly
31   S: Okay? And and I'm going to make that you and I are not in a tug-o-war. Okay? Um I want to bring
32   closure to Mechelle's family and I want you to have closure for your son.
33   O: Yes sir
34   S: okay and I I I have to tell you that if and that's operative word here, okay?  If you did have something
35   to do with this situation if you did, um I understand just by talking to you this long period of time that
36   you were going through a lot. You were depressed, you know, you were thinking about talking Rebecca's
37   medication and who knows you may have swallowed a pill or something here or there. You know you
38   may have counted 8 instead of 10, I don't know. And you're right, if she's uh schizophrenic, as you said,
39   that's some powerful medication, you know. I don't and so I don't know how that stuff affects you,

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  because I've never taken that medication but um but you were in a low spot. So low that your friends
2  came in from Austin and Houston which is a big drive, because they believed you were in dire straits...
3  O: Mhmm
4  S: And, and it's not every day you have friends like that, who would do something like that and um so
5  you were in a bad way
6  O: Yes sir
7  S: And um those friends loved you enough, Thomas, to take you just out and they took you everywhere
8  and I know they spent some money 'cause it sounds like you guys spent some money. You know and so
9  and at the same time you're battling with the situation and the situation that you're battling with is that
10  you're losing Rebecca you're losing the lively, the livelihood that you're used to all because Mechelle, is
11  is, it seems like she has joy taking you down you know. And you know uuh I know you resent that like
12  any man would do, it's it's a bad situation. Um I don't know what happened Thomas, when you got
13  there, I don't know what happened that, but you know she doesn't seem like a timid person, she seems
14  like an aggressive person. And I don't know if she talked to you in a way that um placed you in anger but
15  you know uh uh, these things happen. The main thing I want you to focus on Thomas is this, you're not a
16  monster. If something happened, it got outta hand. I don't know where else to look. I really don't. I think
17  uh you're there in the window, when this situation happened and it's a threshold, how 'fraid of you to
18  go over that that that board and I want to help, I really want to help but if you challenge me, I'm just
19  telling you we go I did, I didn't, I did, I didn't, I did, I didn't, but I'm not the person that needs that
20  because because that's not..it's not on me. I I think Thomas, I I I I really hope you look at her family, her
21  mom, she is somebody to them, her brother she is somebody to them. But your baby means something
22  to them as well, your baby is their grandson, your baby is their nephew, ya know? And that baby
23  beautiful little boy...
24  O:  Yeah, he was...
25  S: You have to consider him. Thomas, I just want you to have a heart. I just want you to have feelings. I
26  want you to have emotions. I want you to reach out because Ashton, Asher is a part of you you know
27  and and, lie to me if you must but don't lie on your son. Your DNA, name don't lie on that. That's where I
28  stand right now, that's where we're at , I'm asking you, help me bring closure because it's it's not there.
29  O: That's what I'm trying to do sir. I'm trying to help you as much as I possibly can    1:34:53
30  S: Okay, Thomas I'm gonna be honest with you right now, it seems that you want your freedom. You
31  want your freedom two people, two people, two people your son. I know you didn't want your son but
32  he exists he's here.
33  O: And I was willing to accept that I was, I was willing to completely accept that.
34  S: K
35  O: I was waiting so Court could get done so we could do this, so I could get... either see him or not see
36  him and I was...
37  S: Do you value your freedom? Right now?
38  O: Everyone should
39  S: Do you value yours? Do you want yours?
40  O: Yes sir

39

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Do you want yours at any cost?
2   O: Nnn
3   S: At the cost of your son?
4   O: Not a the cost like that sir
5   S: What do you think the person that killed Mechelle and your child deserves? What do you think they
6   deserve?
7   O: Something not good, not good at all
8   E: Wh, what would want to happen?
9   O: Well, like any murder, I believe in the death penalty so
10  E: and and I, just earlier we were talking, we had a conversation before.
11  O: Yes sir
12  E: Before now, we had a conversation in front of your apartment complex and you asked me what this
13  was about. I had some general ideas what it was about but unfortunately I didn't have any details. I
14  wasn't lying to you before when I said I didn't have the details and I wanted this detective to tell you
15  about it, cause I knew you were gonna have questions and I knew I wasn't going to have answers to
16  those questions. But I wanted to just roll over a couple of things that I noticed before as an outsider
17  looking into this. Um and you'll have to forgive us because as detectives we have very cynical accusatory
18  personalities
19  O: That's totally okay
20  E: We think everyone is guilty, we think everyone's guilty. That's just how we are, that's the way we do
21  business because if we thought everybody was innocent heck, we wouldn't get anything done. So you'll
22  have to forgive me if I think you're guilty. Alright? That's just my natural, that's my natural tendencies
23  O: It's okay
24  E: it's nothing personal
25  O: That's absolutely fine sir, I totally understand.
26  E: You could be a saint and I'd still think you're guilty of something, anyway. Here's one of my biggest,
27  here's one of the biggest things that I'm catching from this  that I find as a third party person as an
28  uninvolved person I'm finding it just a little suspicious. Okay?
29  O: That's fine
30  E: First of all well there's two things, I'm gonna break *inaudible*, one is that you've indicated you didn't
31  have any emotion other than sadness over this whole turmoil with the child custody and stuff like that
32  and I gotta tell you I'd be madder than hell if it were me, I'd be really ticked.
33  O: I'm not an aggressive person
34  E: I've seen even the most sedate quiet timid people become very very emotionally attached , very, very
35  angry whenever it comes their
36  O: I understand
37  E: children and their exes okay. And I'm not picking up any of that emotion from you. Um I'm not picking
38  up any emotion, any emotion from you at all.
39  O: I understand
40  E: Um

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: I'm just trying to think and help out as much as I can

2   E: Okay

3   O: Just block it out and deal with it as much as I can          1:38:09

4   E: Second thing and to kind of move on, the second thing is. Is I'm picking up from ya is that you drove to

5   Arlington; you drove around for a couple hours. You were there for a while. You stopped at a little joint

6   that you can't remember the name of, um you bought a beer. Did you pay cash for this beer?

7   O: Yes sir

8   E: okay uh but you were there, uh you had one beer, uh but you were in Arlington for several hours. And

9   you only tried to call her twice never heard anything back from her and you hadn't heard anything back

10  from her yet but you don't seem to be …

11  O: That's the thing that we had, if she didn't call back she was mad about something I said. If I was mad

12  about thing I'm not the type of person who would blow up a phone I've just never been that way.

13  E: Do you know where she lives?

14  O: No sir

15  E: You've never...

16  O: I've been to her parent's house.

17  E: Where do her parents live?

18  O: Uuuuh it's in Arlington, like off Mansfield, way out there. Like New York Street, wherever that is...

19  E: But you've never been to her residence? Her current residence?

20  O: No sir

21  E: Um, and the reason why I'm asking is this..if if I were in your shoes alright? If something had

22  happened to somebody that I had once cared for and and uh a son of mine, even if I didn't know the son

23  or have any emotional attachments to the son um and I was in your shoes uh I would probably..yes that

24  would concern me but if I was a suspect in a homicide or a person of interest in a homicide I mean I

25  would also be concerned about what I said. And one of the things I like do, whenever I'm doing an

26  interview and and I deal with sexual assaults mostly. I deal with persons crimes and things of that

27  nature. And I deal with some pretty bad people who lie to me, a lot. And sometimes even innocent

28  people will lie to me because they fear that it makes them look guilty, alright? The easiest thing for us as

29  a police department is to prove up is if you made it to her residence or not.  Because as odd as it sounds,

30  with every camera we have at intersections with every piece of technology, with every ability to obtain

31  phone records things of that nature. Anything we can grab a hold on, uh a hold off put you at the

32  location of her residence is the easiest thing for us to do. Because there's all sorts of things now these

33  days that can track our locations.

34  O: Absolutely.

35  E: My phone knows where I am all the time uh and traffic cameras probably have seen me way too

36  much.

37  O: Yes sir

38  E: So what I'm getting at is if there was an opportunity for you to made it to her residence, if you made it

39  to her residence at all even if you made it to her residence and you guys had an argument and you left. If

41

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   you made it to her residence at all you need to let us know because if we find out that you've been lying
2   to us at all, even if it's just to make yourself look more innocent because you're concerned about it...
3   O: No sir                          1:41:07
4   E: You need to let us know because any any deception from you today is gonna be something. All we can
5   do is paint a picture for a D.A.'s office, for anybody. If we paint a picture saying well he said this
6   originally and later we found out it was this is and this is the truth well, I mean that's like the same thing
7   you see on 48 Hrs. or any of those T.V. shows. Well he was lying to us about this but we really don't
8   know why so that's makes him look guilty, and that's why he's still a person of interest. So if there's
9   anything in the course of this story...
10  O: I mean like I said, I stopped talked to my dad on the phone talked to my friend Isaac on the phone. I
11  mean that was about it, I did nothing...
12  E: All while you were in Arlington?
13  O: Yes
14  E: All with, that phone?
15  O: Yes
16  S: Okay well, I I I think Detective Easley is making appoint that uh that it's the small things, and we went
17  over a long elaborate story of events of everything that you've done and again I I really think the
18  problem here is that you're focusing on us. You know um honestly just like he said, we've done enough
19  interviews to know when you feel deception is coming on but you know I think, I think your focus is us, I
20  really do I think your focus is us and uh this is bad that to happen to Mechelle and your son. And um the
21  problem I think you're going to create is do you care? You know, do you care? And I think, I think right
22  now, I'm just be honest with you...
23  O: I know.
24  S: And you look like you're getting tired of me
25  O: I've just had a long day, I still have work ahead of me.
26  S: Okay I understand um I I tell you what I'm willing to do, Okay? I'm willing to contact your employer
27  because Thomas your son is dead, okay?
28  O: Sir I just
29  S: And I can't even believe you can work under this condition, you know?
30  O: I gotta pay somehow bills
31  S: But do you even understand what I'm saying? Your son is dead. Your son is dead.
32  O: Sir it's hard. I was never there for him...I...it's...
33  S: Thomas, it's your son
34  O: I'm shaking
35  S: Your son
36  O: I know
37  S: Your son is dead
38  O: I don't know how to show emotions for this
39  S: Thomas...
40  O: I can't be tearing up, I don't...

42

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: It's like your daughter with Rebecca

2    O: Uh

3    S: Okay? It's like Rebecca's son. Your son is dead. And I...I have the responsibility to bring the person

4    who did this

5    O: And I know...

6    S: Not not just to to to account for it to show responsibility. I think, I think the motive, the opportunity is

7    you. I honestly do, now that's what I think but you are making me, you're making us the wall. We're not

8    the wall. I think the wall is you getting over you because if you got there, if she set you off. Focus on me

9    for a second, if you got there, if she set you off, if you lost it then you need to let me know that that's

10   what happened because would you, would you intentionally kill you son?

11   O: No sir

12   S: Would you?

13   O: No sir

14   S: Now, I I can't account for Mechelle but would you intentionally kill your son?

15   O: No sir. Absolutely not.                          1:45:23

16   S: Because your relationship with Mechelle uh is volatile. I understand that, but your son, the innocent

17   person in this deal, would you intentionally kill him? Then that's where your remorse lies, that's where

18   your humanistic side should burst

19   O: I don't know how, I haven't had anyone close to me die. . I don't

20   S: Well your son has died

21   O Sir

22   S: Your son Thomas has died

23   O The more you telling me the more it's hitting me and I haven't let that set in yet. I don't know. I'm not

24   trying to make myself cry, I'm not trying to do any of that just don't know how to truthfully show

25   emotion.

26   E: Have you always had that problem or is that something that's come up recently?      1:46:16

27   O: Always, other than being a child you know, getting hit and start crying you know that whole thing but

28   I never you know, just a girl would break up with me you know, okay life happens and move on...

29   S: Okay, here's where we stand and I just gotta go ahead and be honest with you um I don't think you're

30   gonna be able to make in to work today and um you know I think you're responsible for this situation

31   okay?

32   O: yes sir

33   S: Um so I have to let you know that. Now we need to figure out what's going to happen with you.

34   Okay?

35   O: Yes sir

36   S: And um in order to do that um, I think you you set the tone on this here okay?

37   O: yes

38   S: Let me tell you the range goes from okay? This range goes from the fact that your son is under the age

39   of 6, is a child and then you have the person Mechelle, is dead, the case can range to a capital murder

40   E: Can you hold on for just a second

43

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: I'm sorry I can't see it

2   E: Oh it just says that I gotta change discs we're running out of time on this DVD.

3   S: Okay

4   E: So you need a water? Water? Take a little break?

5   S: okay

6   E: I apologize for the break but...

7   S: Get you some more water

8   S: Here you go. You wanna get it for him?

9   E: Yep, I'll get it.

10  S: Do you understand what I'm saying        tape ends 1:47:56

44



# STATE'S PRETRIAL
# EXHIBIT NO. 2

(Video Disc)

(Tarrant-1376698R-RR-SXPT2.mp4)

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  S: Okay um, so you understand the problem I have before, with this here, and again...

2  O: I completely understand sir

3  S: If um and you know again, as I told you before is we can either include you, exclude you.

4  O: Yes sir

5  S: And so far you've been cooperating with me through for the course of this and I appreciate you

6  hanging in with me. I'm a long winded guy but, Thomas you know I'm only gonna do the right thing

7  okay? But I have to protect you and your rights as well but I have to also honor your son, Asher, that's

8  your son and I also have to honor Mechelle.

9  O:  Yes sir                                    00:46

10  S: Okay, I have to honor them but I also have to be respectful of you too. So I owe you respect to so

11  when I stop respecting you, if you feel like I've stopped respecting you, let me know okay but um it is my

12  job to do right by everybody, okay? And um and I don't don't have any ulterior motives here, um

13  because I've been working homicide for a long time I understand also you know the people out there in

14  the world probably don't understand. I understand why to use of a better word, shit happens. I

15  understand why shit happens and and sometimes people don't understand what mix of emotions is

16  happening in a person that cause certain things to happen. Sometimes you just hit the person at the

17  right time, the right moment, shit happens you know um I understand that you don't have anything

18  vested in Mechelle. These are your words.

19  O: Yes sir.

20  S: I understand you don't, it's hard for you to show emotion for her death. I understand that because I

21  assume there's no love there right? Um I assume it was just a a sexual attraction that. You said just one

22  time?

23  O: No it happened more once.

24  S: You guys were intimate on how many occasions?

25  O: A handful. If that.                         1:55

26  S: A handful is five.

27  O: If that so three or four times, five times.

28  S: So you guys had a sexual encounter at least five times?

29  O: Mhm

30  S: And in the course of that...

31  O: Pregnancy

32  S: During pregnancy as well? So while she was pregnant

33  O: No, the five times or four times or whatever.

34  S: Did you know she was pregnant with your child and you just continued to have sexual intercourse?

35  O: No she didn't tell me until the four months. That was the time that it happened and then when she

36  told me  that's when you know I only saw her like two or three times.

37  S: May I see your cell phone? Now don't, you had it between your legs and everything

38  O: Sorry.

39  S: Do you mind if I let one of his detectives analyze your phone and look at the numbers and stuff on

40  there?

1



STATE'S
EXHIBIT
PRETRIAL 2-A
1/29/14

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yes
2   S: You sure? You okay with that?                    2:44
3   O: Yes
4   E: It's okay for him to...? He can something *cough*and it won't hurt your phone at all um basically but
5   it just gives us...
6   O: Information, what it used, who I was texting. I have no problem.
7   E: No problem with that at all?
8   S: Okay so you don't mind if we...okay
9   E: Can I get you to sign a consent form. I'll go get one real quick.
10  S: Okay. I just...you're allowing us to do that. But let me get back to what I was talking about here. I
11  understand that process okay? I understand that you guy s had at least four to five occasions of a sexual
12  encounter. Is that fair to say? You and Mechelle.
13  O: Yes sir.
14  S: And in the course of that this was never after she was um pregnant right? After she told you she was
15  pregnant?
16  O: After she told me we were pregnant...
17  S: You never had sex with her again?
18  O: No. Never did.
19  S: Okay, I gotta...
20  O: Yeah...other than...yeah
21  S: Okay but those five four four or five times was it sex based sex based?
22  O: It was.
23  S: Did you care about her?                           4:15
24  O: It was drunk sex.
25  S: Each time?
26  O: yeah, it was we'd meet at the bar, have drinks and she'd get intoxicated and be like take me home
27  and I'd drive her home to her parents house.
28  S: You'd have sex at her parent's house?
29  O: Well, a couple of times, when actually at that time she was living with her roommate.
30  S: Where?
31  O: That was off of Park Row.
32  S: Park Row? Was she at an apartment complex?
33  O: House
34  S: A house?
35  O: Yeah, I couldn't tell you the exact address but I knew how to get there.
36  S: Okay. Who was her roommate?
37  O: I don't...
38  S: You never knew their name?
39  O: I never met them
40  S: Female or male?

2

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: I don't know.
2    E: Okay, I'm sorry.
3    S: That's okay
4    E:  Here, these are for your phone uh Detective Weber is the gentleman that does all of our telephone
5    forensics. If I could get you, just like before, get you to fill out or uh print your name here uh and sign it
6    here and then we'll sign it here...
7    O: Umm and sign here?
8    E: Yes sir, please sir.
9    O: And today is?
10   E: The 21st
11   O: what time?
12   E: It is now; let's see 6:47, 5:47
13   S: 5:47
14   E: 5:47
15   S: Unless you didn't set that clock back.
16   E: Yeah no, that one is right.
17   S: Thank you. Need the phone?
18   E: Yes, phone, yes that would probably be helpful.
19   S: Alright Thomas I appreciate you letting us do that, I mean that's again, it's a situation where we can
20   exclude or include.
21   O: Sir, I'm not...
22   S: I understand.
23   O: I'm sorry that I'm not showing the emotions that...
24   S: It's not to me.  I told you again you making me, you giving me the center point about this...
25   O: No I'm not making you the center point.
26   S: You don't have to apologize for me, you only can do what you can do. You know what I mean?
27   O: I guarantee you I'm probably gonna get, whenever anything happens I'm probably gonna start crying
28   afterwards. It's probably just...
29   S: Okay, you don't have to apologize for me for not showing emotions okay? Seriously you don't um and
30   I... you just don't have to apologize to me you know, cause you don't owe me an apology. You know? I
31   don't feel like I'm the person you owe an apology to. You know and so I'm uh, my role here is small...
32   O: It should be the biggest one here
33   S: But my role is small you know uh and my uh I'm just a facilitator of the truth. I'm just trying to get to
34   the truth, okay? And um but my role is to also help you understand the dynamics of what's going on and
35   you know I can't make, I don't want you to confess to something you didn't do. I want you to confess to
36   what you did okay? And I don't want you to um feel like you're being pressured to confess to anything, I
37   I hope you don't feel that way.  If you're hot you can take off your jacket or whatever...
38   O: No actually I'm comfortable, it's just...                    7:43
39   S: I just don't want you to, I want you to feel comfortable. I want you to understand that um the person
40   that did this uh, you know this being the crime scene, uh cause I was there um um ... it's bad. It's bad but

3

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  the person that did this to Mechelle and your son um it it has to be personal and it has to affect them in
2  some kind of way. And I gotta believe that I'm dealing with a human being. I mean that's the only way I
3  make it through the day, that I'm dealing with a man with a conscience you know what I mean cause I
4  guess for me to get into this kind of job and for me to do what it is I do um my saving grace is when I
5  come across a person who I believe has committed a horrific act um there has to be some kind of  silver
6  lining that, that person and I understand and as I told you before Thomas, I've worked cases similar to
7  this. And I've had people who break down and says "Fuck it Detective Stewart I'm tired of lying about
8  this I can't hold it in and I gotta tell the truth and in order for me to do that I I just I've just ashamed of
9  myself" And honestly Thomas it seems to me you are going through that stage. You are going through
10 that stage when you have a problem. And you know what your problem is? It's hard to be faithful. You
11 you you love, I believe you love Rebecca, I really do believe you love Rebecca. I believe you love the life
12 that you and Rebecca have but...
13 O: *inaudible*
14 S: Yeah but sometimes, and I think in your case you took it for granted and now that you have lost it you
15 see that you would rather have it than not have it. Is that fair to say?
16 O: I can understand that. I can see it from another point of view.
17 S: Do you do you think that's your situation?
18 O: No sir
19 S: Okay. What do you think your situation is with Rebecca? Do you want it?
20 O: I would like to work on it...uum...
21 S: Either yes or no. Do you want it or do you not want it?
22 O: Yes I do
23 S: You know with your...you're cheatin' and Mechelle is not the only person you're cheating with. You're
24 cheatin' in general, you know and so and the only people we know is the woman you get a car from and
25 Mechelle, but there could be other womens that you're cheating with. Are there more?
26 O: No
27 S: Now again you don't have to lie to me, at this point we're wide open.
28 O: Two
29 S: Two more besides these two?
30 E: Sorry to interrupt. The pass code to your cell phone?
31 O: 7083
32 E: 7-0-8-3, thank you sir
33 O: Okay
34 S: Do you understand what I'm saying?
35 O: Yes sir
36 S: Are you cheating with any other besides the lady that you using her car and Mechelle?
37 O: No sir
38 S: Okay, do you understand that you have no reason to lie to me right?
39 O: Yes I do.
40 S: You've been honest?

4

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  O: Yes sir                                                      11:13
2  S: Okay. So let's *inaudible* to Mechelle. Thomas, only thing I can tell you, I'm gonna be straight with
3  you it's hard to and it's just like Detective Easley broke it down to you, earlier when he was talking to
4  you, um it is our nature that when you make a plausible story …
5  O: I understand
6  S: And it makes sense then I can follow it. I cannot follow you coming to Arlington and driving up and
7  down Lamar and the reason why you driving…
8  O: I didn't do it over and over and over and over
9  S:  And the reason why you're driving up and down Lamar you won't call the very person that you're
10  supposed to come see is because um you know to put yourself on Lamar will put you and your cell
11  phone  in the vicinity of her apartment. I know you know this because you strike as a tech savvy type
12  person. Um you…type of Dungeons and Dragons type person um do you play the game? You know it?
13  O: Naw we just like fighting games.
14  S: Okay. Um you know to say that your driving up and down Lamar will put you in the general vicinity of
15  her apartment. You know that.
16  O: *inaudible*
17  S: And you know that we can track your phone to that general area. You know that. Are you aware of
18  that?
19  O: Yes sir, well now I am.
20  S: You didn't know that before?
21  O: Well I know that it has GPS on it.
22  S: Did you or did you not know that?
23  O:  Yes I did.
24  S:  Okay, just be honest okay? Um so you know this right? So you know you have to tell Detective
25  Stewart that I was in Arlington and you know you have to place yourself in Arlington around the general
26  time that she was killed.
27  O: I'm telling you what happened          13:07
28  S: Okay
29  O: I don't know when she was killed.
30  S: Okay. You don't know what time she was killed?
31  O: No
32  S: Okay. Do you know when she was killed?
33  O: Apparently last night.
34  S: Do you know when she was killed?
35  O:  No sir.
36  S:  What did the news say?
37  O: Uh, it said Sunday night, that's all it said what I saw this morning.
38  S: Did the news…you say that when? Sunday morning right?
39  O: No I saw it this morning.
40  S: This morning?

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yes sir.
2   S: Did the news that you saw...what channel did you see?
3   O: Uh I don't have cable so it was Channel Four, Fox.
4   S: Okay and this morning when you got up you saw on Channel Four Fox that what did you see?
5   O: It said that you know there was a fire in Arlington it was suspecting two deaths, a mother and her
6   child and said a girl and then another channel said a boy and that was that, it said murder that's what it
7   said.
8   S: Did you see it at any other time?
9   O: I mean I just saw enough too...
10  S: You at Best Buy, do you work in the television department?
11  O: They don't have regular T.V. on there it's a recording.
12  S: Okay, did you hear about it at work?
13  O: No
14  S: Did anybody talk about it at work?
15  O: No
16  S: Okay um...
17  O: I work with a lot of younger kids
18  S: Okay so you heard on the news that uh a woman and one point a girl and then later a boy, a little boy
19  died in Arlington. Alright, did it ever clue to you that hey my baby momma's in Arlington?
20  O: I did...
21  S: I'm just asking
22  O: I didn't think of it like that.
23  S: Did they tell you...did the news say where it happened?
24  O: Uuh not that I saw, it just said in Arlington. I know that's the ones I saw.
25  S: I uh did it say the apartment complex?
26  O: No, not that I recall.
27  S: What do you recall?
28  O: What I just told you.
29  S: Say it again, I'm sorry.
30  O: Uh there was, uh Fox and Channel Five, there was two different reportings of a fire uh death,
31  woman, one was with a girl one was with a boy um I...
32  S: So now you know what happened, right?
33  O: Yes sir
34  S: And you know that's Mechelle?
35  O: Yes sir
36  S: So, now you can piece it together?
37  O: Yes sir
38  S: So now you know what the news story is about right?
39  O: Yes sir

6

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Okay and again Thomas, I don't mean to disrespect your intelligence in any kind of way okay? But I
2   just want to be straight with you cause I I don't believe in deception okay? I'm not deceiving you. Do you
3   feel like I'm deceiving you?
4   O: No sir
5   S: Do you believe I've been straightforward with you?
6   O: Yes sir
7   S: Okay well I'm gonna be straighter forward with you, okay? Um I've already broke down the fact that
8   you know and I know that you have to place yourself in Arlington. Okay? And you know and I know you
9   have to place yourself in Arlington at a certain time? Because you know that we're going to find out
10  right?
11  O: Yes sir
12  S: You know this...
13  O: Well, I'm not lying to you *inaudible* I'm being straightforward
14  S: But you know from my perspective, in my investigation you know what I'm going to do right?
15  O: Yes sir
16  S: And you know I have the means to do that right?
17  O: Yes sir
18  S: And why do I have the means to do that?                    16:35
19  O: Because it's your job.
20  S: And you have phone right?
21  O: Yes sir
22  S: And you know how that works right? You've watched television right? You know how that works
23  right?
24  O: Yeah I mean...
25  S: I don't wanna
26      *talking over each other*
27  O: I know if you use a phone anywhere especially you know with an iphone or something like that they
28  can tell you where they're at.
29  S: Okay. And so you say that you left Arlington, cause you know your times right?
30  O: Mhmm
31  S: And generally what time did you leave the city of Arlington?
32  O: 9:45
33  S: 9:45?
34  O: 10 o'clock around there.
35  S: 10 o'clock, so if you knew what you were talking about you know that the offense generally happened
36  somewhere up in that area, right?
37  O: If...yeah, okay yeah
38  S: Okay, so um so so now you're accounted for right? You didn't kill Mechelle  and you didn't kill your
39  son but you were in the city of Arlington during the general amount of time when that offense
40  happened, that offense happened I'm telling you, you're putting yourself in that time frame.

7

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: Yes sir
2    S: Okay so you know if I need to exclude you as being a part of this at this point I only have to take your
3    word for it only, right?
4    O: Yes sir
5    S: Alright, is there any other way I can exclude you?
6    O: Um I don't, not other than my shoes, clothing that I was wearing.
7    S: So forensically stuff right?
8    O: I uh whatev… yeah
9    S: Do you have any injuries on you at all?
10   O: Um scratches from myself.
11   S: Are you willing to let me photograph your hands?
12   O: Yeah
13   S: How about your back and shoulders and all that kind of stuff? Will you let me do that?
14   O: I would...
15   S: I'd have to get consent.
16   O: Actually on that one I'm not... it's just one of those things, uh not yet, no.
17   S: You would not let me do that?
18   O: I'm not hiding anything I just don't like.
19   S: I don't understand.                        18:36
20   O: I just don't like it.
21   S: Explain to me why.
22   O: I mean I would let you take pictures of me like this...
23   S: Okay, you'd let me take pictures of your hands?
24   O: Yes sir
25   S: Okay you'd let me take pictures of you in those clothes?
26   O: Yes sir
27   S: You will let me do that?
28   O: yes sir
29   S: Can you let me take pictures of the back of your hands like this and that way? You'd let me take
30   pictures like that?
31   O: Yes sir
32   S: Okay, how about your arms? Would you let me take pictures of your arms?
33   O: Yes sir
34   S: Okay
35   E: With your jacket off?
36   O: Yes sir
37   S: You'd let me take pictures of you with your jacket off and then take pictures of your arms up to here?
38   O: Yes sir
39   S: You don't have a problem with that?
40   O: No sir

8

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: How about with that shirt off? Would you let me take pictures….

2    O: No

3    S: You don't feel comfortable with that?

4    O: No I don't.

5    S: Okay.

6    O: I would prefer to consent with someone over that.

7    S: Consult

8    E: Consult

9    S: Okay and I respect that

10   O: And I completely understand where you're coming from, it's just I eczema, I scratch a lot.

11   S: Mhm

12   O: Uh I mean there's been times I've scratched my chest raw cause it gets or I'm asleep and then that

13   happens. I'm not comfortable…

14   S: You understand I I respect you and I have to concede okay? But uh you understand I'm a professional

15   and I wouldn't judge you in any way. I just don't want you to feel that way. You know.

16   O: Yeah it's just…

17   S: Alright I understand. How about your legs? Would you let me take pictures of your legs?

18   O: Like I said just…how I am now

19   S: *inaudible* Okay, do you mind if I take pictures of your hands?

20   O: No sir.

21   S: Do you guys have a camera or something like you think? And Kenneth consent too, you don't about

22   that?

23   E: Yeah, got all that

24   S: Mmmyeah sorry.

25   E: It's alright

26   S: I feel like I'm running him back and forth about that. You want some more water?

27   O: Mmm

28   S: You sure? You don't need to use the restroom or anything like that?

29   O: No I'm fine.

30   S: Uh, can I just get back to what we were talking about here for a second?

31   O: That's fine

32   S: So knowing, so right now I I I can't exclude you I'm telling you that up front okay?

33   O: Yeah I know

34   S: Uh and you understand why right?

35   O: Absolutely sir             20:41

36   S: Do you really understand?

37   O: No I understand.

38   S: Can you, just so I know you understand?

39   O: Cause I put myself at the scene of the crime or in the area. That's why.

9

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Yeah, yeah and then it makes no sense for you guys to agree to meet and then she, and and at her
2   becking you know what I mean then all of a sudden she jumps cold on you and won't answer her phone
3   for something that she's been....
4   O: The way I looked at it was when we were supposed get together and figure out what's going to
5   happen whether there was going to be child support or I was just gonna agree on something that I was
6   going to pay she canceled two to three items on me, it was twice , I canceled the third time.
7   S: Y'all had a verbal agreement?
8   O: Yes
9   S: So she took it further going to this court order type deal, right?
10  O: So the way I looked at it, she was stringing me along again so I'm done...
11  S: Okay
12  O: I'll just wait till I get served; she can figure it out herself.
13  S: Okay. I I I guess, and I I I'm just trying to understand and I'm just thinking out loud here, but but help
14  me okay um she wants to meet at her suggestion, right?
15  O: Yes
16  S: She wants you to help her with papers that she's filing against you.
17  O: Yes
18  S: She then asked if you would come Arlington and meet.
19  O: yes
20  S: And... did she give you directions on how to get to her place?
21  O: No she said call me so I can give you directions, literally, it's all in the phone. And I called her
22  S: Okay
23  O: And she didn't answer
24  S: And and what did she tell you? To get to where you got?
25  O: When we first were talking to meet it was a short conversation, like not even five minutes.
26  S: Mhmm
27  O: And that was that and it was like okay where do you live by so maybe I can wait for you. And it was
28  gonna be another hour and half before she could ever do anything.
29  S: How did you get from Grapevine to Lamar?
30  O: I was at Volcano's and from Volcano's...
31  S: But how did you get that far, as far as directions wise? She gave you that much?
32  O: No she just said it's off of Lamar in Arlington. That's it. I've been down 360 before
33  S: And
34  O: I've seen... I've been near the area because of Six Flags you know stuff like that all around there.
35  S: Mmhm
36  O: I've seen the exit for it
37  S: So you you you went down, she finally calls to a point where you say okay I'll come?
38  O: Yeah and I was like I'm done with this, let's just okay.
39  S: So it was all at her suggestion.
40  O: yes

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: So you get in the car, you drive and now you're off Lamar and you're calling repeatedly right?
2   O: No
3   S: Oh I'm sorry twice
4   O: Yes sir
5   S: Twice
6   O: If that
7   S: You call if that maybe once perhaps twice...
8   O: Yeah, I know I called her
9   S: And this happens at 7 something when you left Volcano's up until two and half hours or an hour and
10   half?
11   O: About an hour and a half
12   S: Well after 7 something that only make it...
13   O: It was like 8:30, 9 o'clock and then I just hang out
14   S: So so then that's still you're then almost two hours in Arlington, then right?
15   O: Mhmm
16   S: I mean is it? Or...don't....is it?
17   O:  Yeah. Yes sir
18   S: *inaudible*
19   O: I was just trying to think you know by the time I got to Arlington it was probably, it was like 15
20   minute, 20 minute drive
21   S: Now are you sure you left Arlington at 9 and not 10?
22   O: No, like I said I told you 9:45ish
23   S: 10
24   O: around there
25   S: You sure?
26   O: Yes sir
27   S: Okay
28   O: I texted when I was leaving
29   S: It has to fall in that time frame cause obviously the offense has happened around that time frame
30   O: I called her when I was leaving I mean not called, texted her
31   S: And what did you say when you texted her?
32   O: I can't see you, no car.  I have no car
33   S: But you did have a car, you mean you had to leave....
34   O: I know
35   S: Say it again
36   O: Well I mean
37   S: I guess the text on your phone is going to say it but um
38   O:  Yes sir
39   S: What's her cell phone number? How do you have her listed in your cell?
40   O: Um just as a phone number

11

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Okay
2   O: Cause she's changed it five or six times so...
3   S: Do you know what her phone number is?
4   O: It's like 972...that's about it                25:06
5   S: Okay
6   E: Would you recognize it if you saw it?
7   O: yeah
8   S: I have to get this okay? Can you continue?
9   E: Yes
10  *Det. Stewart leaves the room to take a phone call*                25:16
11  E: Actually I can go get the search warrant.          consent to search form.
12  S: You can take the pictures
13  E: okay, uuh I know you filled out a bunch of these already. I appreciate your patience.
14  O: yeah, I'm kind of tired and I'm hungry I haven't eaten since breakfast
15  E: And yes and yes we'll try to uh...as have I cause I've been busy all day
16  O: And I worked today so I didn't get a lunch
17  E: Um...
18  O: I know sign
19  E: And I put photographs of my body on this if you could um just print your name here, here so they
20  know I mean your body and not mine. Just put your name in parenthesis right there, just sign date and
21  time again and I'll take some pictures.
22  O: what day...
23  E: Still the 21st
24  O: Gaw I'm just my mind is just going everywhere right now. Time?
25  E: it is now 6:08
26  O: Amanda is gonna be livid cause I was supposed to bring her car back.
27  E: I think, and I'm gonna be honest, like a third party looking to this, now granted I am a little biased
28  because I am a detective as I said before, generally a suspicious fella
29  O: the last thing I should be worrying about is a car
30  E: Well and also you expressed a concern about your eczema and things of that nature, if that's really all
31  you're concerned about I wouldn't 'cause as detectives we see all sorts of dead bodies that really...
32  O: I
33  E:  That would make your hair stand on end
34  O: I understand that but it's just I've always had it and it's...it took a while. And eczema is such a bad
35  thing man
36  E: do you have any showing on any of your other?
37  O: well depends because like what will happen is you get a red spot kind of like that
38  E: Uh-huh
39  O: and it just starts to itch
40  E: Is that what that is there

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yeah, see how red it is

2   E: and what is that right here?

3   O: no that's a scratch mark that I made, like a bad cause it was itching the hell out of me. And that's how

4   I am, like literally Rebecca would have to wake me up and say like stop scratching. Like literally stomach

5   wise like I leave welts, large welts because I'm scratching so much or even cut into my skin

6   E: ouch

7   O: It's not fun

8   E: Well

9   O: There's really nothing for eczema other than...

10   E: Okay...come on. I take two of everything just in case the first one doesn't come out

11   O: *inaudible* that's why I wear so many hoodies or jackets. Even in the summer, so I don't scratch.

12   E: Without the flash...okay. With the flash this time. Okay Um just see...I saw, let me take pictures of all

13   these scratches on your arms. And uh...

14   O: How do you want it?

15   E: Uh like that will work and the other side. What are your tattoos of? Can I take pictures of your

16   tattoos? You got any problem with that?

17   O: Um no, only if my artist does...

18   E: Oh can I just take a look at them? Superman. So you don't mind if I take a picture? It's actually a

19   pretty neat tattoo. What is this?

20   O: Doomsday

21   E: This guy over here?

22   O: Mhmm the guy who killed Superman

23   E: Ah you know I don't...let me guess a comic guy?

24   O: Yeah

25   E: I really wish I had, I wish I'd collected comics. Alright. What's this one over here?

26   O: Samoan tattoo

27   E: What's that mean?

28   O: Just Polynesian, a Samoan tattoo

29   E: Oh

30   O: Like Tonga

31   E: Does that mean anything for ya or?

32   O: Mmm not really

33   E: Just saw it and thought it was cool?

34   O: It's a reverse tribal tattoo

35   E: Uummm let me take a full picture of you this way since I don't know exactly what he wants and uh

36   your jacket, put your jacket back on. You don't have to keep it on after this I just need to take a picture

37   O: Oh I'll put it back on 'cause I'll stop scratching, you'll see it. Cause I'm sure you haven't seen me

38   scratch the entire time I've been here.

39   E: You ever wear the hood on?

40   O: uh when it's cold

13

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   E: Uh you wanna flip the hood over too just in case he wants one. There we go, thank you sir. Okay

2   O: yeah that's honestly, if I wear jeans I don't scratch, if I wear shorts I spend half the day like this... I

3   don't if it's a mental thing or the eczema. My daughter has it too.

4   E: Um have you played, uh you have a cigarette lighter right?

5   O: Yeah.

6   E: Do you have a cigarette lighter with you?

7   O: Yeah.

8   E: May I take a look at it?

9   O: Yeah. Where are my cigarettes?

10  E: Your cigarettes are on the floor, right there

11  O: Oh

12  E: Yeah just a regular BIC cigarette lighter

13  O: Yeah

14  E: And you smoke American Spirit I see. Only reason I know that is because my friend smokes American

15  Spirit and I never understood why.

16  O: Do you need it?

17  E: Naw the only, I don't need it...no... uh you use any sort of flammable substances lay your hands on

18  anything like that in the normal course of any days work?

19  O: Um no

20  E: when was the last time you put gas in the car?

21  O: Last time I put gas in the car um Friday?                    32:28

22  E: K um one of the things we can do now. I'm going to play devil's advocate here and I'm going to help

23  you, at least look for ways to exonerate yourself. Cause at this point, just like Detective Stewart is

24  saying, I gotta be honest, it doesn't look good for you. It doesn't. I mean I'm not an attorney but I'd be

25  sweating bullets, uh I would, it would be concerning for me if I were in your shoes so I'm looking for

26  ways, looking for avenues in which to help you, you know come clean or not necessarily come clean but

27  to help you uh exonerate or clear yourself as a person of interest in this particular case. Um, would it be

28  okay if we take swabs of your hands?

29  O: Yeah

30  E: Swabs we can use to test for um you know um accelerants, fire, latex, anything like that uh no issues

31  with that whatsoever?

32  O: Um I mean the most thing like that I should have is from like my Zippo.

33  E: Zippo? You also have a Zippo?

34  O: Yes

35  E: I'm gonna add that to this consent to search form.

36  O: Okay

37  E: The swabs

38  O: Yeah

39  S: I'm sorry what's going on?

40  E: Oh I'm just going to get some swabs from his skin uh his hands and stuff.

14

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  S: Okay, also can we get the, I guess we just might as well do the whole gambit, you know like we would
2  do with anybody and again this is, there may be other people we need to talk to I'm not gonna lie and
3  tell you it's not but uh each person that we talk to we're pretty much gonna have to talk to them on the
4  level that we talking to you about it, until we come to a conclusion. So I'd also like to get a DNA sample
5  from you if you would consent to that. DNA sample, I don't know if you, it's not blood or anything...
6  O: Just a swab in your mouth.
7  S: Yeah just a q-tip in your mouth
8  O: Yeah
9  S: It's kind of harmless. You don't mind?
10  O: No sir
11  S: Alright um um again and I am sorry to bombard you with so many consents but if we don't have your
12  permission, we can't do it you know what I mean so um
13  O: Is this something that I should be consulted someone?
14  S: Of course you know your rights because I read 'em, you know what your rights are?
15  O: Should I? I mean I'm asking you
16  S: I think um
17  O: I am willing to but I mean if I should be consulting with someone then
18  S: Then if you need to consult with someone, like an attorney or something like that? I mean or who?
19  O: Um I don't know...
20  S: Thomas the only thing I can tell you at at any point during this conversation that you have been so
21  gracious to have with us, but at any point you don't feel comfortable with...
22  O: I'm just starting to feel like I'm getting bombarded a lot and I'm just trying to say I've been telling you
23  I say yes and yes and yes
24  S: Mhm and I appreciate the fact that you've been saying yes but when you say no we have to honor
25  that as well, you know. If you don't want to give me a DNA sample then I can't have a DNA sample but
26  my understanding is you wanna help in and any way you can and so I'm telling you that if you are this is
27  the full course of what a case like this, on this level takes for one person to be excluded or included as a
28  possible suspect. Now you have denied um killing Mechelle
29  O: Yes sir
30  S: And your son
31  O: Yes sir
32  S: You've denied that and um of course I have some issues with that right now because it's not fully
33  making sense to me you know what I mean so I have to question you on those lines in order for it to
34  make sense to me and I'm being honest it hasn't made sense yet but eventually I think we'll get to
35  where we need to get. You're not under arrest you know so um and so yeah I'm appreciative. You said
36  you would let us take photos ...Did we take photos?
37  E: Yes
38  O: You you let us take photos of this, you let us take photos of your arms and we did that?
39  E: Yes, all the way up to, he's got some tattoos on his arms

15

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Okay but you're not comfortable lettin' us take off your shirt or stuff like that. Well I have to honor
2   that and I have to respect that because you call the shots, you know that I mean but uh during the
3   course of this investigation I'm in Arlington, I'm the one in Arlington and I don't know who we have, I'll
4   be honest with you, it just happened, we just found out to put it that way so I don't know what we have
5   so in order for me to eliminate possible people because because you have a vested interest in this. A,
6   you know Mechelle; B, you were supposed to meet her that night that she was killed okay? You have no
7   one no kind of way, that that did you pay with a credit card at that club?
8   O: No sir
9   S: Okay you used cash right?
10  O: Yes sir
11  S: Okay, you know how much the beer cost you or whatever?
12  O: Like three dollars
13  S: Okay, were those people recognize you in there or something like that?
14  O: I don't, they were talking amongst themselves. There was two people in the corner of the bar and I
15  just
16  S: Did you go to the bartender? Did he would he remember you?
17  O: She wouldn't
18  S: She wouldn't
19  O: I don't know maybe
20  S: Yeah
21  O: I didn't try to talk to her or hey how's it going
22  S: Did you cause a scene or something like that to cause them to, you know I 'm just trying to figure out
23  a way that they would remember you. You know what I mean um if if I were to show you a photo to
24  them do you think they would remember you or something like that?
25  O: Possibly
26  S: Okay and so they would say yeah he was her and he was in here at this time.  Do they have cameras in
27  there? Did you see that?
28  O: I didn't pay attention
29  S: Okay so if...those kinds of things would help me, I have to I gotta go and check it out
30  O: I I I am definitely trying to remember the name of that bar it's just not
31  S: And if you do you call me later cause I'm gonna give you my card and I want you to call me later tell
32  me because those people will help by remembering you, then these things can help
33  O: Yes sir
34  S: And and if you were in there at a certain time now but if you left the bar and it happened in the
35  general vicinity of when we think the offense occurred then of course you know we still got some
36  timeline to fill you know and so, so yeah that's why I want you DNA sample uh among probably other
37  people that I'm gonna talk to and uh start eliminating things down but uh I don't, I don't know what we
38  have forensically to even compare DNA to right at this point but it's a catch all for me uh know because
39  I'm so spaced out on this investigation right now and so . I'm kind of behind the 8 ball right now so you

16

Olivas, Thomas Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1 know that's why I'm asking for it you know what I mean? DNA samples or a full picture of your chest

2 which you don't want to give you know so that's why..so

3 O: I just...literally the moment I take off my jacket I start...

4 S: Did he start it?                          39:03

5 E: Yeah

6 S: Do you have eczema on your arms too?

7 O: it's...

8 S: It's just uh body self conscious kinda thing then?

9 O: Well no

10 S: It's not contagious is it?

11 O: No it's not, it's hereditary.

12 S: Okay

13 O: And what happens is uh your blood cell start pretty much they don't know what they're doing and

14 then certain areas start...

15 S: Do you have open sores in your chest or something like that? That you think I may misconstrue that

16 being in a struggle or fight?

17 O: Yeah I have scratches...

18 S: Okay

19 O: I mean because at night I literally...I would

20 S: Okay and and and Thomas, if you...

21 O: Ask Rebecca about this because

22 S: Okay

23 O: It would be all here, all of this and it would like, a cat attacked me.

24 S: Okay, Thomas let me assure you if you feel like Detective Stewart wouldn't understand that and he's

25 gonna say oh automatic guilty because he got these scratches and I understand you're nervous because

26 I am a detective in homicide and police basically and I understand you being on this level here because I

27 don't want this detective accusing me of something I didn't do right? Do you feel that way?

28 O: Yes sir

29 S: Okay and so there is a sense of nervousness talking to me.

30 O: Yes well you already made it clear you and forward I'm guilty until proven innocent and...   40:09

31 S: No I didn't say that. Did I say that?

32 E: No

33 S: Well I just wanted to make sure cause I don't talk that way

34 O: You didn't say it specifically like that you said it you know...

35 *talking over each other*

36 S: We have to include or exclude someone

37 O: yeah

38 S: And and the only way I can really get them to to help is by assisting and and dude I'm telling you ,

39 you've been very cooperative you know, you haven't not been cooperative you know, if you had an

40 attorney I'd say he's been very cooperative. You know and so um and and I have to respect that, but

17

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   where the areas that you don't feel comfortable with and I think if you think I would misconstrue the

2   scratches on you as I'm not forensic guy, all I need to do is document. And you've been honest, you've

3   documented you've said hey I've got scratches cause I got eczema and you know uh and it looks like a

4   cat scratched me then I'll document that and but I have to note that this is where you said it came from

5   you know and um and I'm done you know cause I wasn't there and I can't tell you anything different.

6   Does that make sense? Um, happy to explain that, I hope it makes you feel more comfortable to let me

7   photograph it but if it doesn't them...I

8   O: It doesn't

9   E:  And let me just put it to this perspective and I you know I hate to keep putting in my two cents cause

10  I feel like I'm looking into a window here but did you kill her?

11  O: No sir

12  E: Did you kill the baby?

13  O: No sir

14  E: Did you light a fire to the house?

15  O: No sir                        41:28

16  E: Okay and do you have anything to cover up, anything to hide?

17  O: No sir

18  E: Well and and and like the illustration that I tried to utilize earlier as detectives we look at the totality

19  of the circumstance, we paint a picture to the D.A.'s office as to what we've been told, as to what the

20  facts are. Now we can paint a picture in a lot of different ways and usually the people that we deal with

21  are our paint and our brushes because and when I say that you help us paint that picture for the D.A.'s

22  office. Whenever we  present a case to the D.A.s office before we indict somebody or  before they indict

23  somebody, before they decide if they are gonna take charges on somebody for homicide or something

24  along those lines if we feel like we have a case that's worthy to present to em we can ask them about it,

25  We can say listen we got this, we got this guy over here who he admits, he came forward, he told us, he

26  talked to us, he was cooperative with us, he talked to us um he gave us everything we needed to know

27  uh , very cooperative just  super nice guy, um and he told us this and he gave us this information, yeah

28  he says yeah you know what as guilty as that as that sounds I was in Arlington at the time the offence

29  occurred or near the time the offense occurred. He's putting himself in that position, that says a lot to to

30  a D.A.'s office but if I go back to 'em and I say, let's say it's the same case with a different suspect who

31  doesn't cooperate they, that's also something they take into consideration. Your cooperation um tells a

32  lot about you and you've been really cooperative. And I know you're getting frustrated and and I know

33  it's getting late, I know you said you were hungry but of all the offences in the state of Texas that we

34  think are worth the time and the effort you put yourself in the perspective of, you were this little kid's

35  dad, this little baby that's not around anymore, is, he's dead we're trying to find that baby's killer,

36  alright? If you have nothing to hide, truly nothing to hide whatsoever if there's anything in your heart

37  that you can open up to us, any little details any minor things any of your most coveted secrets, your

38  secrets are safe with us but those secrets and those little minute things, i.e. pictures of your chest, i.e.

39  DNA uh swabs of your hands, those things can help us find out who the real killer is and get on track.

40  However roadblocks and noncooperation they just don't, it just makes things take longer for us so um...

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: There's there's killers out there with your son right now, somebody killed your son and somebody
2   killed the mother of your son.
3   E:  This is this is this is a capital offense, its serious serious stuff and we feel like it's worth the time, I
4   mean heck I was supposed to go home at 5 to my two sons.
5   O: What do you need? Just I mean just what...I'm cooperative. What do you need, tell me and
6   E: I realize that, we would love to have photographs just and I know that's hard and I know that's hard
7   O: I don't even take my shirt off at the pool
8   E: And I know it's important, but like I said those photographs will never be seen by anybody in the
9   world as soon as I walk out that door I'm gonna forget cause I I
10  O: It's not like it's bad, it's like once I take my shirt off, literally start scratching.
11  E: whenever you put it back on
12   S: That's what eczema is
13  O: And it's the moment, like I need to be warm at all times, uh that's one of the things that calms you
14  down, when your blood cells are warm,
15  E: Sure I got you
16  O: The moment it starts getting cool, they start freaking out and you just I...
17  E: Less than a minute, we'd have it, you'd put your clothes back on
18  O: Let's go just let's go
19  E: Alright
20  S: Do we have that on the consent?
21  E: Photographs of body is how I put it
22  S: Alright, thank you
23  O: No sir it's not I just
24  S: I understand you're being helpful
25  E: Like I said I understand uh your concerns and your consciousness not wanting to do it but I really feel
26  like it's that important. One more, and see it's not even that bad
27  O: Oh god
28  E: Do you have anything on your back?
29  O: It's right here oooh
30  E: Okay uh
31  O: Need anything else?
32  E: Uh right over here...
33  S: Right there. Can I get picture of your tattoos? Just right there?
34  O: He already got
35  E: I got...I'll take that
36  S: Okay, sorry, sorry
37  E: Okay, other arm
38  S: Now did you scratch yourself right here Thomas?
39  O: More than likely yeah
40  S: Right here?

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: All right here, yeah
2    S: Can you get a picture of this right here...
3    O: But see look that's how quick it gets, okay and it's at night
4    E: It's at night?
5    O: yeah, I mean when I sleep? I don't control how much I scratch.
6    S: I understand
7    O: it's horrible
8    S: Um, maybe keep your fingernails...
9    O: Oh even then I make my fingernails bleed
10   S: Now let me ask you this, and I know this is embarrassing. Do you have any scratches up in this area as
11   well?
12   O: No that's like more back here...
13   S: okay, in your buttocks area
14   O: yeah
15   S: But not in your
16   O: Like here
17   S: And your testicles?
18   O: no
19   S: Okay do you have any injuries up in there? Like right here?
20   O: No sir I mean, if you need to see... go ahead...I mean
21   S: okay well uuh
22   O: Let me know, it's more like right here
23   S: Can you just lower it down and let me see. I'm sorry I just want, cause...
24   E: It is what it is.
25   O: Yes sir
26   S: You can lower it down. Where are the scratches at?
27   O: No I don't have scratches like this...
28   S: Like that
29   O: it's more like these and then they grow higher
30   S: Okay
31   O: And sometimes they'll get like this one, like it's one of, like I scratch so hard...
32   S: And these scratches right here what are
33   O: These are me...
34   S: That's you doing that?
35   O: yeah
36   S: May I, you got pictures of hands?
37   O: Yeah
38   E: Uh...
39   S: Just lower it down and raise your shirt up. I can see where you're scratching up in this area here
40   O: yeah

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

| | |
|---|---|
| 1 | S: can you lower it down just a little more for me please. And let me see on the other side too, sorry just |
| 2 | turn around, okay yeah I don't see anything |
| 3 | O: Yeah, it's normally at night |
| 4 | S: cause it gets cool at night or something like that? Show your hands like that |
| 5 | E: I did see something over here right ...this way |
| 6 | O: and you can ask anyone I work with sir |
| 7 | S: If I need to verify this, I can just ask Rebecca. |
| 8 | O: yeah |
| 9 | S: She should know, because y'all live together |
| 10 | O: How much I scratch |
| 11 | S: any other guy friend will know this? |
| 12 | O: uh I never told them I have eczema or anything like that...oh my god I need to scratch. |
| 13 | S: Okay |
| 14 | E: Go ahead |
| 15 | S: Okay and right on there did you get... |
| 16 | O: That's me |
| 17 | S: Okay, but we have to document it. |
| 18 | O: Yeah I mean that literally that's me... |
| 19 | S: Did you get this |
| 20 | E: yeah I got that one |
| 21 | S: And how bout this one right there? |
| 22 | O: There's nothing |
| 23 | S: There's not any needle marks or anything like that? |
| 24 | O: No sir |
| 25 | E: Okay |
| 26 | S: That's the uh, okay yeah. Um I I I hope we didn't make you feel uncomfortable |
| 27 | O: A little |
| 28 | S: I hope you understand the magnitude of this case |
| 29 | O: Yes I do sir, you told me it's a capital murder but look a matter of minutes and at night it gets worse |
| 30 | and I don't know... even you can ask anybody at Best Buy or management wise or anything. I walk |
| 31 | around like this constantly. Cause this right here stops me from doing this... |
| 32 | S: Okay |
| 33 | E: And I am sorry once again |
| 34 | O: it's okay |
| 35 | E: And I know this is for the Bucile (sp?) swabs. Bucile swabs what we take to take your DNA |
| 36 | O: I know what a bucile swab is sir |
| 37 | E: How do you know what bucile swab it? |
| 38 | O: Cause we do them in the military |
| 39 | E: Oh okay.                                   50:25 |
| 40 | O: does everybody...everybody gets a DNA swab out there don't they? |

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: Yes sir but it can't be used in court or anything related...it's just for there records
2   E: Identification purposes
3   O: Yeah
4   E: Gotchya
5   O: In case I go over and I get blown up to recognition they could tell
6   E: Gotchya that makes sense
7   S: Also uh since you had care and custody and control of the car at the time...
8   E: The time is uh 6:32
9   O: I can't give consent to that.
10  S: Oh you can't?
11  O: I don't know what's in the vehicle if there's...
12  S: As far as what?
13  O I don't anything
14  S: Such as
15  O: I don't know, I mean I don't know what she does in her spare time. If she does any...
16  S: Oh oh let me may I make a clarification on that part
17  O: Yes sir
18  E: Let me get your signature on that and I'll go get some swabs.
19  O: I mean it's...
20  S: Let me make a clarification on that part as far as her okay?
21  O: If there's anything in there
22  S: She, as a police officer, which I am, if if there's like a hundred pounds of marijuana in the car right
23  now, you have to understand I can't do anything against her cause she didn't have car and custody...
24  O: Exactly
25  S: So since Friday, when she let you use the car so so is there hundred pound of marijuana in the car
26  O: No, there are no narcotics in the car that I'm
27  S: Is there well no...
28  O: Other than it smells like its leaking gas, that's about it.
29  S: Well um um her let's go with her, let's go with her for a second if there were a thousand pounds of
30  marijuana a hundred like we use the analogy.
31  O: It would be my fault
32  S: It would be link to you, not her cause you had it since Friday, cause she can say Friday when I gave it
33  to him it didn't have a hundred pounds of marijuana and I'm almost certain that's what she would say
34  don't you?
35  O: Mhm
36  S: So if there's not anything in there like drugs or anything like that, then it can't be linked to you, well
37  uh it can't be linked to her. Now and I'm asking you now do you think there's something in the car?
38  O: I don't think there's anything illegal but
39  S: Then then for me....Is there a lot of stuff in the car?
40  O: No

22

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    S: okay
2    O: There's nothing really, like the seats are laid down
3    S: Okay then then
4    O: The only thing I touched was the driver's side and you know put my stuff...
5    S:  You didn't get in the back seat or anything like that? Lay down take a nap in the car or anything?
6    O: No
7    S: Well then then then the things that would be prudent to me in this murder investigation that I'm
8    working would be um anything that maybe DAN wise or forensic wise that could be linked to the inside
9    of that apartment. I assume you've never been to there apartment right?
10   O: No sir
11   S: Alright and uh and you don't know where she stays
12   O: No sir
13   S: And and the only place, if you were ever close to her is being in Arlington, on this particular evening or
14   or that weekend or that day actually would be down Lamar Street.
15   O: Yes sir
16   S: Anything beyond that
17   O: Just down Collins and Lamar
18   S: Any place beyond that you just wasn't there
19   O: Collins, and I just want to make sure, Collins is the main street that there's like a MacDonald's on
20   there, there's ...
21   S: Mhmm
22   O:  I'm just trying
23   S: Yeah you did say you went down Collins Street...
24   O: I'm just trying, unless I went down the wrong street or something
25   S: Which is possible you know...
26   O: I'm not familiar with Arlington at all
27   S: Yeah, then then then then I would have to test that car well actually just inspect the car just to see if
28   um there is anything that is related to that , if it's not, it's not Thomas but if it is
29   O: it's like I said the only thing that honestly and it smells like its leaking gas. I had the windows open the
30   entire time.
31   S: What did you?
32   O: No nothing, it was like that already
33   S: Oh, the inside of the car smells like its leaking gas? Oh why is there something wrong...
34   O: I don't know, I don't know
35   S: Okay well then uh and stuff like that
36   O: And but see worrying about that that you've already told me there was s fire and you've already been
37   asking me
38   S: I don't I don't know how
39   O: It's just stuff like that
40   S: So the car...

23

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: And something like that I would want to consult with someone on that one

2   S: Okay, alright so so so no on the car

3   O: Yes sir, there's just too much to worry about that one just cause I'm telling you that...   55:13

4   S: Do you mind then if I contact her and ask her if its okay if I search the car?

5   O: I mean that would be entirely up to her

6   S: Do you mind if I contact her

7   O: I think, yes I do.

8   S: Why

9   O: Cause you're telling me that it was in my possession so I'm the one that you consult, but once it's out

10  of my possession it's uh it's hers.

11  S: No no no what I'm saying is

12  *talking over each other*

13  S: I could be wrong and that's why we talk okay

14  O: Or maybe I'm just confused now

15  S: Yeah and maybe I can help, if I understand you, if I understand you, you don't feel comfortable giving

16  consent because it's her car.

17  O:  Yeah

18  S: Okay and I fully respect that okay and so I'm, asking you, would be comfortable if I went to her and

19  asked her...

20  O: Oh okay

21  S: If I have permission

22  O: Now what will be done to the vehicle if I give...

23  S: Oh

24  O: Will there be pictures taken?

25  S: Pictures... we gotta do that with your permission um um any if there's a receipt in there maybe that

26  you got from that...

27  O: If I hand it over or something like that?

28  S: I'm sorry?

29  O: Or give you the receipt you can...

30  S: No no what I'm saying is, if there was a receipt in there I would seize that , seize meaning take the

31  receipt that proves you that you were at some bar or something like that

32  O: I didn't get a receipt for that

33  S: You didn't get a receipt, oh that's right you paid cash right?

34  O: Yeah pretty much

35  S: If you stopped at 7-11 if you stopped then you know I would try and take a receipt. I'm just thinking

36  on the top of my head what I would take um...and that's it you I mean that's the kind of things that I

37  think I would take.

38  O: Okay, then I'll give consent

39  S: Okay cause you know I mean I I but we've gotta process the car like a murder investigation and that's

40  the kind of thing I would be looking for.

24

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: So um how long will that take?
2    E: I'm sorry I was looking for that consent form over there…
3    S: Oh that that's the last thing that they would do out there. You allowed us to search your apartment,
4    right?
5    O: Are they almost done there?
6    S: I think they are
7    O:*mumble*
8    S: I think they are, I think I think
9    O: That's just me being nosey
10   S: No I I I think… what are you looking for?
11   E: I think there's another consent form with the vehicle information on it somewhere…
12   S: in this room?
13   E: Yes in this room, cause I… and it is right here.
14   O: What about my phone?
15   E: Phone, he is working on downloading the information right now.
16   O: I was just, questions questions.
17   E: Oh
18   O: I wanna be in the loop in a sense.
19   E: He is just finished putting it in the garbage disposal
20   S: So this is the consent in reference to the car. Are you fine that?
21   O: yeah
22   S: You sure?
23   O: I uh
24   S: Okay, I just wanted to make sure you're sure.
25   E: And you do have a choice
26   O: I understand that but the things is
27   S: You're cooperating
28   O: I don't like I said I don't have nothing to hide in there
29   S: Okay
30   E: Excellent, well done and again I'm gonna ask you to sign, you should have this memorized, you've
31   probably signed more of these than anyone else
32   O: I've signed six of 'em. Really do you get that many people to sign these?
33   S: What's in that bag?
34   E: Um do we get that many people?
35   S: I don't know.
36   E: Not really.
37   O: Do you wanna start getting that ready?
38   E: Actually I'm gonna work on that right now.
39   S: Do you have that pad thing?
40   E: Yes I do

25

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: Do you know how long it takes?                          58:50
2    E: Now these actually take...
3    S: Well there out there with the car so..How did you get here?
4    O: He brought me
5    S: Okay
6    E: Now, we still have his clothes in the back of our car
7    S: Oh okay
8    S: Now, do you have okay?
9    O: Yes
10   S: Oh okay, I don't know if they do, they may need the key. I'll ask to see if they need the key...
11   E: Here's the
12   S: I'll I'll call and ask them if they need key or
13   O: The window should be cracked, cause like I said it stinks in there. It's horrible
14   S: You said its leaking gas?
15   O: I didn't say it was leaking, it smells like it was leaking it
16   S: Oh okay.
17   O: it smells disgusting, it almost made me barf.
18   S: Just sign your name right there.
19   E:  And the answer is yes they need the key.
20   S: Okay and sign right there
21   O: Time?
22   S: Yes it is 6:41 okay and I'll sign it here
23   E: Actually um this gonna take me a little bit to set up.
24   O: Oh really?
25   E: Yes, it's uh
26   O: Like our military ones they're literally field ready and snap the top, like twist it off and it activates it
27   and you just right in and you already have another tube open puts it in that one.
28   E: This one, they design these, well okay one of the other jobs I do is sex offender registration and
29   verification and all that wonderful stuff, every convicted sex offender in the state of Texas is required to
30   give a specimen of their DNA so occasionally you get one that makes it to probation, parole without ever
31   providing one and they give me a bunch of these wonderful things to do. It's like jumping through hoops
32   to fill out to do one of these things for the state, so it takes a little bit to weed through. Okaaaay.
33   S: Thank you                                    1:01:06
34   O: What else do you need from me gentlemen?
35   S: I think this, this will be the last consent that we'll be asking you know and um and then once we get
36   that done um then we'll wrap up with us. Okay?
37   O: Yes sir
38   E: Alright. How long have you had your iPhone?
39   O: For a while now
40   E: Is it the 3GS?

26

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

| | |
|---|---|
| 1 | O: No it's the 3G |
| 2 | E: The 3G so it's what like I guess, two generations old now? |
| 3 | O: Yes sir |
| 4 | E: they do the updates now though? Where you can download the updates for it …. |
| 5 | O: Yes but I hate to say it, it fucks your phone up when you do an update. |
| 6 | *inaudible* |
| 7 | S: I'm gonna go give them the key |
| 8 | O: Okay, yeah it made my phone like a million times slower |
| 9 | E: Okay, here's what I'm going to do. I'm gonna move over to this table right here. |
| 10 | S: Just do it. You looking at my shirt? |
| 11 | O: No I'm actually just looking at you. |
| 12 | S: Oh really? |
| 13 | E: Okay now ready when you are, now there's one for each side of your mouth, probably unlike the |
| 14 | military they want to make sure I guess that it's the same on both sides. |
| 15 | O: No it's the same thing. |
| 16 | E: it's the same thing? |
| 17 | O: Uh-huh |
| 18 | E: Okay, I'm gonna swab 6 times here… |
| 19 | O: The exact same one? |
| 20 | E: And I'm gonna set it on top of this, just like this… |
| 21 | O: Wow that's old school. |
| 22 | E: Ha yeah |
| 23 | O: It is |
| 24 | E: And then the other side, I gotta use this one |
| 25 | O: They've actually made an easier one but it makes most people gag. |
| 26 | S: Oh did they really? |
| 27 | O: Uh-huh. |
| 28 | E: Okay, okay and so the top here just like so |
| 29 | S: is there a taste to it? |
| 30 | O: No it just scratches your mouth, dries it out. |
| 31 | E: Yeah, I guess they're…. |
| 32 | S: Do you need some more water? |
| 33 | O: Yes please |
| 34 | E: Uh yeah |
| 35 | O: The military one there's, it has this gel that activates it, just snap it and it activates it and you go to |
| 36 | the back of the throat and just one quick, like a loop. You go woop and then most go *gag noise* |
| 37 | E: Yeah, ours comes with a whole list of instructions. This is for the swabs of your hands. This one is not |
| 38 | as hard. So, this one is actually much simpler. |
| 39 | O: So is this gonna pick up my like lighter fluid since I smoke?                    1:04:49 |
| 40 | E: Yeah but uh uh that's why I was asking you about your cigarette lighter. You use a Zippo too? |

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: At home I do.
2   E: Yeah it'll pick up
3   O: I mean because this lighter stays in the jacket or in a pair of pants.
4   E: Yeah it'll pick up all that wonderful stuff.
5   O: and I literally have the Zippo at the house
6   E: Uh open your hands like this…okay, let me see your fingers here okay. That is your..
7   O: Right
8   E: Right hand. Okay…..let's see aaarr…Okay here ya go, this one is your left hand. Sorry it might be a little
9   rough.
10  O: Oh you're fine. It's your job sir.
11  E: Okay. Waters not very good or?
12  O: Warm.
13  E: We don't have an icemaker. As odd as that sounds, we do not have an icemaker in this…
14  O: It's okay, it happens.
15  E: Okay, now here I'm done with the seat now.
16  S: Okay
17  E: I'm going to take this outside and package them so I am no *mumble*
18  S: And this is uh trash here?
19  E:  That is trash yes, and that other one is unused.
20  S: Okay
21  O: Is it a biohazard?
22  E: No it is not a biohazard.
23  S: Okay again thank you just for cooperating.
24  E: I need those. Thank you sir.
25  S: You got a phone charger?
26  O: I don't my phone is dying.
27  S: Mine too. It's gone
28  O:  What else sir?                    1:07:24
29  S: Uh
30  O: Please I mean, I'm trying.
31  S: Thomas I know you are and I appreciate the fact that you're trying on your own, it's a process.
32  Unfortunately it's not television so it doesn't *snaps fingers* happen like that you know and um…
33  O: Please I mean please please please I'm trying to think I, I'm trying to think I'm trying think, I'm trying
34  to think…
35  S: Help me you know um
36  O: If I get an opportunity I'll go find that bar again, I don't know…
37  S: Um and I'll try myself to find it you know um
38  O: You know I think the biggest thing that reminded me was the fact that there was a little Mexican
39  Chinese convenience store where there's those slot machines on the left side.
40  S: Mhm

28

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: I was like really?
2   S: Haha Yeah
3   O: Haha I haven't seen these since Vegas.
4   S: Well, you know Thomas the one thing that works in your favor is that you realize the magnitude of
5   this case.
6   O: Oh it's huge sir but I just please
7   S: So I understand some apprehensiveness as far as um cooperating but I I no one can doubt the fact
8   that you can understand the magnitude of this case you know and so not only for a police department
9   to be working a case of this magnitude but also um the family. You know the things that really keep
10  going through my mind, cause I'm human, I'm not callous to death, you know what I mean? Um and and
11  I know this is gonna sound weird but I guess cause I'm a homicide detective and I've seen death a lot
12  and I've seen it on Mechelle's point of view a lot, but I just don't see it from your son's Archer, I'm sorry
13  Asher, Asher's perspective. I just just don't see it on his level a lot, which is  thank god you don't, you
14  know what I mean?
15  O: Something like that would just make you go insane.
16  S: Something, you know what I mean? But uh but you know when I went in there and uh uh we found uh
17  Asher it just broke my heart you know because because because he's one years old and he couldn't help
18  himself you know and um he's gone, you know? And I've seen pictures of him cause I went to the house.
19  He's a beautiful little boy you know and um and and I just gotta believe whoever killed Mechelle didn't
20  think it was gonna do that you know what I mean? Or at least I gotta hope they didn't think it was gonna
21  do that um and I've been straight forward with you through the course of this and Thomas I have to ifs
22  out there with you cause you know because you know I just don't know what your involvement is but I
23  gotta believe it'd be hard for one to live with themself knowing the magnitude of what's going on and
24  um but I think everybody has an opportunity to do the right thing and and I don't know what the person
25  who did this is, I don't know what they're gonna do so. It be it be hard for me to even live with that, you
26  know what I mean? And I would have to tell cause I have a conscience and I just have to tell but um so
27  for the sake of you and for the sake of your son um you know here's you and I just hoping that the
28  person that did this comes forth with uh a conscience you know and uh you know and uh I hope you
29  take what you and I are doing seriously and I hope you don't think it's a …
30  O: If I thought it was a joke I wouldn't be helping you out.
31  S: I understand.
32  O: I would have just easily clammed up and sorry I'm done, talk to someone else not me.
33  S: I understand.
34  O: I want you to know that I am behind you 100%.
35  S: Thank you , you know and and
36  O: I just want you to completely know that I I just…
37  S: And I'm glad we were able to talk thing out like you're sure... and and I understand the
38  apprehensiveness of that you know I do
39  O: It's humiliating, it's not just that, you saw it, I mean it's something I can't control
40  S: Yup

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: I mean the moment, literally the moment the pants come off I'll be...
2   S: Mhm and and that's not a comfortable situation
3   O: it's not
4   S: but you understand the magnitude of this case and your still willing to help and that says a lot you
5   know and um you know just like with the car, you said it's not your car, it has a gasoline type smell but
6   then again I don't know what was used, cause you can start a fire with all kinds of crap so you know..
7   O: But I think that's like my major concern it just makes me look, well there's gas in the car, it smells like
8   gas
9   S: Mhm
10  O: There's a fire, I mean I'm putting you know one equals two but one equals three
11  S: *talking over each other* yeah I'm no I'm no arson investigator so I don't even know how they begin
12  to figure crap like that out I mean I don't' so based on that I kinda go like I don't know you know what I
13  mean cause I don't but at the same time I'm appreciative of the fact that you want to cooperate with
14  this.  We're gonna end it up, we're gonna end and then when we do hopefully you and I have an
15  understanding, you'll have contact with me and I'll stay in contact with you.
16  O: Please
17  S: And um and you know it's my case you know I've been given a task of trying to bring some justice to
18  this..
19  O: yes sir
20  S: this case. I don't get extra money or anything like that I just get uh a satisfaction that everybody came
21  to an understanding here cause I I want to help I want to help you because somebody killed your son
22  O: Yes sir
23  S: I know you didn't have an emotional tie to Mechelle but
24  O: Sir I
25  S: But I know part of you..
26  O: it's hurting, it's just *inaudible*
27  S: Part of you had to know that you had a live son who was murdered.
28  O: Sir it's it's there I just I can't I don't know how to express it I don't know how. Even if something that
29  drastic happened to my daughter I wouldn't know how to explain it to you. It's just it's there I know I'm
30  in mourning, I'm hurt...
31  S: Why
32  O: It's just when you told me I didn't know what to do that's how I've always been
33  S: Why uh, why why why were you showing emotions when you wanted to commit suicide?
34  O: Cause I don't know I was intoxicated.
35  S: Okay
36  O: I'd had the little thing of crown, that was that.
37  S: Well Thomas I think, when we finish the car and um we have the samples and stuff we need from you
38  and we have photographs and I can't think, you've been scratching yourself so I can't take nail samples
39  from you or anything like that because
40  O:*inaudible*

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: *inaudible* but um

2   O Sorry

3   S: That's if if that's the way you are then that's the way you are. But I think it's situation um where I

4   gotta think of every possible angle that I can to either exclude or include you, you know what I mean?

5   Um

6   O: Yes sir

7   S: Now do you understand the limits that we have with you so far, with you and the investigation and

8   where you stand?

9   O: Yes sir

10  S: Do understand where the faults are?

11  O: My faults?

12  S: The problems I have as far as can't clear you?

13  O: Yes sir

14  S: You know where that stands?                          1:15:47

15  O: Yes sir

16  S: For the sake of enlightening me tell me where you think you fall so far?

17  O: I fall right in the area in the time period that it happened and other than…

18  E: Oh I'm sorry

19  O: Other than me telling you what I did that's all you have based on um

20  S: And I'm trying to figure out a way we can put you somewhere outside of you, I know like you went

21  driving around you burned a lot of gas. Did you go to the gas station somewhere?

22  O: I had filled up, not filled up a whole tank, like more than half a tank

23  S: Mhm and I know you were worried about uh me thinking that the car smells like gas or something like

24  that though I may, and again I don't know how the fire started, I'll be honest with you, I don't um do you

25  think the car smells like gas inside the car?

26  O: It does

27  S: Or just leaking gas or something like that?

28  O: No, it smells like gas inside the car.

29  S: Does it?

30  O: Yeah I don't know if it's leaking or its internal or I don't know but it smells like gas inside the car.

31  S: And and what's that girl name who who owns the car? Rowe or something..

32  O: Amanda Rowe

33  S: Amanda Rowe. Does she complain about the car smelling …

34  O: She uses it very little. She works at home.

35  S: Okay, so she don't, does she drive the car at all?

36  O: Once, twice a week, to my knowledge.

37  S: Did she say something about the car smelling like gas?

38  O: No

39  S: Okay, um did you cut grass anything like that. Did you have gasoline in the car? I mean I got ask since

40  you said it smells that way you know I mean, do you have a gas can or something?

31

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   O: I don't
2   S: You don't have a gas can?
3   O: Not at the apartment I mean the only person that does that I know of would be Rebecca's dad.
4   S: Uh Rebecca? Oh Rebecca's dad I'm sorry. Um do you have access to that?
5   O: Um not right now.
6   S: But you did I mean.
7   O: Well
8   S: You have a key to the car right?
9   O: To who's car?
10  S: To Rebecca's car.
11  O: No, it's not in the car.
12  S: but you have a key to the car.
13  O: no sir
14  S: You have a key to their home?
15  O: Yes
16  S: Oh you do?
17  O: Yes
18  S: Um, he has a house?
19  O: yes
20  S: Okay um does he have a I guess he has a lawn mower and stuff like that right?
21  O: Mhm
22  S: Do you have access to um…
23  O: I did but not anymore since we separated I haven't stepped anywhere near there.
24  S: Since Wednesday? How did they, you haven't been over there since Wednesday? Did you go up there
25  looking for her at all?
26  O: No
27  S: But he would have a gas can right?
28  O: Mhm
29  S: Would you use that gas can at all?
30  O: I mean I did when I I mowed her lawn…
31  S: If I were to get that gas can and test it for prints would your prints be on the gas can?
32  O: Uh possibly, possibly not I mean it's been since last summer since I know I used it.      1:18:23
33  S: Mm, so
34  E: Your fingerprints won't since last summer, if you fingerprints were on it I'm sure they'd be covered up
35  by everybody else's fingerprints, since people have probably used it since then.
36  O: Yeah
37  E: But nothing like
38  O: Recent by any means
39  E: Gotchya
40  O: And if you need to I'm sure they'll consent to giving you the gas can.

32

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Okay, where is it located?
2   O: Uh should be probably in their shed.
3   S: is the shed locked with any kind of deal?
4   O: Yeah
5   S: Do you have a key to that?
6   O: No I don't.
7   S: How would get it then?
8   O: For me to get the key to the shed? I would have to go into the house…
9   S: Well you have a key to the house right?
10  O: Yes
11  S: Okay
12  O: And it's either hanging right when you walk in on the left hand side or in her father's room.
13  S: To the shed?
14  O: Yes
15  S: So you have knowledge to get to gasoline then right? If you were …
16  O: Yes sir
17  S: to get the gasoline but that particular day Sunday, did you have gasoline in the car?
18  O: No sir
19  S: Um did you stop and get any gasoline anywhere?
20  O: No sir
21  S: Okay um did you stop and get any gasoline for the car?
22  O: For the car I did.
23  S: Where?
24  O: The chevron right over here.
25  S: Which one? I'm not familiar..
26  O: Oh sorry
27  E: The one just south over here, the one right there on Park and Northwest?
28  O: Yeah yeah
29  S: You you put gasoline in the…
30  O: The vehicle yes.
31  E: And that was what day? Saturday or Friday?
32  O: It was when I got it.
33  E: Friday?
34  O: Yeah I put 40 dollars in it
35  S: Okay but you didn't stop Sunday and get any gas did you?
36  O: No
37  S: You already had gas.
38  O: yeah
39  S: So you didn't go anywhere Sunday to get any gas?
40  O: Well I didn't use the vehicle at all Saturday, I mean Friday and Saturday.

33

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: Sunday was the only time you drove it?
2   O: Yes
3   S: So you brought it back with a full tank of gas basically, or you plan on bring it back
4   O: Yeah
5   S: Most of the gas in there was when you had it?
6   O: Yeah
7   E: Did you use a credit card to pay for that gas?
8   O: I had actually bought detergent at Tom Thumb uh got cash back and used it for that, I mean that's all
9   I did .
10  S: Okay well we've been talking for quite a long time um we're gonna continue to search the car and
11  they're gonna send me text letting me know that they're done searching the car and then um then we'll
12  wrap things up with you too as well okay? Um were you fixing to say something?
13  E: Um well no the phone thing is coming along just fine, we're actually having some problems
14  downloading and I meant to talk to you uh uh our detective was needing to get the phone number for
15  y'all's sergeant, you have sergeant that deals with telephone forensics?
16  S: Mhmm
17  E: He was needing to see if you have a cell phone number for him cause having….
18  S: Do you have an iphone charger?
19  E: I do have an iphone charger as a matter of fact we have uh anyway yes. Can you give us, do you need
20  some water or anything?
21  O: I just need to get up and walk around a little bit, my butt is getting numb.
22  S: Just get up and walk around in here a little bit.
23  E: Yeah
24  O: I don't want to walk anywhere else, I understand…
25  E: Yeah get up and walk around some loosen up some, cause we all need to do that. See if we can get
26  the question our detective has answered.
27  S: Be right back okay?
28  E: There's a conference room we passed earlier if you want to walk around there feel free to, there no
29  sensitive information in there.
30  O: Where
31  E: Right there
32  *room is empty*
33  O: Sir, can I get some more water?                                    1:26:59
34  *speaking outside the room*
35  O: I don't got many shoes anyway, those are one of them.
36  E: Well, anything that we seize that turns out not to be evidence, generally there's a process for you top
37  get it back *inaudible*
38  O: Will it be brought to me or do I need to come get it?
39  E: I have no idea, that's something you'd have to work out with *inaudible* each agency is a little
40  different *inaudible*

34

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

| 1 | O: I understand | 1:28:26 |

1   O: I understand                                             1:28:26

2   E: *Inaudible*

3   O: Yeah, that's how it is.

4   New officer: Do you need anything to eat Thomas? I got a banana and an apple over here.

5   O: I'm fine, I'll wait. I mean if it's not gonna take much longer.

6   E: Cause I wanna ask you something about something, you remember the first time we first met and you

7   were concerned, you asked about, I think you asked about Mechelle specifically, is Mechelle okay? Is my

8   son okay? You asked about those people specifically...

9   O: Well, when the gentleman with the mustache the, what's it called the biker...

10  E: Yeah the guy that was in the acadia that guy?

11  O: yeah, I asked him do you know what this is about and he said all I know was that it consists about a

12  Mechelle and from Arlington.

13  E: Okay

14  O: So he told me that and I was like is this about my, you know maybe my child support and then you

15  came in and I was like are they okay what's going on? And I even asked you is this about the child

16  support are you I mean am I getting served normally it's a constable not...

17  E: And and you made a comment that was curious to me and I understand the context in which you said

18  it but I want since were in here talking, I want to clarify what you were talking  about whenever we

19  talked uh you had made a comment about, there's a bunch of cops out here can we go inside cause I

20  don't want my neighbors to think I killed my girlfriend and my son. Do you remember that?

21  O: No I didn't say that, I said I don't want them to think I killed Rebecca and my daughter.

22  E: Rebecca and your daughter

23  O: Because I mean she hadn't been there since Wednesday

24  E: Okay

25  O: And actually my neighbor had asked like where's Rebecca.

26  E: And and that's what I couldn't quite remember what verbiage you used if it was Rebecca or if you

27  called her by name or whatever. I wanted to make sure it was clarified because whenever I write a

28  supplement I gotta document everything.

29  O: I understand

30  E: The subject made a comment at this time about that this...

31  O: I didn't mean it out of context, if I had known the issue I would have never once in my life ever said

32  that. It was just one of those things, like the last time we had been to see a lot of police officers in the

33  area from our apartment right there. A gentleman had got arrested and taken out in handcuffs, kicking

34  and screaming and there were a lot of cops out there...

35  E: Yeah, that's the apartment life sometimes

36  O: Yeah and of course the next day everyone was like, did you see , did you see this and that and

37  E: Yeah and I'm there's gonna be people, regardless of how tame we handle a situation in an apartment

38  complex or a neighborhood

39  O: Exactly

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   E: People are gonna ask questions so uh but anyway like I said I wanted to get that covered, cause I
2   didn't want to put myself that you had made a comment about it and uh and uh uh and at least not give
3   you a…
4   O: I wasn't like joking or playing in that kind of manner I was like that's just how it is in an apartment life,
5   I was just stating how I felt.
6   E: You were just concerned about us being there.
7   O: Well yeah
8   E: Um the is there anything in the Explorer that is yours? Not hers.
9   O: That's mine? Uuuuh
10  E: Anything that you put there?
11  O: Uuuh no
12  E: Anything that's gonna have your fingerprints on it?
13  O: Other than I mean the steering wheel, the seats, everything there. When you turn it on it says door
14  ajar I opened every single door, slammed the hell out of it so it could, looked in all the little areas to see
15  if there was something there blocking it and it just says door ajar.
16  E: nothing else, nothing else in there that you would have handled or anything like that?
17  O: I'm trying to think *someone coughs* here, the radio, doors
18  E: Did you see anything odd in the vehicle that was just looked out of place?
19  O: Just boots and helmets they were just moving around in the back and I moved those.
20  E: Boots and helmets?
21  O: her daughter's little boots and like a bike helmet.
22  E: Oh
23  S: Well don't worry about we'll, like I said I just appreciate the fact that your letting us uh look in it you
24  know what I mean so um we have to look at it from that stand point. I think uh Thomas you know this is
25  the process that happens when we are investigating an offense like this and so we know that this this
26  can be time consuming and we know that…
27  O: That's okay
28  E: And we know that it makes you nervous and everything else the fact that we are going through this
29  here, I I I can't
30  O: *inaudible* You guys taking me out of work?
31  S: No no no I sent , the main thing here is and I think your job and anybody would understand this, your
32  son was killed you know? And any job that's heartless and don't think at it from that standpoint is you
33  know I gotta believe the people at your job. You had a family member your son that' like the ultimate
34  death and you know so um and you have my card you can tell them , you can call Detective Stewart right
35  now and he'll tell you what happened and you know and I will and um …
36  O: I'm talking about Best Buy, um I met one of the officers earlier that day…
37  E: Shopping for a T.V.? That's a *inaudible*
38  O: Well, it's a good one. And I would just talk to him and any regular customer.
39  E: Your name tag, what's your name tag say?
40  O: Thomas

36

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   E: Yeah cause he said he thought he talked to you at work um  you know, we not knowing what you're
2   like but we don't know how to approach you, anyway.
3   O: I mean.
4   E: Have you ever been arrested before?
5   O: Yes
6   E: For what?
7   O: Uh driving with a suspended license.
8   E: Any sort of any violence at all? Any assaults anything like that?
9   O: Um I got arrested for criminal mischief in the Colony.
10   E: How long ago was it?
11   O: This was before I even joined the military
12   E: Okay
13   O: So this is almost six years ago
14   E: What happened in that situation?
15   O: Uh, a roommate of the girl that I was dating was intoxicated and didn't like me and throwing stuff at
16   me and breaking stuff and I was trying to get out and I broke a flower pot and a window cause I was
17   dodging and she threw the phone through the window and I apparently broke the window and that
18   what the charges were made.
19   E: What...
20   O: That's what she claimed, that I broke the window. I didn't contest anything cause literally a bit two
21   months later and I was leaving uh military and they just dropped all charges.
22   E: Okay, any other times?
23   O: Um trying to think. Not to um unless I'm looking over anything, I think it's only been twice.      1:35:51
24   E: Um, you've worn gloves recently? Any type of gloves? At work or jobs anything like that?
25   O: Um  only at True Lucks but that's only for cutting lemons, but I'm never there to open so I don't ever
26   have cut lemons so I haven't had to wear gloves in who knows how long.
27   E: Okay uh and the only reason I'm asking is because everything we've taken off you off your hands and,
28   if it shows up that there was latex on it, which it will. The great thing about your skin is that it's got all
29   these wonderful little grooves in it to help you hold on to things helps give you that...
30   O: Yeah
31   E: Keeps cans from slipping out of your hands, if your holding a coke can or whatever but they're also
32   great cause you get you know how doctors will scrub their hands forever and ever before surgery
33   because they use scrub brushes because stuff will get caked in there even miniscule amounts of stuff
34   that we um not even be able to tell they're there uh stuff like that get stuck there so anyway I say all
35   that to say if we send those swabs to the lab and it comes back with you know what we didn't find any
36   um gasoline or anything but there were signs of latex if there was a reason you would wear latex gloves
37   lately  then we would want to know about that now or we're like we'll it's got latex on it and you didn't
38   mention anything about it so...
39   O: Mhm
40   E: Uh and you said you filled up the car on Friday?

37

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    O: Yeah
2    E: Put 40 dollars worth of gasoline it in uh you have a Zippo and a Bic lighter
3    O: Hmm
4    EL Um and that' sit
5    O: Mhm
6    S: You do have a lighter?
7    O: Mhm
8    S: Okay
9    E: Yeah he's got a BIC lighter on him and a Zippo lighter at home
10   S: Do you smoke?
11   O: Yeah, my mouth is really warm so I'm eating ice
12   E: American Spirits which…
13   S: Oh the ones that were on the floor? That you dropped? Never heard of those cigarettes have you?
14   E: Yes I have, uh actually my friend, I have a friend that…
15   O: I like them because they don't burnout like instantly
16   E: Well, they uh they're supposed to be all natural or something
17   O: it's just tobacco
18   E: All natural, that's what my friend said, these are better for you and I was like really?
19   O: Naw it's a habit I've had since I've been in the military.
20   E: American Spirits, you don't see many of those around, I don't think my friend smokes 'em anymore.
21   Um anything else that you can think of anything else crossed your mind in the course of us talking uh
22   thing that might help us clear ya?
23   O:  All I need to find is the name of the bar for you guys.                    1:38:47
24   E: Yeah that would be awesome if you could come up with that. Uh credit cards, did you use any credit
25   cards at all?
26   O: No
27   E: Cause we could use, track everything, get your information look at your credit card and stuff
28   O: No I mean I try to not use my cards cause just for the simple fact that it's easier for me to carry cash
29   and be like I know I have 40 dollars and that's all I'm gonna spend
30   E:Okay
31   O: Cause if I don't then I'm just, swipe away
32   E: Yeah it does, can get away from you
33   O: Yeah
34   E: Um yeah Volcano's, you paid cash at Volcano's
35   O: Yes sir
36   E: And the guy that you said, one of the things that I thought was interesting was I mean , it's it's just me
37   but this is I thought this was pretty extraordinary that the guy came and picked you up.
38   O: Well, we're friends there it's not like he's  my bestest friend in the world but he's a good friend.

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   E: Well, he's willing to pick you up and take you to Volcano's that says a lot, uh you said you guys have
2   gone to ball games so it's not like you guys have known each other from the bar you guys have gone out
3   to other places and done other thing too so...
4   O: Yeah well I mean literally, just uh sometimes they have BBQ parties, just one of the guy's house and
5   everyone gets together there. I mean they're a neat group of guys it's just that's it, they're the guys.
6   E: Um you said that Larry... Do you remember Larry , what's Larry's last name?
7   O: Swanzy
8   E: Swanzy?
9   O: Just how it sounds S-W-A-N-Z-Y.
10  E: Swanzy, Kenny...
11  O: It's Kinn
12  E: Kinn
13  O:K-i-double n
14  E: K-i-double n, interesting
15  O: and his last name Dolev Kenney. K-i-n-e-y
16  E: Kinn Kiney.  Interesting , should be easy to find and Dave McGill
17  O: Yes
18  E: Um, those guys there like every day?
19  O: Mmmm I mean not all the time but most of 'em there two anywhere between two to four times a
20  week some of 'em are there every day.                                    1:41:05
21  E: Anything to get out of the house right? I have days like that.  I can't think of anything else, I guess
22  we're waiting for them to say they've finished with your car.
23  S: Um I have just a couple questions here, reading over this deal here. Um just while we're waiting,
24  okay?
25  O: Yes sir.
26  S: Alright Thomas you're being patient so I appreciate that.
27  O: it's like the military hurry up and wait
28  S: Yeah? You in the Air Force?
29  O:  Yes sir.
30  S: Yeah
31  O: Not much longer
32  S: Oh were you just reserve?
33  O: Yeah, I should uh, my I guess what do you want to call it contract is up in December and I don't feel
34  like I'm gonna reenlist with this unit and if I do it's gonna be reenlist in general or with a different unit
35  It's too much politics there you don't know the right people you don't move up. You say the wrong thing
36  to the wrong person and you're stuck in your position for very long time.
37  S: Okay. Well, honestly um as we talked about before, does this one go with the other ones? Which one
38  is that?
39  E: This one's the car
40  S: The car? And that one is still going on right?

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1    E: Yes
2    S: Um
3    O: *inaudible*
4    S: Um, we're gonna have to find out what happened to Mechelle.
5    O: Of course.
6    S: And we're gonna have to find out what happened to your son and um  I don't know  if you want me to
7    stay in contact with you or not about breaking stuff.
8    O: Yes I do
9    S: Um and the only reason I ask that and I don't mean to be cynical, it's just that you know the
10   impression I got is that you don't have an emotional connection to either one of 'em.
11   O: I understand that sir.
12   S: And um so and uh so you know I take it you could care less if we...
13   O: No, I want you to keep in touch with me.
14   S: Okay
15   O: I mean for anything.
16   S: Um and you know I have my doubts about you to as well
17   O: Yes sir, I understand.
18   S: Did I make that clear?
19   O: Yes you did.
20   S: Um and because you've cooperated so much I want to not have these doubts but I do you know...
21   O: I understand
22   S: Um and uh I know that you um have covered all your bases in reference to this interview, okay?  I
23   understand that and I respect that and um and you you give up some information and you some you
24   don't and  and you have your purposes behind that and I understand that. Um I'm not that type of guy
25   who's  gonna be in your face yelling at you or anything like that, I'm patient enough to let this
26   investigation run its course. Thomas I have to tell you this here and I have to be clear with this here and
27   and I'm pretty much this way with every case I work.
28   O: Mhm
29   S: Um if during the course of this investigation for whatever reason you feel that you need to come to
30   me,  get in contact with me and recant some of your versions of what you said and if you feel that you
31   need to come to me and tell me Detective Stewart uh I need to talk to you, I have something to tell you
32   um I'm open for that. And I'm not open and using this candidly because because I feel the person that
33   committed this offense, and right now I have a strong suspicion of you, you know just based on you, you
34   can't alibi yourself from anywhere, um I need you to uh come and recant, get in contact with me and tell
35   me because I I don't think you or anybody can live with this hanging over your head much longer. I just
36   believe and I don't think a person wants to be free, I mean freely walking around when they know
37   they've taken two lives especially their own son. I I don't think they want to so I I suspect that if you
38   want to contact me soon , even if you leave here and and that situation is done uh I suspect that's what
39   you would want to do and um you know and I'm not judgmental of you and again I think I'm in a
40   position other than society and everybody else to understand when a man gets pushed to a point they

40

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  do stuff that a lay person would think Is unspeakable and um and I think everybody else may look at this
2  situation unspeakable but they don't know your inside, they don't know what you were going through
3  with Mechelle, they don't know how she was treating you they don't know how angry she was making
4  you, they don't know how much she would push all your buttons. Certain women know how to push a
5  button, she had something over you Thomas and what she had over you is the fact that uh a) she kept
6  your secret with you for the longest and then all of a sudden she decides now she's going to expose you
7  with Rebecca because she knows that's where your heart was you know and uh she took that away and
8  um and you gotta look at those thing or at least I have look at those things, I gotta look at the totality o
9  fit and then I understand it  and do you know why I understand it? Because I'm the detective working
10 the case and so the person looking at the news doesn't understand it, they think you're a monster but
11 just talking to you know I know you have qualities about yourself and and um again if you live with that's
12 between you and god but you know um I I'm very optimistic I believe I will get to the bottom of what's
13 going on so I don't think I'm just pissing in the wind so to speak if that's an expression you want to use.
14 So I really think that uh everything has its purpose and everything will come to a logical conclusion in the
15 end. I really believe that and um but part of my job is just know down the line of this I was dealing with a
16 human being a person who give s shit you know and um you know I would like to think that you and I
17 made a connection on that level because I think I'm a patiently wait for you to contact me and I know
18 we're gonna have another conversation and I'm not it's not a psychological game or anything like this
19 and I hope you don't believe this is a game.
20 O: No sir
21 S: I just really really really hope you don't believe that.
22 O Sir no
23 S: I just believe that um I believe and again we're different, I'm just telling you again I'm not buying
24 everything and I wish I could because hell cause you've been so nice but uh at the type of person you
25 are I think you're gonna have to come to me and tell me because you want to come to me and tell me
26 because you need to come and tell me and now um when that time is, I don't know you know but you
27 got my card, you know I'll give it to you in fact I'll give it to you now. It has my email on it to as well um
28 you know an d um it has my number s on it and I I think that uh Thomas one way or another you and I
29 are gonna meet again and you and I are gonna have to talk on way or another we're gonna have to
30 we're gonna have to get to the bottom of this and um look at your present situation, we're gonna look
31 at what we talked about in this room we've been in this room a long and time and you need to look at
32 everything you spoke to us about and everybody's cards are on the table here but it's not poker this is
33 two people who lost their life and your son, your son is one of them. And um and I just don't think any
34 human being can live with this hanging over their head and so I suspect I strongly suspect aht you and I
35 will talk again
36 O: Yes sir. I guarantee you we will
37 S: And And
38 O: I'm gonna find that bar                                    1:50:06
39 S: Okay I'm not wor wor worried about that bar honestly I'm not.
40 O: I'm gonna find where I was, what street I took. I'm gonna find that, I'm gonna relive it.

41

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1   S: I I I I know regardless of the bar regardless of all these stories that we told today um I know I am
2   gonna find out who killed her.
3   O:  Yes sir
4   S: And your son.
5   O: Please
6   S: Because I car you know and um and if it lies within you then then I'm going to find out. You know and
7   I really think ii n the long run if that word again, you are the one who did this no on eels may understand
8   but I do because I was at the crime scene and um but I'm talking o you and if that person is you Thomas,
9   if that person is who there's a reason behind that madness you know and um and I I believe you
10  understand that reason but I think you need to explain it. I really do think you need to explain it.
11  O: I don't really know what I need to explain right now sir. I've tried….
12  *talking over each other*
13  S: And and maybe like you said maybe right now is not the time but you know um I think at some point
14  you need to explain it. And if right now is not the time then right now is no t the time but you know um
15  but I really do though so right now I'm going to continue the investigation.
16  O: Yes sir
17  S: I'm going to continue to try and bring justice to your son you know because because somebody has to
18  car you know and um but I also have to keep Mechelle in mind because regardless of how you feel about
19  Mechelle that's Asher's mother and so you know um and and she's deceased to and so I just don't think
20  I just don't think you're that cold of a person at least you don't come across it I just don't believe you're
21  that cold of a person that you just could uh walk over those two could and just not have a conscience
22  now I gotta believe deep down inside there somewhere there's a conscience .
23  O: I do have a conscience sir, it's just the emotional aspect I don't know how to express it. I just never
24  learned or I don't know how to.
25  S: But if you got remorse and you have
26  O: I do have remorse
27  S: If you did this, if that word
28  O: Sir
29  S: If you did this you better show remorse and not for detective Stewart.
30  O: Show it for the family.
31  S: Show it for your son
32  O: They were a family.
33  S: Okay. You really gotta think about it, let me figure out the status of this car then we're all wearing
34  down right here.
35  O: It just feels now it's a circle and it's just revolving revolving revolving…
36  S: We're a one process here, the status of the car…
37  *talking over each other*
38   S: I did talk to those guys prior to coming back in here and um one thing they expressed to me is that
39  um they're were having a problem too smelling that gas.
40  O: I told you                                1:53:39

42

Olivas, Thomas  Cause No. 1352014
Interview- 03/21/2011
Officer B.P. Stewart and Detective D.W. Easley

1  S:  Yeah and if uh that gas is uh that gas concerns them, just like it concerns you and I understand  why

2  you were somewhat reluctant cause you don't want to give the wrong impression and I understand that

3  but um but they do smell the gas but um

4  O: I told you, it's um

5  S: And so if if I have what's her name again?

6  O: Amanda

7  S: Amanda I'm sorry her name is just escaping me but if I have to you know if they can't figure out what

8  the source of that gas is and it's not from the engine or something like that. Then my people, who are

9  out there processing it want to take it into the lab and test it and so um I know that's a dilemma for you

10  because you know that's Amanda's car I understand that . Um if I have to get uh so you think I need to

11  call her and get her permission for that?

12  O: I can't say yes to that one cause and knowing  her she'll lawyer up.

13  S: Oh yeah

14  O: She'll you. She's can't take my car away no matter what cause that's just how she is with her, she's

15  been with her ex-husband took everything.

16  S: Okay, what's Amanda's cell phone?

17  O: I don't have it off the top off my head

18  S: Is it in your cell phone?

19  O: Yes okay, when we get your cell phone back we'll

20  O: I think I gave it to you.

21  S: Oh did you? Cause I know I wrote down but I don't remember writing her number down but we'll find

22  out okay?

23   O: Oh my god

24  S: Your knees cramping up?

25  O: Yeah I'm just tired, I need food I need to shower. I feel itchy again

26  S: Ha do you?

27  O: Just done, I want to call it an evening. If you need me you know where to find me, you know where

28  I'm at. I'm not hiding from you I've giving you everything you need but I'm done I hate to say it that way

29  but I am.

30  S: Okay, okay, let me and then we'll wrap it up okay?

31  O: Yes please. Are you going to give her a call sir                    1:56:06

32  S: Yeah, be right back

33  O: *Yawn and sigh*

34  End at 2:02:40

43



# STATE'S PRETRIAL
# EXHIBIT NO. 3

(Video Disc)

(Tarrant-1376698R-RR-SXPT3.mp4)

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1 S: Hey Thomas                                            01:56
2 O: Hello sir
3 S: I'll be right back with you in a sec okay? You need anything to drink or anything like that?
4 O: Actually I need to use the restroom.
5 S: Okay, come on
6 O: it feels weird. They're like this.
7 S: Alright man. Hey I got a call from Tonya?                    06:10
8 O: Mhm
9 S: Is that your girlfriend? Oh this chair is too small. How did she get my cell phone? Do you know?
10 O: I have no idea. She probably called up here
11 S: I guess so, she called me directly though so.
12 O: I don't know
13 S: Maybe
14 O: I know you gave my friends your contact info to call.
15 S: Maybe they did. Was Rodney there when you got arrested? Maybe had it or something so...I wear
16 glasses now you know that so. What's her name? Tonya what?                    06:15
17 O: Pair
18 S: So is it T-o-n...
19 O: T-a-u-n-y-a
20 S: T-a-u?
21 O: n-y-a
22 S: what's her last name
23 O: Pair, like pair of shoes. P-a-i-r
24 S: Okay, she a black female? White female?
25 O: Hispanic
26 S: Okay. You know her date of birth?
27 O: Mmmm
28 S: Do you know how old she is?
29 O: She's 26. It's January I wanna say 24th or 26th. I can't remember of the top of my head.
30 S: Do you know the address....are you staying with her?
31 O: Mhm
32 S: What's the address where you guys are staying at?
33 O: 1603 Oak Creek Lane
34 S: Oak Creek?
35 O: Yes, sir.
36 S: Is that an apartment?
37 O: Yes sir. 1603c
38 S: 1603c?
39 O: Yes sir
40 S: And what city is that?

1


STATE'S
EXHIBIT
PRETRIAL 3-A
1/29/14

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: Bedford, Texas. 76022
2   S: 76022 and what's your cell phone number?
3   O: 915-
4   S: What's her cell phone I mean what's her cell phone number?
5   O: Uh 817-723-6466
6   S: 64?
7   O: 66
8   S: 66. And she's your current girlfriend?
9   O: Yes
10  S: How long have you been together?
11   O: Just a couple months
12  S: Like how many?
13  O: Like five.
14  S: Five months?
15  O: Yes
16  S: So you've been dating for five months?
17  O: Mhm
18  S: She have any kids?
19  O: yes
20  S: How many?
21  O: A son
22  S: One son?
23  O: Yes
24  S: And what's his name?
25  O: Che
26  S: Che?
27  O: C-h-e like Che Guevara
28  S: C-h-e?
29  O: Yeah like Che Guevara. Just C-h-e
30  S: C-h-e and his last name Pair too or?
31  O: Um I think it's his dad's last name.
32  S: Do you know what?
33  O: No I don't.
34  S: And he's ...how old is he?
35  O: Four, I've only met him a hand full of times
36  S: Okay so they kind of share custody, going back and forth, something like that?
37  O: Yes he lives, he lives with um his grandmother.
38  S: Oh not not with your girlfriend.
39  O: No
40  S: And do you have a car?

2

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    O: Yes I do
2    S: And what kind of car do you have?
3    O: It's a Dodge Avenger
4    S: Dodge Avenger?
5    O: Yes
6    S: Like the movie Avenger?
7    O: Mhm
8    S: What color is it?
9    O: White
10   S: White? Okay, how long have you had that car?
11   O: Since November, it's gonna be year, in November.
12   S: Okay so almost a year then.
13   O: Yeah
14   S: And where did you get that car from?
15   O: My parents
16   S: Okay. Did we tow your car or do we have your car, do you know?
17   O: I think Taunya had it at that point.
18   S: Okay. So is it, this car car registered to your name?
19   O: Uh it should be registered under my father's name.
20   S: So Thomas ....
21   O: My dad's name yeah so Bernardo
22   S: Bernardo
23   O: Yes
24   S: So Dodge white Avenger. Do you know the license plate number?
25   O: No I don't
26   S: Okay. But she has your car?
27   O: Yes
28   S: Okay um, alright. Well sorry I need my glasses to write. Well, you know why you're here right?
29   O: Mhm                                          10:38
30   S: Okay um right now Thomas you have officially been charged with capital murder okay? And uh and I
31   know we talked last time but you know before I can talk to you I have to read you your rights so about
32   the case so you know so. Do you mind if I read you your rights?
33   O: No sir
34   S: Uh you have the right to remain silent and not make any statements at all. Do you understand that?
35   O: Yes sir
36   S: Any statement you make can be used against you as evidence in your trial. Do you understand that?
37   O: Yes sir
38   S: Uh you have the right to have a lawyer present to advise you prior to and during any questioning with
39   me, you understand that right?
40   O: Yes sir.

3

1   S: Also know that if you can't afford a lawyer you can have one appointed prior to or during any

2   questioning with me, right?

3   O: Yes sir

4   S: And um new developments have happened in this case but um Thomas as all ways if you don't want

5   to talk to me you, have the right to terminate this interview at any time. You understand that?

6   O: Yes sir

7   S: Okay, do you want to talk about this case?

8   O: Yes sir.

9   S: Okay. Yes sir?

10  O: *nods*

11  S: Okay, I just wanted to make sure. Okay um let me tell you where everything stands at this point, so

12  you can fully understand, okay? Have you had the chance to call your family or anything like that?

13  O: They haven't let me use a single phone.

14  S: They haven't let you use the phone at all?

15  O: No.

16  S: Um well uh I'll let you use the phone, okay? I'll let call whoever you want to call okay? And uh I'll

17  make sure I don't know why they won't let you use the phone but I'll let you use the phone I don't have

18  a problem with you using the phone. Okay? I don't have a problem with you using or doing whatever

19  you need to do legally okay? I just don't have a problem. As we were going through this case Thomas,

20  and I know just about everybody I talked to during this case, you've talked to too. So you know who I've

21  talked to and you know what I've been asking and things of that nature so um but we we've finally got

22  test back and things of that nature, DNA and everything back and I know it's been a process. 18 month

23  process you know?

24  O: Mhm                                    12:44

25  S: But we finally had enough information that comes back to contradict thing that you have said before

26  you know to you know such as the fact that you said you'd never been there and things of that nature.

27  Um and it's a process you know, and I know it's frustrating for a lot of people, you and your family as

28  well because things have taken so long you know you probably think oh, this case is going away.

29  O: Naw I didn't.

30  S: But um well you know as far as your dad and everyone else cause they just don't know what to think,

31  cause they just don't know the dynamics of this case. But the one area where I was having a hang up on

32  and what was going on is that uh you know when you said you wasn't there and you wasn't in the

33  apartment I had to have some DNA tested but I had to have it tested in some special kind of way and we

34  had to send it off. But uh once that DNA came back and it was unequivocally your DNA, specifically your

35  hair's DNA um that uh says at some point and I don't know when you must have been to in her

36  apartment. Now um now I don't know at what point you were at her apartment you know like I said it

37  might not been the offense day and if you'd gone to her apartment earlier then of course that is an

38  explanation that contradicts the offense day and that's fine. You know but because at one point you

39  wouldn't talk to me, I couldn't get clarification from that and so we had to deduce that it came from the

40  offense day, it doesn't necessarily say that does, you know that's just a possibility. Um but that's where

4

1 we stood and so since you wouldn't talk to me we had to conclude that it came from that offense so you

2 know and so it would probably be and of course that's just not all the evidence we have that's just

3 where we started at. Do you follow me so far?

4 O: Yeah.

5 O: Um obviously there are some areas here Thomas where only you can give clarification on you know

6 and so and you know the main thing that I was and this may not even effect you, you may not care

7 about this but you know the hardest thing about this case Thomas, the thing that really, not only gets to

8 me but gets to a lot of people is that your son was was killed. Now I I know you probably don't even care

9 about that and I don't know if you care that you know you've been charged with capital murder. But

10 you're also being charged with the fact that you killed your son and your son according to the doctor

11 was alive at the time the fire was started and burned alive you know and so um. Mechelle was brutally

12 murdered, just horribly murdered and as I told you before back in Grapevine when we talked um now

13 you have to and you can make it about me and fight me but I'm telling you, I'm not even, that this isn't

14 even about Detective Stewart at all. This is about you and how you come across to other people and you

15 have to realize that and you have to make it, somebody has to understand why this happened you

16 know? And right now no one understands the reason behind it happen and I understand because I

17 talked to you but no one else knows because they're not hearing your voice they don't know you know

18 so at some point you have to tell the truth and again it may not be tonight and it may not be forever but

19 at some point someone needs to hear what you have to say you know and so and preferly you talk to

20 the jury or you talk to the lawyer s and things of that nature you'll have enough respect for your son to

21 tell the truth. I I honestly just don't think you were in your right mind and that's the kind of stuff that

22 makes sense to people Thomas, right now this just does not make sense you know and you know as I

23 told you before you know unless you can explain to me what time... if you you know you've had time to

24 reflect on this since our last conversation you know maybe there are some things that we didn't talk

25 about the first time that you can talk about now. Uh uh things that you remember you know?

26 O: I mean, I've thought about it every day and I mean I didn't kill them.        17:46

27 S: Do you recall being at her apartment at another time?

28 O: I mean I

29 S: or is it just...

30 O: I don't ever remember going to her apartment...

31 S: A shirt that you use to have or uh I don't understand why your hair is there. You know I'm just saying

32 that we tested the mitochondria DNA part of the hair and it's showing to be your hair and so...

33 O: I'm just telling you know...it was my car, her car and I mean I never went over there but...

34 S: Well um I I can tell you you that you more than likely you did go over there cause back before Asher's

35 birthday. You know when Asher's birth day is?

36 O: Uh it's February 25th.

37 S: Okay February 25th? Okay two weeks before that time you know how you said you went to her

38 apartment and you know I can tell you went there because

39 O: I went to her house

40 S: Okay

5

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: Her parent's house

2   S: Okay but what I'm saying is you remember the day of the offense you went to her apartment right?

3   O: No I didn't go to her apartment, I was…

4   S: Okay. Where did you go?

5   O: I was In Arlington.

6   S: Okay, you were going to her apartment is that fair to say?

7   O: Yes

8   S: And you drove from Arlington from you're, wherever you were at in Grapevine somewhere but you

9   drove to her apartment, right?

10  O: To Arlington yes.

11  S: Okay you drove to Arlington with the intentions of going to her apartment, is that correct?

12  O: Yes.

13  S: Okay and you were in Arlington for a while, right?

14  O: Yes.

15  S: Do you know how long you were in Arlington?

16  O: I can't recall.

17  S: Roughly?

18  O: No, I can't recall.

19  S: Was it two minutes?

20  O: It was more than that.

21  S: Was it an hour?

22  O: It was more than that.

23  S: Okay, so you were here for a while right?

24  O: Mhm

25  S: Um and of course you recall what we talked about right? What were you doing in Arlington for a

26  while?

27  O: Drove around used the phone.

28  S: You drove around used the phone? Your phone?

29  O: Mhm

30  S: Okay um and you know one of the questions I asked you during that time and this is just a simple

31  question ok? This is something I think anybody would do. The question asked you was you you drove

32  here and you know why you drove here. Why did you drive here?

33  O: We were supposed to sit down and discuss about some papers

34  S: Okay. Guys were supposed to talk about some paper, right? Would it be fair to say that you guys was

35  supposed to talk about some paternity papers?

36  O: Mhm

37  S: That reference you taking a paternity test right?

38  O: Mhm

39  S: Because she had gone to the AG's office…

40  O: Mhm

6

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: All this correct right? Um and she wanted to go to over legal paperwork with you right?
2   O: Mhm                                                        20:37
3   S: So you drove here with that intentions right?
4   O: Mhm
5   S: So you drove in here to Arlington with intentions of seeing her, right? Okay, and when you got here,
6   since you were here longer than an hour right? You were in Arlington for longer than an hour, right?
7   Um and you say you drove around and you looked for your phone. And one of the question I would ask
8   you, why not get on your cell phone which is right in your hand and just give her a call and say hey. You
9   do remember being on Lamar Street right? You remember that?
10  O: Vaguely.
11  S: You remember taking 360, came down 360?
12  O: Uh-huh
13  S: You recall doing that?
14  O: Yes
15  S: You recall taking a Lamar Street exit off of 360?
16  O: The Six Flag exit, whatever it is.
17  S: Yeah okay.  You remember at some point you just going down the street, down Lamar Street, you
18  remember that?
19  O: Mhm
20  S: And then I tried to give you some land marks. You recall that? You remember where the Hilton is, off
21  of 360?
22  O: Vaguely. I'm not really familiar with this part of town
23  S: Okay but do you recall seeing a big hotel?
24  O: I think so yeah.
25  S: 15, 20 stories high?
26  O: Possibly yes
27  S: Okay so you recall passing that? That street in front of that Hilton is Lamar Street. L-m...L-a-m-a-r
28  Lamar Street.
29  O: Okay
30  S: You recall that?
31  O: No I ...
32  S: You do recall seeing this right?
33  O: Well, I mean it's been over
34  S: 18 months ago
35  O: 18 months ago, I mean, when I do come through here it's like I never come through here.
36  S: Do you recall seeing a hotel?
37  O: I see tons of hotels, sir.
38  S: Okay
39  O: I mean I...
40  S: What?

7

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: I don't remember. I mean,  I do and I don't you know?

2   S: Do you recall seeing this restaurant called Boston's?

3   O: No

4   S: Any restaurant? What do you recall when you... I asked you last time and you said you stopped at a

5   pub right?

6   O: Yes

7   S: Okay and you said you got a beer.

8   O: Yes

9   S: Okay, well the logical question I ask you Thomas is, why not simply get on your phone and call her and

10  say hey I'm in Arlington I guess I'm close to the place where you live. Did she give you directions?

11  O: No she didn't.

12  S: Okay, if she didn't give you directions, and this is just out of curiosity here, why did you take that

13  exist? When you know she lives further down at her house. You've been to her house before right?

14  O: Mhm

15  S: So you know that's not the exit to take for her house right?

16  O: Mhm

17  S: Mhm?

18  O: Yeah, I knew there was places to drive around. I didn't know where she lived.

19  S: Okay my question to you though; you've been to her house before, her parent's house.

20  O: Her parent's house yes.

21  S: Yeah and you know that exit that you took is not the exit for her parent's house. Right?

22  O: Correct

23  S: So why did you take that exit?

24  O: No

25  S: If you didn't have directions, I'm asking...

26  O: I mean she didn't sit down and give me this is where I live but...

27  S: I know but I'm saying why...

28  O: She just said she lived by the stadium that's all she's ever said whenever I talked to her.

29  S: Okay

30  O: That's the only thing...

31  S: My question is why I'm asking you as you go back and reflect why did you take that particular exit? Six

32  Flags.

33  O: I mean it's by the stadiums and all that over there.

34  S: Okay, she said she lived by the stadium?

35  O: Yeah

36  S: So that's why you took that exit?

37  O: Yeah, I know its right around there.

38  S: Okay

39  O: That's all I know

40  S: Okay so you just took an exit...

8

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: Well, it's Six Flags and the stadiums are all right there, that's the one I took.

2   S: So you took the Six Flags exit?

3   O: To Six Flags, I mean that's the only thing that I knew.

4   S: Okay, I'm just trying to understand, so you took the exit that you feel is closest to the stadium?

5   O: To my knowledge, I mean…

6   S: Okay, let me ask you this question. Could you see the stadium?

7   O: The big one? Yeah

8   *talking over each other*

9   S: Well which one were you looking at? The Cowboy Stadium?

10  O: The Cowboys Stadium.

11  S: The Cowboy Stadium?

12  O: Yeah

13  S: And that's big right?

14  O: Yeah

15  S: You can see that from 360, right? Um so if you see it and she says she lives close to the stadium, right?

16  O: She said lived around the stadium, she didn't say close to the stadium just around that area, is what

17  she said.

18  S: Okay, alright I'm only asking, so if she says around the stadium and you don't know where you're

19  going so more than likely you're going to be driving close to the stadium right?

20  O: In that general direction yeah.

21  S: Yeah and you can see the stadium right?

22  O: Mhm

23  S: And you can see the stadium from 360, right?

24  O: Mhm

25  S: And you can see the stadium almost wherever you're at in that area, right? Is that fair to say?

26  O: Yeah

27  S: So since she lives closer to the stadium are you driving towards the stadium? I'm asking, I don't know.

28  Were you or did you?

29  O: Not for the entire time.

30  S: Okay what I'm asking is and maybe I'm not clear with this but I'm trying to be clear, maybe I need to

31  rephrase it in a  different kind of way, she said she lives close to the stadium, is that what you're telling

32  me right?

33  O: She said around there, she didn't

34  S: She said she lives around the stadium

35  O She said around the stadium and I'll get back to you. She said I have errands to do. I'll get back with

36  you, that's all she said.

37  S: Okay so let me make sure we you and I cause I don't want to put words in your mouth, okay? Is that

38  fair?

39  O: Yeah

9

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: Okay so if she says she lives around the stadium, right? Not close to the stadium, around the stadium,
2   is that right?
3   O: Yes
4   S: Okay and you can see the stadium, that means you're going to go somewhere around the stadium
5   right?
6   O: Mhm
7   S: Okay and um so my question is did you drive closer to the stadium?
8   O: I mean I drove to where 157 is.
9   S: 157. Now is that Collins Street?                    26:22
10  O: I believe so.
11  S: Yes
12  O: And that's right by the stadium, where Sherlock's and all that other stuff is at.
13  S: She mention Sherlock's?
14  O: No
15  S: Okay, she said stadium? Okay and I'm asking, I'm just asking, well 157 will actually take you closer to
16  the stadium.
17  O: Mhm
18  S: Yeah that's Collins Street. So um did you go down Collins Street?
19  O: I mean vaguely.
20  S: Vaguely you remember?
21  O: I stopped, I mean you get tired of being in traffic
22  S: Yeah, yeah, yeah and I I'm getting to a point, okay?
23  O: I know
24  S: I'm just trying to refresh your memory on some things and again if some things change, it changes
25  okay? Um but um so you don't you just be who are and just remember what you remember, it was 18
26  months so you may not remember everything but do you recall Thomas at all, if you came on Lamar
27  Street I'm just telling you right now, if you went down Lamar street, Lamar street is an exit off 360, okay.
28  I f you did go um on Lamar street you would probably have to turn um to get on Collins, west bound
29  which is right, okay?
30  O: Mhm
31  S: You recall doing that?
32  O: I don't… I guess
33  S: Okay um what that would eventually, you can pass a couple of places like Stadium Drive and stuff like
34  that, you can turn left and go over that's 30 that highway, 30. So you remember that?
35  O: YES
36  S: That highway, you know what I'm talking about? Okay you can take a couple of left turns to get there
37  toward the stadium um or close to the stadium not specifically there. And there are some apartment
38  complexes there okay? So um so do you recall passing I don't stadium drive or something like that, you
39  don't know the streets?
40  O: No

10

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    S: But you do know 157, right?
2    O: That's, I know major streets like that.
3    S: Okay 157 be Collins Street, probably the signs are gonna say Collins. You recall that?
4    O: Mhm
5    S: Do recall turning left on Collins or keeping straight across?
6    O: Both
7    S: Both?
8    *talking over each other*
9    O: I mean it was just driving around.
10   S: Okay so you did both okay I'm just asking. Alright so um, did you go close to the stadium at all?
11   O: I mean a little bit not all the way over there just, just cause I wasn't too sure if she meant this side or
12   that side of 30 or this side and I just...
13   S: Alright alright
14   O: Drove around.
15   S: When you stopped to get a beer do you recall what side of 30 you were on?
16   O: Uh no
17   S: No? And I know we talked about this last time and I don't know if you remember but do you recall the
18   name of the place?
19   O: No I don't.
20   S: Okay but you said, if I recall right, but you said it was a pub or something like that. Well I drove around
21   there and I was looking for pub you know and I couldn't find one you know?
22   O: Well I said it was a pool hall.
23   S: A pool hall?
24   O: Yeah that's what I said                    29:40
25   S: Okay
26   O: Yeah it was like I told you, I walked in had a beer...
27   S: it was a pool hall?
28   O: That's what I call a bar
29   S: Did it have pool tables in there?
30   O: Mhm a couple of 'em.
31   S: Do you remember the name of it?
32   O: No I don't .
33   S: Okay was that off of Lamar, I think that was the last we talked it was off of Lamar or was it off 157 or
34   Collins?
35   O: I couldn't tell you where it is right now.
36   S: Okay well let's imagine going on Lamar Street.
37   O: I can't
38   S: Well you know where the stadium is. Was it closer to the stadium?
39   O: No
40   S: So it was north from the stadium?

11

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    O: Yes.
2    S: Okay was it on the north side of 30 or south side of 30 or the north side of 30? Do you recall?
3    O: I don't know I'd have to say it was probably the north side of 30
4    S: Okay and but you don't know if you turned straight on Collin or kept straight do you?
5    O: No I know I did turn on Collins.
6    S: Okay
7    O: I drove around
8    S: Okay.
9    O: That's what I did, I came back but I didn't have a beer over there.
10   S: Now there are some closer to Brown Boulevard. Do you know Brown Boulevard is? Do you know
11   where that is? No? Okay. Do you recall seeing a Ritz Cadillac? I just know the area.
12   O: I mean...
13   S: Like a car dealership, do you remember seeing that?
14   O: I don't...
15   S: Don't recall seeing that? I'm just trying to name thing that may jog your memory. You don't recall any
16   of these things at all?
17   O: No sir
18   S: Um but you got this beer right? How many beers did you get?
19   O: Just one.                                          31:16
20   S: Just one? Okay um, pay for your beer in cash right?
21   O: Mhm
22   S: Um and then do you recall what you did at that point? Okay go back I'm going all the way back to my
23   simple question here, that I think it's simple but it might not be um then my question is since you're
24   there for a reason which I'm saying there you're here in Arlington for a reason and that is to see
25   Mechelle and it is to help her with some paperwork that she got, right?
26   O: Yes sir.
27   S: That she asked you to help with and you drove here and it took a while to get here right? And you
28   took your time to come here you know and so since you're taking your time to be here and you're here
29   for a couple of hours um then my question if you recall back when we first talked is, why don't you just
30   simplygive her a call?
31   O: You didn't know her
32   S: Hmm?
33   O: If you called her when she told you, I'll call you she would flip out.
34   S: Okay, yeah I don't know her. So so so for you to call her while you're in Arlington to say, hey Mechelle
35   I'm here um I don't have clear directions can you give me directions on how to get to your apartment?
36   So that would flip her out?
37   O: She would just get mad. She would, she would like I told you I'd call you what are you doing, I told
38   you why aren't you answering? If she called and you didn't answer she'd flip out as well.
39   S: So I guess my my..
40   O: What...

12

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: But you didn't have direction Thomas and she wants you to come over.
2   O: And that's the thing I would rather be it a simple conversation than her being all pissed off at me
3   already.
4   S: Um I and help me cause I don't understand and that's one thing from the first that we talked Thomas
5   that baffled me. I don't understand why she's gonna be so upset with you when you don't have full
6   directions to get to her and she's expecting you.
7   O: Because I lied to her. I treated her like shit                                    33:24
8   S: Okay
9   O: I was not a very good person to her. I told her I was you know not in the country um I wouldn't uh I
10  didn't help her she was already upset at everything with me like just with didn't want anything to really
11  do with me at all.
12  S: But do you think she would have been mad to ask for further directions that you don't have to come
13  see her? When she's agreed to see you. You think she would have been mad?
14  O: I honestly do
15  S: Okay so...
16  O: I don't think she would have been fuming mad but I think she would have been pretty pissed off
17  S: Then how, how does she expect you to find her?
18  O: She told me she would call when she was done.
19  S: Done with what?
20  O: Whatever errand she was doing, I didn't ask her
21  S: Okay so you're in Arlington for a while, you know actually you're here only two hours, so would...
22  after you drink your beer and you've been on the phone um did you make some calls while you were
23  here?
24  O: A handful
25  S: Do you remember who you called?
26  O: No
27  S: Any...
28  O: I remember playing on the phone, more than anything.
29  S: Oh like a game or something like that?
30  O: Yeah
31  S: You don't recall calling anyone?
32  O: I know I did but I don't remember who I talked too.
33  S: Okay um, so you're here for a while Thomas and then I guess the point is that, shit if you're here for
34  three hours shouldn't her errands be done and shouldn't you now have the right to go see her? I mean
35  don't you think she you know three hours is asking long enough for a person who drove here from
36  Grapevine. I mean that's a long haul to just sit around Arlington and not be able to talk to her.
37  O: I mean she had every right to be upset, I didn't help with our son.
38  S: I understand that but I'm saying beyond all the stuff cause she she did her detective work, she found
39  out that you lied to her okay that was said and done, now you agreed to drive on March 20th to her
40  apartment now you were here for a while you were over 3 hours, and I'm just saying how long does she

13

1 expect you to drive around Arlington before she is going to call you and give you further directions how
2 long do you think she how long is she expecting, cause she's rude if she wouldn't at least call you within
3 the hour that you agreed to come.
4 O: I don't know.
5 S: Okay well um...
6 O: Look I mean I can tell you I didn't kill my son
7 S: I understand
8 O: I didn't kill my child. I didn't love her yes, I was a dick I fucked up but I didn't kill my son.
9 S: Okay
10 O: You know I've thought about this every day since we sat down in Grapevine but if I could have done
11 anything different I would've but I didn't kill my son and I think about him every fucking day and it kills
12 me and there's nothing I can do about it. And there's nothing, absolutely nothing and every church I've
13 gone to every person I've spoken with it just...I I still feel empty. I don't...I never got the chance to look
14 him in face and see him walk, see him talk, didn't get to see that because of that I lost my daughter at
15 the same time. I lost two children.
16 S: Well
17 O: I did nothing
18 S: Well and I I since you and I talked back on March 21ˢᵗ I have been racking my brain trying to make this
19 whole situation make sense just some sense you know what I mean just ssss...just make it make sense.
20 And you know if I have to things, Thomas if I have to look at things you're here around 6 something, 6
21 something, that afternoon. You're here in Arlington and then we the Fire Department we get a call
22 around like 10:08 or something like that, 10:08 pm 10 o'clock at night and then you're, you, we see you
23 leaving at 10:11 you know, 10:11. So we get a call about a fire in the apartment and it just took off
24 because gasoline was the fuel that started this fire, so it's fast, it's burning and at 10:11 9, 10, 11... 3
25 more minutes later you're leaving Arlington. And it's just baffling you know because you're saying you
26 didn't kill your son you know and but yet you're here and now you're leaving three minutes after the fire
27 started. I mean can you help me out with that?
28 O: I can't help you out with that.                                38:31
29 S: Listen, do you want to be in jail? Do you honestly want to be arrested right now?
30 O: No I don't.
31 S: Do you think you deserve to be arrested right now?
32 O: No I don't
33 S: Okay. So you don't want to be arrested and charged with capital murder, do you?
34 O: No
35 S: But that's where you're at right now. I mean you are charged with capital murder, you know and and
36 you know what that entails, right? You know what the charge capital murder entails right? The death
37 penalty. That's the ultimate punishment you can get and the only way to try and help yourself, at some
38 point, is to start making your story make sense and put some substance behind the story because if by
39 chance you were under tremendous pressure, tremendous pressure by Mechelle. You were lying to her,
40 you had an affair because you were with Rebecca at the time, you lied to Rebecca about the

14

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1  relationship, ultimately at some point you get a phone call that hey you know, Mechelle tells you she's
2  pregnant. You try to get her to get an abortion. She won't get an abortion you're pressuring her by, I'll
3  give you the money you do this you do that, you're trying everything you can to get her to do this.
4  you're going through steps to try to get people to pose as you to to take the test, the paternity test, you
5  miss paternity tests you're doing all these things because this woman is pressuring you and now all of a
6  sudden on the day of her murder you're in the city Arlington and at the very, three minutes after she is
7  killed and the apartment is set on fire you're leaving Arlington and the n I know you're saying you didn't
8  kill your son. Right? You didn't kill your son but you understand me as a detective how this thing is
9  looking and folding out for you. Does it... do you have any idea?
10 O: I mean you guys are charging me with it so the only thing I can think of is well you're thinking I did it
11 S: Well, Thomas you know you and I wee we have a relationship. We've talked I'm not the type of
12 detective that's in your face screaming or anything like that. I've always treated you with respect right?
13 O: Yes sir
14 S: And I've talked to you in the most passionate way I can to get you to tell the truth okay? Um and I I
15 told you over and over don't make me the the issue here because I'm not the issue. The issue here is the
16 situation; it's not me, okay? Um you have to understand that um this situation is serious and it has lead
17 to the point where you're here right now, 18 months here you are. Um so you understand the dynamics
18 of what's going on here, right?
19 O: Absolutely sir
20 S: Um it it seems like this Thomas, I don't know what happened to Asher, I really don't. I really don't
21 know what his situation is but I do know what happened to Mechelle. She was killed okay? Now what
22 you know, what if that part what happened to your son was an accident then I think you need to tell
23 that part was an accident. What happened to Mechelle was personal. What happened to Mechelle was
24 intentionally and what happened with Mechelle is something that believe it or not, when a man and
25 woman get into it stuff happens and that stuff happens. But you know Asher, you know...
26 O: As many times I can tell you and you can tell me the same thing I didn't kill them.
27 S: Okay. Did you kill Mechelle?
28 O: I didn't... no I didn't
29 S: Did you kill Mechelle?
30 O: No
31 S: You didn't kill Mechelle?
32 O: No, sir I did not
33 S: Thomas did you kill Mechelle?
34 O: As many times as you ask me I'm gonna answer the same thing, no I did not. I don't know how many
35 times I gotta say it, no I didn't.
36 S: Well who did?
37 O: I have no idea.
38 S: Well who would kill your son?
39 O: I don't know
40 S: Okay, who benefits from killing your son?

15

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: No one does.
2   S: You do.
3   O: How did I benefit?
4   S: You're not paying child support.
5   O: I don't give a fuck about child support I lost a son.          43:16
6   S: Did you give a fuck about him when he was alive?
7   O: No I didn't.  No I didn't I was a dick.
8   S: But now you don't give a fuck about it?
9   O: What do you mean?
10  S: The point is...
11  O: I was an asshole I ...
12  S: Did you want to pay child support when he was alive?
13  O: No I didn't but that's absolutely no freaking reason why anything like that should ever happen. I
14  didn't kill either of 'em.
15  S: Okay so, but you didn't want to pay child support when he was alive though, did you?
16  O: no I didn't
17  S: Did you ever pay child support when he was alive?
18  O: No I didn't.
19  S: Okay but now you're saying you don't give a fuck about child support.
20  O: I'd rather be paying a thousand dollars a month just to be able to see him.
21  S: Okay did you ever see him when you were alive?
22  O: I saw him once and I told you that.
23  S: okay, then my point is why do you miss him now because he's dead?
24  O: No it's not that.
25  S: Then what?
26  O: it's just I'm a jerk; I mean what can I say? Losing another child at the same time uh you just I can't
27  explain it. I went to a church and
28  S: You did what?
29  O: I went to a church, I went to church I'm just you know
30  S: You mean, you go to church now?
31  O: Very rarely, very rarely very seldomly. I pray more at home
32  S: Okay and what do you pray about?
33  O: To just get this to justice.
34  S: Okay. So do you pray personally and you ask god who killed my child?
35  O: Yes sir
36  S: Do you pray and tell god that you were the one that did kill your child?          45:04
37  O: I never oncesaid that  in my life sir.
38  S: So what if you had to pray you'd be the one telling god that you're the one that didn't kill your child?
39  O: Yes I'm telling god help me find or help us find what happened.
40  S: Do you have any idea who would want to kill Mechelle and your child?

16

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: No sir

2   S: Do you have any idea why someone would kill Mechelle? Because you know killing Mechelle you

3   know is one thing but then to go back and then kill your son and there's not a need to do that is another

4   thing. So that's what I'm…I guess  the part that baffles me for a second here and that is okay and

5   sometime adults kill each other. It just happens, I know it sounds cruel but it just happens but then for

6   that same killer the killer the same killer to go back after they've killed Mechelle, obviously you gotta

7   think if someone's gonna kill a woman and her child, he's gonna have to kill the mother first. Because

8   um I don't think a mother is going to just stand by and let someone kill her child that makes sense?

9   O: Mhm

10   S: Okay so let's say somebody killed Mechelle and this person wasn't you; let's say this person kill

11   Mechelle. Why do you think this person would go back and then kill your son?

12   O: I don't know.

13   S: I know I'm asking you

14   O: I couldn't give you an answer.

15   S: Who would do that though?

16   O: No one in their right mind would do that.

17   S: Who would go back and kill your son? When there's nothing to benefit to killing your son. Your son is,

18   how old? How old is your son?

19   O: He was a little over one

20   S: K so he's one year old. Does he talk?

21   O: A little…

22   S: Could he ID  the killer?

23   O: I don't know.

24   S: Okay let's go back and think

25   O: When my daughter was one, I don't know.

26   S: Okay when your daughter was one could she ID a person who killed somebody

27   O: I don't know

28   S: Come on now

29   *talking over each other*

30   S: Could your one year old talk?

31   O: At that point very little. Like more, water, milk, food

32   S: You saw your son right? At what age did you see your son?

33   O: He was a few months old

34   S: Okay, a few months old heading towards one, right?

35   O: No it was like not even well like yes , yes of course .

36   S: Yeah gotta be heading towards one right? My question is, you've seen one years old before right?

37   O: yes

38   S: Okay, do you know any  one year old that would testify against a person at all?

39   O: no

40   S: Alright, so again, somebody killed Mechelle right?

17

1   O: Yes
2   S: Alright, then that same killer went back and kill you son. Okay?
3   O: Mhm
4   S: Okay, now my question to you is since you didn't kill her why would that killer who killed your son go
5   kill Mechelle, go back and kill your son? When your son can't testify can't ID anybody you know that
6   now right? We've come come to the conclusion that your son could not ID me, you or anybody right?
7   O: Right
8   S: Are we fair with that, or we're good with that right?
9   O: Yes
10  S: So what your son cannot ID anybody, right?
11  O: Correct
12  S: Is that fair to say? Are you confident in saying that?
13  O: I don't know I'm not a psychiatrist I don't know. And I'm sorry I'm not gonna say something I don't
14  know..
15  S: Do you believe a one year old could identify anybody?
16  O: yeah, he could identify parents he could identify family members...
17  S: Could they articulate it, could they verbalize it?
18  O: No
19  S: Can they say that is the person?
20  O: No
21  S: So then your I don't know now becomes yes they can't do it.
22  O: yes
23  S: Are you comfortable with that
24  O: what is the point? I've told you already, you know
25  S: I I I
26  O: I'm just getting a little upset
27  S: I know but
28  O: I just..
29  S" Bear with me, you don't have anything but time, so bear with me. My point is if Asher, that's the
30  name of your son, that's your son's name. Asher Olivas, if Asher if his mom has been murdered already
31  and his mom is dead, that's Mechelle. Someone killed her, so my questions to you is this, you didn't do it
32  and his mom Mechelle's been killed, do you believe Asher can identify the killer?
33  O: No
34  S: No, right?
35  O: Correct
36  S: right so, now with you and I talking, we're communicating right?
37  O: yes
38  S: Why would the killer go back and now kill your son, kill your son Asher, why would he do that? In your
39  opinion.
40  O: I don't know

18

1   S: I know you don't know, I don't know.
2   O: I don't have an opinion over that, I don't know why someone would
3   S: But it's your son, it's your son, someone murdered your son
4   O: I know and I don't know why
5   S: But I'm asking you, you, you're the father. Ask yourself over and over and over why would somebody
6   kill my son?
7   O: You don't think I don't ask myself that every day?
8   S: Well then I'm asking you too now Thomas. Why would someone kill your son?
9   O: I don't know
10  S: Okay why would a person who killed the mother go back and kill your son? What does the killer have
11  to gain by going back and killing your son? Your son. That is the question that baffles me too. I don't
12  know. Why would the killer who killed the mother go back and kill a one year old who can't even
13  identify them. Why would a killer do that? Have you asked yourself that question?
14  O: Yeah
15  S: Well what
16  O: I've asked why.
17  S: What what logic can you come up with? What simplistic stupid logic can you come up with ?
18  O: I don't
19  S: But you've asked yourself over and over cause you're the one that's hurting more than I am. Cause it's
20  your son. You gotta ask yourself why would this killer, who killed the mother of my son go back…
21  O: And I get the same answer every time, I don't know.
22  S: Okay but are you satisfied with that?
23  O: No
24  S: So then I asked myself a couple more questions, I am the detective that's working the case. I ask
25  myself a couple more questions. You know what I asked myself? Why what does the killer, look at me, I
26  really want you to understand where I'm coming from, what does the killer benefit by killing your son?
27  What does the killer benefit by killing your son? That's what I ask myself and I ask myself, well let's talk
28  the hardest meanest criminal and I've been around a lot of 'em. Okay? Just happens 'cause I'm a police
29  officer, you you you with me? Okay, I've been around them a lot and and I've seen criminals kill people,
30  jack cars and when there's a child involved they go uh uh you know what? I'm gonna leave this child on
31  the corner or here take the car back cause I don't want to have anything to do with the car uh child.
32  That's what I've seen but I asked myself, let's say this unknown person just goes in and kills Mechelle.
33  You know what? Crap happens I'm sorry you know it's it's adults kill each other sometimes, it just
34  happens sometimes. But I'm trying to think this same unknown person go back and kill your son, that
35  baffles the hell out of me and I I and I just I I keep thinking I just don't understand why unless this this
36  child who's one years old can identify him. We both agree Asher can't identify this guy. Right?
37  O: Yeah
38  S: And you've you've been thinking about this too, and I don't know how far you've gotten but I've
39  started asking myself what does the killer benefit by killing your son? Have you asked yourself that

19

1   question? Well ask yourself that question now. What does the benefit what does the killer benefit by
2   killing your son? What do you think?
3   O: I don't
4   S: Because he couldn't identify him, he doesn't pose a threat, he's not doing anything but just being a
5   one year so why would the killer kill him? Just cold bloodily kill him? Why? What do you think?
6   O: I don't know
7   S: But now that you are thinking about it...
8   O: I
9   S: I mean you and I...
10  O: I I don't know and
11  S: You know what I think, I think, I think you know what I think? I think that the only reason why the
12  killer killed your son because he would have to pay child support that's the only reason why, because he
13  knows that if this child goes to the grandparents you're still liable for child support, you still have to pay
14  child support, you still have to pay child support. That's why Asher has to be killed. Now you say I don't
15  give a fuck about child support but you went through every measures before Asher was killed not to pay
16  child support. And and I don't, that means you care about child support.
17  O: No, I did back then because I was lying to two different women.
18  S: But what does child support have to do with that?
19  O: Loose my family
20  S: How is child support gonna lose your family? Plenty of guys who pay child support for kids outside
21  their relationships. I don't understand how, Rebecca I'm sorry I had an affair. I have a child behind it I'm
22  gonna take responsibility but I still want to be with you. That's, believe it or not that's normal, that
23  happens. I don't understand why child support would change that. What would, you tell me then. How
24  is child support gonna change it for you?
25  O: because I wasn't thinking like that.
26  S: Then how were you thinking?
27  O: I thought pretty much she was gonna take me for everything I had and I was gonna lose everything.
28  S: I I those are the kinds questions I ask myself Thomas, okay? You know
29  O: I
30  S: My heart breaks because your one year old son, cute as button, was brutally murdered.
31  O: I know
32  S: You know and my heart will continue to break until at some point, I believe at some point and look at
33  me Thomas when I say this cause it's man to man, okay? I think at some point, maybe not to me but to
34  somebody you need to be truthful with, whether it's you father, somebody. I think you need to be
35  truthful with. You owe your family an explanation. When you get the opportunity to talk to your family,
36  you owe them an explanation. K, you owe them a total explanation and it doesn't make you a monster it
37  makes you when you put it into perspective, it makes you make sense of something because right now
38  the only reason it doesn't make sense is because you won't make it make sense. I know you said you
39  didn't do this but everytime you say you didn't do this you disrespect Asher, you disrespect your family.
40  O: I'm not disrespecting anyone.                    57:50

20

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: Okay I believe you're disrespecting your son.

2   O: You can believe whatever you want…

3   S: Have you ever shed a tear for your son?

4   O: You think I haven't?

5   S: I don't know, you didn't since I've been around you. Have you ever shed a tear?

6   O: Yes I have

7   S: You have?

8   O: Yes I have.

9   S: Have you ever prayed for your son?

10   O: Yes I do.

11   S: What do you pray?

12   O: Just in general

13   S: What do you ask god?

14   O: To bring the person that did this to justice.

15   S: I'm I'm sorry that this situation happened but at some point Thomas I think you need to tell the truth

16   and I I don't know when that day is gonna come. I really don't. I don't know what's going to happen with

17   you I don't know. I just don't know I just. You know I've been doing this for a while and this is one of the

18   saddest cases I've ever had. You know and the only reason why is because what happened to your son

19   your son makes this case bad but I think there is a, I think sometimes when you're in a situation where

20   you're just so overwhelmed with pressure.

21   O: *inaudible*

22   S: Were you overwhelmed with pressure?

23   O: I didn't kill them

24   S: Were you over whelmed with pressure?

25   O: Everyone is over…

26   S: Were you overwhelmed to the point was, did Mechelle put a bunch of pressure on you?

27   O: To an extent.

28   S: Did she threaten to tell Rebecca?

29   O: She did tell Rebecca.

30   S: Did she threaten you at some point that she was gonna tell Rebecca?

31   O: No, she threatened she was gonna do things to me.

32   S: Such as.

33   O: Go to the house and destroy my stuff and…

34   S: What…

35   O: Destroy the tires on my car, Rebecca's dad's and slash the tires on my car, scratch my car

36   S: What did you tell her?

37   O: I was like you need to stop. I mean like I literally said let the courts handle it. I was like you need to

38   stop.

39   S: Did you tell her you were going to the police?

21

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: I did call the police and they said unless you have an actual text message or constant and stuff like

2   that. You can't do anything about it and she would...

3   S: Who, who did you go to Grapevine?

4   O: Mhm

5   S: You made a police report?

6   O: No I just called and asked what I could do about harassment.

7   S: did you talk to a police officer or was it something that's documented or something like that?

8   O: Probably not.

9   S: Okay but you asked them that you were being harassed.

10  O: Mhm. I asked them what do I and they said well normally this is what has to occur all this stuff and it

11  has to be on text message where they can physically read that she's you know saying something and I

12  never had any of that cause normally it was over the phone.

13  S: Now did when she found out that you, you know I just kind of know the story here, but I think maybe

14  you told me I'm not sure but uh that at one point she thought you were out of the country , and you

15  were in the military right? And then she found out that you lied and then started putting pressure on

16  you. The pressure is that she wanted you to financially help her right?

17  O: Mhm

18  S: And the pressure was that she was gonna go to Rebecca. That right? And um and then I know at some

19  point uh family members were, some of your family members. She called your parents right? She found

20  all that stuff out she did her investigation and she found everything that she could find out about you

21  including... She even called your dad right?

22  O: Mhm

23  S: And she told your dad that hey um I know Thomas Olivas uh we have son together. And what did you

24  tell your dad?

25  O: My dad really never even told me about it.

26  S: Okay at some point your dad...

27  O: My mom *inaudible*

28  S: At some point your mom called you and said hey this lady is saying you have a baby by her.

29  O: I said just let the courts handle it.

30  S: You did not tell her, your parents that this lady is crazy and she's lying?

31  O: No

32  S: You did not tell her that?

33  O: No

34  S: You did not tell your parents initially that this woman was a liar?

35  O: I said she was crazy.

36  S: That's not my baby and she's lying. Did you not tell your parents that?

37  O: I said it's not my child.

38  S: Okay , so you were going to great lengths to try to disprove her right?

39  O: I already said yes

40  S:Okay what else did you do? What else did you?

22

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    O: I
2    S: What else did you do to try and prove that she was lying?
3    O: I just denied it
4    S: Okay, did you do anything else?
5    O: No
6    S: You didn't? I mean I'm asking.
7    O: I mean denied everything.                          1:03:09
8    S: Okay, so she was putting pressure on you right?
9    O: Yes
10   S: She was closing in on you right? She was going to Rebecca, right? That was another threat that she
11   going to tell Rebecca right?
12   O: She did
13   S: But before she did, she was threatening to do that, right?
14   O: Well yeah I guess she did.
15   S: I know
16   O: it wasn't like a threat she just did it
17   S: But not before she told you she was gonna go to Rebecca. Did she not tell you that?
18   O: yes
19   S: okay and then at some point okay at some point um she wouldn't get this abortion, she did have
20   Asher she telling you know she needs financial help right? What did you tell her? Were you financially in
21   a position to help her?
22   O: Not really, I didn't tell her that though.
23   S: What did you tell her?
24   O: That I was not in the country.
25   S: I know but after she had the baby and then she told you that she contacted the attorney general's
26   office, right? Did she tell you that?
27   O: Mmm, it wasn't until after she got papers or whatever
28   S: Okay, so she got these papers, right? Did you have an appointment to take paternity test?
29   O: Yes I did.
30   S: Did you intentionally miss that appointment?
31   O: No I did not
32   S: Well why did you not make that appointment?
33   O: um I called to make sure that it was scheduled at that time and they told me that she had
34   rescheduled.
35   S: That she had rescheduled?
36   O: Mhm
37   S: Why would she need to be there?
38   O: For Asher, to go there to take his DNA
39   S: But they can do his DNA separate from you.
40   O: They were gonna do the whole mediation at one time.

23

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1  S: Okay so
2  O: and
3  S: did you miss the date or did you show up for the date?
4  O: No I didn't show up but I did call and they had rescheduled for this date and went to that one and he
5  said I had missed.
6  S: So you went to the date?
7  O: Not the first date, no
8  S: You went to the second one? You actually showed up there?
9  O: Mhm
10 S: And what did they tell you?
11 O: That it had been scheduled at this point and I missed it and I would be getting served papers
12 S: Okay, let me make sure I understand y right okay?
13 O: It was confusing for myself as well because
14 S: So you had a date that you showed up
15 O: Rebecca, Rebecca and I had already you know, she was like you have a date to go do this and I said
16 you're absolutely correct. We had the letter and uh and we called
17 S: Now did you show up on that date?
18 O: I did not, I called make sure you know make sure what time, that it was the correct time double check
19 everything
20 S: And you got
21 O: And t yeah I had received the letter, and she had rescheduled it. Literally that day...
22 S: That she rescheduled it?
23 O: Yes
24 S: Mechelle?
25 O: Yes and when I got to that date they said that I had missed my date and I guess what had happened,
26 it that she rescheduled her time to go and not my time. That was my misunderstanding.
27 S: Okay so, you had a date and time
28 O: On the paper
29 S: And you were supposed to show up at that particular time and you called to tell them that you were
30 going to show up at that particular time, right?
31 O: To make sure everything was you know on that date.
32 S: And when you called you inquired about Mech...uh Rebecca?
33 O: I didn't...no, I didn't inquire about anything I just called make sure I got a letter, this is what it's
34 stating I want to make sure I'm reading this right cause it was a little con...you know confusing to me.
35 S: In what way?
36 O: I just didn't understand a lot of the wording, like the way it was worded out.
37 S: In what manner?
38 O: uh the date of this year of that, this person must attend this place. It was just awkward the way
39 S: Did it have your name?
40 O: Yes

24

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: And your name is Thomas Olivas right?

2   O: It didn't say

3   S: And your son's name is Asher Olivas

4   O: And it didn't state what time exactly I needed to be there, it just said the date. That's why I called

5   there to ask what time I do I need to be there.

6   S: And what did they say?

7   O: They said as long as you're here before this time but it's already been rescheduled and you should be

8   getting another letter in the mail and that's all I had.

9   S: Okay so you didn't show up two times then.

10   O: One time, once was the only time we did it and the second time they said I have the letter bla bla bla

11   they told me to come at this time on this date and they were like you missed it that was four days ago

12   five days ago whatever it was. Like a week and a half

13   S: Okay, were you suppose to show up on the 21st?

14   O: I don't remember.

15   S: Were you suppose to show up, you went to her place that Sunday, right? The Sunday was a 20th,

16   March 20, 2011.

17   O: Okay

18   S: I just know the day. The 21st, the 21st okay. So you went to go look at papers with her on the 20th. You

19   remember that?

20   O: uh-huh I was suppose to go do that.

21   S: Okay, because

22   O: That's another thing that she had gotten that she didn't understand either and I said explain it to me

23   over the phone and she goes I can't, I'm running errands, I'll you know

24   S: But were you aware that you had gotten paper work that you were gonna be taking another paternity

25   test that week?

26   O: No. I wasn't aware.

27   S: Were you gonna be taking anther paternity test at some time?

28   O: Yeah

29   S: Do you recall when?

30   O: No                                      1:08:31

31   S: Okay but you do recall that Sunday you went to go look at some papers about the paternity that

32   Mechelle had

33   O: We were gonna agree on and I said okay

34   S: Okay so that's why you went over there that Sunday, the day that she was killed.

35   O: Yes I came to Arlington

36   S: Okay so the following day was sometime…

37   O: Was when I saw you

38   S: Yeah but what I'm saying is during that next, you were gonna take another paternity test sometime

39   soon.

40   O: I wasn't sure when but I, I wanted to make sure

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: How were you gonna make sure about that?
2   O: I wanted to make sure he was my son before anything.
3   S: Okay, maybe I'm not puttin' this right, okay? You missed one
4   O: Yes sir
5   S: Test date, alright. Um but there were two dates set and you missed one of those, right?
6   O: Yes
7   S: Okay and were you going to take another test?
8   O: Yes. I don't remember when I hadn't received the paper work.
9   S: It wasn't that Sunday though, right?
10  O: No
11  S: Was it sometime soon?
12  O: I'm not sure, I don't know.
13  S: But you were going to take another test?
14  O: I was planning to yes.
15  S: Did you have a test date scheduled?
16  O: No
17  S: You didn't?
18  O: Not to my knowledge
19  S: Okay. Um but now
20  O: because I believe the first letter was mailed off to Rebecca's dad's house.
21  S: Okay alright so since Asher's death you don't have to take a paternity test now right?
22  O: I did. We did.
23  S: You did?
24  O: you did
25  S: Yeah but I'm saying you didn't have to though right?
26  O: No I guess not
27  S: Yeah and since Asher's death now you're not held for child support.
28  O: No I'm not
29  S: So, that means you kind of benefited from it.
30  O: No I didn't.
31  S: How not, financially?
32  O: I don't have a job. I haven't had a job because of everything I haven't been able to truthfully just
33  concentrate I feel I don't know I just feel someone's out there and my son was killed, and his mom was
34  killed and there's nothing I could do, there's nothing I know about there's nothing and I lost my
35  daughter at the same time.
36  S: How did you lose your daughter?
37  O: Rebecca took her. I haven't seen her in a year.
38  S: Have you talked to her?
39  O: She won't even let me talk to her.                    1:11:18
40  S: So in essence I guess in your mind you've lost two kids, right? How how do you cope with that?

26

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: I don't know

2   S: Well

3   O: I didn't even have a picture of Asher

4   S: You didn't?

5   O: No

6   S: Did you want a picture of Asher?

7   O: I wanted one for a while; the only time I get to see him is on Facebook.

8   S: Does he look like you?

9   O: He looks like his mom

10  S: Did you ever acknowledge that Asher was your son?

11  O: No I didn't.

12  S: what do you think I believe right now Thomas?

13  O: That I did it

14  S: if you did this would you tell me?

15  O: I would                              1:12:49

16  S: Are you afraid? What are you afraid of?

17  O: Nothing sir the only one I should be worried about his god himself.

18  S: I just don't understand and and I think you have a problem with worrying about, which I think I would

19  have with what is my family gonna think.  I I think your issue is and this is just something unspeakable

20  that happened obviously you're being charge with it and you know from my perspective it makes no

21  sense from the stuff that you and I talked about from 18 months ago even up to today. I mean you know

22  the uh  story just does not make any sense. Now I'm just being honest, hell if it made sense you know

23  I've been honest with you from the start, if it made sense then here takes me all the way back to the

24  beginning , all the way back to the beginning of this conversation. What does not make sense is your

25  hair being inside the apartment that just does not make sense to me. No here is what I was coming full

26  circle to tell you is that, Asher's birthday was on the 25th is that right?

27  O: Mhm

28  S:  Of what month?

29  O: February

30  S: Sometime two weeks before that, you know who we can track your phone? We track it to the same

31  place, it's there so I went and I went talked to Rebecca and I said Rebecca do you recall a time when

32  Thomas didn't come home because you guys didn't break up until that St. Patrick week, remember that?

33  You kicked her out of the apartment, you remember that? That's the time you guys were not together.

34  But so if you go back the Superbowl was on the 6th, it was ice, it was here the Superbowl and you go and

35  you look and you track your phone which we have so we know of course what time you here in

36  Arlington on the 20th and we know what time you left but we go back and we track your phone again

37  and it's here again in Arlington, at least I don't know if you were her but your phone here , does anyone

38  else have your phone at all?

39  O: No

27

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: You always have your phone? But you're here again, you're here in Arlington again and so my point is
2   since you're the only one who has your phone right? Did you loan your phone out to a buddy or
3   anything like that?
4   O: No sir
5   S: Okay, you're here again so again did you drive to Arlington and she was gonna give you directions and
6   you never got 'em? What's the deal? Cause Rebecca said there's a time when he didn't come home until
7   like almost 6 o'clock in the morning. Now I talked to some girlfriends and Rebecca I mean Mechelle says,
8   I shouldn't have done this but Thomas and I, he came over to the apartment and we had sex. And ya'll
9   had sex. Three different girlfriends told me that Mechelle told them that ya'll had sex and so now I said
10  well damn if that happens let me go back and further phone records to either prove or disprove this
11  situation. Well I show you here in Arlington. Not you but your phone, unless somebody else has your
12  phone. Does somebody else have your phone?
13  O: No sir
14  S: Okay, so you're back here in Arlington before Asher's birthday and according to Mechelle through
15  other friends ya'll had sex. Do you recall any of this?
16  O: We had sex a couple times, I told you...
17  S: Do you recall what I'm saying?
18  O: But I never had sex in her apartment I mean we had sex in the car.
19  S: Okay so did you go to her apartment in the car and have sex?
20  O: We'd always meet up somewhere.
21  S: Okay so you came to Arlington and you met up somewhere and you had sex in the car.
22  O: Normally in a park.
23  S: Okay, you're not answering my question.
24  O: Yes
25  S: Okay
26  O: We never, I mean the only time we really had sex in a closed area was when she lived with not her
27  parents, but her other roommates, before that.
28  S: I understand that but in February she had her own apartment.
29  O: Yes
30  S: In February her mom could keep her kid or her kid could be at her apartment and ya'll could have sex.
31  Cause if ya'll had sex in February then maybe that would account for your hair being there, okay? So
32  many reasons why maybe she's not a good housekeeper, I don't know but the bottom line here is that
33  why would you drive to Arlington in February to go to a park to have sex when she has an apartment
34  where she lives by herself?
35  O: That's...
36  S: So my question to you is did you go to her apartment in February?
37  O: No
38  S: Did you come to Arlington in February?
39  O: yes

28

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    S: Okay so you came into Arlington only to meet her at a park? How raunchy is that when she has an
2    apartment with a bed and a one year old who can be in his room so y'all can have bed sex.
3    O: I donts...that's what we did.
4    S: Why?
5    O: That's what we did
6    S: Why can I ask you that question? Why we would we have sex in this cramped up car when we can
7    have sex on the bed?
8    O: Cause she always had roommates, she had things, she had people over
9    S: But that's her apartment, she don't have a roommate.
10   O: I wasn't aware of that it wasn't until...
11   S: She is aware of that, she lives by herself, with her son.
12   O: Don't ask me I'm telling you what we did.
13   S: So she calls you and says he lets go meet at a park so you didn't go to her apartment then either? So
14   why I don't understand was your hair on her clothes? Why go to, you drove to Arlington; you drove to
15   Arlington again right? You stayed late, you stayed a couple of hours, you were here for awhile. You
16   didn't leave here until almost 5 something in the morning and you drove back home you were out all
17   that time only to. What you stay in the car all night and have sex on the car? Where is here son? Did she
18   tell you?
19   O: No
20   S: She didn't tell you where her son was that night?
21   O: She said he was getting taken care of, that's all she said.
22   S: k, I'm just trying to make sense I'm trying to make sense okay? I can tell you from talking to a lot of
23   people, Mechelle lives in her own apartment. Did she give you directions then? What park did ya'll get
24   at? Was it close to the stadium? Close to her apartment?
25   O: I don't know                    1:20:26
26   S: Um
27   O: Well to where her apartment is now, it's probably a mile away from it.
28   S: So y'all where a quarter mile away from her...
29   O: I'm just guessing, it's around that area.
30   S: A quarter mile from her apartment. But she wouldn't let you go to her apartment?
31   O: After the last time like from her parent's house. She didn't want me to know where she lived.
32   S: Why did she not want
33   O: She was just angry, you come over you do this, you never call and you're already lying.
34   S: Well, why is she sleeping with you if she's so mad at you? I mean these are questions that are just
35   logical to ask right?
36   O: I don't know
37   S: You know sex is an intimate thing right?
38   O: Yes

29

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: Two people have to come together, kiss make love. Okay so um that's a passionate thing to do. That is

2   not two people made at each other, that's two people coming together right? Is that fair to say? Um in

3   February, which is less than a month to her death you guys were together, right?

4   O: Yes

5   S: You guys had sex?

6   O: Yes

7   S: Is that fair to say? Um she has her own place but your saying that y'all, how long were you in this car?

8   Hours, having sex?

9   O: An hour or two?

10   S: But you didn't come home until 5 o'clock in the morning. Almost six o'clock in the morning. That's

11   longer than an hour or two. What else did y'all do?

12   O: I mean I didn't leave this area until, I don't know when I left until late.

13   S: I'm telling you, you're out until almost six o'clock in the morning. So my question is, did y'all just

14   meet? Okay you drove here…

15   O: Rebecca and I got into a huge argument that night.

16   S: Okay

17   O: And uh she didn't want me coming home.

18   S: Okay

19   O: And I said I was going to spend the night at a friend's house and I remember I stayed at work for a

20   little while and then meeting up with her, and I don't remember what time but it was late, maybe after

21   the bars closed because…

22   S: Okay, what time did you come to Arlington, do you recall?

23   O: Not off the top of my head.

24   S: Early or late?

25   O: It's you know late that evening or early the next morning kind of thing.

26   S: Like… What time do you recall being in Arlington?

27   O: Two, three in the morning…

28   S: So you got here at 2 in the morning…

29   O: I'm just guessing, I mean.

30   S: And and then , did she drive her car?

31   O: Mhm

32   S: And did you drive your car?

33   O: Mhm

34   S: So at two o'clock in the morning she agreed to get out of her apartment, her…

35   O: She had been drinking and we had been texting.

36   S: Okay, sexting or texting?

37   O: Like I miss you kind of , you could tell she was drunk or she had called left messages

38   S: Did y'all talk?

39   O: I said well what are we gonna do? You gonna come over here? And she said no I'm too drunk come

40   over here, I'll meet you where we always meet.

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    S: Where do you  always meet?
2    O: And I said which park?
3    S: I know, where do you always meet?
4    O: We always met somewhere different, like it was just park or a McDonald's
5    S: I mean...
6    O: I know that's why I asked which one, McDonald's or a park and she goes a park.
7    S: What McDonald's?
8    O: She would tell me I mean
9    S: I'm just trying to understand where we always meet means...
10   O: No it wasn't just a specific spot and I always at a park or at a McDonald's cause you know it was
11   always...
12   S: So two o'clock in the morning she, I'm telling you she has her own apartment, and she's gonna leave
13   her own apartment and she's gonna get in her car to drive to a spot where you always meet.
14   O: Now you're putting words in my mouth
15   S: Okay do you want to rephrase that, where you always meet then? Okay go ahead rephrase it.
16   O: Yes
17   S: So two o'clock in the morning she gets in her car and she drives where?
18   O: To a park
19   S: To a park?
20   O: Yes
21   S: Okay 'cause I don't want to...
22   O: Not a specific park it was just
23   S: Okay and she says let's meet here then you get of your car then get in her car? Does she get your car
24   or whatever?
25   O: she got into my car
26   S: Okay so she got into your car and y'all had sex.
27   O: We did that the few times that we did have sex, yeah. It was either my car or her car. Her car, I think
28   it was like once. She didn't really
29   S: Except when y'all had sex at her house, at her parent's house, right?
30   O: I went to her parent's house and we didn't...
31   S: Y'all didn't have sex at her parent's house?
32   O: No no, we messed around but it was never. She was always like your gonna wake my parents up so
33   we would never really...
34   S: Okay so let me make sure I understand this. So before Asher's birthday you guys meet and when you
35   guys meet you go, she gets out of her apartment, her lonely empty apartment and she drives to a park
36   y'all meet and then y'all have sex in your car? And you guys have sex for hours...
37   O: No, not hours, it we were in my car. It was not like we got together and start like rabbits.
38   S: Okay, you two just...
39   O: You know smoked a cigarette, you know how was your day kind of stuff for a little while. She had a
40   beer , we drank that and you know...

31

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: What kind of beer did she drink?
2   O: She would drink Miller Light or Bud Light. It was always something kind of light, it depended on what
3   mood she was in.
4   S: Miller Light or Bud Light? What special brand or anything like that? I don't understand.
5   O: Uh, she would normally drink Miller Light or Bud Light.
6   S: Oh that's two brands? Miller Light or Bud Light?
7   O: yes
8   S: No special kind? What kind of beer do you drink?
9   O: Normally I drink Miller Light.                    1:26:39
10  S: Miller Light. What other kinds do you drink?
11  O: it just depends , depends on the mood.
12  S: What, you like all beers or? Okay go ahead so y'all meet here and so then okay, so it's two o'clock in
13  the morning, you go to a park y'all have sex eventually after y'all talk. What  do you do after you have
14  sex.
15  O: Put our clothes back on and sit there, smoke a couple cigarettes and then she's like it's getting late
16  and she leaves.
17  S: Okay, then what did you do?
18  O: stay for little bit longer and then leave.
19  S: Did you stay there after she left?
20  O: For just a little bit
21  S: Like how long?
22  O: I don't remember how long
23  S: Give or take?
24  O: Don't know.
25  S: Roughly
26  O: Don't know
27  S: Less than thirty minutes?
28  O: Enough to smoke like two or three cigarettes.
29  S: Alright where do you go from there?
30  O: I ...it was like sunlight was coming up at that point.
31  S: Okay if it was two o'clock in the morning when y'all meet, How long did y'all have sex?
32  O: Anywhere between a half an hour and two hours.
33  S: in the car?
34  O: She was drunk, well not drunk drunk.
35  S: Were you drunk?
36  O: I mean no, I'd had a few drinks in me.
37  S: And then she drove back home. Okay never went to her apartment there either, right?
38  O: No sir
39  S: She never gave you directions?
40  O: No sir

32

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: In your opinion she didn't want you at her apartment, right?
2   O: in my opinion yes.
3   S: Um can't account for why your hair at that apartment, right?
4   O: No sir.
5   S: Any idea why your hair at that apartment?
6   O: No sir
7   S: Do you understand where I'm coming from your hair being at her apartment five me the impression
8   that you were at her apartment.
9   O: Yes sir I understand that.
10   S: But you're saying you weren't at her apartment.
11   O: No sir
12   S: Could it be a third time that you came out here?
13   O: Not to my knowledge
14   S: Just those two times?
15   O: With her yeah.
16   S: the third time would be what?
17   O: No I mean there's few times I'd come out here for Rangers' games and stuff like that or you know
18   come tailgate at the Cowboy stadium in Arlington.
19   S: What exit did you take?
20   O: I just go straight up 157
21   S: Oh so you come did you take that Lamar exit the one you took or?
22   O: No, literally from Grapevine you hit 157, right there and you just go straight
23   S: From 183 up there or something like that? And then Industrial?
24   O: You take 183 and then Industrial all the way up.
25   S: And then Industrial straight on down?
26   O: Mhm
27   S: Okay, straight on down. Cause you can see the stadium right?
28   O: Mhm
29   S: And then straight to the stadium
30   O: And then you, you know you sit there and watch that huge TV outside and cook and stuff.
31   S: So you've been to that stadium before and Rangers Stadium before?
32   O: Yes
33   S: So you know how to get there?
34   O: Well, Industrial all the way up.
35   S: So you know how to get there?
36   O: Yeah
37   S: And um and you know Mechelle lives in the general area?
38   O: Yes
39   S: But you've never been to Mechelle's apartment?
40   O: Yes

33

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    S: But you came to see Mechelle at least when she was on her own, outside her parents, outside her

2    roommate she used to have. You did know at one point she had her own apartment right?

3    O: Yes

4    S: Okay um

5    O: that was after the fact but yes

6    S: But no that was before the fact you knew when you came in February that she had her own

7    apartment right?

8    O: Actually she said she had a friend that was staying with her all the time 'cause...

9    S: Do you know who that friend was?

10   O: Little short girl that had glasses.

11   S: Okay. Did you know at some point that she had her own apartment?

12   O: it was after the fact but yes

13   S: You didn't know before the fact that she had her own apartment? You thought she had a roommate?

14   O: Mhm

15   S: Now you did go to her apartment when she had a roommate before right?

16   O: But there was you know no kid involved there's...

17   S: She wasn't pregnant then right?

18   O: Mhm

19   S: But you did go to an apartment when she had a roommate right?

20   O: it was house

21   S: You did go to a house when she had a roommate before and y'all had sex there right?

22   O: Correct

23   S: Okay, so she didn't have a problem with you at that point right?

24   O: No

25   S: But this particular time here

26   O: it wasn't just this particular time it was after she got pregnant and that's when she had issue with me

27   being anywhere.                                    1:31:18

28   S: Well

29   O: She didn't want to take me to her parents' right away she didn't want you know, she was gonna

30   move out uh she didn't want me near there it was just that's how she was and I was like ok and I lied

31   and said I wasn't even in the country so I didn't have to worry about it.

32   S: So less than a month before her murder you guys had sex.

33   O: Yes sir

34   S: And you came to Arlington in the same general area where her new apartment was but not at her

35   apartment, right?

36   O: yes sir

37   S: I just want to recap to make sure I understand and during this time um y'all had sex in the car and

38   wouldn't go to the apartment. Although I can tell you just from my personal knowledge of knowing

39   certain things about this case, she didn't have a roommate and she had her own apartment okay? And I

40   can tell you that you're here in Arlington a little bit earlier than what you're saying and you stayed until

34

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1  almost five o'clock in the morning when you started leaving okay? I can tell you that. And I can tell you
2  that Rebecca recalls you coming home almost six o'clock. So even though Rebecca was supposed to be
3  mad at you, you came home and you gave her an explanation but that you were mad at each other you
4  gave her an explanation that you was out hanging out with some friends and got lost track of time so
5  that Rebecca story kinda doesn't really add up you know what I mean cause you were always suppose to
6  be home, you just out. So that make sense?
7  O: Mhm
8  S: So is that fair?
9  O: No
10  S: Okay so what's fair is that you're Rebecca kicked you out or?
11  O: we got into an argument because I wanted to go out with people from work, go play poker and stuff
12  like that. And she like if you go out you better…
13  S: Not come back?
14  O: Yeah
15  S: But you still came back?
16  O: And I called her, well actually she called me and I answered and I was like I'm on my way and she like
17  okay.
18  S: She ask you where you'd been.
19  O: No, that wasn't until I got home
20  S: She ask you where you'd been?
21  O: Mhm
22  S: what'd you tell her?
23  O: I'm out with friends.
24  S: Okay
25  O: Like I said I lied to both of them.
26  S: Well and you you just plain ol just don't have an explanation about your hair?
27  O: No sir.
28  S: you see that's a problem
29  O: I never stepped foot in her apartment.
30  S: She take a lock of your hair or something? I mean did y'all have rough sex at one point she grabbed
31  your hair or?
32  O: Sometimes, sex is sex I can't say
33  S: I mean were y'all rough and pulling each other and biting each other
34  O: Mhm not biting
35  S: I don't know
36  O: Not hickies or anything like that. There was some you know there was hair pulling stuff like that but …
37  S: Well man hell that that makes sense of what happened.
38  O: Just normal sex
39  S: Hair pulling?
40  O: Sorry Rebecca liked that too so

35

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: Oh yeah? So uh shit I ain't got any hair to pull out so and I mean honestly that's a reason. Some
2   people like it rough, is it rough to the point..
3   O: no
4   S: I'm sorry I don't mean to get so intimate, some deviant guy asking
5   O: it's not to the point where like you know beating each other to a pulp kind of sex it was more you
6   know we're just going at it and she would say do this or do that and so I did something...
7   S: For the sake of me talking to you, I know it sounds morbid but can you be specific sexually cause I'm
8   trying to figure out...
9   O: She'd ask like pinch her nipples, slap my ass, pull my hair.
10  S: Mhm
11  O: Suck here you know do that
12  S: Mhm and would she do the same like pull your hair ow you're pulling my hair out.
13  O: Sometimes she would
14  S: okay
15  O: But then at one point she left mark on my back
16  S: Okay but do you understand? Understand that? What is the car she left some marks on your back or
17  what?
18  O: Mhm
19  S: I mean like scratching you or something like that?
20  O: Mhm
21  S: Um well then and this one of the area that I have to get into cause I'm trying to really understand um
22  because she passed away because she was killed because she was a victim of a homicide you know I told
23  you I I I you're gonna have to account for that hair, account for that hair now there's one way to account
24  for that hair and that is that if y'all have some rough sex or something like that, pulling her hair, she
25  pulled your hair out. Is that fair to say?
26  O: I mean sure I mean my hair sheds.
27  S: it sheds so it could have been all over her right? And then that hair could have gotten into the
28  apartment right?
29  O: Possibly, yes. Or in her car
30  S: In her car all kind of places but you had sex in your car not her's, right?
31  O: Mhm
32  S: But still I mean there's, you recall saying ouch you pulling my hair out? You recall saying that?
33  O: No, I'd just move my head.
34  S: Just move your head?
35  O: Just move
36  S: But you do recall her pulling your head hair?
37  O: Yeah
38  S: Do recall that, obviously. Do you or?
39  O: Yeah it was the heat of the moment stuff it wasn't like specifically I'm going to pull her hair just to do
40  it, she would say be like grab me here, grab the back of my head while I'm there

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: okay

2   O: That happened

3   S: Okay let me ask you said she scratched your back? She scratch your back?

4   O: Oh that was like the first time we ever

5   S: Um when Mechelle passed away she was the victim of a homicide and they have to do a full trace of

6   her body and they cut her nails off and stuff like that and we have to examine what's under. I have to be

7   right back, okay?                                        1:38:03

8   S: I'm sorry, where'd I leave off at?                    1:41:34

9   O: Um, we were talking about Mechelle.

10  S: Shit I had left,

11  O: Can you

12  S: Oh yeah

13  O: I can't do it.

14  S: What am I thinking here? Um I forgot what I was talking about. Um how you feel?

15  O: Huh?

16  S: How you feel?

17  O: A little sore, a little raw.

18  S: Yeah, well Thomas I appreciate you talking to me you know and you know I'm trying to I'm just trying

19  to bring justice to your son and um you know um I I know you don't have a vested interest in Mechelle

20  she's just someone you had sex with but you do have vested interest in your son and so I owe you the

21  responsibility of finding the killer that killed your son, you know and um obviously I've obtained a

22  warrant for you so obviously you understand I believe your responsible you know I don't you're a serial

23  killer or anything like. I really think you fell into a situation, how you feel?

24  O: I'm just stretching, just hurting

25  S: Oh I think you fell into a situation where and I'm be honest if you want me to be honest I'll be honest I

26  think you, you you just overwhelmed with pressure and you're so many lies out there and you could not

27  control it all and um and I just don't think you were in your right mind you know and no offense or

28  anything like that I just think that that's the case. And now it is up to me to help you understand where

29  I'm coming from and it's up to me to try to make you feel susceptible to tell the truth s, you know and so

30  uh and if I can't do that then you know I'll understand I can't do that but I'll be remorse if I don't at least

31  try to help you tell the truth and so and it's not about and it's not about me and no one gets extra credit

32  for anything, it's just that if you are  religious man and you do believe your son, your son needs some

33  justice you know and I'm not even speaking for Mechelle stand point I'm speaking from your son's stand

34  point because you know Asher deserves at least that. So when when this when you get to that point

35  when you understand that most of the stuff that we say and most of the stuff that we talk about, if it

36  doesn't make sense to you Thomas it's not gonna make sense to me I'm asking you to have enough

37  inside you somewhere inside you and I don't know if it's your heart or your head or wherever have

38  enough inside you tot o bring justice for your son's sake at some you got to forsake yourself for your

39  son. You have to let that be your gift to your son, now honestly I don't believe you're telling the truth. I

40  don't think you're a bad person to the point because you've never done anything to me personally

37

Olivas, Thomas Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    you've already respected me you know I don't even think you've cursed me you've always treated with

2    respect. That the only reason why I have to respect you and to respect you is to tell you that you and I

3    are not at odds with each other, we don't dislike each other we don't have issues with each other it's

4    just that you know I don't think you're telling the truth and I don't think you're telling the truth for

5    selfish reasons I just don't think you know how to to come to truth about what happened. You

6    understand what I'm saying?

7    O: you'll never believe me.

8    S: It's not, it's not that I would never believe you it's just that um

9    O: you don't

10    S: It just doesn't make sense though I mean everything that you say could be countered some other

11    way. You want me to show you why? You want me to tell you why? Or do you understand that

12    everything that your saying does not fit

13    O: I guess understand that but

14    S: I mean do you want to go back to the beginning and I can tell you? Just a little bit at the beginning?

15    O: No

16    S: Just parts of the beginning?

17    O: No

18    S: okay but you I guess that I can tell you the time line doesn't fit, the explanation of why not calling her

19    doesn't fit, the hair doesn't fit, none of it fits. You know so I guess the only thing I'm supposed to do is

20    say yeah I let's go back to the car. The car just the car, who who does that car belong to?

21    O: Rebecca

22    S: Let's back to, which car? I'm talking about that green car that you had that night.

23    O: Rebecca's

24    S: Yeah okay. What's her last name? I forgot?

25    O: Her's?

26    S: Yeah

27    O: Raudry

28    S: No not your girlfriend Rebecca I'm talking about the car you had on the 20th. What's her name?

29    O: Oh, Amanda.

30    S: Amanda Rowe right?

31    O: Mhm

32    S: Um let's just go back to her. You know that a fire was set in the apartment?

33    O: mhm

34    S: You also know that gasoline was used right? And how do you know that?

35    O: Because you told me

36    S: Because I told you, right. Now but you also know that Rebecca's car, I mean, uh what's her name

37    again?

38    O: Amanda                          1:47:51

39    S: Amanda. Amanda's car smelled like gasoline, right? You do know that right? Cause you were driving

40    the car, right?

38

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   O: Mhm
2   S: You do know that right? I'm not saying
3   O: Yes
4   S: I'm just making sure you understand what I'm saying um now we talked about that right we talked
5   about why her car smelled like gasoline, we talked about that. Now if I recall when I asked you, did you
6   go mow a lawn that day or did you do this or did you do that. Do you remember me asking you those
7   questions?
8   O: Vaguely
9   S: Well I did. I did ask you those questions. Why did the car smell like gas? And what was your answer?
10  O: I don't remember what
11  S: I can tell you I just remembered, you don't have to take my word for it, you said I don't know. Okay. I
12  just have a pretty good memory. I said Thomas why is Amanda's car smelling like gas? And you said I
13  don't know and I said well, can we go in and search the car and you said no I don't want you searching
14  the car. Why? Because it's not my car. Do you remember that? I just remember, I just got a good
15  memory. And then I remember I started giving you possible scenarios about why the car would smell
16  like gas and you said well I don't want to talk about that because gasoline, because I told you, gasoline is
17  what started the fire at yours apartment and the coincident that car, Amanda's car, smelled like gas and
18  I asked you did you cut grass that day that was Sunday, do you remember that now? Did you cut grass
19  that particular day? Did you go cut some grass or anything like that?
20  O: I don't remember.
21  S: Okay I do you want me to help you. You went out that night before and then you were hanging out
22  and you went to Volcanoes' I'm not sure and then you, she called you or you called her? Which one?
23  How did you end up going over to Mechelle's apartment?
24  O: Who? Michelle's or Amanda's?
25  S: Mechelle's apartment. How did you...
26  O: you mean that day?
27  S: Yeah
28  O: She called, we were talking and
29  S: She called you?
30  O: We were talking about how you know she was gonna file paperwork and I was like look fine whatever
31  you want.
32  S: She called you. And um she told you she didn't understand these papers right? And you happened to
33  have a car cause you normally drove, whose car?
34  O: Rebecca's
35  S: But you didn't have Rebecca's car because she left right? On the 27th right?
36  O: Mhm
37  S: She didn't you didn't have a car. Amanda allowed you to use her car for the weekend right?
38  O: Mhm
39  S: Why?
40  O: Cause she offered it.

39

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1   S: And she was where?

2   O: Out of town for work

3   S: Yes and so you went over there and got her car and you had it since Friday right? So just coincidental

4   when Mechelle called you right? And said hey can you help me with these papers and you drove over

5   there using Amanda's car right? You recall this? Okay here is the part where it kind of gets shady for me,

6   um I told you that Mechelle's apartment was set on fire. I told you that gasoline was used right? I told

7   you that. Or you made the assumption that a fire was started it had to be started with something right?

8   Okay now I then I told you that Amanda's car, her SUV, smelled like gasoline outside. Didn't I tell you

9   that? But you can account for that right? It did smell like gasoline in the car right? You recall this now? I

10   don't want to put words in your mouth. If you think I'm putting words in your mouth just tell me. You

11   recall this?

12   O: Yes

13   S: Okay do you recall why the car smelled like gasoline inside?

14   O: No I guess I don't recall at all.

15   S: Okay, you don't know why it was smelling like gasoline? But you know it smelled like gasoline, right?

16   So I asked you did you cut any grass that day? That day being that Sunday the 20th, that Sunday that she

17   was killed. Did you cut grass that day?

18   O: I...no. I don't remember

19   S: Okay, you either r cut some grass or you didn't.

20   O :No I don't remember I mean

21   S: So what are we gonna go with, yes or no?

22   O: I'm gonna go with I don't know.

23   S: Okay. Did I ask you, did you go buy some gasoline that day? Did you go buy some gasoline that day?

24   O: I I don't remember. It was 18 months ago. I don't have a memory like you do

25   S: Yeah

26   O: What I remember is that day and

27   S: But you do remember the car smelling like gas, right?

28   O: Vaguely yes I do. I remember that conversation very vaguely.

29   S: Alright okay and then I asked you why the car smelled like gasoline and you didn't know right?

30   O: I mean, you should probably have the interview so

31   S: Well I don't have the interview I'm just going on what I remember. You do remember that?

32   O: we had the interview yes I do

33   S: So you remember talking about gasoline

34   O: Yes

35   S: The car smelling like gasoline?

36   O: Yes

37   S: Um do you recall it now? Because your son was killed I'm sure you remember Detective Stewart, your

38   son and the whole gamut. Because you been through a lot and so my question is do you recall the car

39   smelling like gasoline.

40   O: Vaguely but yes.

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1  S: Okay so you recall me asking why, you you see the connection right? Apartment gasoline the car
2  smelling like gasoline, connect it together. You see that?
3  O: I yes.
4  S: Okay so you can understand me asking right? Be kind of a dereliction of my duty not to ask, right?
5  O: Mhm
6  S: Do you recall what explanation you gave me?
7  O: No I don't
8  S: Okay, if I refresh your memory do you think you could recall that?
9  O: Probably not?
10  S: Okay, well then uh this uh bear with me when I say that you could not explain why  the car smelled
11  like gasoline and when I asked you about cutting grass or anything else you said no you didn't do these
12  things. And we talked about well Rebecca's dad has a yard and lawnmower and having access to his
13  garage cause you didn't have a key but um but you did not do those things do you recall that?
14  O: I recall that
15  S: okay so you said you didn't have gasoline at all, that's what you told me. So then we're trying to figure
16  out why the car smells so heavily of gasoline and we just didn't have a viable explanation about it and
17  that's the conclusion we came about it. Okay? Again the car that was used well I I know let me ask you
18  this. When you got the car that Friday from Amanda's home, remember the key was under the tire well?
19  O: Mhm
20  S: You got the key cause she left it out there for you. I know this 18 months but I'm refreshing your
21  memory for you. Do you remember the car smelling like gasoline when you got in it that day?
22  O: I don't remember
23  S: Okay. You didn't get in the car and sit down, cause it was pretty heavy when I smelled it.
24  O: I don't remember. I know I did talk to her about it. I know I asked her I do remember that.
25  S: Well okay but I'm telling you that Monday when when I got to the car, the day after the homicide,
26  when I got to the car it smelled like gasoline then okay? So I'm saying if I could smell it on a Monday, do
27  you recall on Friday when you got in it, that it smelled like gasoline?
28  O: I mean I know I talked to her about it so that's.
29  S: Did you talk to her that Friday?
30  O: I think I talked to her Saturday or Sunday.
31  S: Sunday being the day of the homicide? I don't recall talking about that the first time but things
32  change, I don't.
33  O: Well I spoke with a couple people Sunday night.
34  S: Okay, well let me ask you this. the car smelled like gasoline right?
35  O: yes
36  S: Do you recall on Friday the car smelling like gasoline?
37  O: I couldn't say yes and I couldn't say no but I know I spoke with Amanda about it smelling.
38  S: Okay but
39  O: I I

41

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1  S: But the car smelled heavily gas on Monday after the homicide, I'm telling you that because I was there
2  I smelled it I was in it okay?
3  O: Okay
4  S: So it smelled that heavily on a Monday it doesn't you know it doesn't go out of our mind I can still
5  smell it and since I'm a detective and I'm working a homicide where gasoline was used I'm asking you on
6  Friday when you got the car at her house when you stuck your hand in the wheel well and took out the
7  key and got in the car and started it the first time on Friday and drove it back to your place did it smell
8  like gasoline?
9  O: I'm telling you I don't remember I know I spoke with her about it
10  S: Do you, you spoke with her on Friday or did you speak with her on?
11  O: I don't remember
12  S: Okay okay well I don't know did you..
13  *talking over each other*
14  S: When do you recall the car smelling like gasoline?
15  O: I only drove it that Friday.
16  S: To your home right?
17  O: Yeah and that's
18  S: And that's what I'm saying
19  O: That weekend
20  S: Did you get in the car say god damn it this car smells like gasoline?
21  O: I'm probably sure I did
22  S: On Friday?
23  S: I'm probably sure I did because I spoke with Amanda about it
24  O: On Friday?
25  O: Either Friday or Saturday morning it was late when I picked up the vehicle
26  S: Okay it was a Friday or Saturday morning, well the offense happens Sunday night
27  O: I didn't even use the vehicle until Sunday night again.
28  S: Sunday night?
29  O: Mhm
30  S:  well you used it Sunday afternoon when you drove to Arlington.
31  O: Yeah
32  S: right?
33  O: yeah
34  S: And was it smelling like gasoline then?
35  O: I'm sure it was, I just lowered all the windows.
36  S: When you drove over Sunday afternoon?
37  O: When I drove the vehicle in general.
38  S: On Friday?
39  O: I yes, I would have to say yes.
40  S: Okay so the car was smelling like gasoline on Friday?

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    O: Sure, I I don't

2    S: Don't appease me here

3    O: I don't ..I I won't lie to you I don't remember. I spoke with her about it either Friday evening or

4    Saturday morning about it smelling and she didn't say anything about i.

5    S: Friday evening she was in Virginia right?

6    O: I don't recall where she was

7    S: She was out of state town? So you called her Friday she was out of town saying hey I got the car. Why

8    does it smell like gasoline? Did you ask her that?

9    O: Mhm

10    S: cause recall

11    O: I remember asking her that

12    S: Did she tell you

13    O: She didn't say anything she was like why would it do that that's what she asked

14    S: IS it leaking gas

15    O: that's what I asked

16    S: And what she say?

17    O:She didn't say anything

18    S:Did she say yeah it was smelling like when I parked it Thursday at the house before I went out of town.

19    Did she say that?

20    O: I don't remember

21    S: Okay but you called her about you said right?

22    O: yes

23    S: Hey your car smells like gasoline do you know why?

24    O: yes I called her about it

25    S: And what'd she say?

26    O: I told you I don't..I

27    S: She said something but you just don't remember.

28    O: she didn't say anything like oh there's a break or anything like that she just said I don't know. I don't

29    know why it would be doing that and that's all she said

30    S: Oh alright well I'm sorry to push it. I'm sorry to be pushy you know what I mean I'm just trying to

31    figure out… well good so you recall your recall getting in that vehicle on Friday cause you had to put your

32    hand up in the wheel well, cause she left that key in there for you right?

33    O: Actually one of her friends did, cause she was going out of town

34    S: Well her friend did

35    O: or whoever cleans her house or someone

36    S: The housekeeper then let's call her that. For the sake of arguing so you get the key you get car on

37    Friday right?

38    O: mhm

Olivas, Thomas  Cause No. 1352014
Interview- 9/24/2012
Officer B.P. Stewart

1    S: Start the car up you don't recall that it smelled like gas but it could have smelled like gas and you call
2    her either Friday or Saturday morning and you said hey is there any particular reason why your car
3    would smell like gas? You did say that right?
4    O: I put gas into and I probably though that's what it was
5    S: Pump gas into the
6    O: The actual car
7    S: You had to puts gas in the car
8    O: Mhm
9    S: You didn't waste gas or anything that?
10   O: I don't think I did
11   S: You didn't rinse gas on your shoe and get in or anything like that or on your clothes or anything like
12   that right?
13   O: Not that I remember i don't think so
14   S: I mean you know you didn't make mistake putting gas in the car, right?
15   O: yeah
16   S: You put gas in the car right?
17   O: yeah
18   S: But you didn't make mistake
19   O:Right
20   S: So it wasn't you tha put gas in the car right? Or the smell of gas in the car right? So and it was so bad
21   that it cause you to call her right And you said why does your car smell like gas I'm assuming that's what
22   you said I don't know exactly what you said but I'm assuming that's what you said
23   O: More than likely
24   S: and at some point I don't know it was smelling like gas when I parked it on Thursday, did she say that?
25   O: I don't remember
26   S: I guess I'm going to have to talk to her I haven't talked to her but would you don't recall anything she
27   did she say yeah I know it smells like gas do you remember that?
28   O: I don't remember
29   S: You don't remember any part of that conversation at all?
30   O: Not really, other than                    2:01:35
31   S: Go ahead I'm sorry
32   O: No
33   S: I cut you off
34   O: I wasn't going with anything it's just other than me asking and she's like I don't remember it, I don't
35   think it was but my first thing was you might have a leak or something I remember pumping gas into it
36   because it was on like a quarter of tank
37   S: Mmm okay well I don't know but it did smell like gasoline didn't it?
38   O: yes it did
39   S: um well I don't know man I just don't know you know so but I can tell you that gasoline was used in
40   the fire at Mechelle's place and it ignited pretty fast and the whole place burned upo so um . Let me ask

44

**MIRANDA WARNING**
(ADULT & JUVENILE)  11/26/1982

1  You have the right to remain silent and not make any statement at
   all and any statement you make may be used against you at your
   trial;
2  Any statement you make may be used as evidence against you in
   court;
3  You have the right to have a lawyer present to advise you prior to and
   during any questioning;
4  If you are unable to employ a lawyer, you have the right to have a
   lawyer appointed to advise you prior to and during any questioning;
5  You have the right to terminate the interview at any time.



STATE'S
EXHIBIT
PRETRIAL 4.
1/29/14

**CONSENT TO SEARCH**

STATE'S
EXHIBIT
PRETRIAL 5.
1/29/14
PENGAD 800-631-6989

THE STATE OF TEXAS §

COUNTY OF TARRANT §

I, HOMAS OLIVAS , having been informed by the hereinafter named Texas Peace Officers that I have a constitutional right to be free from having them or other officers make a warrantless search as hereinafter described and also a constitutional right to refuse to give them or any other officer consent to make said search and that such rights are guaranteed to me by the Texas and Federal Constitutions, do hereby voluntarily waive those rights and authorize the following named officers, to wit:

Det. R. Weber and _____ to conduct a search of the property,

described as I Phone 86b .

and located at 307 W. Dallas Rd Grapevine P.D .

and to take therefrom all items which such officers believe to constitute evidence in a criminal proceeding.

I have given this consent of my own free will and accord and without being subject to any threats, promises, compulsion, or coercion of any kind. I know that any item seized by the above named officers or other officers working with them and taken by such persons in the course of said search can and will be used as evidence against myself or others in criminal prosecution proceedings.

WITNESS: _____   SIGNED: _____

WITNESS: _____   DATE: 3/21/11   TIME: 9/6 5:47

**EXECUTION INFORMATION**

This consent to search was given on the 21st day of March , A.D. 20 1( , at 1747

o'clock ___ M., and was executed on the _____ day of _____, A.D. 20_____, at _____

o'clock ___ M.

The following described property was seized and taken by the officers executing this Consent To Search:

which said property was found by me (us) at the place designated and described in the Consent To Search.

_____
OFFICER EXECUTING SEARCH

**CONSENT TO SEARCH**

STATE'S
EXHIBIT
PRETRIAL 6
1/29/14 fes
PENGAD 800-631-6989

THE STATE OF TEXAS          §

COUNTY OF TARRANT        §

I, Thomas Olivas , having been informed by the hereinafter named Texas Peace Officers that I have a constitutional right to be free from having them or other officers make a warrantless search as hereinafter described and also a constitutional right to refuse to give them or any other officer consent to make said search and that such rights are guaranteed to me by the Texas and Federal Constitutions, do hereby voluntarily waive those rights and authorize the following named officers, to wit:

Detective Easley and Detective Steward to conduct a search of the property, described as bucal swabs of skin and mouth and located at 307. W. Dallas Rd. Grapevine PD

and to take therefrom all items which such officers believe to constitute evidence in a criminal proceeding.

I have given this consent of my own free will and accord and without being subject to any threats, promises, compulsion, or coercion of any kind. I know that any item seized by the above named officers or other officers working with them and taken by such persons in the course of said search can and will be used as evidence against myself or others in criminal prosecution proceedings.

WITNESS: _____          SIGNED: _____

WITNESS: _____          DATE: 3/21/11   TIME: 6:32

## EXECUTION INFORMATION

This consent to search was given on the 21st day of March , A.D. 20____, at _____

o'clock ___ M., and was executed on the _____ day of _____, A.D. 20____, at _____

o'clock ___ M.

The following described property was seized and taken by the officers executing this Consent To Search:

which said property was found by me (us) at the place designated and described in the Consent To Search.

_____
OFFICER EXECUTING SEARCH

**CONSENT TO SEARCH**

PENGAD 800-631-6989

STATE'S
EXHIBIT
PRETRIAL 7.
4/29/14 to OLIVAS

THE STATE OF TEXAS            §

COUNTY OF TARRANT            §

I, ___Thomas Olivas___, having been informed by the hereinafter named Texas Peace Officers that I have a constitutional right to be free from having them or other officers make a warrantless search as hereinafter described and also a constitutional right to refuse to give them or any other officer consent to make said search and that such rights are guaranteed to me by the Texas and Federal Constitutions, do hereby voluntarily waive those rights and authorize the following named officers, to wit:

Det. Stewart _____ and _Det. Easley_____ to conduct a search of the property, described as _Photographs of nobody and swabs and my clothing (Thomas Olivas)_ and located at _307 W. Dallas Rd. Grapevine._

and to take therefrom all items which such officers believe to constitute evidence in a criminal proceeding.

I have given this consent of my own free will and accord and without being subject to any threats, promises, compulsion, or coercion of any kind. I know that any item seized by the above named officers or other officers working with them and taken by such persons in the course of said search can and will be used as evidence against myself or others in criminal prosecution proceedings.

WITNESS: _____            SIGNED: _____

WITNESS: _____            DATE: _3/21/11_ TIME: _6:08_

**EXECUTION INFORMATION**

This consent to search was given on the _21st_ day of _March_____, A.D. 20_11_, at _6:10pm_ o'clock _P._ M., and was executed on the _21st_ day of _March_____, A.D. 20_11_, at _6/0 pm_ o'clock _P._ M.

The following described property was seized and taken by the officers executing this Consent To Search:

which said property was found by me (us) at the place designated and described in the Consent To Search.

_____
OFFICER EXECUTING SEARCH

STATE'S
EXHIBIT
PRETRIAL 8
1/28/14

**CONSENT TO SEARCH**

THE STATE OF TEXAS         §

COUNTY OF TARRANT        §

I, ~~Thomas Olivas~~, having been informed by the hereinafter named Texas Peace Officers that I have a constitutional right to be free from having them or other officers make a warrantless search as hereinafter described and also a constitutional right to refuse to give them or any other officer consent to make said search and that such rights are guaranteed to me by the Texas and Federal Constitutions, do hereby voluntarily waive those rights and authorize the following named officers, to wit:

Detective Rebecca Graves _____ and _____ to conduct a search of the property,

described as green Ford Explorer TX LP KYF863 _____,

and located at 601 Park Blvd, Grapevine TX 76051 _____.

and to take therefrom all items which such officers believe to constitute evidence in a criminal proceeding.

I have given this consent of my own free will and accord and without being subject to any threats, promises, compulsion, or coercion of any kind. I know that any item seized by the above named officers or other officers working with them and taken by such persons in the course of said search can and will be used as evidence against myself or others in criminal prosecution proceedings.

WITNESS: _____ SIGNED: _____

WITNESS: _____ DATE: 3-21-11 TIME: 6:47

**EXECUTION INFORMATION**

This consent to search was given on the 21st day of March _____, A.D. 2011, at _____

o'clock P M., and was executed on the 21st day of March _____, A.D. 2011, at 1920(720)

o'clock P M.

The following described property was seized and taken by the officers executing this Consent To Search:

which said property was found by me (us) at the place designated and described in the Consent To Search.

_____
OFFICER EXECUTING SEARCH

**CONSENT TO SEARCH**

STATE'S
EXHIBIT
PRETRIAL 9
1/29/14

THE STATE OF TEXAS §

COUNTY OF TARRANT §

I, _THOMAS OLIVAS_ , having been informed by the hereinafter named Texas Peace Officers that I have a constitutional right to be free from having them or other officers make a warrantless search as hereinafter described and also a constitutional right to refuse to give them or any other officer consent to make said search and that such rights are guaranteed to me by the Texas and Federal Constitutions, do hereby voluntarily waive those rights and authorize the following named officers, to wit:

_____ and _____ to conduct a search of the property,

described as _Single family residence / Apartment Apstairs NW corner of building #2_ .

and located at _601 Park Blvd #208_

and to take therefrom all items which such officers believe to constitute evidence in a criminal proceeding.

I have given this consent of my own free will and accord and without being subject to any threats, promises, compulsion, or coercion of any kind. I know that any item seized by the above named officers or other officers working with them and taken by such persons in the course of said search can and will be used as evidence against myself or others in criminal prosecution proceedings.

WITNESS: _Noah Arndt #7132_     SIGNED: _____

WITNESS: _LS Himpsauch #1617_     DATE: _8/21/02_ TIME: _3:28_

## EXECUTION INFORMATION

This consent to search was given on the _21st_ day of _March_ _____, A.D. 201_1_ , at _____

o'clock ___ M., and was executed on the _____ day of _____, A.D. 20_____ , at _____

o'clock ___ M.

The following described property was seized and taken by the officers executing this Consent To Search:

which said property was found by me (us) at the place designated and described in the Consent To Search.

_____
OFFICER EXECUTING SEARCH



STATE'S EXHIBIT
PRETRIAL 10
4/29/14
PENGAD 800-631-6989



STATE'S
EXHIBIT
PRETRIAL 11
1/29/14







STATE'S
EXHIBIT
PRETRIAL 14.
4/29/14



STATE'S
EXHIBIT 15
PRETRIAL
1/20/14
PENGAD 800-631-6989





STATE'S
EXHIBIT
Pretrial 17.
1/29/14



STATE'S
EXHIBIT
Pretrial 18
1/29/14   Jes
PENGAD 800-631-6989   OLIVAS



STATE'S
EXHIBIT
Pretrial 19
4/29/14





STATE'S
EXHIBIT
Pretrial 21.
1/29/14
PENGAD 800-631-6989
OLIVAS



STATE'S
EXHIBIT
Pretrial 22
1/29/14

STATE'S
EXHIBIT
Pretrial 23
1/29/14



| Name | DOB | Relationship |
|---|---|---|
| Slaughter, Shelly | 10/4/1984 | Trulucks |
| McClure, Mike | 9/27/1963 | Trulucks Gen Manager |
| Murillo, Celia | 2/9/1986 | Called 911 |
| Murphy, Lana | 10/4/1986 | Asher's babysitter |
| Scambler, Regina | | Mechelle's aunt |
| Hicks, Lester | 10/25/1968 | Mechelle's step-father |
| Hicks, Georgia | 10/5/1964 | Mechelle's mom |
| Cantly, Stanley | 7/8/1963 | Mechelle's upstairs |
| Lopez, Paul | 8/9/1983 | Mechelle's neghibor- |
| Taylor, Marcus | 7/19/1988 | Witness |
| Pair, Taunya | 1/11/1986 | Thomas current girlfriend |
| Torrick, Emily | 10/9/1979 | In reserves w/ Thomas, had affair w/ him |
| Brown, Kristin | 7/5/1984 | Big Red, friend of Mechelle |
| Jopson, Tim | 1/20/1987 | Boyfriend of Mechelle |
| Raudry, Rebeca | 9/12/1980 | Thomas girlfriend/common law wife |
| Martin, Rhonda | 10/5/1960 | Statement given |
| Merchant, Wasim | 4/17/1982 | Thomas friend |
| Huerta, Isaac | 10/22/1982 | Thomas friend |
| Rowe, Amanda | 3/18/1961 | Girlfriend of Thomas |
| Knight, Kathryn (Katie) | 8/6/1985 | Mechelle's friend/cousin? |
| Campos, Margarita | 8/7/1978 | Thomas cousin |
| Levingston, Cameron | 9/5/1990 | Mechelle's friend |
| Johnson, Darwin | 7/4/1983 | Mechelle's neghibor |



DEFENDANT'S EXHIBIT
PRETRIAL 1.
1/29/14

| | | |
|---|---|---|
| Grant, Christopher | 11/10/1983 | Mechelle's friend |
| Maier, Lori "Lolo" | 10/21/1985 | Mechelle's friend |
| Boswell, Steven | 7/22/1987 | Worked w/ Mechelle, knows Thomas |
| Armistead, Richard | 9/3/1968 | Thomas friend |
| Salinas, Gabriel | 9/7/1982 | Asked to take paternity test |
| Bridges, Ryan | 3/18/1978 | Thomas friend |
| Toler, Tracey | 7/30/1980 | Thomas friend |
| Milam, Mellissa | 1/18/1981 | Thomas friend |
| Kinnsley, Kenny | 7/23/1974 | Thomas friend |
| Collins, Rodney | 8/26/1965 | Thomas friend |
| Biggs, Mary | 10/2/1979 | Girlfriend of Thomas |
| Kriechbaum, Michael | 1/3/1978 | Thomas frin |
| Hott, Eileen | 6/2/1965 | Girlfriend of Thomas |
| Thayer, Miles | 5/13/1987 | Thomas friend |
| Nguyen, John | | Arl Firefighter |
| Liazzie, Bill | | Truelucks/poss sent in tip Thomas killed |
| Davis, Bryan | | Riverwind Hotel Mgr - Jopson alibi |
| Olivas, Bernard | | Thomas father |
| Holly | | President's Corner Apt Mgr |
| Det.Easley | | Grapevine PD Det. |

| | | |
|---|---|---|
| Lea, Stephen | | Arl Fire Marshall/Arson Inv. |
| Greenwell, Jim | | ME DI on scene |
| House, Meleia | 1/26/1989 | Info b/f possibly saw suspect (Marcos Taylor) |
| Ali, Zee | | Mgr of Valero 2100 E. Lamar |
| Khelif, Mo | | Mgr of Mobil 1101 N. Watson |
| Stell, Red | | Mgr of Tetco 2101 E. Lamar |
| Unidenitifed Mgr of QT | | 2023 E. Lamar (video obtained) |
| Sawani, Imran | | Clerk Texaco 1800 Baird Farm Rd. |
| Unidenitifed clerk Tetco | | Clerk Tetco 1920 N. Collins St. |
| Aimee Deangelo/Achilli | | Ex-girlfriend of Thomas - out of state |
| | | |



# COURT'S PRETRIAL
# EXHIBIT NO. 1

(Audio Disc – TCSO Jail Telephone Recordings)

(EXHIBIT UNABLE TO BE FILED ELECTRONICALLY)

(Original Exhibit on file with the District Clerk's Office)



# STATE'S
# EXHIBIT NO. 1

## (Audio Disc)

(Tarrant-1376698R-RR-SX1.mp3)

# STATE'S

# EXHIBIT NO. 2

## (Large Aerial Photograph)

Original exhibit on file with the District Clerk.

# STATE'S
# EXHIBIT NO. 3
## (Large Diagram)

Original exhibit on file with the District Clerk.

# STATE'S

# EXHIBIT NO. 4

## (Large Diagram)

Original exhibit on file with the District Clerk.



# STATE'S
# EXHIBIT NO. 5

(Video Disc)


(Tarrant-1376698R-RR-SX5.mp4)



# STATE'S
# EXHIBIT NO. 6

(Video Disc)

(Tarrant-1376698R-RR-SX6.mp4)

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

NOTICE OF AN APPLICATION FOR PROTECTIVE ORDER                    Cause No. 325-506412-11

REBECA ANNE RAUDRY              VS.     THOMAS OLIVAS

TO: THOMAS OLIVAS
2501 N MAIN STREET #220
EULESS, TEXAS 76039



An application for a protective order has been filed in the court stated in this notice alleging that you have committed family violence. You may employ an attorney to defend you against this allegation. You or your attorney may, but are not required to, file a written answer to the application. Any answer must be filed before the hearing on the application. If you receive this notice within 48 hours before the time set for the hearing, you may request the court to reschedule the hearing not later than 14 days after the date set for the hearing. If you do not attend the hearing, a default judgement may be taken and a protective order may be issued against you.

The application for a protective order was filed on 11/08/2011.

**You are commanded to be and appear before the 233rd Court at 200 E WEATHERFORD FORT WORTH TX 76196-0402 at 8:30 AM on the 30th day of November, 2011,     to show cause, if you have any, why this application for Protective Order should not be granted.**

                    Attorney for  APPLICANT
                              Attorney Name JULIA SLADEK
                              Address      200 E WEATHERFORD

                                           FORT WORTH, TX 76196-0201
                                           (817) 884-1623

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 15th day of November, 2011.

                              By _/m/ _____
                                        STEPHANIE M. SELSOR
                                        Thomas A. Wilder
                                        Tarrant County District Clerk
                                        200 E WEATHERFORD
                                        FORT WORTH TX 76196-0402

**OFFICER'S RETURN**

Received this Citation on the _16th_ day of _Nov_ , _11_ at _830_ o'clock _A_ M, and executed at _Grapevine P.D. Grapevine_ within the county of _Tarrant_ State of _TX_ at _940_ o'clock _A_ M on the _16_ day of _Nov_ , _11_ by delivering to the within named (Resp.): _Thomas Olivas_ application for a protective order

respondent(s), a true copy of this Citation together with the accompanying copy of the

having first endorsed on same the date of delivery by serving _Thomas Olivas_

          Authorized Person/Constable/Sheriff ZANE HILGER
                                   CONSTABLE TARRANT COUNTY PCT #3
                    County of _____        State of _____
                    By _____           Deputy
Fees $ ___                                              Rhonda Bannister
(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this ____ day of _____
to certify which witness my hand and seal of office
(Seal)
                         County of _____, State of _____

Cause No. 325-506412-11

REBECA ANNE RAUDRY

VS.

THOMAS OLIVAS

ISSUED

This 15th day of November, 2011

Thomas A. Wilder
Tarrant County District Clerk
200 E WEATHERFORD
FORT WORTH TX 76196-0402

By        STEPHANIE M. SELSOR Deputy

JULIA SLADEK
200 E WEATHERFORD

FORT WORTH, TX 76196-0201
(817)884-1623

*FAMILY LAW*

FILED
TARRANT COUNTY

2011 NOV 23  PM 3: 28

THOMAS A. WILDER
DISTRICT CLERK





*3255064121100006*





STATE'S EXHIBIT

PENGAD 800-631-6989

9/10/14 les Olivas



STATE'S
EXHIBIT
PENGAD 800-631-6989
10
9/10/14
OLIVAS



STATE'S
EXHIBIT
11
9/10/14
PENGAD 800-631-6989
OLIVA





PENGAD 800-631-6989

STATE'S
EXHIBIT

13

9/10/14

OLIVAS



STATE'S
EXHIBIT
14
9/10/14  ks



STATE'S
EXHIBIT
15
9/10/14
PENGAD 800-631-6989



STATE'S
EXHIBIT
PENGAD 800-631-6989
16
9/10/14



STATE'S
EXHIBIT
PENGAD 800-631-6989
9/10/14   les olivas



PENGAD 800-631-6989

STATE'S
EXHIBIT
18
9/10/14
SB 45170



PENGAD 800-6989

STATE'S EXHIBIT

19

9/10/14  fes



STATE'S
EXHIBIT
20
9/10/14    ks    OLIVAS
PENGAD 800-631-6989

STATE'S
EXHIBIT

PENGAD 800-631-6989

27

9/10/14




STATE'S
EXHIBIT
22
9/10/14
PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT
23
9/10/14   yes

STATE'S
EXHIBIT
24
9/10/14
PENGAD 800-631-6989





PENGAD 800-631-6989

STATE'S
EXHIBIT
25

4/10/14 fox

OLIVAS



PENGAD 800-631-6989

STATE'S
EXHIBIT
26
9/10/14   ks



STATE'S
EXHIBIT
PENGAD 800-631-6989
27
9/10/14   Yes



STATE'S
EXHIBIT
28
9/10/14
OLIVAS
PENGAD 800-631-6989



STATE'S
EXHIBIT
29
9/10/14  ks



STATE'S
EXHIBIT
30
9/10/14
OLIVO
PENGAD 800-631-6989



35-O   Document 16-21   Filed 08/16/22   Page 237 of

PENGAD 800-631-6989

STATE'S

31

9/11/14  yes  oliva



PENGAD 800-631-6989

STATE'S
EXHIBIT
32
9/11/14

STATE'S
EXHIBIT

35

9/11/14





PENGAD 800-631-6989

STATE'S EXHIBIT

34

9/11/14

OLIVAS



STATE'S
EXHIBIT
35
4/11/14
PENGAD 800-631-6989



STATE'S
EXHIBIT
36
9/11/14 tes
OLIVAS
PENGAD 800-631-6989

STATE'S
EXHIBIT
PENGAD 800-631-6989
39
9/11/14 fs
OLIVO





PENGAD 800-631-6989

STATE'S
EXHIBIT

38

9/11/14   for   OLIVO



STATE'S
EXHIBIT

39

9/11/14   ks



STATE'S
EXHIBIT
40
9/11/14
PENGAD 800-631-6989


PENGAD 800-631-6989

STATE'S
EXHIBIT
41
9/11/14



PENGAD 800-6989

STATE'S
EXHIBIT
42
9/11/14



PENGAD 800-6989

STATE'S
EXHIBIT
43
9/11/14
04117.5


PENGAD 800-631-6989

STATE'S
EXHIBIT
44
9/11/14
04110



STATE'S
EXHIBIT
45
9/11/14   ks
PENGAD 800-631-6989
SV440


STATE'S
EXHIBIT
46
9/11/14
PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT

47

9/11/14   DAVID



STATE'S
EXHIBIT
PENGAD 800-631-6989
48
9/11/14
Oliva



PENGAD 800-631-6989

STATE'S
EXHIBIT

49

9/11/14

OLIVAS

STATE'S
EXHIBIT
50
9/11/14   hr
PENGAD 800-631-6989





STATE'S EXHIBIT

PENGAD 800-631-6989

51

9/11/14



STATE'S
EXHIBIT
52
9/11/14
OLIVAS

PENGAD 800-631-6989



STATE'S
EXHIBIT
53
9/11/14   por   OLIVAS
PENGAD 800-631-6989



STATE'S EXHIBIT
54
9/11/14   fes
PENGAD 800-631-6989



STATE'S
EXHIBIT
55
9/11/14  hs  OLIVAS
PENGAD 800-631-6989



STATE'S
EXHIBIT
56
9/11/14   ks
56170
PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT
57
9/11/14   ℓs



STATE'S
EXHIBIT
58
9/11/14
PENGAD 800-631-6989



STATE'S
EXHIBIT
59
9/11/14   ss
PENGAD 800-631-6989

STATE'S
EXHIBIT
68
9/11/14
PENGAD 800-631-6989





STATE'S
EXHIBIT
PENGAD 800-631-6989
61
9/11/14



STATE'S
EXHIBIT
62
9/11/14   ks
PENGAD 800-631-6989
OLIVAS



STATE'S
EXHIBIT
63
9/11/14
PENGAD 800-631-6989
OLIVAS



STATE'S
EXHIBIT
64
9/11/14
PENGAD 800-631-6989



STATE'S
EXHIBIT
65
9/11/14   yes   OLIVAS
PENGAD 800-631-6989



STATE'S
EXHIBIT
66
9/11/14



STATE'S
EXHIBIT

PENGAD 800-631-6989

67

9/11/14



STATE'S
EXHIBIT
68
9/11/14  ks

PENGAD 800-631-6989

STATE'S
EXHIBIT
69
9/11/14   ks
PENGAD 800-631-6989
OLIVAS



STATE'S
EXHIBIT
PENGAD 800-631-6989
9/11/14





STATE'S
EXHIBIT
71
9/11/14 _fes_



STATE'S
EXHIBIT
72
9/11/14   ks
PENGAD 800-631-6989



STATE'S
EXHIBIT
73
9/11/14

PENGAD 800-631-6989



STATE'S
EXHIBIT
74
9/11/14   ps

PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT

75

9/11/14   ks

STATE'S
EXHIBIT
76
9/11/14   ks
PENGAD 800-631-6989
ST. A 170





STATE'S
EXHIBIT

77

9/11/14  ks  OLIVAS

PENGAD 800-631-6989



STATE'S
EXHIBIT
78
9/11/14

PENGAD 800-631-6989



STATE'S
EXHIBIT
79
9/11/14
OLIVAS
PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT
80
9/11/14 kes
OLIVAS



STATE'S
EXHIBIT
81
9/11/14  ks   OLIVAS
PENGAD 800-631-6989



STATE'S
EXHIBIT
82
9/11/14   ko   OLIVIA
PENGAD 800-631-6989