

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
3/27/2015 12:36:05 PM
DEBRA SPISAK
Clerk

DEFENDANT'S
EXHIBIT
73
9/16/14 for OLIVAS

PENGAD 800-631-6989

```
C55 01901 803.JPG TIM MOORE
958 069 N N N N NN 2102.4/100.0
```



DEFENDANT'S
EXHIBIT
74
9/16/14
OLIVAS

C54 31901 802.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100



DEFENDANT'S
EXHIBIT
75

9/16/14

OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
76
9/16/14
PENGAD 800-631-6989







DEFENDANT'S
EXHIBIT

9/16/14



DEFENDANT'S
EXHIBIT
80
9/16/14   ps   olivi
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
81
9/16/14    OLIVAS

PENGAD 800-631-6989

```
B32 31901 680.JPG TIM MOORE
9585 069 N N N N NN Z102.4/10
```

DEFENDANT'S
EXHIBIT
82
9/16/14
PENGAD 800-631-6989
OLIVAS





DEFENDANT'S
EXHIBIT
83
9/16/14  for  OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989
84
9/16/14   ks
OLIVES

```
330  31901 678.JPG TIM MOORE
9585 069 N  N  N  N  NN Z102.4/100.0
```



DEFENDANT'S
EXHIBIT

85

9/16/14

```
B39  31901  686..JPG  TIM  MOORE
9585 069  N  N  N  N  NN Z102.4/10...1
```



GENERAL'S WARNING: Quitting Smoking
Now Greatly Reduces Serious Risks to Your Health

DEFENDANT'S
EXHIBIT
86
9/16/14
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
87

9/16/14   Ro   OLIVAS

PENGAD 800-631-6989

```
836 31901 684.JPG TIM MOORE
9505 069 N N N N NN Z102.4/100.0
```



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

9/16/14

J95 31901 IMG.0097.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100.0



DEFENDANT'S
EXHIBIT
89
9/16/14 ks

DEFENDANT'S
EXHIBIT
90
a/16/14

PENGAD 801-631-6989





DEFENDANT'S
EXHIBIT

91

9/16/14

110016602

SPR-12





11001660L

SPR-12



PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

93

9/16/14   $\beta$   OLIVAS

K08  S1901  IMG_0103.JPG TIM MOORE
9585 069 N  N  N  N  NN Z102.4/100.0



DEFENDANT'S
EXHIBIT
94
9/16/14   for OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
95
9/16/14    ks
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
97
9/16/14
PENGAD 800-631-6989

SFR60

110016602



DEFENDANT'S
EXHIBIT

98

9/16/14

K76 31901 IMG_0137.JPG TIM MOORE
9585 069 N N N N NN Z107.4/100.0



DEFENDANT'S
EXHIBIT
99
9/16/14
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

100

9/16/14

FILTER CIGARETTES

PM
USA

K82 X1901 IMG_0140.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100.0



DEFENDANT'S EXHIBIT
101
9/16/14
STATION
PENGAD 800-631-6989

L00 <1901 IMG_0149.JPG TIM MOOR
9585 069 N N N N NN Z102.4/100.0



DEFENDANT'S
EXHIBIT
102
9/16/14
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
103
9/16/14
PENGAD 800-631-6989



907 31901 455.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100

J74 31981 IMG_0086.JPG TIM MOORE
9585 069 N N N N NN 2102.4/100.0



DEFENDANT'S
EXHIBIT
105
9/16/14  RG
OLIVAS
PENGAD 800-631-6989

J79 31901  IMG_0089.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100.0



DEFENDANT'S
EXHIBIT
106
9/16/14   les   OLIVAS

PENGAD 800-631-6989

```
141 31901 IMG_0039.JPG TIM MOORE
9585 069 N N N N NN 2102.4/100.0
```



DEFENDANT'S

EXHIBIT

107

9/16/14 *fes*

PENGAD 800-631-6989

OLIVAS



DEFENDANT'S EXHIBIT
108
OLIVAS
9/16/14
PENGAD 800-631-6989

K83 X1901 IMG_0141.JPG TIM MOOR
9585 069 N N N N NN Z102.4/100.0





PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
110
9/16/14 fw   OLIVAS

B58201901_746.JPG TIM MOORE
95800069 N N N NN 2102.4/100 0



DEFENDANT'S
EXHIBIT
111
9/16/14    OLIVAS
PENGAD 800-631-6989







DEFENDANT'S
EXHIBIT

113

9/16/14

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
114
9/16/14   les   OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
116
9/16/14
OLIVAS
PENGAD 800-631-6989

M880J1901 IMG_6234.JPG TIM MOORE
25000879 N N N N MM 2102.4/100.0

DEFENDANT'S
EXHIBIT
117
9/16/14
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
118
9/16/14  ps



DEFENDANT'S
EXHIBIT

119

9/16/14

PENGAD 800-631-6989

FIVE STAR.
★ ★ ★ ★ ★



SR 46
11001660C

DEFENDANT'S
EXHIBIT
120
9/16/14   for   OLIVAS

N29 31901 IMG_0355.JPG [IM MOORE
9585 069 N N N N NN Z102.4/100.0



DEFENDANT'S
EXHIBIT
121
9/16/14
PENGAD 800-631-6989
OLIVE



DEFENDANT'S
EXHIBIT
9/16/14
PENGAD 800-631-6989



KIDDIE KANDIDS
portrait studio

THANK YOU

DEFENDANT'S
EXHIBIT
123
9/16/14
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
124
9/16/14   ler
PENGAD 800-631-6989
OLIVAS

Asher-

Hey- I want to take a moment to thank
you for your friendship, its so wonderful
and it means the world to me. Look-
I don't want to cause any problems
between anyone, Im sorry for no reason...
I don't know what the history between
you and Sarah... well I do sort of... but
thats not the point, whatever happened
between you two is none of my damn
business, but I dont want to get in the
middle of your feud's. I have no other
choice but to move in with Sarah, its
the best idea and option for me. I dont
want you guys fighting over my friendship
either. Im both of your guys friend-
And me and you are best friends! HeHe

DEFENDANT'S
EXHIBIT
125
9/16/14
PENGAD 800-631-6989
OLIVAS

DAD                                    9/1/05

Yo Yo Yo - whats the damn deal?! Well
I'm just getting ready for work and decided
to write ya. I was going through some pictures
last night and thought I would send them
to you, because I know you dont have many
of me - and I want you to have these to keep
with you, so if your having a shitty day just
pull them out and all your worries be'll be
gone, so Smile & Cheese!! I also included a
letter to Shelby. So your probably wondering
why I mailed it to your shop and not the
house - because I knew you would receive them
at the shop too's - you never know what she
would do - burn em', throw em away, just like
everything else. Who knows - Well I love you
and miss you lots

DEFENDANT'S
EXHIBIT
126
9/16/14
PENGAD 800-631-6989
OLIVAS

Thomas —                                    6-25-10

So much to say and not enough
word's. You need to realize and accept
the fact that you are the father of my
child. We are not acting anymore, the
fact that you dont accept him hurts so
much and it's a bunch of b.s. that you're
acting this way. He is your son and
he doesn't have to suffer for your mistakes.
You promised to help if we didn't go to
court, and so far you haven't done shit.
I know losing your job is tough, but
even when you were working you still didn't
help. Your son is 4 months old and you've
seen him 3 times, only becuz of other
reasons. But the 1st time you saw him —
you just watched him — and the whole
time you had this look — like wow thats
mine — and when you finally held him
and you fell for him — I saw it — you
wouldn't put him down, you talked to him
you told him about his big sister, and
you examined every part of his body to make
sure he was perfect. And he is in
every way possible

But then you turn around and say you
don't want him. I just don't understand.
I look you and every day when I look
at him I love you even more!! How can
you love one child and not the other?! Its
just like us, one day you're telling me
that you want to be with me and the
next you want nothing to do with me.
I've cried too many times to keep count.
It really hurts when you say that if I
didn't have Ashar that we would still be
together. That should make you want to
be with me more. I have feelings with
you, I honestly do. All I want to do is
to make you happy. I would do anything
for us to be together. All the fighting
would stop. Even if you would just love
him and be a father. I'm going to fight
for whats right you don't get to just
walk away just because I didn't have an
abortion. It doesn't work that way.
Its one thing if you were paying
child support but you're not doing shit.

And then you wonder why I'm a complete
fucking bitch to you. Look at what
your doing to me. I was fine before
I met you. I want to wake up next
to you everyday - but I'm not good enough
for you

DEFENDANT'S
EXHIBIT
127
9/16/14   for   OLIVAS
PENGAD 800-631-6989

Kelley—

What's up Woman?! What's been going on in your neck of the woods?! I know its been a long minute since we've last talked. Wow — so much has happened since then. Hell, I dont even know where to begin. I do miss you everyday, seriously though. I've needed to talk to you so many times but couldn't.

PENGAD 800-631-6989

**DEFENDANT'S EXHIBIT**

**12B**

9/16/14   OLIVAS


DEFENDANT'S
EXHIBIT
129
9/16/14
PENGAD 800-631-6989

Hello love!! I know it's a long time since you've heard from me. I've been meaning to call you but I always get side tracked. So how has everything been going for you? I wish I could tell you that I'm doing great, but I couldn't lie to you. But don't worry about me, I'll be fine, its just a little bump in the road. I miss you so much I just wanted you to know that I think about you all the time. Remember when I was a little girl, and I told you that I would take care of you?! Well I'm still going to keep my promise. I hate being so far away from everyone. Sometimes I feel left out. I'm supposed to be the perfect person who has no limits in life. Yet I'm really the rebellious, always in trouble, disappointing grand-daughter. My life hasn't exactly fu

DEFENDANT'S
EXHIBIT

130

9/16/14 ks OLIVAS

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

131

9/16/14 ks

PENGAD 800-631-6989

STUDIO OLIVAS

Yo- homes- whatcha doing?! Well I
know what you're doing. I'm just chillin
here in Bakersfield with your crazy ass.
Wow, I can't believe its been 3 years since
I left Cali. Seems just like yesterday.
I'm writing you this letter to tell you
some things that I didn't have a chance
to tell you in person. I really love you
with all I have, and I always will,
ever since we were kids. I looked up to
you and adored you, I still do +I still
obey. I told you about "oso" and how he
raped me, I haven't said a word about
that day to NOBODY!! I was scared, especially
to tell you, becuz I didn't know how you
would react. All I want, is to look him
eye to eye and let him know hes a bitch
and that he fucked with the wrong Person.
Dame- if you only knew half of the
shit they did to me, you would flip.
All I want is a few words with him and
enjoy the fear in his eyes. Two wrongs
don't make a right, but it would make me
feel better. Nothing can take back the

3F246

DEFENDANT'S EXHIBIT

PENGAD 800-631-6989

192

9/16/14

and erase what was done

Yo-Yo-Yo- whats up homes?! not much
here - just chillin at Debbie's with Jasmine
and Marilyn - just missing you. Dad - &, just
wanted to let you know that & love you
with all my heart and soul. Im a daddy's
girl all the way. You mean everything to me.
& would go crazy without you here. & know
you're not happy, especially with Karen. &
can see it in your eyes. I've known that
for a long long time know. Why stay in
a marriage thats miserable with no love?!
Why do you put yourself through all the
bullshit she brings you?! & don't like her
dad, and actually & use the word HATE?
with her. She's treated me like total dog
shit my whole life, and she's done some
cruel and fucked up shit to me that
& won't ever forget. Im grown up now,
she can't get to me nomore cuz & won't
let her. She's nothing to me, absolutely
nothing. Dad & hate her so much that

DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989
133
9/16/14

Troy-

I'm sorry for just camping in your section. I know what it's like to wait tables. I'm a server for TGI Fridays in NRH. I hope you enjoy your day off tomorrow, because I don't know what it's like to have a day off away from Fridays.



I know you're hurting deep down inside
I can see the pain thru your eyes
even though you try to see
Im here to comfort you thru these hard
times - just by sitting here and watching
you cry-
Tears of sorrow roll down my face
only because I've been in your place
A place of sadness, deep down in your
heart.
you feel you can't go on in this world
with out your little girl- But she said
But Im here to say she's in a better
place.
A place without hate.

Sitting here tonight

All night long I've been quiet as
as a mouse.
only a few words have left my mouth
Im just sitting here thinking about
everything thats going on -
replaying moments of all the shit
that's happened to me - good and
bad - Its still
fucking with me.

looking back 5 years ago- The most
saddest thing happened to me-
My brother was taken from me
and I didn't even get to say goodbye
on this saddest day of the year I
set aside time to just be with you
through my heart-

Curious

Woke up today with tears of sorrow-
wondering whether or not I would see
tomorrow.
streams of tears rolled down
my cheeks

As I lie in bed and start to think
tears of joy & tears of sorrow
This I haven't figured out
yet- Im going down in flames
and Im starting to know all the
answers to my questions-
Something tells me Im in over my head

DEFENDANT'S
EXHIBIT
134
9/16/14   OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
135
9/16/14
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
136
9/16/14   fes OLIVAS
PENGAD 800-631-6989

Asher  Asher  Asher  Asher Ashe
Olivas  Asher  Michelle  Asher
Asher  Olivas         Asher Asher
Thomas —        Asher
         Olivas

look — Im running out of w
everything I say, you just t
Im so tired of fighting and
with you, its draining and the
to do. I love you and will
you. we have a beautiful son t



DEFENDANT'S
EXHIBIT

137

9/16/14

PENGAD 800-631-6989
OLIVAS

Thomas - Olivas

Look - Iam running out of words to say
everything I say, You just turn your head
Im so tired of figuring and arguering
with you, its chasing and thats all we seem
to do I love you and will always love
you we have a beautiful son together and
for Chase not to love him, I look at him
everyday and ask how you could not want
him, he's amazing and happy and he looks
just like you -

Asher Olivas Thomas Thomas Jr.
Rian Elivas Asher Olivas
Olivas Olivia Asher Olivas Asher Olivas
Olivia Asher Rian Olivas   Olivas

Asher Jr Olivas
2/25/10 Thursday
5:55 PM



DEFENDANT'S EXHIBIT
PENGAD 800-631-6989
138
9/16/14   Jes   OLIVIA'S



Wow, looking back thru old pictures remind me
of how much I've changed, especially this year.
I'm not the same person that you ~~left me~~
met a year ago. Everything changed.
I was Independent, ~~depended~~ ON myown,
had my priorities and handled all my
responsibilities. I had a steady job and
always worked hard. I had my head on
my shoulders, ~~the~~ and all my shit together.
People were shocked and amazed when
I told them I was only 19. You came around
at such an ~~awked~~ absured time, but the
peices just fit together one by one. It was
as if we were ment to meet ~~up~~ and be together.
We bonded quickly and closely. Soon it went
from just knowin it after I "left his car",
to being side by side, until it was time for
work. I was his side kick, his damn ass kisser.
I texted him constantly – the days would
just fly by. Where did all the time go?



DEFENDANT'S
EXHIBIT
139
9/16/14  *por*  OLIVAS
PENGAD 800-631-6989



With so many people going in & out of our lives, its hard to find that one good heart that you can count on. How do you tell if a good friend is actually a good friend or not?! Its hard, its eliminating all the wrong and right answers. But in the end of the day when you have one person who constantly s

---

Father, I've sinned, over and over and over again. I've committed adultry — I only did it to get her back for what she did — she did it first. I know that still ain't right — two wrongs don't make a right. Father I've sinned, over and over and over again — I've lied not only to you, but to everyone else including myself. What do I do — nobody believes a word I say and I don't blame them.

DEFENDANT'S
EXHIBIT
140
9/16/14  ps
OLIVAS

PENGAD 800-631-6989



Mechelle Danielle Gandy—

Now Its time for we to leave you.
Im not saying goodbye forever—
I'll only be gone for a short but
long lonely time—
I cant Believe I'll be gone before too long
And you won't be ever there for we to run to
No more late night talks face to face—
now Its just this empty looking image
and a plastic microphone.
You cant run to we no more my friend
Im more than just a mere still image.
You cant run your hands thru my hair
anymore my friend.

DEFENDANT'S
EXHIBIT
141
9/16/14
PENGAD 800-631-6989
OLIVAS



DEFENDANT'S
EXHIBIT
142
9/16/14   ks   OLIVAS
PENGAD 800-631-6989

Over the years - and out of all
the different people I've met -
There's never been anyone else
close to being who you are.

So long to all my pain
good nite to my heart ache
good bye sorrow - I won't cry nomore anymore
I'm leaving tomorrow

How do you learn how to live again
after

How do you learn how to live again
after you've been caused so much pain?!
It's not easy opening up your heart to
someone who might turn around and leave you
After being hurt and left with your heart
in pieces how do you move on to tomorrow
How do you do it?! Make all your problems
go away until another day?

N48201961 IMG_0374.JPG (IM MOORE 956009056 N N N N NN 2107.4/1004.0

DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

143
9/16/14  ks

OLIVIA

Tyler-                              October 17th 2016

To the one I once called my brother,
I miss you more than ever. It's
been almost, actually, exactly a month
since we've spoke to each other. I
can't tell you how much it hurts me
to see us fight like this. You're my
best friend in the whole world. I
can't live without you. I tell you
everything - and you're the only one
I can do that with. I've been lost
and confused without someone to talk
to. All I can say is that I'm sorry
for what happened. I can't take it back
cuz if I could I would. You're
family to me. What happened to us?
We've been through so much shit over
the years - and it hurts to see our
friendship end over something so stupid
and pointless. little. Ok maybe not little
becuz now Emily can't go into management
but thats not all my fault. Cause come
on + She was always like ever since I've
known her. It was going to happen
sooner or later you know it's true.



DEFENDANT'S
EXHIBIT
144
9/16/14   ks   OLIVIAS
PENGAD 800-631-6989

* How do you find the words
  to tell someone exactly how you feel.
* Do you write a letter, leave a voice mail,
  or say absolutely nothing at all?!
* How do you speak of gratefullness and
  appreciation? and
* How did I get so lucky to have a
  friend like you.
* Some one who's there for me every time
  no matter what's going on in your life
* How did you get so much time to
  dedicate it all to me?
* Why do you stand by my side and
  even though I might be in the wrong?
* How do you have so much love to give?
* These are things I question about you
* I find the answers in my heart
* And this is how I tell you how much
  you actually mean to me.
* Thank you from the bottom of my heart
  for standing by my side and being
  the greatest friend I've ever had
* Just know that I'll always be here
  for you — just as you've done for me.







Look - I'm just going to jump right to
the point. I'm so tired of everything thats
gone on. You are so selfish and its not fair
you are the father of my child and

DEFENDANT'S
EXHIBIT
146
9/16/14   ks   OLIVAS
PENGAD 800-631-6989



DEFENDANT'S

PENGAD 800-266989

SYLVIA

147

9/16/14 bs

Tyler-

Hey Boo- what's been going on lately? Life has been so really slow around this past week. It's been so crazy which I'm really sorry about not calling you to let you know what's been going on. I had all sorts of with my mom on Wed. So totally pissed me off that we won't text when it's late, and so I wanted to get the hell out of Arlington. Then Thurs I was mentally broken but and went to work – I showed up at 7pm but had to turn Friday. I was supposed to close a double and be at work at 11:30am. Well I didn't wake up till 11:30pm – that was fuck – and Kelly was opening late – she already had a talk with me out Wed night. So then Michael picked up my shift on Friday night so I could go to Deep Ellum to see [name]'s show. Yeah well it was total hell while [name] and I got into it w/ no Buena le. Then I finally got home when I was up at 7am then I got to the Chuck with no ride to get my car. It was at work. So Sarah has to drive 20 mins away to get me and she was already late for work

You're reading these words written from deep inside my soul with only truth in my heart. I can promise you the world and all that it holds, only if you believe in me and keep the faith that you're heart knows the way to your destination that you vision in your dreams. I hope that you find your way through this maze and you conquer all your battles throughout this life and walk with your head held high looking only towards the sky with no remorse and no reason to hide, even if you have to beg, borrow, or steal your way to Heaven's golden gates, just know that it doesn't matter how you get there, just as long as you've lived life to the fullest and all your dreams have come true- and you've learned to love not what shows on the outside, but the true beauty of what hides inside of one's body mind and soul. I want tell you so much that if nobody else cares or believes in you, it doesn't mean you're lonely- cuz I'll always be there by your side- if not physically then mentally- just think of me as the wind that blows the breeze through

DEFENDANT'S
EXHIBIT
148
9/16/14  ks

PENGAD 800-631-6989



I have no idea where to begin or
what to even say. You- it's all because of
you!! Some way about how you seem
to always be around the street all
that in general. I just want to thank
you for being my friend, you haven't been
the greatest, but you're still my shitty
ass friend. I don't want to move away
from you. It's going to be so hard and
different to adapt to what am I going
to do with out my mexican side like?!
till- what are you guys going to do
without me?! You have no clue do
you?. Your going to go crazy, that's
for shore! No it's not gonna be for but
I'll be back- or you'll be back one
way or another. We were meant to be
forever ald together

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
149
9/16/14   Jes

OLIVAS



I'm writing you this letter to tell you everything I've needed or wanted to say to you but couldn't or didn't have the time to. Plus it's kind of easier for me this way too!! I can't bare to see you sad and upset & it kills me deep down. I look at you and I can't help but giggle and smile. You— It's all becuz of you— You probably don't understand how much of an impact you have had on my life. I'm clean and sober becuz of you. Yeah— I've fucked up a few times— but I'm not perfect— nobody is— not even the man upstairs. I know it's faith that brought us together, trust me— I just know. I need you just as you need me. I will feel every bit of pain that you feel— I would take it all away just so that you wouldn't have to feel it. I would take all your sorrows and put them upon me, I would take all the tears you've cried and put them into the ocean so they could drown into the sea, and be forgotten. I only want you to be happy and I would do whatever it takes to get

DEFENDANT'S
EXHIBIT
150
9/16/14   ks   OLIVAS

PENGAD 800-631-6989

Thomas.

There are so many things I want to
tell you you have hurt me so much that
its tearing me apart. When I first met
you I was happy, excited, on cloud 9,
but then so slowly but quickly started to
fade away when we 1st met - Jan 13th 2009 -
I specifically asked you if you were with
some one - and you said no. You stated
that you had a daughter but wouldn't have
her around with her face. 4 you had - it wasn't
until Aug-13th 2009 - 3 months pregnant after
I reminded you- that I found out. You sat
down with me and told me many times that
you cared for and wanted to be with me before
I got pregnant. Thomas I fell for you
from the very beginning esp. since you worked
up to me it was amazing - everything about
you made me want you more - you were so are
so beautiful to me. Your kiss your touch
the way you used to look at me made
me melt. Now when you look at me its
in hatred. I would give anything to have that
back. I'm sorry things have turned out
the way they have.

DEFENDANT'S
EXHIBIT
151
9/16/14   ks   OLIVAS

PENGAD 800-631-6989

Mom                                    2/15/05

First off I'm going to start off by telling
you that I love you. I know you think
that I don't care or that I'm just never
the daughter you wanted us to be, but
I'm just me. Its been so hard for me
lately, I've gone from living on my own
and depending on myself for our past 2 yrs
to hitting rock bottom and losing it all,
I had to move back home with you, dad & abe—
and let me tell you it kills me. Mom— do I love
you with all my heart— your my Mother— But you
and I both know that we constantly hurt
hearts and argue all the time. We've never
had a close relationship— The other night when
we were talking and you made the comment
that you can't just B.S. and drink a beer
without people calling you a drunk— well I
know exactly what you mean— Because I
can't go anywhere or hang out with anyone
without being accused of doing dope. And
the sad thing is that I've been clean but
yet you still accuse me constantly and that
just makes me want to use dope even
more, I might as well be back on drugs.

DEFENDANT'S
EXHIBIT
152
9/16/14   les   OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
153
9/16/14   OLIVAS

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
PENGAD 800-626989
154
9/16/14  ks

Dairech Hicks
7th grade
Sept. 2007.
12 1/2 years old.
Workman Jr. High

DEFENDANT'S
EXHIBIT
153
9/16/14 Yes

PENGAD 800-631-6989

OLIVAS











PENGAD 800-631-6989

**DEFENDANT'S
EXHIBIT**

157

9/16/14

OLIVAS



DEFENDANT'S
EXHIBIT
158
9/16/14 fs
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
159
9/16/14   Yes
OLIVO
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

160
9/16/14

OLIVER



DEFENDANT'S
EXHIBIT
161
9/16/14
OLIVAS
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

162

8/16/14   ks   OLIVO

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
163
9/16/14  ks



DEFENDANT'S
EXHIBIT

164

9/16/14    ks

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

165

9/16/14

OLIVAS

PENGAD 800-631-6989

0085019801 652.JPG TIM MOORE
9568069 N N N N N NN 2102.4/100 0



DEFENDANT'S EXHIBIT

166

9/16/14  ks  olivas

PENGAD 800-631-6989


DEFENDANT'S
EXHIBIT
167
9/16/14 ks OLIVAS

PENGAD 800-636-6989



DEFENDANT'S
EXHIBIT
168
9/16/14  Yes
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
169
9/16/14 ls
OLIVES
PENGAD 800-631-6989

110016602

SFR.4





DEFENDANT'S
EXHIBIT

170

9/16/14 ks

PENGAD 800-631-6989



GRAFFITI

DEFENDANT'S
EXHIBIT
171
9/16/14   Es   Olivas

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

172

9/16/14   Yes   OLIVAS

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT

173

9/16/14

OLIVAS





DEFENDANT'S
EXHIBIT
174
9/16/14
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
_____
175
9/16/14 Jes

PENGAD 800-631-6989





DEFENDANT'S
176
9/16/14 ks
PENGAD 800-635-6989



DEFENDANT'S
EXHIBIT
PENGAD 800-6989
9/16/14
SURVIVOR



DEFENDANT'S
EXHIBIT
178
9/16/14



DEFENDANT'S
EXHIBIT
179
9/16/14
PENGAD 800-631-6989
OLIVAS

3291191901 477=JPG TIM MOORE 9580869 N N N N NN 2102.4/1000.0



DEFENDANT'S
EXHIBIT
180
1/16/14   jps   OLIVAS



DEFENDANT'S
EXHIBIT
(8)
9/16/14 yes
PENGAD 800-631-6989
DIVISION



DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989
182
9/16/14 ks



DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989
183
9/16/14   Kes
STA170



DEFENDANT'S
EXHIBIT
184
9/16/14 ks
PENGAD 800-631-6989
OLIVIO



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

185

9/16/14



DEFENDANT'S EXHIBIT

PENGAD 800-631-6989

186

9/16/14

OLIVAS



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

9/16/14 ks





DEFENDANT'S
EXHIBIT
188
9/16/14    ks    OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
189
9/16/14        Lee   OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
190
9/16/14    ks



PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

191        OLIVAS

9/16/14    es





DEFENDANT'S
EXHIBIT
192
9/16/14   OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
193
9/16/14   les   OLIVAS
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
194
/16/14      ko   OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT

195

9/16/14   kg   OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
196

9/16/14

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
199
9/16/14
PENGAD 800-631-6989
OLIVAS



PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
200
9/16/14   fs OLIVAS





DEFENDANT'S
EXHIBIT
201
9/16/14

11OO16602
SFR·44



DEFENDANT'S
EXHIBIT
202
9/16/14
OLIVIAS
PENGAD 800-631-6989

3713901 119.JPG TIM MOORE
958069 N N N N HN 2102.4/100.3



DEFENDANT'S EXHIBIT

203

2/16/14   Yes

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
205
9/16/14
PENGAD 800-631-6989









DEFENDANT'S
EXHIBIT
212
1/16/14    Yes Olivas

1221981 IMG_0033.JPG TIM MOORE
9558869 2 2 2 2 NW 2102.4/130.9



DEFENDANT'S
EXHIBIT
215
9/16/14 PES OLIVAS

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

216

9/16/14





DEFENDANT'S
EXHIBIT

217

9/16/14

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
218
9/16/14


DEFENDANT'S
EXHIBIT
219
9/16/14   ks

K18K019G1 CMG_0104.JPG Tim MOORE
9586869 N N N NN 2102.4/100.9



DEFENDANT'S
EXHIBIT
220
9/16/14 ks OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
221
9/16/14   PENGAD 800-631-6989   OLIVAS





DEFENDANT'S
EXHIBIT
223
9/16/14    OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
224
9/16/14
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
225
9/16/14
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
226
9/16/14

PENGAD 800-631-6989

OLIVAS



DEFENDANT'S
EXHIBIT
227
9/16/14  les
PENGAD 800-631-6989
OLIVAS



L27 31901 IMG_0163.JPG TIM MOORE
9585 069 N N N N NN Z102.4/100.0

DEFENDANT'S
EXHIBIT
228
9/16/14
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT

229

9/16/14 ks

OLIVAS

PENGAD 800-631-6989





DEFENDANT'S EXHIBIT
230
9/16/14

IMG_0166.JPG TIM MOORE 2102.4/100.0



DEFENDANT'S
EXHIBIT

231

9/16/14

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
232

OLIVAS

9/16/14

PENGAD 800-631-6989





**FNL 365**
FINISH LINE ATHLETICS

2XL
100% COTTON
MADE IN HONDURAS
RN 119030



MACHINE   ONLY   TUMBLE   WARM
WASH   NON   DRY   IRON
GENTLE   CHLORINE   LOW   IF NEEDED
CYCLE   AS NEEDED   DO NOT
IRON
OR WRAP OR



**DEFENDANT'S EXHIBIT**
233
2/16/14   ks   OLIVAS
PENGAD 800-631-6989













DEFENDANT'S
EXHIBIT

236

a
1/16/14

PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
238
9/16/14 ks OLIVA

DEFENDANT'S
EXHIBIT
239
9/16/14 ks OLIVAS
PENGAD 800-631-6989





DEFENDANT'S
EXHIBIT
240
9/16/14



DEFENDANT'S
EXHIBIT
241
9/16/14
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
242
9/16/14
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
243
9/16/14  rs  OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
244
9/16/14
PENGAD 800-631-6989
OLIVAS





DEFENDANT'S
EXHIBIT
245
9/16/14



DEFENDANT'S
EXHIBIT
246
1/16/14    ks



DEFENDANT'S
EXHIBIT
247
2/16/14 Ro



DEFENDANT'S
EXHIBIT
248
1/16/14

DEFENDANT'S
EXHIBIT
249
9/16/14





DEFENDANT'S
EXHIBIT
250
9/16/14
OLIVAS

DEFENDANT'S
EXHIBIT
251
9/16/14



DEFENDANT'S
EXHIBIT
252
9/16/14
OLIVAS





DEFENDANT'S
EXHIBIT
253
9/16/14



DEFENDANT'S
EXHIBIT
254
9/16/14





DEFENDANT'S
EXHIBIT
256
1/16/14   Yes

DEFENDANT'S
EXHIBIT
257
9/16/14 Tes
OLIVAS
PENGAD 800-631-6989







DEFENDANT'S
EXHIBIT
259
9/16/14   OLIVAS



DEFENDANT'S
EXHIBIT
260
9/16/14 fr
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
261
9/16/14
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

262

9/16/14  ko   OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
263
9/16/14
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
264.
9/16/14



DEFENDANT'S
EXHIBIT
265
9/16/14
OLIVAS
PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT

PENGAD 800-631-6989

266

9/16/14



DEFENDANT'S
EXHIBIT

267

9/16/14  as   OLIVAS

PENGAD 800-631-6989



4:22-cv-00385-O   Document 16-26   Filed 08/16/22   Page 274 of 518   PageID

DEFENDANT'S
EXHIBIT
269
9/16/14 fcs

PENGAD 800-631-6989



PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
270
9/16/14 fcs   OLIVAS

# DEFENDANT'S EXHIBIT NO. 271

## (Chart on Easel Paper)

Original exhibit on file with the District Clerk.

# DEFENDANT'S EXHIBIT NO. 272

## (Chart on Easel Paper)

Original exhibit on file with the District Clerk.

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                              *Cause No. 231-493121-11*

OAG 001236760-7

INRE: A R OLIVAS

VS.

Arlington

TO: MECHELLE D GANDY



**DEFENDANT'S EXHIBIT**
273
OLIVAS

You said RESPONDENT are hereby commanded to appear by filing a written answer to the PETITION TO ESTABLISH THE
PARENT-CHILD RELATIONSHIP at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 231'st District Court
in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PETITIONER
being

ATTORNEY GENERAL OF TEXAS

Filed in said Court on March 8th, 2011 Against
MECHELLE D GANDY

For suit, said suit being numbered 231-493121-11 the nature of which demand is as shown on said
PETITION TO ESTABLISH THE PARENT-CHILD RELATIONSHIP  a copy of which accompanies this citation.

## CLINT S DUPEW
Attorney for ATTORNEY GENERAL OF TEXAS Phone No. (817)801-3926
Address    1400 HILLCREST DR ARLINGTON, TX 76010

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 9th day of March, 2011.

By _____                    Deputy

SCOTT ELLEDGE

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 200 E WEATHERFORD, FORT WORTH TX 76196-0402

## OFFICER'S RETURN

Received this Citation on the _____ day of _____. _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PETITION TO ESTABLISH THE
PARENT-CHILD RELATIONSHIP, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____

State of _____ County of _____ (Must be verified if served outside the State of Texas)
S_____d and sworn to by the said _____ before me this _____ day of _____, ____
t____tify which witness my hand and seal of office
(Seal)
County of _____, State of _____

NCP Name:   *THOMAS J OLIVAS*
CP Name:    *MECHELLE D GANDY*
OAG Number: **0012367607**
LAC: **PATY**

**CAUSE NUMBER** $231-493121-11$

IN THE INTEREST OF                    § IN THE _____ DISTRICT COURT

*ASHER RION OLIVAS*                   § OF

A CHILD                               § *TARRANT* COUNTY, TEXAS

### PETITION TO ESTABLISH THE PARENT-CHILD RELATIONSHIP

1.      The ATTORNEY GENERAL, pursuant to Texas Family Code Chapter 231, files this pleading for which discovery is intended to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

### JURISDICTION

2.      No Court has continuing jurisdiction of this suit or of the child the subject of this suit. There are no court-ordered conservatorships, guardianships, or other court-ordered relationships affecting the child the subject of this suit.

### CHILDREN

3.      The following child is the subject of this suit:

| Name | Sex | DOB | Birthplace |
|------|-----|-----|------------|
| ASHER RION OLIVAS | M | 2/25/2010 | ARLINGTON, TARRANT, TX |

No property, other than personal effects, is owned by any child the subject of this suit.

### PERSONS ENTITLED TO NOTICE

4.      The child resides with the *mother, MECHELLE D GANDY*, a resident of Texas. The ATTORNEY GENERAL requests the issuance and service of process on this person in accordance with the attached service information sheet.

5.      The *father* of the child is *THOMAS J OLIVAS*, a resident of Texas. The ATTORNEY GENERAL requests the issuance and service of process on this person in accordance with the attached service information sheet.

### DETERMINATION OF PARENTAGE

6.      The Court should determine the parentage of any child who does not have an adjudicated, acknowledged, or presumed father. No presumption of paternity exists unless specifically alleged herein. If any party denies parentage, the Court should immediately order parentage testing. The Court should fix a reasonable fee for such testing if appropriate, order how such fee should be advanced, and tax the fee as court costs.

### CONSERVATORSHIP

7.      Because the parents of the child are separated, the Court should appoint appropriate conservators pursuant to Texas Family Code § 153.005.

## NAME CHANGE

The Court should consider whether good cause exists to change the surname of the minor child to reflect parentage, if established, and enter an order concerning the name of the child pursuant to Texas Family Code Chapter 160.

## SUPPORT

9.      The Court should order appropriate current and retroactive child and medical support for the child, including temporary support pursuant to Texas Family Code §§ 160.624 and 105.001. In determining the amount of retroactive support the Court should consider the duty of parents to support their minor child, and all applicable provisions of the Texas Family Code. In addition, the Court should order medical support, including any employment-related or other group health insurance that is available to the parent.

## WITHHOLDING FROM EARNINGS FOR SUPPORT

10.     The Court should order all support withheld from disposable earnings pursuant to Texas Family Code § 158.006. The Court should order all payments of support processed pursuant to Texas Family Code Chapter 231 for distribution according to law. If appropriate, the Court should order *THOMAS J OLIVAS* to post a bond or security.

## REQUEST FOR PRODUCTION OF DOCUMENTS

11.     *THOMAS J OLIVAS* has in his possession documents that will show the nature and extent of his ability to pay child support. The ATTORNEY GENERAL, pursuant to Rule 196, Texas Rules of Civil Procedure, requests him to produce and permit the ATTORNEY GENERAL to inspect and copy the originals, or true copies, of the following documents in his possession, custody or control: (a) his IRS federal tax returns for the past two years with all schedules included with the returns and all W-2s and 1099s attached to such returns, (b) any and all W-2 statements, all 1099s, and all documents showing income received by Respondent from any source for the two tax years preceding the date of filing of this action, (c) all payroll stubs, vouchers, records of commissions and all other written records or evidence of income received by him within the last six months, (d) the most recent Social Security Administration Form SSA-7005, showing his income history, sent to him three months before his last birthday, (e) statements of accounts for all checking or saving accounts in which he has held an interest within the last six months, (f) all evidence (policies, premium schedules, records of premiums paid, etc.) of health insurance available at his place of employment that may provide coverage for dependent children, (g) copies of loan applications made within the last six months, (h) current statement of benefits and account balances for all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested, including but not limited to employer- or union-sponsored defined benefit or defined contribution plans and individual retirement accounts (IRAs), and (i) summary plan description of all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested. The ATTORNEY GENERAL requests production of the specified documents at:



The Office of the Attorney General
CHILD SUPPORT UNIT 0904E
1400 HILLCREST DR.
ARLINGTON, TX 76010

on or before 3:00 p.m. on the 50th day following the date of service of this request.

## ATTORNEY FEES AND COSTS

12.     The Court should order *THOMAS J OLIVAS* to pay reasonable attorney fees and all other costs of this proceeding.

## PRAYER

The ATTORNEY GENERAL prays that the Court grant all relief requested herein.  The ATTORNEY GENERAL prays for general relief.

Respectfully submitted,

Greg Abbott
Attorney General of Texas

Daniel T. Hodge
First Assistant Attorney General

GENINE I. WARE - SBN: 24068551
DANA D. CLARKE - SBN: 00785766
JONATHAN W. FOX - SBN: 24050620
DIANE CONINE - SBN: 09954500
PATSY A. POOL SBN: 16119000
CLINT S.  DUPEW - SBN: 24040839
ASSISTANT ATTORNEY GENERAL
*CHILD SUPPORT DIVISION OFFICE 904*
*1400 HILLCREST DR*
*ARLINGTON TX 76010*
Telephone No. *(817)277-9805*
Toll Free 1(800)687-8235
Fax No. *(817)277-7553*

**DEFENDANT'S
EXHIBIT**
274
9/23/14
OLIVAS
PENGAD 800-631-6989



11

Denise Russo
Greta Wach
Scott Wach
372 2nd

GANDY, MECHELLE
(AUTOPSY) TARRANT - 1103616

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103616          Tarrant      TYPE: Jurisdiction          IDENTITY: Identified

NIZAM PEERWANI, M.D.                                    MICHAEL FLOYD
CHIEF MEDICAL EXAMINER          CHIEF FORENSIC DEATH INVESTIGATOR

DECEASED: Mechelle D. Gandy
ADDRESS: 2216 Presidents Corner #601, Arlington, Texas 76011

| | | |
|---|---|---|
| AGE: 26 | BIRTH DATE: 7/20/1984 | MARITAL STATUS: Unknown |
| PHONE: | RACE OR COLOR: White | SEX: F |
| HEIGHT: | WEIGHT: | |
| SSN: | MANNER OF DRESS: Panties and sock | |

OCCUPATION:
PLACE OF EMPLOYEMENT:

DATE OF DEATH: 3/20/2011            TIME OF DEATH: 22:38
PLACE OF DEATH DESCRIPTION: Front entry way
ADDRESS OF DEATH:  2216 Presidents Corner #601, Arlington, Texas 76011
HOSPITALIZED: No
ADMIT DATE:            ADMIT TIME:
ENVIRONMENT CONDITION: Gutted by fire
CHARACTERISTIC OF PREMISES: Apartment

DATE/TIME M.E. NOTIFIED: 3/21/2011 01:45
ARRIVED: 3/21/2011
REPORTING PERSON: Sgt. Peron
REPORTING AGENCY: Arlington Police Department
ADDRESS: 610 W. Division St., Arlington, Texas 76011
PHONE: (817)459-5600
PRONOUNCED DEAD BY: Schmidt #10089
PRONOUNCING AGENCY: AMR
LAST TREATED BY:

DATE/TIME OF OCCURENCE: 3/20/2011 22:11
INJURY AT WORK: N0
PLACE OF OCCURENCE: Apartment
LOCATION: 2216 Presidents Corner #601, Arlington, Texas 76011
TRAUMA RELATED: Yes

IDENTIFIED BY: James Greenwell
IDENTIFICATION TYPE: Visual
DATE/TIME OF IDENTIFICATION: 3/21/2011 -Time: 02:20
IDENTIFICATION STATUS: Positive ID
COMMENTS: Detective Sgt. Fryer stated the decedent has been identified.
ADDRESS:
PHONE:

NEXT OF KIN NOTIFICATION DATE/TIME:
NOTIFIED BY:
NOTIFYING AGENCY:
NEXT OF KIN NAME:
RELATIONSHIP:
COMMENTS:
ADDRESS:
PHONE:
BODY TO: TCMEO                    CONVEYANCE: Lawson
FUNERAL HOME:

3/21/2011
Page 1

Case 4:22-cv-00385-O Document 16-24 Filed 08/16/22 Page 286 of 518 PageID 4356

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103616          Tarrant          TYPE: Jurisdiction          IDENTITY: Identified

NIZAM PEERWANI, M.D.                                          .          MICHAEL FLOYD
CHIEF MEDICAL EXAMINER          CHIEF FORENSIC DEATH INVESTIGATOR

NAME OF RELEASING AUTHORITY:

RELATIONSHIP:

DISPOSITION OF PROPERTY:


MEDICAL INVESTIGATOR:
James Greenwell

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES

### INVESTIGATOR'S REPORT

NIZAM PEERWANI, M.D.
CHIEF MEDICAL EXAMINER
Case Number: 1103616

MICHAEL FLOYD
CHIEF FORENSIC DEATH INVESTIGATOR
Case Type: Jurisdiction

DECEDENT'S NAME: Mechelle D. Gandy                          AGE: 26
ADDRESS: 2216 Presidents Corner #601, Arlington, Texas 76011
BIRTH DATE: 7/20/1984          MARITAL STATUS: Unknown          PHONE:

CASE NO. 1103616 Tarrant

The decedent is a 26-year-old White female who was apparently stabbed several times, then left inside a burning apartment. Arlington Fire Department pulled the decedent from the apartment and she was pronounced at the scene. Arlington Police Department is investigating this as a homicide, with companion case #1103617.

Arlington Police Detective Byron Stewart has requested trace evidence be completed on this case.

Photographs were taken of the scene.
Total # of photos: 90

DESCRIPTION OF BODY:

The body is viewed at the scene lying supine on a back board and covered with a sheet. The body is clothed in panties and a sock. There is no evidence of invasive medical intervention present. Externally, the remains are cool to the touch; rigor mortis is present, movable with applied force, and consistent with viewed position. Lividity is not blanchable and consistent with viewed position. There appear to be multiple stab type wounds to the chest and back of the decedent. Paper bags were placed on the decedent's hands at the scene.

MEDICAL HISTORY:

There is no known medical history for the decedent.

DETAILS OF INCIDENT:

This investigator responded to the scene, arriving at 0217 hours. I made contact with Detective Byron Stewart of the Arlington Police Department who stated on Sunday, March 20th, 2011 at 2211 hours, Arlington Fire Department responded to this location in reference to an apartment fire. Upon arrival, fire personnel observed this apartment in flames, forced entry through the front door, and found the decedent on floor just inside the door. Fire personnel pulled the decedent from the apartment onto the parking lot where paramedics attempted life savings measures without success. Paramedics observed what they believed to be multiple stab type wounds on the decedent's chest and back and she was pronounced at the scene. Detective Stewart requested the body be preserved for trace evidence. Detective Stewart stated they are currently looking for the decedent's baby, a white male named Asher Olivas, and the child's father, Thomas Olivas, H/M DOB 11/28/1982.

While at the scene, Arlington Fire Department Arson Investigator Stephen Lea located the chard remains of an infant in the back, southwest bedroom of the apartment, companion case #1103617. Lea stated the apartment fire was started in this room and the door to the bedroom was closed. The child was in a chard crib when found

Case No. 1103616 Tarrant County Medical Examiner's Office

and the body was badly burned. Detective Stewart requested the body of the baby also be preserved for trace evidence and the possibility of an accelerant on the body.

I observed several blood splatters on the wall as I entered the apartment, on the front entry way floor and kitchen floor. I bagged the decedent's hands and transport placed her in a white sheet, then inside a body bag. The infant was also wrapped inside a white sheet and also placed inside a body bag.

## DETAILS OF INSTRUMENT CAUSING INJURY:

At the time of this report, no weapon has been discovered and or recovered.

## ORGAN TISSUE DONOR:

There is no signed consent form to allow harvesting of organs or tissue.

## FOLLOW UP INVESTIGATIONS REQUIRED

No follow-up investigation is needed at this time.

## COMMENTS:

There was no property removed from the decedent at the morgue. Arlington PD Crimes Against Persons Sgt. Craig Fryer stated the decedents next of kin have been notified by police personnel but was not able to provide their names at this time.

James K Greenwell

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103617          Tarrant          TYPE: Jurisdiction          IDENTITY: Identified

NIZAM PEERWANI, M.D.                                         MICHAEL FLOYD
CHIEF MEDICAL EXAMINER              CHIEF FORENSIC DEATH INVESTIGATOR

DECEASED: Asher Rion Olivas
ADDRESS:
AGE: 1                          BIRTH DATE: 2/25/2010          MARITAL STATUS: Unknown
PHONE:                          RACE OR COLOR: Unknown          SEX: M
HEIGHT: 2' 2' 3"                WEIGHT: 19.6
SSN:                            MANNER OF DRESS: Unknown
OCCUPATION:
PLACE OF EMPLOYMENT:

DATE OF DEATH: 3/21/2011               TIME OF DEATH: 03:00
PLACE OF DEATH DESCRIPTION: Bedroom
ADDRESS OF DEATH:  2216 Presidents Corner #601, Arlington, Texas 76011
HOSPITALIZED: No
ADMIT DATE:          ADMIT TIME:
ENVIRONMENT CONDITION: Gutted by fire
CHARACTERISTIC OF PREMISES: Apartment

DATE/TIME M.E. NOTIFIED: 3/21/2011 03:01
ARRIVED: 3/21/2011
REPORTING PERSON: Sgt. Peron
REPORTING AGENCY: Arlington PD
ADDRESS: 610 W. Division St., Arlington, Texas 76011
PHONE: (817)459-5600
PRONOUNCED DEAD BY: Stephen Lea #153
PRONOUNCING AGENCY: Arlington Fire Department
LAST TREATED BY:

DATE/TIME OF OCCURENCE: 3/20/2011 22:11
INJURY AT WORK: N0
PLACE OF OCCURENCE: Apartment
LOCATION: 2216 Presidents Corner #601, Arlington, Texas 76011
TRAUMA RELATED: Yes

IDENTIFIED BY: Roger Metcalf
IDENTIFICATION TYPE: DNA
DATE/TIME OF IDENTIFICATION: 3/29/2011 -Time: 09:45
IDENTIFICATION STATUS: Positive ID
COMMENTS: Decedent identified by UNT HSC DNA Lab via analysis and comparison of DNA
samples.
ADDRESS:
PHONE:

NEXT OF KIN NOTIFICATION DATE/TIME: 3/29/2011 09:45
NOTIFIED BY: Metcalf
NOTIFYING AGENCY: TCMED
NEXT OF KIN NAME: Lester Hicks
RELATIONSHIP: Grandfather
COMMENTS:
ADDRESS:
PHONE: (817)375-8701
BODY TO: TCMEO                          CONVEYANCE: Lawson

4/11/2011
Page 1



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700  FAX (817) 920-5713

# AUTOPSY REPORT

**Name: Mechelle Danielle Gandy**          **CASE NO: 1103616**
**Approximate Age: 26 Years**              **Sex: Female**
**Height: 67 Inches**                      **Weight: 267.6 Pounds**

I hereby certify that on the **21st** day of **March, 2011**, beginning at **1100** hours, I, **Shiping Bao, M.D.**, pursuant to Statute 49.25 of Texas Criminal Code, performed a complete autopsy on the body of **Mechelle Danielle Gandy** at the Tarrant County Medical Examiner's District Morgue in Fort Worth, Texas and upon investigation of the essential facts concerning the circumstances of the death and history of the case as known to me, I am of the opinion that the findings, cause and manner of death are as follows:

## FINDINGS:

I.    Pronounced dead at the scene after found unresponsive in a burning apartment

II.   No medical history reported

III.  Body covered by soot with no thermal burn identified

IV.   No soot identified in larynx or trachea

V.    Postmortem chemical burns on neck and shoulders

VI.   Seven stab wounds identified on back, 4 of which penetrate posterior pleural cavities, with penetration/perforation of right middle lobe, right lower lobe, and left lower lobe of lungs

VII.  Four stab wounds identified on right chest and right anterior shoulder, 2 of which penetrate right anterior pleural cavity, with penetration of right ventricle of heart

VIII. Three superficial incised wounds on left neck and forearm

IX.   A 1.5" x 1.0" contusion lateral to left eye

X.    Approximately 100 mL of blood in each pleural cavity

XI.   Collapse of all lobes of lungs

XII.  Cholelithiasis

XIII. Trace evidence and right 4th anterior rib collected

Page 2 of 7

1103616
Mechelle Danielle Gandy

| CAUSE OF DEATH: | MULTIPLE STAB WOUNDS |
|---|---|

| MANNER OF DEATH: | HOMICIDE |
|---|---|

Shiping Bao, M.D.
*Deputy Medical Examiner*

Nizam Peerwani, M.D.
*Chief Medical Examiner*

Marc Krouse, M.D.
*Chief Deputy Medical Examiner*

Gary L. Sisler, D.O.
*Deputy Medical Examiner*

Lloyd White, M.D., Ph.D.
*Deputy Medical Examiner*

1103616
Mechelle Danielle Gandy

A complete autopsy is carried out at the Tarrant County Medical Examiner's Morgue.

---

# GROSS ANATOMIC DESCRIPTION

---

I.     **CLOTHING AND PERSONAL EFFECTS:**  The body is presented to the Morgue secured in a white body bag and clad in:
1. White shorts
2. A white left sock

II.    **THERAPEUTIC INTERVENTION:**  None

III.   **EXTERNAL BODY DESCRIPTION:** The body is that of a normally developed adult white female appearing the stated age of 26 years with a body length of 67 inches and body weight of 267.6 pounds.   The body presents medium build with average nutrition, normal hydration, and good preservation. Rigor mortis is complete, and lividity is well-developed on the posterior surfaces of the body and is fixed.  The body is cold to touch post refrigeration and covered by soot. No thermal burn is identified. The head is covered by long, brown hair. The face is unremarkable. The injury is described below. There is average body hair of adult female pattern distribution.  The eyes are closed with clear bulbar and palpebral conjunctivae.  The irides are hazel with white sclerae.  There are no cataracts or arcus present.  Pupils are equal at 5 mm.  The orbits appear normal.  The nasal cavities contain soot with intact septum. The oral cavity presents natural teeth and contains soot.  The ears are unremarkable with no hemorrhage in the external auditory canal.  The neck is rigid due to postmortem changes, and there are no palpable masses. The chest is symmetrical with large breasts. The injuries are described below. The abdomen is moderately protuberant.

The upper and lower extremities are equal and symmetrical presenting cyanotic nail beds without clubbing or edema. The injuries are described below. There are no fractures, deformities, or amputations present.  External genitalia are those of an adult female with intact vulva and vagina. The back reveals dependent lividity with contact pallor.  The buttocks are atraumatic, and the anus is intact.  The integument is of normal color.

1103616
Mechelle Danielle Gandy

TATTOOS:
1. Symbols are localized on back and legs
2. Letters are localized on left wrist

## IV.   EVIDENCE OF INJURY

1. Body covered by soot with no thermal burn identified
2. Postmortem chemical burns on neck and shoulders
3. Seven stab wounds identified on back, 4 of which penetrate posterior pleural cavities:
   A. Right back, inverted "V" shape, 3/4" + 1/2" long, with penetration of right posterior 6th intercostal space and right middle lobe of lungs (1/2" long)
   B. Left back, 1.25" long, with penetration of left posterior 8th intercostal space and perforation of left lower lobe of lungs (1/2" long)
   C. Left back, 0.75" long, no penetration of pleural cavity
   D. Left back, 1.75" long, with penetration of left posterior 11th intercostal space
   E. Right back, 0.75" long, no penetration of pleural cavity
   F. Right back,1.25" long, with penetration of right posterior 8th intercostal space and right lower lobe of lungs (1/2" long)
   G. Right back, 2.25" long, no penetration of pleural cavity
4. Four stab wounds identified on right chest and right anterior shoulder, 2 of which penetrate right anterior pleural cavity:
   A. Right anterior shoulder, 1.5" long, no penetration of pleural cavity
   B. Right chest, 1.5" long, with penetration of right anterior 4th rib and anterior right ventricle of heart (1/2" long)
   C. Right chest, 1.5" long, no penetration of pleural cavity
   D. Right chest, 2.25" long, with penetration of right anterior 5th intercostal space
5. Approximately 100 mL of blood in each pleural cavity
6. Collapse of all lobes of lungs
7. Three superficial incised wounds on left neck and forearm:
   A. Left neck, 3.0" long
   B. Left anterior forearm, 1.5" long
   C. Left posterior forearm, 1.0" long
8. A 1.5" x 1.0" contusion lateral to left eye with a underlying 3.0" x 2.0" subgaleal hematoma
9. Trace evidence and right 4th anterior rib collected

1103616
Mechelle Danielle Gandy

## V.   INTERNAL EXAMINATION

**1.   INTEGUMENT:**   A Y-shaped thoracoabdominal incision is made and the organs are examined in-situ and eviscerated in the usual fashion.  The subcutaneous fat is normally distributed, moist and bright yellow.  The musculature of the chest and abdominal area is of normal color and texture.

**2.   SEROUS CAVITIES:**  The injuries of chest wall and pleural cavities are described above.  The peritoneum is congested, smooth glistening and essentially dry, devoid of adhesions or effusion.  There is no scoliosis, kyphosis, or lordosis present.  The left and right diaphragms are in their normal location and appear grossly unremarkable. The pericardial sac is penetrated.

**3.   CARDIOVASCULAR SYSTEM:** The heart weighs 342 grams and there is no chamber hypertrophy or dilatation. The injuries are described above. The left ventricular wall is 1.4 cm and the right 0.4 cm.   The cardiac valves appear unremarkable.  The coronary ostia are in the normal anatomical location leading into widely patent coronary arteries.   Right dominant circulation is present.  The endocardial surface is smooth without thrombi or inflammation. Sectioning of the myocardium presents no gross evidence of ischemic changes either of recent or remote origin.   The aortic arch along with the great vessels appears grossly unremarkable.

**4.   PULMONARY SYSTEM:** The neck presents an intact hyoid bone as well as thyroid and cricoid cartilages.  The larynx is comprised of unremarkable vocal cords and folds, appearing widely patent without foreign material, and is lined by smooth, glistening membrane. The epiglottis is a characteristic plate-like structure without edema, trauma, or pathological lesions. Both the musculature and the vasculature of the anterior neck are unremarkable.  The trachea and spine are in the midline, presenting no traumatic injuries or pathological lesions. No soot is identified in larynx or trachea.

The lungs together weigh 501 grams. The injuries are described above. There are no gross pneumonic lesions or abnormal masses identified.   The tracheobronchial tree and pulmonary arterial system are intact and grossly unremarkable.   The pleural surfaces are pink and smooth with focal mild anthracosis.

**5.   GASTROINTESTINAL SYSTEM:**   The esophagus is intact with normal gastroesophageal junctions and without erosions or varices. The stomach is also

1103616
Mechelle Danielle Gandy

normal without gastritis or ulcers, and contains food particles. Loops of small and large bowel appear grossly unremarkable. The appendix is unremarkable.

The liver weighs 1894 grams presenting a brown smooth glistening surface. Focal patchy yellow discoloration due to mild fatty metamorphosis is present. On sectioning the hepatic parenchyma is yellow-brown, homogeneous and congested. The gallbladder contains approximately 5 mL of greenish bile and two 1.0 cm diameter yellow stones. There is no cholecystitis. The biliary tree is patent. The pancreas weighs 178 grams and presents a lobulated yellow cut surface without acute or chronic pancreatitis.

**6.   GENITOURINARY SYSTEM:** The left kidney weighs 123 grams, and the right 131 grams. On sectioning the cortex presents a normal thickness above the medulla. The renal columns of Bertin extend between the well-demarcated pyramids and appear unremarkable. The medulla presents normal renal pyramids with unremarkable papillae. The pelvis is of normal size and lined by gray glistening mucosa. There are no calculi. Renal arteries and veins are normal. The ureters are of normal caliber lying in their course within the retroperitoneum and draining into an unremarkable urinary bladder containing approximately 30 mL of urine.

External genitalia are those of an adult female with intact vulva and vagina. A medical device is localized in uterus. The cervix, fallopian tubes and ovaries are unremarkable.

**7.   HEMATOPOIETIC SYSTEM:** The spleen weighs 222 grams, presenting a gray-pink intact capsule and a dark red parenchyma. There is no lymphadenopathy. The thymus gland is involuted.

**8.   ENDOCRINE SYSTEM:** Thyroid gland is of normal size and shape, presenting two well-defined lobes with connecting isthmus and a beefy brown cut-surface. There are no goitrous changes or adenomas present. The adrenal glands are of normal size and shape and sectioning presents no gross pathological lesions.

**9.   CENTRAL NERVOUS SYSTEM:** A scalp incision, craniotomy and evacuation of the brain are carried out in the usual fashion.

The injury of the scalp is described above. The calvarium is intact without bony abnormalities or fractures.

1103616
Mechelle Danielle Gandy

The brain weighs 1098 grams presenting moderate congestion of the leptomeninges. Overlying dura is intact and unremarkable. Cerebral hemispheres reveal a normal gyral pattern with moderate global edema. The brainstem and cerebelli are normal in appearance with no evidence of cerebellar tonsillar notching. The Circle of Willis is patent, presenting no evidence of thrombosis or berry aneurysm. On coronal sectioning of the brain the ventricular system is symmetrical and contains clear cerebrospinal fluid. There are no space occupying lesions present. Spinal cord is not examined.

## SPECIMENS AND EVIDENCE COLLECTED

1.  30 mL of aortic blood, 30 mL of urine, and 5 mL of vitreous for further examination
2.  Representative tissue sections in formalin for possible further examination
3.  Blood cards
4.  Representative photographs
5.  Finger and palm prints
6.  Right 4th anterior rib in formalin


EDC: 05/20/11
Completed: 03/22/11
SB

200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919  ◆  (817) 920-5700

Case No: 1103616

Examiner: S.B.



Stabs:

{ H: 1.5" Long
  I: 1.5" "
  J: " "
  K: 2.25" "

d: Contus.
   1.5" x 1.0"

Superficial Cuts
{ a: 3" Long
  b: 1.5" "
  C: 1.0" "

# Office of Chief Medical Examiner
## Tarrant, Denton and Parker Counties, Texas

200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919 ◆ (817) 920-5700

Case 4:22-cv-00385-O Document 16-20 Filed 08/16/22 Page 298 of 518 PageID 4368

Case No: 1103616

Examiner: S.B.



Stabs

A: 3/4" ∧ 1/2" Long

B: 1.25"

C: 0.75"

D: 1.75"

E: 0.75"

F: 1.25"

G: 2.25"

# MEDICAL ABSTRACT OF DEATH CERTIFICATE

**STATE OF TEXAS**

**STATE FILE NUMBER**

## ENTER NAME OF DECEASED AND PLACE OF DEATH EXACTLY AS SHOWN ON THE ORIGINAL DEATH CERTIFICATE

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | DATE OF DEATH |
|---|---|
| MECHELLE DANIELLE GANDY | 03/20/2011 |

| PLACE OF DEATH (CITY OR TOWN AND COUNTY) | IS THE DATE OF DEATH BEING CORRECTED? |
|---|---|
| ARLINGTON, TARRANT | ☐ Yes  ☐ No |

26. CERTIFIER (Check only one)
- ☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
- ☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occured at the time,date and place, and due to the cause(s) and manner stated.

| 27.Signature of certifier: | 28. DATE CERTIFIED (Mo/Day/Year) | 29. LICENSE NUMBER | 30. TIME OF DEATH(Actual or presumed) |
|---|---|---|---|
| SHIPING BAO | 3/22/2011 | N2395 | 22:38 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,state,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| SHIPING  BAO  200 FELIKS GWOZDZ PLACE, FORT WORTH, TX, 76104 | MD |

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON A LINE.

Approximate interval Onset to death

| | | Approximate interval |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. MULTIPLE STAB WOUNDS | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART 2. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 34. WAS AN AUTOPSY PERFORMED? ☒ Yes  ☐ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes  ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year | ☐ Driver/Operator |
| ☐ Accident | ☒ No | ☐ Pregnant at time of death | ☐ Passenger |
| ☐ Suicide | ☐ Probably | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Pedestrian |
| ☒ Homicide | ☐ Unknown | ☐ Not pregnant, but pregnant 43 days to one year before death | ☐ Other (Specify) |
| ☐ Pending Investigation | | ☒ Unknown if pregnant within the past year | |
| ☐ Could not be determined | | | |

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 03/20/2011 | 22:38 PM | ☐ Yes  ☒ No | DECEDENTS HOME |

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 2216 PRESIDENTS CORNER,  # 601, ARLINGTON, TX, 76011 | TARRANT |

41. DESCRIBE HOW INJURY OCCURRED

MULTIPLE STAB WOUNDS

| 42a. REGISTRAR FILE NO. | 42b. DATE RECIEVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | |

WARNING

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)

CAUSE OF DEATH

VS-174 REV 1/2006

DATE _____

000000921025

QL11 REV. 11/04



## Toxicology Test Results

Office of Chief Medical Examiner
Toxicology Laboratory Service
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
Name: **Mechelle Danielle Gandy**
Case Number: 1103616
Toxicology Work Number: **1100607**

Nizam Peerwani, M.D., DABFP
Chief Medical Examiner
Susan R. Howe, PH.D., DABFT
Acting Chief Toxicologist
Priority: **0**

Service Request Number: **002**

| Specimen | Drug | Result | Drug Amount | Performed By |
|----------|------|--------|-------------|--------------|
| AORTA BLOOD | ETHANOL AxSYM | NEGATIVE | | B. LANDRY |
| URINE | CANNABINOIDS AxSYM * | POSITIVE | | B. LANDRY |
| URINE | COCAINE AxSYM | NEGATIVE | | B. LANDRY |
| URINE | OPIATES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | AMPHETAMINES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | BENZODIAZEPINES AxSYM | NEGATIVE | | B. LANDRY |
| AORTA BLOOD | CARBON MONOXIDE | POSITIVE | 1.8% | B. LANDRY |
| URINE | NAPROXEN | POSITIVE | | S. BOTCH |
| URINE | ACETAMINOPHEN | POSITIVE | | S. BOTCH |

*THIS SCREEN IS NOT CONFIRMED

Report Prepared By: _____

Approved By: _____

Approved Date: 4/12/11

# Toxicology M.E. Request Form

Name: **Mechelle Danielle Gandy**
M.E. Case Number: **1103616**
Date of Death/Found: **3/20/2011 10:38:00 PM**
Prosector: **Shiping  Bao, M.D.**
Hospital Name:

Tox Number: **1100607**
Date of Inquest: **3/21/2011 2:49:48 PM**
Hospitalization: **No**
Medications: **No**
Priority: **2**

Test Requested:
(x) **ABN Screen**
(x) **Amphetamine and Benzodiazepines Screen**
(x) **Ethanol**
(x) **Opiates, THC, Cocaine Screen**

Remarks:

Specimens Submitted

| Description | Amount | ItemNumber | |
|---|---|---|---|
| **Blood, Aorta** | **30.00 Milliliters** | 110321107 ✔ | 1 1 0 3 2 1 1 0 7 |
| **Urine** | **30.00 Milliliters** | 110321108 ✔ | 1 1 0 3 2 1 1 0 8 |
| **Vitreous Humor** | **5.00 Milliliters** | 110321109 ✔ | 1 1 0 3 2 1 1 0 9 |

Cause of Death: **MULTIPLE STAB WOUNDS**
Method of Death: **HOMICIDE**

Released By: ~~R. GLYNN DILL~~    Date: 3-22-11 @830

Received By: _[signature]_    Date: 3-22-11 @0835

**NMS Labs** **CONFIDENTIAL**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

## Toxicology Report

| | | | |
|---|---|---|---|
| **Report Issued** | 11/21/2011 08:34 | **Patient Name** | GANDY, MECHELLE |
| **Last Report Issued** | 11/17/2011 16:00 | **Patient ID** | ME#1103616 |
| | | **Chain** | 11062971 |
| **To: 10147** | | **Age** | 26 Y |
| Tarrant County Medical Examiner | | **Gender** | Female |
| Office of the Medical Examiner | | **Workorder** | 11314807 |
| 200 Feliks Gwozdz Place | | | |
| Fort Worth, TX  761044919 | | Page 1 of 2 | |

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | Aortic Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 1002B | Carbon Monoxide Exposure Biouptake Screen, Blood |
| 1380B | Cyanide, Blood |

### Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 4 mL | 03/21/2011 11:00 | Aortic Blood | |

All sample volumes/weights are approximations.

Specimens received on 11/11/2011.

v.8

**NMS**
LABS

CONFIDENTIAL

| Workorder | 11314807 |
| Chain | 11062971 |
| Patient ID | ME#1103616 |

Page 2 of 2

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | 2.0 | 001 - Aortic Blood | SP |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

**Reference Comments:**

1.  Carboxyhemoglobin (COHb) - Aortic Blood:

    Hemoglobin is a protein found in red blood cells that is responsible for the oxygen carrying capacity of blood. In normal conditions, hemoglobin receives oxygen via blood circulation through the lungs and delivers the oxygen to tissues and organs throughout the body. In situations where the inspired air is high in carbon monoxide concentration, the hemoglobin then binds the carbon monoxide in place of oxygen. This leads to a functional deficiency in oxygen delivery to the organs and tissues of the body.

    Measurement of carbon monoxide hemoglobin saturation gives an indication of the carbon monoxide concentration in the inspired air and its possible sequelae. Normal endogenous carboxyhemoglobin levels are generally up to 4% in non-smokers and up to 8% in smokers (although it may be higher); toxic symptoms may be noted at levels >10%. Concentrations over 10% saturation have been reported to produce adverse effects, e.g., headache and nausea. Deaths from carbon monoxide, in the absence of resuscitative measures, generally have associated carboxyhemoglobin levels >40%. However, individuals with a compromised cardiovascular system are at a potentially greater risk of toxic effects at much lower carbon monoxide hemoglobin saturation values.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 11314807 was electronically signed on 11/17/2011 15:32 by:

Laura M. Labay, Ph.D., DABFT, DABCC-TC
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

Acode 1002B - Carbon Monoxide Exposure Biouptake Screen, Blood - Aortic Blood

   -Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | 2.0 % | | |

Acode 1380B - Cyanide, Blood - Aortic Blood

   -Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Cyanide | N/A | | |

   **Testing Not Performed:** Test was canceled due to [Sample Matrix Problem].

v.8



UNIVERSITY of NORTH TEXAS
HEALTH SCIENCE CENTER at Fort Worth
★
Education, Research,
Patient Care and Service

## Missing Persons DNA Database Report

March 28, 2011

**UNTCHI Case Number 1:   11-0547**
**UNTCHI Case Number 2:   11-0548**

**Submitting Agency:**
Roger Metcalf, DDS
Tarrant County Medical Examiner
200 Feliks Gwozdz Place
Fort Worth, TX 76104

*received   c'd 3/30/2011 (RM)*

Agency Case Numbers: 1103616, 1103617
NCIC Number: Not provided
NamUs Number: Not provided

### ITEMS RECEIVED

Received from Roger Metcalf, DDS on March 23, 2011:

**11-0547.1**   Family Reference Sample, **Mechelle Gandy**, representing the mother of a missing person, **Asher Olivas**

**11-0548.1**   Unidentified Remains Sample, blood card

### TESTING PERFORMED

Human DNA extracted from item **11-0548.1** was analyzed for thirteen (13) genetic loci using the Applied Biosystems AmpFℓSTR Profiler Plus ID and COfiler systems; human DNA extracted from item **11-0547.1** was analyzed for fifteen (15) genetic loci using the Applied Biosystems AmpFℓSTR Identifiler system.

The genetic data obtained from items **11-0548.1** and **11-0547.1** were uploaded into the *Unidentified Human (Remains)* and *Relatives of Missing Person* indices of the Combined DNA Index System (CODIS). An association between these samples was noted.

Texas College of Osteopathic Medicine • Graduate School of Biomedical Sciences • School of Public Health • School of Health Professions
Institutes for Discovery • University of North Texas Physicians Group

3500 Camp Bowie Boulevard, Fort Worth, Texas 76107-2699 • 817-735-2000
An EEO/Affirmative Action Institution

March 28, 2011
UNTCHI Case Numbers: 11-0547, 11-0548
Agency Case Numbers: 1103616, 1103617
Missing Persons DNA Database Report

## RESULTS

The genetic data obtained from items **11-0548.1** and **11-0547.1** are consistent with the unidentified human remains belonging to a biological child of **Mechelle Gandy**.

These genetic data (autosomal STRs) are approximately **1.1 million times more likely** to be observed under the scenario that the unidentified remains originated from a biological child of **Mechelle Gandy** as opposed to the unidentified remains originating from an unrelated individual from one of the three major U.S. population groups (African American, Caucasian and Southwestern Hispanic).[1]

The submission of additional first-order relatives could significantly increase the above statistical calculation.  If additional statistical weight is needed, please contact the laboratory to determine which first-order relatives would provide the most informative comparisons.

Investigators are strongly encouraged to evaluate all associated case information in addition to the provided genetic results before declaring identity of the remains.

In the event that an identification is rendered by the appropriate legal authority, a copy of the death certificate must be submitted to the laboratory so that all genetic data obtained from the associated family reference sample(s) can be expunged from the CODIS database.

The remainder of the reference items and a portion of the submitted remains will be maintained by the UNT Center for Human Identification laboratory.  Remaining items will be returned to the original submitting agency.

In the event that you have any questions or if we can be of further assistance, please feel free to contact the laboratory at 817-735-2143.

The above is the opinion of the undersigned, and this report shall not be reproduced without verbal or written permission.

[1] Allele frequency data obtained from Budowle et.al, J Forensic Sci 1999; 44(6):1277-1286.

Sincerely,

Dixie Peters
Technical Leader
UNT Center for Human ID

Krystle Rodriguez
Forensic Analyst/Report Reviewer
UNT Center for Human ID

End of Report



**Case #:**   1103616

| | |
|---|---|
| **Exhibit #:** | **County:**   Tarrant |
| **Deceased Name:** | Mechelle D. Gandy |
| **Item** | Human Remains 3/21/2011 |



*1103616*

## OFFICE OF THE CHIEF MEDICAL EXAMINER
## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT

**200 Feliks Gwozdz Place**
**Fort Worth, Texas 76104-4919**
**Phone: 817-920-5700     Fax: 817-920-5713**

Date: _3-22-2011_

This authorizes the Tarrant County Medical Examiner's District, Fort Worth,

Texas, to deliver the remains of: _Mechelle Gandy_

to the _Wade Family_ funeral home.

Please complete funeral home information below:

Address: _4140 W. Pioneer Pkwy_ City: _Arlington_

Phone: _817-274-9237_ Fax: _____ State/ZIP: _Tx 76013_

Authorization is also given to the above named funeral home, or its designated agents, to remove the said deceased to their place of business to care for, and prepare for disposition in accordance with professional standards.

Funeral home is authorized to receive valuables:  ( ) Yes    ( ) No

_Georgia Hicks_
Signature

_Georgia Hicks_
Printed Name

_Grandma_
Relationship to deceased

Note: Cash over $50.00 must be picked up in person by decedent's next-of-kin.

ME-23
GPC-1953
Rev. 10/09

Funeral HM _Wade FH_

Print name _Charles White_

Date _3/23/11_ Time _1:45 PM_

Clothing   (Y / **N**)  Property  (Y / N)

TCME sign _____

**TARRANT COUNTY MEDICAL EAMINER'S OFFICE**
200 Feliks Gwozdz Place
Fort Worth, Texas 76104-4949

| Case Information | |
|---|---|
| Case Number | 1103616 |
| Case Type | Jurisdiction |
| Decedent's Name | Mechelle Danielle Gandy |
| Race | White |
| Age | 26 |
| Sex | F |
| Date of Death | 3/20/2011 10:38:00 PM |
| Case Note | |

| Exhibit Number | 1 | Description | Human remains,No Clothing |
|---|---|---|---|
| Note: | | | |

| Date And Time | Relinquisher | Receiver |
|---|---|---|
| 3/21/2011 04:16:57 | Al Davis | James Greenwell |
| 3/21/2011 04:16:57 | James Greenwell | Morgue Incoming Fridge |
| 3/23/2011 13:45 | Morgue Incoming Fridge | Ronnie Redic |
| 3/23/2011 13:45 | Ronnie Redic | CHARLES  WHITE |



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700  FAX (817) 920-5713

# AUTOPSY REPORT

**Name: Mechelle D. Gandy**
**Approximate Age: 26 Years**
**Height: 67 Inches**

**CASE NO: 1103616**
**Sex: Female**
**Weight: 267.6 Pounds**

I hereby certify that on the **21st** day of **March, 2011**, beginning at **1100** hours, I, **Shiping Bao, M.D.**, pursuant to Statute 49.25 of Texas Criminal Code, performed a complete autopsy on the body of **Mechelle D. Gandy** at the Tarrant County Medical Examiner's District Morgue in Fort Worth, Texas and upon investigation of the essential facts concerning the circumstances of the death and history of the case as known to me, I am of the opinion that the findings, cause and manner of death are as follows:

**FINDINGS:**

| | |
|---|---|
| I. | Pronounced dead at the scene after found unresponsive in a burning apartment |
| II. | No medical history reported |
| III. | Body covered by soot with no thermal burn identified |
| IV. | No soot identified in larynx or trachea |
| V. | Postmortem chemical burns on neck and shoulders |
| VI. | Seven stab wounds identified on back, 4 of which penetrating posterior pleural cavities, with penetration/perforation of right middle lobe, right lower lobe, and left lower lobe of lungs |
| VII. | Four stab wounds identified on right chest and right anterior shoulder, 2 of which penetrating right anterior pleural cavity, with penetration of right ventricle of heart |
| VIII. | Three superficial incised wounds on left neck and forearm |
| IX. | A 1.5" x 1.0" contusion lateral to left eye |
| X. | Approximately 100 ml of blood in each pleural cavity |
| XI. | Collapse of all lobes of lungs |
| XII. | Cholelithiasis |
| XIII. | Trace evidence and right 4th anterior rib collected |

**CAUSE OF DEATH:      MULTIPLE STAB WOUNDS**

**MANNER OF DEATH:   HOMICIDE**

_____                **Shiping Bao, M.D.**
                    **Signature**                **Deputy Medical Examiner**

**Novella Young**

| | |
|---|---|
| **From:** | Darin Niederhaus [Darin.Niederhaus@arlingtontx.gov] |
| **Sent:** | Wednesday, April 06, 2011 2:08 PM |
| **To:** | Novella Young |
| **Subject:** | ME Findings AFD #11-00007642 |

Novella,

 I am one of the investigators on a double fatality homicide/fire.  I am wanting to know the final or preliminary report on Gandy, Michelle 26 y/o W/F and Olivas, Asher 1 y/o W/M.

Also, we requested for Olivas and Gandy to be checked for ignitable liquids.  Can you confirm for us if this happened?

Thanks for your help!

Darin L. Niederhaus & K9 "Brickman"

Deputy Fire Marshal
Arson/EOD Unit
Arlington Fire Department
(O) 817/ 459-5528
(F) 817/ 459-5521

*"Terrorists need to be right once. We need to be right 100% of the time." --Former President George W. Bush*

1

1103616

**Novella Young**

| | |
|---|---|
| **From:** | Novella Young |
| **Sent:** | Thursday, April 07, 2011 8:04 AM |
| **To:** | 'Darin Niederhaus' |
| **Subject:** | FW: ME Findings AFD #11-00007642 |
| | |
| **Importance:** | High |

Trace was requested on these cases.  Report on Gandy was sent.  Report on Olivas is pending completion by Dr. Bao.

*Novella Young*
*Custodian of Records*
*Tarrant County Medical Examiner*
*200 Feliks Gwozdz Place*
*Fort Worth, TX 76104-4919*
*(817)920-5700 x143  voice*
*(817)920-5713       facsimile*
*nyoung@tarrantcounty.com*

---

**From:** Darin Niederhaus [mailto:Darin.Niederhaus@arlingtontx.gov]
**Sent:** Wednesday, April 06, 2011 2:08 PM
**To:** Novella Young
**Subject:** ME Findings AFD #11-00007642

Novella,

 I am one of the investigators on a double fatality homicide/ fire.  I am wanting to know the final or preliminary report on Gandy, Michelle 26 y/o W/F and Olivas, Asher 1 y/o W/M.

Also, we requested for Olivas and Gandy to be checked for ignitable liquids.  Can you confirm for us if this happened?

Thanks for your help!

Darin L. Niederhaus & K9 "Brickman"

Deputy Fire Marshal
Arson/EOD Unit
Arlington Fire Department
(O) 817/ 459-5528
(F) 817/ 459-5521

*"Terrorists need to be right once. We need to be right 100% of the time." --Former President George W. Bush*

1

**Novella Young**

| | |
|---|---|
| **From:** | Byron Stewart [Byron.Stewart@arlingtontx.gov] |
| **Sent:** | Wednesday, April 06, 2011 10:10 AM |
| **To:** | Novella Young |
| **Subject:** | Autopsy Report, Investigator Report and CD of Photos |

*Novella, may I get the reports from ME# 1103617-Asher Olivas and ME# 1103616-Mechelle Gandy.*

Thanks

Detective: Byron Stewart #1362
Homicide Unit
Arlington Police Department
620 W. Division Street  Arlington Texas, 76004-1065
817 459-5691-Office
817 459-5323-Fax
817 287-8345-Cell
byron.stewart@arlingtontx.gov

1

**Novella Young**

| | |
|---|---|
| **From:** | Novella Young |
| **Sent:** | Thursday, April 07, 2011 8:09 AM |
| **To:** | 'Byron Stewart' |
| **Subject:** | FW: Autopsy Report, Investigator Report and CD of Photos |

**Importance:**     High

The report on Gandy was sent to you on 3/31.  The report on Olivas is pending completion by Dr. Shiping Bao.

*Novella Young*
*Custodian of Records*
*Tarrant County Medical Examiner*
*200 Feliks Gwozdz Place*
*Fort Worth, TX  76104-4919*
*(817)920-5700 x143  voice*
*(817)920-5713       facsimile*
*nyoung@tarrantcounty.com*

---

**From:** Byron Stewart [mailto:Byron.Stewart@arlingtontx.gov]
**Sent:** Wednesday, April 06, 2011 10:10 AM
**To:** Novella Young
**Subject:** Autopsy Report, Investigator Report and CD of Photos

*Novella, may I get the reports from ME# 1103617-Asher Olivas and ME# 1103616-Mechelle Gandy.*

Thanks

Detective: Byron Stewart #1362
Homicide Unit
Arlington Police Department
620 W. Division Street  Arlington Texas, 76004-1065
817 459-5691-Office
817 459-5323-Fax
817 287-8345-Cell
byron.stewart@arlingtontx.gov

1

**Novella Young**

| | |
|---|---|
| **From:** | Darin Niederhaus [Darin.Niederhaus@arlingtontx.gov] |
| **Sent:** | Thursday, April 07, 2011 11:09 AM |
| **To:** | Novella Young |
| **Subject:** | RE: *T110361 |

*Received.*
*Thank you,*

Darin L. Niederhaus & K9 "Brickman"
Deputy Fire Marshal
Arson/EOD Unit
Arlington Fire Department
(O) 817/ 459-5528
(F) 817/ 459-5521
*"Terrorists need to be right once. We need to be right 100% of the time." --Former President George W. Bush*

**From:** Novella Young [mailto:NYoung@TarrantCounty.com]
**Sent:** Thursday, April 07, 2011 8:01 AM
**To:** Darin Niederhaus
**Subject:** *T110361
**Importance:** High

## Toxicology pending. Please confirm receipt of this attachment.

**Novella Young**

| | |
|---|---|
| **From:** | Darin Niederhaus [Darin.Niederhaus@arlingtontx.gov] |
| **Sent:** | Thursday, April 07, 2011 11:09 AM |
| **To:** | Novella Young |
| **Subject:** | RE: ME Findings AFD #11-00007642 |

*When you say Gandy report was sent who was it sent to?*

Darin L. Niederhaus & K9 "Brickman"
Deputy Fire Marshal
Arson/EOD Unit
Arlington Fire Department
(O) 817/ 459-5528
(F) 817/ 459-5521
*"Terrorists need to be right once. We need to be right 100% of the time." --Former President George W. Bush*

---

**From:** Novella Young [mailto:NYoung@TarrantCounty.com]
**Sent:** Thursday, April 07, 2011 8:04 AM
**To:** Darin Niederhaus
**Subject:** FW: ME Findings AFD #11-00007642
**Importance:** High

Trace was requested on these cases.  Report on Gandy was sent.  Report on Olivas is pending completion by Dr. Bao.

*Novella Young*
*Custodian of Records*
*Tarrant County Medical Examiner*
*200 Feliks Gwozdz Place*
*Fort Worth, TX 76104-4919*
*(817)920-5700 x143 voice*
*(817)920-5713      facsimile*
*nyoung@tarrantcounty.com*

---

**From:** Darin Niederhaus [mailto:Darin.Niederhaus@arlingtontx.gov]
**Sent:** Wednesday, April 06, 2011 2:08 PM
**To:** Novella Young
**Subject:** ME Findings AFD #11-00007642

Novella,

 I am one of the investigators on a double fatality homicide/ fire.  I am wanting to know the final or preliminary report on Gandy, Michelle 26 y/o W/F and Olivas, Asher 1 y/o W/M.

1

Also, we requested COSISAS and Gandy to be Checked for right lubricants to confirm for what happened?

Thanks for your help!

Darin L. Niederhaus & K9 "Brickman"

Deputy Fire Marshal
Arson/EOD Unit
Arlington Fire Department
(O) 817/ 459-5528
(F) 817/ 459-5521

*"Terrorists need to be right once. We need to be right 100% of the time." --Former President George W. Bush*

**Novella Young**

| | |
|---|---|
| **From:** | Byron Stewart [Byron.Stewart@arlingtontx.gov] |
| **Sent:** | Thursday, April 07, 2011 9:48 AM |
| **To:** | Novella Young |
| **Subject:** | Re: *T1103616 |

Thanks again Novella!


Sent from my iPhone

On Apr 7, 2011, at 9:30 AM, "Novella Young" <NYoung@TarrantCounty.com> wrote:

> E-mailed previously on 3/31.  Toxicology pending.  Confirm receipt.
> <scan1029.pdf>

**Novella Young**

| | |
|---|---|
| **From:** | Byron Stewart [Byron.Stewart@arlingtontx.gov] |
| **Sent:** | Thursday, April 07, 2011 9:28 AM |
| **To:** | Novella Young |
| **Subject:** | RE: Autopsy Report, Investigator Report and CD of Photos |

Novella, if Gandy report was mailed then I do not have it.  It could be caught up with our mail people.  Do you mind emailing it?  Thanks

-----Original Message-----
From: Novella Young [mailto:NYoung@TarrantCounty.com]
Sent: Thursday, April 07, 2011 8:09 AM
To: Byron Stewart
Subject: FW: Autopsy Report, Investigator Report and CD of Photos
Importance: High

The report on Gandy was sent to you on 3/31.  The report on Olivas is pending completion by Dr. Shiping Bao.

Novella Young

Custodian of Records

Tarrant County Medical Examiner

200 Feliks Gwozdz Place

Fort Worth, TX  76104-4919

(817)920-5700 x143  voice

(817)920-5713          facsimile

nyoung@tarrantcounty.com <mailto:nyoung@tarrantcounty.com>

From: Byron Stewart [mailto:Byron.Stewart@arlingtontx.gov]
Sent: Wednesday, April 06, 2011 10:10 AM
To: Novella Young
Subject: Autopsy Report, Investigator Report and CD of Photos

Novella, may I get the reports from ME# 1103617-Asher Olivas and ME# 1103616-Mechelle Gandy.

Thanks

1

Detective: Byron Stewart #1362

Homicide Unit

Arlington Police Department

620 W. Division Street  Arlington Texas, 76004-1065

817 459-5691-Office

817 459-5323-Fax

817 287-8345-Cell

byron.stewart@arlingtontx.gov

**Novella Young**

| | |
|---|---|
| **From:** | Darin Niederhaus [Darin.Niederhaus@arlingtontx.gov] |
| **Sent:** | Friday, April 15, 2011 1:53 PM |
| **To:** | Novella Young |
| **Subject:** | Re: Emailing: Approved_File_4_1103616ToxicologyLabDoc41096492306.pdf |

Received

D

Sent from my iPhone

On Apr 15, 2011, at 1:47 PM, "Novella Young" <NYoung@TarrantCounty.com> wrote:

## Confirm receipt.

<Approved_File_4_1103616ToxicologyLabDoc41096492306.pdf>

**Novella Young**

| | |
|---|---|
| **From:** | Byron Stewart [Byron.Stewart@arlingtontx.gov] |
| **Sent:** | Friday, April 15, 2011 10:15 AM |
| **To:** | Novella Young |
| **Subject:** | RE: *T1103616 (toxicology report) |

Not sure if I confirmed or not but Thanks, I got it

-----Original Message-----
From: Novella Young [mailto:NYoung@TarrantCounty.com]
Sent: Wednesday, April 13, 2011 3:22 PM
To: Byron Stewart
Subject: *T1103616 (toxicology report)
Importance: High

Please confirm receipt.

**Novella Young**

| | |
|---|---|
| **From:** | Ashley D. Fourt |
| **Sent:** | Thursday, April 21, 2011 10:28 AM |
| **To:** | Novella Young |
| **Subject:** | RE: *T1103616 |

Got it disregard my previous email.

Ashley D. Fourt
Assistant District Attorney-Civil Division
Tarrant County District Attorney's Office
401 W. Belknap
Fort Worth, Texas 76196

CONFIDENTIALITY NOTICE: This electronic transmission contains, or may contain, information of a sensitive and confidential nature. The information contained in this transmission may contain information that is privileged as attorney work product and it may contain information that is within the attorney-client privilege. THIS ELECTRONIC TRANSMISSION IS INTENDED SOLELY FOR VIEWING BY THE RECIPIENT(S) NAMED ABOVE. If you receive this transmission, but you are not a named recipient, please notify the sender by replying to the e-mail from your computer, then delete the e-mail from your computer, system and/or server. If you are unsure whether you are an intended recipient of this e-mail, please contact the Tarrant County District Attorney's Office at (817) 884-1233.

**From:** Novella Young
**Sent:** Thursday, April 21, 2011 10:02 AM
**To:** Ashley D. Fourt
**Subject:** *T1103616
**Importance:** High

## Please confirm receipt.

**Novella Young**

| | |
|---|---|
| **From:** | Ashley D. Fourt |
| **Sent:** | Thursday, April 21, 2011 10:27 AM |
| **To:** | Novella Young |
| **Subject:** | RE: Media Requests |

Got it

Ashley D. Fourt
Assistant District Attorney-Civil Division
Tarrant County District Attorney's Office
401 W. Belknap
Fort Worth, Texas 76196

CONFIDENTIALITY NOTICE: This electronic transmission contains, or may contain, information of a sensitive and confidential nature. The information contained in this transmission may contain information that is privileged as attorney work product and it may contain information that is within the attorney-client privilege. THIS ELECTRONIC TRANSMISSION IS INTENDED SOLELY FOR VIEWING BY THE RECIPIENT(S) NAMED ABOVE. If you receive this transmission, but you are not a named recipient, please notify the sender by replying to the e-mail from your computer, then delete the e-mail from your computer, system and/or server. If you are unsure whether you are an intended recipient of this e-mail, please contact the Tarrant County District Attorney's Office at (817) 884-1233.

**From:** Novella Young
**Sent:** Thursday, April 21, 2011 10:17 AM
**To:** Ashley D. Fourt
**Subject:** Media Requests
**Importance:** High

# Confirm receipt.

# NMS LABS

**CONFIDENTIAL**

NMS Labs

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director



## Toxicology Report

**Report Issued**  11/21/2011 08:34
**Last Report Issued**  11/17/2011 16:00

**To:**  **10147**
Tarrant County Medical Examiner
Office of the Medical Examiner
200 Feliks Gwozdz Place
Fort Worth, TX  761044919

| | |
|---|---|
| **Patient Name** | GANDY, MECHELLE |
| **Patient ID** | ME#1103616 |
| **Chain** | 11062971 |
| **Age** | 26 Y |
| **Gender** | Female |
| **Workorder** | 11314807 |

Page 1 of 2

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | Aortic Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 1002B | Carbon Monoxide Exposure Biouptake Screen, Blood |
| 1380B | Cyanide, Blood |

### Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 4 mL | 03/21/2011 11:00 | Aortic Blood | |

All sample volumes/weights are approximations.
Specimens received on 11/11/2011.

v.8

# NMS
LABS

| | |
|---|---|
| Workorder | 11314807 |
| Chain | 11062971 |
| Patient ID | ME#1103616 |

Page 2 of 2

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | 2.0 | 001 - Aortic Blood | SP |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1.  Carboxyhemoglobin (COHb) - Aortic Blood:

    Hemoglobin is a protein found in red blood cells that is responsible for the oxygen carrying capacity of blood. In normal conditions, hemoglobin receives oxygen via blood circulation through the lungs and delivers the oxygen to tissues and organs throughout the body. In situations where the inspired air is high in carbon monoxide concentration, the hemoglobin then binds the carbon monoxide in place of oxygen. This leads to a functional deficiency in oxygen delivery to the organs and tissues of the body.

    Measurement of carbon monoxide hemoglobin saturation gives an indication of the carbon monoxide concentration in the inspired air and its possible sequelae. Normal endogenous carboxyhemoglobin levels are generally up to 4% in non-smokers and up to 8% in smokers (although it may be higher); toxic symptoms may be noted at levels >10%. Concentrations over 10% saturation have been reported to produce adverse effects, e.g., headache and nausea. Deaths from carbon monoxide, in the absence of resuscitative measures, generally have associated carboxyhemoglobin levels >40%. However, individuals with a compromised cardiovascular system are at a potentially greater risk of toxic effects at much lower carbon monoxide hemoglobin saturation values.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 11314807 was electronically
signed on 11/17/2011 15:32 by:

Laura M. Labay, Ph.D., DABFT, DABCC-TC
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

Acode 1002B - Carbon Monoxide Exposure Biouptake Screen, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | 2.0 % | | |

Acode 1380B - Cyanide, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Cyanide | N/A | | |

**Testing Not Performed:** Test was canceled due to [Sample Matrix Problem].

**Checklist for case #** Λ 1103616

**Court Order to Hold Records** _____

**MI Documents:**                                    **OTHER:**
Investigator Reports          ✓          Drivers License          _____
Investigator Narrative
Cause of Death Report      _____          Photo Records:
                                            Transmittal Request for
                                            Duplicates          _____

**MI Type of Death Report:**
Motor Vehicle        _____          Photo Scene          ✓
Pedestrian           _____          Photo Morgue        _____
Hanging              _____
Suicide              _____
Report of Identification _____
Fingerprint Analysis _____          Police Report          _____

**ME DOCUMENTS:**                          Medical Records          _____
Neuropathology Report    _____
Autopsy Transcription    ✓
Diagrams/Notes           _____          Outside Lab Records     _____
Death Certificate        ✓
Contagious Disease Lt    _____          X-Ray/Dental Records    _____
Amended Death Certificate _____
Waiver of Autopsy        ✓          Affidavits          _____
**Toxicology Report**    ✓
**Toxicology Request**   ✓          Family Request Letters    _____

**All Crime Lab Reports:**
Firearms Report      _____
GSR                  _____
Trace                _____
Anthropology         _____
Forensic Labs        _____
Chain of Custody     _____
Property Release     _____
Medication Log       _____
Family Release (white) ✓
Funeral Home Release (pink) _____
Notification of Property _____
Cremation Authorization _____

1103616 1103616 No trial date yet # Miles Brissette DA-

**Autopsy Report Release to:**                          **Date**

Arlington Police Department / Byron Stewart          3/31/11
Arlington Police Department / Karin Niederhaus       4/7/11
TCDA Ashley D. Feurt                                 4/19/11
Grand Jury Carlie Jones                              10/11/12

Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

## Toxicology Report

**Report Issued**   11/17/2011 16:00

**To:** **10147**
Tarrant County Medical Examiner
Office of the Medical Examiner
200 Feliks Gwozdz Place
Fort Worth, TX  761044919

| | |
|---|---|
| **Patient Name** | GANDY, MECHELLE |
| **Patient ID** | ME#1103616 |
| **Chain** | 11062971 |
| **Age** | 26 Y |
| **Gender** | Female |
| **Workorder** | 11314807 |

**Page 1 of 2**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | Aortic Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 1002B | Carbon Monoxide Exposure Biouptake Screen, Blood |
| 1380B | Cyanide, Blood |

### Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 4 mL | 03/21/2011 11:00 | Aortic Blood | |

All sample volumes/weights are approximations.

Specimens received on 11/11/2011.

v.8

**Page 2 of 2**

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Carboxyhemoglobin | 8.4 | % | 2.0 | 001 - Aortic Blood | SP |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Carboxyhemoglobin (COHb) - Aortic Blood:

    Hemoglobin is a protein found in red blood cells that is responsible for the oxygen carrying capacity of blood. In normal conditions, hemoglobin receives oxygen via blood circulation through the lungs and delivers the oxygen to tissues and organs throughout the body. In situations where the inspired air is high in carbon monoxide concentration, the hemoglobin then binds the carbon monoxide in place of oxygen. This leads to a functional deficiency in oxygen delivery to the organs and tissues of the body.

    Measurement of carbon monoxide hemoglobin saturation gives an indication of the carbon monoxide concentration in the inspired air and its possible sequelae. Normal endogenous carboxyhemoglobin levels are generally up to 4% in non-smokers and up to 8% in smokers (although it may be higher); toxic symptoms may be noted at levels >10%. Concentrations over 10% saturation have been reported to produce adverse effects, e.g., headache and nausea. Deaths from carbon monoxide, in the absence of resuscitative measures, generally have associated carboxyhemoglobin levels >40%. However, individuals with a compromised cardiovascular system are at a potentially greater risk of toxic effects at much lower carbon monoxide hemoglobin saturation values.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 11314807 was electronically signed on 11/17/2011 15:32 by:

Laura M. Labay, Ph.D., DABFT, DABCC-TC
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

Acode 1002B - Carbon Monoxide Exposure Biouptake Screen, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | 2.0 % | | |

Acode 1380B - Cyanide, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Cyanide | N/A | | |

**Testing Not Performed:** Test was canceled due to [Sample Matrix Problem].

**Novella Young**

| | |
|---|---|
| **From:** | Darin Niederhaus [Darin.Niederhaus@arlingtontx.gov] |
| **Sent:** | Tuesday, April 19, 2011 10:04 AM |
| **To:** | Novella Young |
| **Subject:** | Re: *T1103617 |

Received

D

Sent from my iPhone

On Apr 19, 2011, at 9:44 AM, "Novella Young" <NYoung@TarrantCounty.com> wrote:

>
>
> Novella Young
> Custodian of Records
> Tarrant County Medical Examiner
> 200 Feliks Gwozdz Place
> Fort Worth, TX  76104-4919
> (817)920-5700 x143  voice
> (817)920-5713          facsimile
> nyoung@tarrantcounty.com<mailto:nyoung@tarrantcounty.com>
>
> From: Novella Young
> Sent: Tuesday, April 19, 2011 9:35 AM
> To: 'Byron Stewart'
> Subject: *T1103617
> Importance: High
>
> Please confirm receipt of this attachment.
> <scan1112.pdf>

**Novella Young**

| | |
|---|---|
| **From:** | Byron Stewart [Byron.Stewart@arlingtontx.gov] |
| **Sent:** | Tuesday, April 19, 2011 10:36 AM |
| **To:** | Novella Young |
| **Subject:** | RE: *T1103617 |

Thanks Novella, I got it

-----Original Message-----
From: Novella Young [mailto:NYoung@TarrantCounty.com]
Sent: Tuesday, April 19, 2011 9:35 AM
To: Byron Stewart
Subject: *T1103617
Importance: High

Please confirm receipt of this attachment.

**Novella Young**

| | |
|---|---|
| From: | Ashley D. Fourt |
| Sent: | Thursday, April 21, 2011 10:28 AM |
| To: | Novella Young |
| Subject: | RE: *T1103617 |

Got it what about the mom?

Ashley D. Fourt
Assistant District Attorney-Civil Division
Tarrant County District Attorney's Office
401 W. Belknap
Fort Worth, Texas 76196

CONFIDENTIALITY NOTICE: This electronic transmission contains, or may contain, information of a sensitive and confidential nature. The information contained in this transmission may contain information that is privileged as attorney work product and it may contain information that is within the attorney-client privilege. THIS ELECTRONIC TRANSMISSION IS INTENDED SOLELY FOR VIEWING BY THE RECIPIENT(S) NAMED ABOVE. If you receive this transmission, but you are not a named recipient, please notify the sender by replying to the e-mail from your computer, then delete the e-mail from your computer, system and/or server. If you are unsure whether you are an intended recipient of this e-mail, please contact the Tarrant County District Attorney's Office at (817) 884-1233.

**From:** Novella Young
**Sent:** Thursday, April 21, 2011 10:15 AM
**To:** Ashley D. Fourt
**Subject:** *T1103617
**Importance:** High

# Please confirm receipt of this attachment.

**Novella Young**

| | |
|---|---|
| **From:** | Novella Young |
| **Sent:** | Monday, August 29, 2011 8:20 AM |
| **To:** | 'Long,Tami R (DFPS)' |
| **Subject:** | *T1103617 |
| **Attachments:** | scan2031.pdf |

**Importance:**     High

## Confirm receipt.

1



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700  FAX (817) 920-5713

# AUTOPSY REPORT

**Name: Asher Rion Olivas**
**Approximate Age: 1 Year**
**Height: 27 Inches**

**CASE NO: 1103617**
**Sex: Male**
**Weight: 19.6 Pounds**

I hereby certify that on the **22nd** day of **March, 2011,** beginning at **0900** hours, I, **Shiping Bao, M.D.,** pursuant to Statute 49.25 of Texas Criminal Code, performed a complete autopsy on the body of **Asher Rion Olivas** at the Tarrant County Medical Examiner's District Morgue in Fort Worth, Texas and upon investigation of the essential facts concerning the circumstances of the death and history of the case as known to me, I am of the opinion that the findings, cause and manner of death are as follows:

## FINDINGS:

I. Found dead in a burning apartment
II. No medical history reported
III. A severely burned child's body covered by soot
IV. Right skull burned away with exposure of brain tissues
V. Right forearm and lower leg burned away
VI. Right lower chest and right abdominal walls burned away with exposure of organs
VII. No blunt force or sharp force trauma could be identified on external examination
VIII. No blunt force or sharp force injuries identified on internal organs
IX. No soot identified in larynx or trachea
X. Negative on postmortem toxicology study including carbon monoxide

Page 2 of 5

_____1103617
Asher Rion Olivas

**CAUSE OF DEATH:    THERMAL BURNS**

**MANNER OF DEATH:   HOMICIDE**

**COMMENT:** Due to severe burns to head and face, suffocation or head trauma could not be ruled out.

_____
Signature

**Shiping Bao, M.D.**
*Deputy Medical Examiner*

_____
Signature

**Nizam Peerwani, M.D.**
*Chief Medical Examiner*

_____
Signature

**Marc Krouse, M.D.**
*Chief Deputy Medical Examiner*

_____
Signature

**Gary L. Sisler, D.O.**
*Deputy Medical Examiner*

_____
Signature

**Lloyd White, M.D., Ph.D.**
*Deputy Medical Examiner*

Page 3 of 5

_____1103617
Asher Rion Olivas

A complete autopsy is carried out at the Tarrant County Medical Examiner's Morgue.

## GROSS ANATOMIC DESCRIPTION

**I.   CLOTHING AND PERSONAL EFFECTS:** The body is presented to the Morgue wrapped in a white sheet, secured in a white body bag and clad in:
1. A burned blue shirt
2. A burned diaper

**II.   THERAPEUTIC INTERVENTION:**  None

**III.   EXTERNAL BODY DESCRIPTION:** The body is that of a severely burned child covered by soot. The right skull is burned away with exposure of brain tissues. The right forearm and lower leg are burned away. The right lower chest and right abdominal walls are burned away with exposure of organs. No blunt force or sharp force trauma could be identified on external examination. External genitalia could not be identified.

**IV.   INTERNAL EXAMINATION**

No blunt force or sharp force injuries are identified on internal organs.

**1.   INTEGUMENT:**   A Y-shaped thoracoabdominal incision is made and the organs are examined in-situ and eviscerated in the usual fashion.

**2.   SEROUS CAVITIES:** No rib, sternal, or clavicular fractures are identified.

**3.   CARDIOVASCULAR SYSTEM:** The heart weighs 59 grams and there is no chamber hypertrophy or dilatation.  The cardiac valves appear unremarkable. The coronary ostia are in the normal anatomical location leading into widely patent coronary arteries.  Right dominant circulation is present. The endocardial surface is smooth without thrombi or inflammation. Sectioning of the myocardium presents no gross evidence of ischemic changes either of recent or remote origin.   The aortic arch along with the great vessels appears grossly unremarkable.

**4.    PULMONARY SYSTEM:**  No soot is identified in larynx or trachea. The lungs appear hyperinflated and together weigh 284 grams.  Both the lungs appear severely edematous. There are no gross pneumonic lesions or abnormal masses identified.  The tracheobronchial tree and pulmonary arterial system are intact and grossly unremarkable.

**5.    GASTROINTESTINAL SYSTEM:**    The esophagus is intact with normal gastroesophageal junctions and without erosions or varices. The stomach is also normal without gastritis or ulcers, and contains food particles.  Loops of small and large bowel appear grossly unremarkable. The appendix is unremarkable.

The liver weighs 407 grams presenting a brown surface.  On sectioning the hepatic parenchyma is yellow-brown, homogeneous and congested.  The gallbladder is unremarkable containing no greenish bile. There is no cholecystitis or lithiasis.  The biliary tree is patent.  The pancreas weighs 12 grams and presents a lobulated yellow cut surface without acute or chronic pancreatitis.

**6.    GENITOURINARY SYSTEM:**  The left kidney weighs 24 grams, and the right 31 grams.  On sectioning the cortex presents a normal thickness above the medulla. The renal columns of Bertin extend between the well-demarcated pyramids and appear unremarkable. The medulla presents normal renal pyramids with unremarkable papillae. The pelvis is of normal size and lined by gray glistening mucosa. There are no calculi. Renal arteries and veins are normal. The ureters are of normal caliber lying in their course within the retroperitoneum and draining into an unremarkable urinary bladder containing approximately 2.0 mL of urine.

External genitalia could not be identified. The prostate is unremarkable.

**7.    HEMATOPOIETIC SYSTEM:**  The spleen weighs 74 grams, presenting a gray-pink intact capsule and a dark red parenchyma.  There is no lymphadenopathy.  The thymus gland is unremarkable.

**8.    ENDOCRINE SYSTEM:**  Thyroid gland is of normal size and shape, presenting two well-defined lobes with connecting isthmus and a beefy brown cut-surface. There are no goitrous changes or adenomas present. The adrenal glands are of normal size and shape and sectioning presents no gross pathological lesions.

**9.    CENTRAL NERVOUS SYSTEM:**    A scalp incision, craniotomy and evacuation of the brain are carried out in the usual fashion.

Page 5 of 5

_____1103617
Asher Rion Olivas

The brain weighs 761 grams and is fragmented on examination. No blunt force or sharp force injuries could be identified. Spinal cord is not examined.

## SPECIMENS AND EVIDENCE COLLECTED

1.    20 mL of aortic blood and 2 mL of urine for further examination
2.    Representative tissue sections in formalin for possible further examination
3.    Blood cards
4.    Representative photographs
5.    2 X-ray films


EDC:  05/21/11
Completed:  04/13/11
SB/akc

# Toxicology Test Results

Office of Chief Medical Examiner
Toxicology Laboratory Service
200 Feliks Gwozdz Place
Fort Worth, Texas 76104
Name: **Asher Rion Olivas**

Case Number: **1103617**
Toxicology Work Number: **1100614**

Nizam Peerwani, M.D., DABFP
Chief Medical Examiner
Susan R. Howe, PH.D., DABFT
Acting Chief Toxicologist
Priority: **0**

Service Request Number: **004**

| Specimen | Drug | Result | Drug Amount | Performed By |
|---|---|---|---|---|
| AORTA BLOOD | ETHANOL AxSYM | NEGATIVE | | B. LANDRY |
| URINE | CANNABINOIDS AxSYM | NEGATIVE | | B. LANDRY |
| URINE | COCAINE AxSYM | NEGATIVE | | B. LANDRY |
| URINE | OPIATES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | AMPHETAMINES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | BENZODIAZEPINES AxSYM | NEGATIVE | | B. LANDRY |
| AORTA BLOOD | CARBON MONOXIDE | NEGATIVE | | B. LANDRY |
| AORTA BLOOD | ACID | NEGATIVE | | S. BOTCH |
| AORTA BLOOD | BASE | NEGATIVE | | S. BOTCH |

Report Prepared By:_____

Approved By: _____

Approved Date:

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
# SERVING TARRANT, PARKER, & DENTON COUNTIES
## Investigator's Report

CASE #: 1103617         Tarrant    TYPE: Jurisdiction        IDENTITY: Identified

NIZAM PEERWANI, M.D.                                    MICHAEL FLOYD
CHIEF MEDICAL EXAMINER          CHIEF FORENSIC DEATH INVESTIGATOR

DECEASED: Asher Rion Olivas
ADDRESS:
AGE: 1                    BIRTH DATE: 2/25/2010    MARITAL STATUS: Unknown
PHONE:                    RACE OR COLOR: Unknown   SEX: M
HEIGHT: 2' 2' 3"          WEIGHT: 19.6
SSN:                      MANNER OF DRESS: Unknown
OCCUPATION:
PLACE OF EMPLOYMENT:

DATE OF DEATH: 3/21/2011          TIME OF DEATH: 03:00
PLACE OF DEATH DESCRIPTION: Bedroom
ADDRESS OF DEATH:  2216 Presidents Corner #601, Arlington, Texas 76011
HOSPITALIZED: No
ADMIT DATE:           ADMIT TIME:
ENVIRONMENT CONDITION: Gutted by fire
CHARACTERISTIC OF PREMISES: Apartment

DATE/TIME M.E. NOTIFIED: 3/21/2011 03:01
ARRIVED: 3/21/2011
REPORTING PERSON: Sgt. Peron
REPORTING AGENCY: Arlington PD
ADDRESS: 610 W. Division St., Arlington, Texas 76011
PHONE: (817)459-5600
PRONOUNCED DEAD BY: Stephen Lea #153
PRONOUNCING AGENCY: Arlington Fire Department
LAST TREATED BY:

DATE/TIME OF OCCURENCE: 3/20/2011 22:11
INJURY AT WORK: N0
PLACE OF OCCURENCE: Apartment
LOCATION: 2216 Presidents Corner #601, Arlington, Texas 76011
TRAUMA RELATED: Yes

IDENTIFIED BY: Roger Metcalf
IDENTIFICATION TYPE: DNA
DATE/TIME OF IDENTIFICATION: 3/29/2011 -Time: 09:45
IDENTIFICATION STATUS: Positive ID
COMMENTS: Decedent identified by UNT HSC DNA Lab via analysis and comparison of DNA
samples.
ADDRESS:
PHONE:

NEXT OF KIN NOTIFICATION DATE/TIME: 3/29/2011 09:45
NOTIFIED BY: Metcalf
NOTIFYING AGENCY: TCMED
NEXT OF KIN NAME: Lester Hicks
RELATIONSHIP: Grandfather
COMMENTS:
ADDRESS:
PHONE: (817)375-8701
BODY TO: TCMEO                     CONVEYANCE: Lawson

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103617          Tarrant          TYPE: Jurisdiction          IDENTITY: Identified

NIZAM PEERWANI, M.D.                                     MICHAEL FLOYD
CHIEF MEDICAL EXAMINER          CHIEF FORENSIC DEATH INVESTIGATOR

FUNERAL HOME:

NAME OF RELEASING AUTHORITY:

RELATIONSHIP:

DISPOSITION OF PROPERTY:


MEDICAL INVESTIGATOR:
 James Greenwell

## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES

### INVESTIGATOR'S REPORT

| | |
|---|---|
| NIZAM PEERWANI, M.D. | MICHAEL FLOYD |
| CHIEF MEDICAL EXAMINER | CHIEF FORENSIC DEATH INVESTIGATOR |
| Case Number: 1103617 | Case Type: Jurisdiction |

| | | |
|---|---|---|
| DECEDENT'S NAME: Asher Rion Olivas | | AGE: 1 |
| ADDRESS: | | |
| BIRTH DATE: 2/25/2010 | MARITAL STATUS: Unknown | PHONE: |

CASE NO. 1103617 Tarrant

The decedent is an infant who was severely burned in an apartment fire while in a crib. Arlington Police are investigating this case as a homicide with companion case #1103616.
Arlington Police Detective Byron Stewart has requested trace evidence be completed on this case.

Photographs were taken of the scene.

Total # of photos: 42

Tentative Identification:

Asher Olivas, H/M DOB 02/25/2010

DESCRIPTION OF BODY:

The body is viewed at scene in the charred remains of what was once a crib. The body is of an infant, and is burned beyond recognition.

MEDICAL HISTORY:

There is no known medical history for the decedent.

DETAILS OF INCIDENT:

This investigator responded to the scene, arriving at 0217 hours. I made contact with Detective Byron Stewart of the Arlington Police Department who stated on Sunday, March 20th, 2011 at 2211 hours, Arlington Fire Department responded to this location in reference to an apartment fire. Upon arrival, fire personnel observed this apartment in flames, forced entry through the front door, and found the Mechelle Gandy on the floor just inside the door. Fire personnel pulled Mechelle from the apartment and onto the parking lot where paramedics attempted life savings measures without success. Paramedics observed what they believed to be multiple stab-type wounds on Mechelle's chest and back and she was pronounced at the scene, (companion case #1103616). Detective Stewart requested Mechelle's body be preserved for trace evidence. Detective Stewart stated they are currently looking for the decedent, a white Hispanic named Asher Olivas, and the child's father, Thomas Olivas, H/M DOB 11/28/1982.

Case No. 1103617 Tarrant County Medical Examiner's Office

While at the scene, Arlington Arson Investigator Stephen Lea located the charred remains of the decedent in the back, southwest bedroom of the apartment. Lea stated the apartment fire was started in this room and the door to the bedroom was closed. The decedent was in a charred crib when found and the body was badly burned. Detective Stewart requested the body of the decedent also be preserved for trace evidence and the possibility of an accelerant used on the body.

I observed several blood splatters on the wall as I entered the apartment, on the front entry way floor and kitchen floor. The decedent was wrapped inside a white sheet and placed inside a body bag.

**UNIDENTIFIED BODY:**

The following information may lead to the positive identification of the decedent.
Potential Name: Asher Olivas H/M DOB 02/25/2010
Address: 2216 Presidents Corner #601, Arlington, TX 76011

**ORGAN TISSUE DONOR:**

There is no signed consent form to allow harvesting of organs or tissue.

FOLLOW UP INVESTIGATIONS REQUIRED

Identify the decedent and notify the next of kin.

COMMENTS:

There was no property removed from the decedent at the morgue.

_____

James K Greenwell

Case No. 1103617 Tarrant County Medical Examiner's Office

---

Addendum added 3/22/2011 by Roger Metcalf

RM DDS collected an additional FTA "blood card" from this decedent for DNA analysis. Family reference DNA sample was obtained from the adult female decedent Mechelle Gandy in companion case #1103616 by RM DDS.

---

Addendum added 3/23/2011 by Roger Metcalf

Decedent's FTA blood card was hand-delivered to UNT HSC DNA Lab by RM DDS for analysis and comparison to family reference sample from companion case #1103616.

---

Addendum added 3/29/2011 by Roger Metcalf

DNA report received via fax from UNT HSC DNA Lab (UNT #11-0547, 11-0548). Decedent identified via DNA analysis and comparison as Asher Rion Olivas, 02/25/2010 (spelling of name and dob confirmed by step-grandfather Lester Hicks). N-o-k Lester Hicks, 817-375-8701, notified of positive ID.

**Novella Young**

| | |
|---|---|
| **From:** | TAMI.LONG@dfps.state.tx.us |
| **Sent:** | Monday, August 29, 2011 1:55 PM |
| **To:** | Novella Young |
| **Subject:** | RE: *T1103617 |

Received thank you!

---

**From:** Novella Young [mailto:NYoung@TarrantCounty.com]
**Sent:** Monday, August 29, 2011 8:20 AM
**To:** Long,Tami R (DFPS)
**Subject:** *T1103617
**Importance:** High

# Confirm receipt.

---

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this email in error please notify the sender by email, delete and destroy this message and its attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.

1

ME-82  1/11

**TARRANT COUNTY MEDICAL EXAMINER**
**PHOTO SERVICES REQUEST FORM**

CASE # _TI1103617_

Agency / Division _Grand Jury_ Date _10-5-12_ Phone _____

Person Requesting _Mike Jones_ Photographer _Sipos_

Victim Name _Tasha Kim Kelly_ Photo Type: ☑Autopsy ☐Scene

**Services**

Number of images _____ ☒CD ☐4x6 print   Quantity Each ☑
☐8x10 contact  ☐8x10 print  ☐_____ print   Total Prints _____

Other Information _____

**Charges**

☐Billed ☐Waived

Amount _____
Reciept # _____

Person Receiving _____  Date _10/12/12_  Time _10:55 AM_

**Novella Young**

| | |
|---|---|
| From: | Novella Young |
| Sent: | Thursday, October 11, 2012 2:49 PM |
| To: | Carlie A. Jones |
| Subject: | FW: M.E.#*T1103617; D.A.# 1298688 (1 of 2) |
| Attachments: | scan1983.pdf |
| | |
| Importance: | High |

# Please confirm receipt of this attachment.  Photos on CD is ready for pick up.

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:43 PM
**To:** Novella Young
**Subject:** M.E.#*T1103617; D.A.# 1298688 (1 of 2)
**Importance:** High

1

**Novella Young**

| | |
|---|---|
| **From:** | Novella Young |
| **Sent:** | Thursday, October 11, 2012 2:50 PM |
| **To:** | Carlie A. Jones |
| **Subject:** | FW: M.E.#*T1103617; D.A.# 1298688 (2 of 2) |
| **Attachments:** | scan1984.pdf |

**Importance:**         High

# Please confirm receipt of this attachment.

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:48 PM
**To:** Novella Young
**Subject:** M.E.#*T1103617; D.A.# 1298688 (2 of 2)

**Novella Young**

| | |
|---|---|
| **From:** | Carlie A. Jones |
| **Sent:** | Thursday, October 11, 2012 2:57 PM |
| **To:** | Novella Young |
| **Subject:** | RE: M.E.#*T1103617; D.A.# 1298688 (1 of 2) |

Received

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:49 PM
**To:** Carlie A. Jones
**Subject:** FW: M.E.#*T1103617; D.A.# 1298688 (1 of 2)
**Importance:** High

# Please confirm receipt of this attachment.  Photos on CD is ready for pick up.

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:43 PM
**To:** Novella Young
**Subject:** M.E.#*T1103617; D.A.# 1298688 (1 of 2)
**Importance:** High

**Novella Young**

| | |
|---|---|
| **From:** | Carlie A. Jones |
| **Sent:** | Thursday, October 11, 2012 2:57 PM |
| **To:** | Novella Young |
| **Subject:** | RE: M.E.#*T1103617; D.A.# 1298688 (2 of 2) |

Received

---

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:50 PM
**To:** Carlie A. Jones
**Subject:** FW: M.E.#*T1103617; D.A.# 1298688 (2 of 2)
**Importance:** High

# Please confirm receipt of this attachment.

S

---

**From:** Novella Young
**Sent:** Thursday, October 11, 2012 2:48 PM
**To:** Novella Young
**Subject:** M.E.#*T1103617; D.A.# 1298688 (2 of 2)

1

**Checklist for case #** A 1103617          **Court Order to Hold Records** _____

**MI Documents:**                                                    **OTHER:**
Investigator Reports _____
Investigator Narrative _____                    Drivers License _____
Cause of Death Report _____
                                                  Photo Records:
                                                  Transmittal Request for
**MI Type of Death Report:**                      Duplicates _____
    Motor Vehicle _____
    Pedestrian _____                            Photo Scene _____
    Hanging _____                               Photo Morgue _____
    Suicide _____
Report of Identification _____
Fingerprint Analysis _____                      Police Report _____

**ME DOCUMENTS:**                                 Medical Records _____
Neuropathology Report _____                     UNT HSC
Autopsy Transcription _____
 Diagrams/Notes _____                           Outside Lab Records _____
Death Certificate _____
Contagious Disease Lt _____                      X-Ray/Dental Records _____
Amended Death Certificate _____
Waiver of Autopsy _____                         Affidavits _____
**Toxicology Report** _____
**Toxicology Request** _____                    Family Request Letters _____

                                                  Correspondence/Requests:
                                                      Attorney's _____
**All Crime Lab Reports:**                            Subpoena for Records _____
Firearms Report _____
GSR _____                                       **Non-Jurisdiction:**
Trace _____                                     Autopsy Authorization ____
Anthropology _____                              Biographical Data Sheet ____
Forensic Labs _____                             JP Body Release ____
Chain of Custody _____                          Judge Body Release ____
Property Release _____                          Police Body Release ____
Medication Log _____                            Autopsy Report Release ____
Family Release (white) _____                    JP Authorization ____
Funeral Home Release (pink) _____
Notification of Property _____
Cremation Authorization _____
**Autopsy Report Release to:**                                    **Date**

Arlington Police Department /Byron Stewart        4/19/11
Arlington Fire Department /Darin Nudelhaus        4/19/11
TCDA / Ashley D. Hurt                             4/21/11
Grand Jury Carlie Jones                           10/11/10

ME-82  1/11

**TARRANT COUNTY MEDICAL EXAMINER**
**PHOTO SERVICES REQUEST FORM**

CASE # *T1103616*

Agency / Division _Time_      Date _11-8-11_      Phone _(817) 936-5900_

Person Requesting _NSP_      Photographer _Reynolds_

Victim Name _Michelle D. Gandy_      Photo Type:  ☒ Autopsy  ☒ Scene

## Services

Number of images _84_   ☐ CD  ☒ 4x6 print      Quantity Each _1_

☐ 8x10 contact  ☐ 8x10 print  ☐ _____ print      Total Prints _____

Other Information _( Printed autopsy photos )_
_A. S. A. P._

**Charges**

☐ Billed  ☐ Waived

Amount _____
Reciept # _____

_11/9/11_

Person Receiving _____   Date _____   Time _____

*T1103616



1103616    03/21/11

















1103616   03/21/11



1103616  03/21/





















1103616   03/21/11

























1103616  03/21/11



1103616  03/21/11















1103616  03/21/11

















INCH 1 2 3 4 5

1103616 03/21/11





































1103616   03/21/11





1103616  03/21/11





1103616   03/21/11



1103616   03/21/11







1103616   03/21/11







103616 03/21/11



1103616   03/21/11



OLIVAS-ASHER
(AUTOPSY) TARRANT - 1103617

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103617     Tarrant    TYPE: Jurisdiction    IDENTITY: Unidentified

NIZAM PEERWANI, M.D.               MICHAEL FLOYD
CHIEF MEDICAL EXAMINER    CHIEF FORENSIC DEATH INVESTIGATOR

DECEASED: Unidentified Remains (3617)
ADDRESS:
AGE:               BIRTH DATE:         MARITAL STATUS: Unknown
PHONE:          RACE OR COLOR: Unknown   SEX: U
HEIGHT:         WEIGHT:
SSN:            MANNER OF DRESS: Unknown
OCCUPATION:
PLACE OF EMPLOYEMENT:

DATE OF DEATH: 3/21/2011       TIME OF DEATH: 03:00
PLACE OF DEATH DESCRIPTION: Bedroom
ADDRESS OF DEATH: 2216 Presidents Corner #601, Arlington, Texas 76011
HOSPITALIZED: No
ADMIT DATE:       ADMIT TIME:
ENVIRONMENT CONDITION: Gutted by fire
CHARACTERISTIC OF PREMISES: Apartment

DATE/TIME M.E. NOTIFIED: 3/21/2011 03:01
ARRIVED: 3/21/2011
REPORTING PERSON: Sgt. Peron
REPORTING AGENCY: Arlington PD
ADDRESS: 610 W. Division St., Arlington, Texas 76011
PHONE: (817)459-5600
PRONOUNCED DEAD BY: Stephen Lea #153
PRONOUNCING AGENCY: Arlington Fire Department
LAST TREATED BY:

DATE/TIME OF OCCURENCE: 3/20/2011 22:11
INJURY AT WORK: N0
PLACE OF OCCURENCE: Apartment
LOCATION: 2216 Presidents Corner #601, Arlington, Texas 76011
TRAUMA RELATED: Yes

IDENTIFIED BY:
IDENTIFICATION TYPE:
DATE/TIME OF IDENTIFICATION:
IDENTIFICATION STATUS:
COMMENTS:
ADDRESS:
PHONE:

NEXT OF KIN NOTIFICATION DATE/TIME:
NOTIFIED BY:
NOTIFYING AGENCY:
NEXT OF KIN NAME:
RELATIONSHIP:
COMMENTS:
ADDRESS:
PHONE:
BODY TO: TCMEO         CONVEYANCE: Lawson
FUNERAL HOME:

# TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES
### Investigator's Report

CASE #: 1103617          Tarrant          TYPE: Jurisdiction          IDENTITY: Unidentified

NIZAM PEERWANI, M.D.                                              MICHAEL FLOYD
CHIEF MEDICAL EXAMINER                    CHIEF FORENSIC DEATH INVESTIGATOR

NAME OF RELEASING AUTHORITY:

RELATIONSHIP:

DISPOSITION OF PROPERTY:


MEDICAL INVESTIGATOR:
 James Greenwell

## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
## SERVING TARRANT, PARKER, & DENTON COUNTIES

### INVESTIGATOR'S REPORT

NIZAM PEERWANI, M.D.                    MICHAEL FLOYD
CHIEF MEDICAL EXAMINER           CHIEF FORENSIC DEATH INVESTIGATOR
Case Number: 1103617                    Case Type: Jurisdiction

DECEDENT'S NAME: Unidentified Remains (3617)          AGE:
ADDRESS:
BIRTH DATE:              MARITAL STATUS: Unknown          PHONE:

CASE NO. 1103617 Tarrant

The decedent is an infant who was severely burned in an apartment fire while in a crib. Arlington Police are investigating this case as a homicide with companion case #1103616.
Arlington Police Detective Byron Stewart has requested trace evidence be completed on this case.

Photographs were taken of the scene.

Total # of photos: 42

Tentative Identification:

Asher Olivas, H/M DOB 02/25/2010

DESCRIPTION OF BODY:

The body is viewed at scene in the chard remains of what was once a crib. The body is of an infant, and is burned beyond recognition.

MEDICAL HISTORY:

There is no known medical history for the decedent.

DETAILS OF INCIDENT:

This investigator responded to the scene, arriving at 0217 hours. I made contact with Detective Byron Stewart of the Arlington Police Department who stated on Sunday, March 20th, 2011 at 2211 hours, Arlington Fire Department responded to this location in reference to an apartment fire. Upon arrival, fire personnel observed this apartment in flames, forced entry through the front door, and found the Mechelle Gandy on floor just inside the door. Fire personnel pulled Mechelle from the apartment onto the parking lot where paramedics attempted life savings measures without success. Paramedics observed what they believed to be multiple stab type wounds on Mechelle's chest and back and she was pronounced at the scene, (companion case #1103616). Detective Stewart requested Mechelle's body be preserved for trace evidence. Detective Stewart stated they are currently looking for the decedent, a white Hispanic named Asher Olivas, and the child's father, Thomas Olivas, H/M DOB 11/28/1982.

Case No. 1103617 Tarrant County Medical Examiner's Office

While at the scene, Arlington Arson Investigator Stephen Lea located the chard remains of the decedent in the back, southwest bedroom of the apartment. Lea stated the apartment fire was started in this room and the door to the bedroom was closed. The decedent was in a chard crib when found and the body was badly burned. Detective Stewart requested the body of the decedent also be preserved for trace evidence and the possibility of an accelerant used on the body.

I observed several blood splatters on the wall as I entered the apartment, on the front entry way floor and kitchen floor. The decedent was wrapped inside a white sheet and placed inside a body bag.

**UNIDENTIFIED BODY:**

The following information may lead to the positive identification of the decedent.
Potential Name: Asher Olivas H/M DOB 02/25/2010
Address: 2216 Presidents Corner #601, Arlington, TX 76011

**ORGAN TISSUE DONOR:**

There is no signed consent form to allow harvesting of organs or tissue.

FOLLOW UP INVESTIGATIONS REQUIRED

Identify the decedent and notify the next of kin.

COMMENTS:

There was no property removed from the decedent at the morgue.

James K Greenwell



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700  FAX (817) 920-5713

# AUTOPSY REPORT

**Name: Asher Rion Olivas**
**Approximate Age: 1 Year**
**Height: 27 Inches**

**CASE NO: 1103617**
**Sex: Male**
**Weight: 19.6 Pounds**

I hereby certify that on the **22nd** day of **March, 2011,** beginning at **0900** hours, I, **Shiping Bao, M.D.,** pursuant to Statute 49.25 of Texas Criminal Code, performed a complete autopsy on the body of **Asher Rion Olivas** at the Tarrant County Medical Examiner's District Morgue in Fort Worth, Texas and upon investigation of the essential facts concerning the circumstances of the death and history of the case as known to me, I am of the opinion that the findings, cause and manner of death are as follows:

## FINDINGS:

| | |
|---|---|
| I. | Found dead in a burning apartment |
| II. | No medical history reported |
| III. | A severely burned child's body covered by soot |
| IV. | Right skull burned away with exposure of brain tissues |
| V. | Right forearm and lower leg burned away |
| VI. | Right lower chest and right abdominal walls burned away with exposure of organs |
| VII. | No blunt force or sharp force trauma could be identified on external examination |
| VIII. | No blunt force or sharp force injuries identified on internal organs |
| IX. | No soot identified in larynx or trachea |
| X. | Negative on postmortem toxicology study including carbon monoxide |

Page 2 of 5

_____1103617
Asher Rion Olivas

**CAUSE OF DEATH:    THERMAL BURNS**

**MANNER OF DEATH:   HOMICIDE**

**COMMENT:** Due to severe burns to head and face, suffocation or head trauma could not be ruled out.

_____
Signature

**Shiping Bao, M.D.**
*Deputy Medical Examiner*

_____
Signature

**Nizam Peerwani, M.D.**
*Chief Medical Examiner*

_____
Signature

**Marc Krouse, M.D.**
*Chief Deputy Medical Examiner*

_____
Signature

**Gary L. Sisler, D.O.**
*Deputy Medical Examiner*

_____
Signature

**Lloyd White, M.D., Ph.D.**
*Deputy Medical Examiner*

Page 3 of 5

_1103617_
Asher Rion Olivas

A complete autopsy is carried out at the Tarrant County Medical Examiner's Morgue.

## GROSS ANATOMIC DESCRIPTION

**I.     CLOTHING AND PERSONAL EFFECTS:**  The body is presented to the Morgue wrapped in a white sheet, secured in a white body bag and clad in:
   1. A burned blue shirt
   2. A burned diaper

**II.     THERAPEUTIC INTERVENTION:**  None

**III.     EXTERNAL BODY DESCRIPTION:**  The body is that of a severely burned child covered by soot. The right skull is burned away with exposure of brain tissues. The right forearm and lower leg are burned away. The right lower chest and right abdominal walls are burned away with exposure of organs. No blunt force or sharp force trauma could be identified on external examination. External genitalia could not be identified.

**IV.     INTERNAL EXAMINATION**

No blunt force or sharp force injuries are identified on internal organs.

**1.     INTEGUMENT:**    A Y-shaped thoracoabdominal incision is made and the organs are examined in-situ and eviscerated in the usual fashion.

**2.     SEROUS CAVITIES:**  No rib, sternal, or clavicular fractures are identified.

**3.     CARDIOVASCULAR SYSTEM:**  The heart weighs 59 grams and there is no chamber hypertrophy or dilatation.  The cardiac valves appear unremarkable. The coronary ostia are in the normal anatomical location leading into widely patent coronary arteries.  Right dominant circulation is present. The endocardial surface is smooth without thrombi or inflammation. Sectioning of the myocardium presents no gross evidence of ischemic changes either of recent or remote origin.    The aortic arch along with the great vessels appears grossly unremarkable.

1103617
Asher Rion Olivas

**4.    PULMONARY SYSTEM:**  No soot is identified in larynx or trachea. The lungs appear hyperinflated and together weigh 284 grams.  Both the lungs appear severely edematous. There are no gross pneumonic lesions or abnormal masses identified.  The tracheobronchial tree and pulmonary arterial system are intact and grossly unremarkable.

**5.    GASTROINTESTINAL SYSTEM:**    The esophagus is intact with normal gastroesophageal junctions and without erosions or varices. The stomach is also normal without gastritis or ulcers, and contains food particles.  Loops of small and large bowel appear grossly unremarkable. The appendix is unremarkable.

The liver weighs 407 grams presenting a brown surface.  On sectioning the hepatic parenchyma is yellow-brown, homogeneous and congested.  The gallbladder is unremarkable containing no greenish bile. There is no cholecystitis or lithiasis.  The biliary tree is patent.  The pancreas weighs 12 grams and presents a lobulated yellow cut surface without acute or chronic pancreatitis.

**6.    GENITOURINARY SYSTEM:**  The left kidney weighs 24 grams, and the right 31 grams.  On sectioning the cortex presents a normal thickness above the medulla. The renal columns of Bertin extend between the well-demarcated pyramids and appear unremarkable. The medulla presents normal renal pyramids with unremarkable papillae. The pelvis is of normal size and lined by gray glistening mucosa. There are no calculi. Renal arteries and veins are normal. The ureters are of normal caliber lying in their course within the retroperitoneum and draining into an unremarkable urinary bladder containing approximately 2.0 mL of urine.

External genitalia could not be identified. The prostate is unremarkable.

**7.    HEMATOPOIETIC SYSTEM:**  The spleen weighs 74 grams, presenting a gray-pink intact capsule and a dark red parenchyma.  There is no lymphadenopathy.  The thymus gland is unremarkable.

**8.    ENDOCRINE SYSTEM:**  Thyroid gland is of normal size and shape, presenting two well-defined lobes with connecting isthmus and a beefy brown cut-surface. There are no goitrous changes or adenomas present. The adrenal glands are of normal size and shape and sectioning presents no gross pathological lesions.

**9.    CENTRAL NERVOUS SYSTEM:**   A scalp incision, craniotomy and evacuation of the brain are carried out in the usual fashion.

_1103617_
Asher Rion Olivas

The brain weighs 761 grams and is fragmented on examination. No blunt force or sharp force injuries could be identified. Spinal cord is not examined.

## SPECIMENS AND EVIDENCE COLLECTED

1.   20 mL of aortic blood and 2 mL of urine for further examination
2.   Representative tissue sections in formalin for possible further examination
3.   Blood cards
4.   Representative photographs
5.   2 X-ray films

EDC:  05/21/11
Completed:  04/13/11
SB/akc

# MEDICAL ABSTRACT OF DEATH CERTIFICATE

**STATE OF TEXAS** — **STATE FILE NUMBER** 041775

**ENTER NAME OF DECEASED AND PLACE OF DEATH EXACTLY AS SHOWN ON THE ORIGINAL DEATH CERTIFICATE**

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): ASHER RION OLIVAS

DATE OF DEATH: 03/21/2011

PLACE OF DEATH (CITY OR TOWN AND COUNTY): ARLINGTON, TARRANT

IS THE DATE OF DEATH BEING CORRECTED? ☐ Yes ☐ No

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occured at the time,date and place, and due to the cause(s) and manner stated.

| 27. Signature of certifier | 28. DATE CERTIFIED (Mo/Day/Year) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| SHIPING BAO | 4/14/2011 | N2395 | 03:00 AM |

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, state, Zip Code): SHIPING BAO 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX, 76104

32. TITLE OF CERTIFIER: MD

CAUSE OF DEATH

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition ——> resulting in death) | a. THERMAL BURNS | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

PART 2. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No

35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes ☐ No

36. MANNER OF DEATH
☐ Natural
☐ Accident
☐ Suicide
☒ Homicide
☐ Pending Investigation
☐ Could not be determined

37. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes
☒ No
☐ Probably
☐ Unknown

38. IF FEMALE:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to one year before death
☐ Unknown if pregnant within the past year

39. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator
☐ Passenger
☐ Pedestrian
☐ Other (Specify)

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 03/21/2011 | 03:00 AM | ☐ Yes ☒ No | PRIVATE RESIDENCE |

40e. LOCATION (Street and Number, City, State, Zip Code): 2216 PRESIDENTS CORNER, # 601, ARLINGTON, TX, 76011

40f. COUNTY OF INJURY: TARRANT

41. DESCRIBE HOW INJURY OCCURRED: THERMAL BURNS

| 42a. REGISTRAR FILE NO. | 42b. DATE RECIEVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 03-0567 | 4/8/2011 | REGISTRAR - CITY OF ARLINGTON |

WARNING
The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)

VS-174 REV 1/2006

DATE ____________________

000000921551

QL11 REV. 11/04

# MEDICAL ABSTRACT OF DEATH CERTIFICATE

**STATE OF TEXAS**                                    **STATE FILE NUMBER**

### ENTER NAME OF DECEASED AND PLACE OF DEATH <u>EXACTLY</u> AS SHOWN ON THE ORIGINAL DEATH CERTIFICATE

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | DATE OF DEATH |
|---|---|
| ASHER RION OLIVAS | 03/21/2011 |

| PLACE OF DEATH (CITY OR TOWN AND COUNTY) | IS THE DATE OF DEATH BEING CORRECTED? |
|---|---|
| ARLINGTON, TARRANT | ☐ Yes    ☐ No |

**26. CERTIFIER (Check only one)**
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occured at the time,date and place, and due to the cause(s) and manner stated.

| 27.Signature of certifier | 28. DATE CERTIFIED (Mo/Day/Year) | 29. LICENSE NUMBER | 30. TIME OF DEATH(Actual or presumed) |
|---|---|---|---|
| SHIPING BAO | 3/29/2011 | N2395 | 03:00 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, state, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| SHIPING BAO 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX, 76104 | MD |

**33. PART 1 ENTER THE <u>CHAIN OF EVENTS</u> - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. <u>DO NOT</u> ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON A LINE.**

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition →  resulting in death)   a. PENDING                             UNKNOWN

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a  Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST   b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

d.

PART 2. Enter other  significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 34. WAS AN AUTOPSY PERFORMED? |
|---|
| ☒ Yes    ☐ No |
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☐ Yes   ☒ No |

**36. MANNER OF DEATH**
☐ Natural
☐ Accident
☐ Suicide
☒ Homicide
☐ Pending Investigation
☐ Could not be determined

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?**
☐ Yes
☒ No
☐ Probably
☐ Unknown

**38. IF FEMALE:**
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to one year before death
☐ Unknown if pregnant within the past year

**39. IF TRANSPORTATION INJURY, SPECIFY:**
☐ Driver/Operator
☐ Passenger
☐ Pedestrian
☐ Other (Specify)

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 03/21/2011 | 03:00 AM | ☐ Yes   ☒ No | PRIVATE RESIDENCE |

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 2216 PRESIDENTS CORNER,  # 601, ARLINGTON, TX, 76011 | TARRANT |

**41. DESCRIBE HOW INJURY OCCURRED**

PENDING LAB STUDIES

| 42a. REGISTRAR FILE NO. | 42b. DATE RECIEVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | |

DATE _____

*Left margin (vertical text):* WARNING  The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)

*Left margin:* VS-174 REV 1/2006
CAUSE OF DEATH

000000921551                                    QL11 REV. 11/04

# MEDICAL ABSTRACT OF DEATH CERTIFICATE

**STATE OF TEXAS**

**STATE FILE NUMBER**

ENTER NAME OF DECEASED AND PLACE OF DEATH <u>EXACTLY</u> AS SHOWN ON THE ORIGINAL DEATH CERTIFICATE

<div style="writing-mode: vertical">WARNING<br>The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)</div>

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | DATE OF DEATH |
|---|---|
| UNIDENTIFIED 1103617 REMAINS | 03/21/2011 |

| PLACE OF DEATH(CITY or TOWN AND COUNTY) | IS THE DATE OF DEATH BEING CORRECTED? |
|---|---|
| ARLINGTON, TARRANT | ☐ Yes   ☐ No |

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occured at the time,date and place, and due to the cause(s) and manner stated.

| 27.Signature of certifier: | 28. DATE CERTIFIED (Mo/Day/Year) | 29. LICENSE NUMBER | 30. TIME OF DEATH(Actual or presumed) |
|---|---|---|---|
| SHIPING BAO | 3/22/2011 | N2395 | 03:00 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, state, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| SHIPING  BAO  200 FELIKS GWOZDZ PLACE, FORT WORTH, TX, 76104 | MD |

<div style="writing-mode: vertical">CAUSE OF DEATH</div>

33. PART 1. ENTER THE <u>CHAIN OF EVENTS</u>  - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. <u>DO NOT</u>  ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON A LINE.

|  | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. PENDING | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART 2. Enter other  significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 34. WAS AN AUTOPSY PERFORMED? ☒ Yes   ☐ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes   ☒ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural<br>☐ Accident<br>☐ Suicide<br>☒ Homicide<br>☐ Pending Investigation<br>☐ Could not be determined | ☐ Yes<br>☒ No<br>☐ Probably<br>☐ Unknown | ☐ Not pregnant within past year<br>☐ Pregnant at time of death<br>☐ Not pregnant, but pregnant within 42 days of death<br>☐ Not pregnant, but pregnant 43 days to one year before death<br>☐ Unknown if pregnant within the past year | ☐ Driver/Operator<br>☐ Passenger<br>☐ Pedestrian<br>☐ Other (Specify) |

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 03/21/2011 | 03:00 AM | ☐ Yes   ☒ No | PRIVATE RESIDENCE |

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 2216 PRESIDENTS CORNER,  # 601, ARLINGTON, TX, 76011 | TARRANT |

41. DESCRIBE HOW INJURY OCCURRED

PENDING LAB STUDIES

| 42a. REGISTRAR FILE NO. | 42b. DATE RECIEVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | |

<div style="writing-mode: vertical">VS-174 REV 1/2006</div>

DATE _____

000000921551

QL11 REV. 11/04

## Toxicology Test Results

| | |
|---|---|
| Office of Chief Medical Examiner | Nizam Peerwani, M.D., DABFP |
| Toxicology Laboratory Service | Chief Medical Examiner |
| 200 Feliks Gwozdz Place | Susan R. Howe, PH.D., DABFT |
| Fort Worth, Texas 76104 | Acting Chief Toxicologist |
| Name: **Asher Rion Olivas** | Priority: **0** |
| Case Number: **1103617** | Service Request Number: **004** |
| Toxicology Work Number: **1100614** | |

| Specimen | Drug | Result | Drug Amount | Performed By |
|---|---|---|---|---|
| AORTA BLOOD | ETHANOL AxSYM | NEGATIVE | | B. LANDRY |
| URINE | CANNABINOIDS AxSYM | NEGATIVE | | B. LANDRY |
| URINE | COCAINE AxSYM | NEGATIVE | | B. LANDRY |
| URINE | OPIATES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | AMPHETAMINES AxSYM | NEGATIVE | | B. LANDRY |
| URINE | BENZODIAZEPINES AxSYM | NEGATIVE | | B. LANDRY |
| AORTA BLOOD | CARBON MONOXIDE | NEGATIVE | | B. LANDRY |
| AORTA BLOOD | ACID | NEGATIVE | | S. BOTCH |
| AORTA BLOOD | BASE | NEGATIVE | | S. BOTCH |

Report Prepared By: _(signature)_

Approved By: _(signature)_

Approved Date: 4 / 11 / 11

## Toxicology M.E. Request Form

Name: **Unidentified Remains (3617)**
M.E. Case Number: **1103617**
Date of Death/Found: **3/21/2011 3:00:00 AM**
Prosector: **Shiping Bao, M.D.**
Hospital Name:

Tox Number: **1100614**
Date of Inquest: **3/22/2011 10:23:56 AM**
Hospitalization: **No**
Medications: **No**
Priority: **2**

Test Requested:
**(x) ABN Screen**
**(x) Amphetamine and Benzodiazepines Screen**
**(x) Carbon Monoxide**
**(x) Ethanol**
**(x) Opiates, THC, Cocaine Screen**

Remarks:

Specimens Submitted

| Description | Amount | ItemNumber | |
|---|---|---|---|
| **Blood, Aorta** | **20.00 Milliliters** | 110322029 | 1 1 0 3 2 2 0 2 9 |
| Urine | **2.00 Milliliters** | 110322030 | 1 1 0 3 2 2 0 3 0 |

Cause of Death: **PENDING LAB STUDIES**
Method of Death: **HOMICIDE**

Released By: ~~R. GLYNN~~      Date: 3-23-11 @ 826

Received By: *Beuf Pentley*      Date: 3-23-11  @ 0830



**NMS Labs**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**  12/13/2011 16:02
**Last Report Issued**  12/13/2011 12:00

To:  **10147**
Tarrant County Medical Examiner
Office of the Medical Examiner
200 Feliks Gwozdz Place
Fort Worth, TX  761044919

| | |
|---|---|
| **Patient Name** | OLIVAS, ASHER R. |
| **Patient ID** | ME#1103617 |
| **Chain** | 11062972 |
| **Age** | Not Given |
| **Gender** | Male |
| **Workorder** | 11314815 |

Page 1 of 3

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Carboxyhemoglobin | 12 | % | Aortic Blood |
| Cyanide | 0.17 | mcg/mL | Aortic Blood |
| Carboxyhemoglobin | See Note | % | Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 1002B | Carbon Monoxide Exposure Biouptake Screen, Blood |
| 1380B | Cyanide, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Vial | 3.2 mL | 03/22/2011 09:00 | Aortic Blood | |
| 002 | Red Vial | 0.75 mL | Not Given | Blood | |

All sample volumes/weights are approximations.

Specimens received on 11/11/2011, 12/02/2011.

v.8

# NMS
### LABS

CONFIDENTIAL

| | |
|---|---|
| Workorder | 11314815 |
| Chain | 11062972 |
| Patient ID | ME#1103617 |

Page 2 of 3

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Carboxyhemoglobin | 12 | % | 2.0 | 001 - Aortic Blood | SP |

There was a discrepancy between the results of the two carboxyhemoglobin analyses. The analysis performed by spectrophotometry (SP) on specimen-001 yielded a result of 12% saturation; however, the analysis by microdiffusion (MD) on both specimens-001 and -002 indicated that no carboxyhemoglobin was present in the specimen. The Carboxyhemoglobin result by SP may have been falsely elevated due to the presence of Methemoglobin and Sulfhemoglobin and/or the presence of an unknown interfering substance; it was noted that the blood appeared to be severely decomposed.

A direct analysis of carbon monoxide in the specimen by gas chromatography/mass spectrometry (GC/MS) that uses the measured specimen iron concentration (i.e., Test Code 1006B - Carbon Monoxide/Iron Ratio) may help to clarify the issue. If this is desired, please contact NMS Labs for additional details concerning this test.

| Cyanide | 0.17 | mcg/mL | 0.10 | 001 - Aortic Blood | SP |
| Carboxyhemoglobin | See Note | % | | 002 - Blood | MD |

Microdiffusion (MD) result is not congruent with the Spectrophotometry (SP) result.

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Carboxyhemoglobin (COHb) - Blood, Aortic Blood:

   Hemoglobin is a protein found in red blood cells that is responsible for the oxygen carrying capacity of blood. In normal conditions, hemoglobin receives oxygen via blood circulation through the lungs and delivers the oxygen to tissues and organs throughout the body. In situations where the inspired air is high in carbon monoxide concentration, the hemoglobin then binds the carbon monoxide in place of oxygen. This leads to a functional deficiency in oxygen delivery to the organs and tissues of the body.

   Measurement of carbon monoxide hemoglobin saturation gives an indication of the carbon monoxide concentration in the inspired air and its possible sequelae. Normal endogenous carboxyhemoglobin levels are generally up to 4% in non-smokers and up to 8% in smokers (although it may be higher); toxic symptoms may be noted at levels >10%. Concentrations over 10% saturation have been reported to produce adverse effects, e.g., headache and nausea. Deaths from carbon monoxide, in the absence of resuscitative measures, generally have associated carboxyhemoglobin levels >40%. However, individuals with a compromised cardiovascular system are at a potentially greater risk of toxic effects at much lower carbon monoxide hemoglobin saturation values.

2. Cyanide - Aortic Blood:

   Cyanide is a potent, rapidly acting lethal poison. Common sources include industrial manufacturing by-products, plants, fruit pits, chemicals and combustion products of certain plastics. Because of the latter, cyanide may play a role in the hypoxic events from fires. Its toxic effects are exerted via inhibition of aerobic metabolism, i.e., an inability to effectively use oxygen.

   Endogenous plasma cyanide concentrations for non-smokers are reported to approximate 0.004 mcg/mL. In smokers, plasma levels may increase to 0.006 mcg/mL. The values in whole blood are somewhat higher; non-smokers, 0.02 mcg/mL; smokers, 0.04 mcg/mL. Individuals on nitroprusside therapy for high blood pressure may also have elevated levels of cyanide (0.05 - 0.5 mcg/mL).

# NMS
LABS

CONFIDENTIAL

| | |
|---|---|
| **Workorder** | 11314815 |
| **Chain** | 11062972 |
| **Patient ID** | ME#1103617 |

Page 3 of 3

## Reference Comments:

Blood concentrations of cyanide can increase or decrease during storage depending on the length of time, the temperature and the presence of cyanogenic bacteria (bacteria that form cyanide as a by-product of metabolism).

In general, individuals with blood cyanide levels lower than 0.2 mcg/mL are asymptomatic; between 0.5 and 1.0 mcg/mL, signs of toxicity may be noted, e.g., flushing and tachycardia; and over 1.0 mcg/mL, stupor, agitation, coma and death may occur. Concentrations found in fire victims ranged from 0.17 - 2.2 mcg/mL. Average concentrations reported in fatal cases were 7 and 12.4 mcg/mL for inhalation and oral routes of administration, respectively.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 11314815 was electronically
signed on 12/13/2011 11:25 by:

Edward J. Barbieri, Ph.D.
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

Acode 1002B - Carbon Monoxide Exposure Biouptake Screen, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | 2.0 % | | |

Acode 1380B - Cyanide, Blood - Aortic Blood

-Analysis by Spectrophotometry (SP) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Cyanide | 0.10 mcg/mL | | |

Acode 5654B - Carbon Monoxide Exposure Biouptake Confirmation, Blood

-Analysis by Microdiffusion (MD) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | 2.0 % | | |

UNIVERSITY of NORTH TEXAS
HEALTH SCIENCE CENTER at Fort Worth

Education, Research,
Patient Care and Service

## Missing Persons DNA Database Report

March 28, 2011

**UNTCHI Case Number 1:   11-0547**
**UNTCHI Case Number 2:   11-0548**

**Submitting Agency:**
Roger Metcalf, DDS
Tarrant County Medical Examiner
200 Feliks Gwozdz Place
Fort Worth, TX 76104

Agency Case Numbers: 1103616, 1103617
NCIC Number: Not provided
NamUs Number: Not provided



## ITEMS RECEIVED

Received from Roger Metcalf, DDS on March 23, 2011:

**11-0547.1**    Family Reference Sample, **Mechelle Gandy**, representing the
mother of a missing person, **Asher Olivas**

**11-0548.1**    Unidentified Remains Sample, blood card

## TESTING PERFORMED

Human DNA extracted from item **11-0548.1** was analyzed for thirteen (13) genetic loci
using the Applied Biosystems AmpFℓSTR Profiler Plus ID and COfiler systems; human
DNA extracted from item **11-0547.1** was analyzed for fifteen (15) genetic loci using the
Applied Biosystems AmpFℓSTR Identifiler system.

The genetic data obtained from items **11-0548.1** and **11-0547.1** were uploaded into the
*Unidentified Human (Remains)* and *Relatives of Missing Person* indices of the
Combined DNA Index System (CODIS).  An association between these samples was
noted.

Texas College of Osteopathic Medicine ● Graduate School of Biomedical Sciences ● School of Public Health ● School of Health Professions
Institute for Discovery ● University of North Texas Health Science Center

3500 Camp Bowie Boulevard, Fort Worth, Texas 76107-2699 ● 817-735-2000
hsc.unt.edu

March 28, 2011
UNTCHI Case Numbers: 11-0547, 11-0548
Agency Case Numbers: 1103616, 1103617
Missing Persons DNA Database Report

## RESULTS

The genetic data obtained from items 11-0548.1 and 11-0547.1 are consistent with the unidentified human remains belonging to a biological child of Mechelle Gandy.

These genetic data (autosomal STRs) are approximately 1.1 million times more likely to be observed under the scenario that the unidentified remains originated from a biological child of Mechelle Gandy as opposed to the unidentified remains originating from an unrelated individual from one of the three major U.S. population groups (African American, Caucasian and Southwestern Hispanic).[1]

The submission of additional first-order relatives could significantly increase the above statistical calculation. If additional statistical weight is needed, please contact the laboratory to determine which first-order relatives would provide the most informative comparisons.

Investigators are strongly encouraged to evaluate all associated case information in addition to the provided genetic results before declaring identity of the remains.

In the event that an identification is rendered by the appropriate legal authority, a copy of the death certificate must be submitted to the laboratory so that all genetic data obtained from the associated family reference sample(s) can be expunged from the CODIS database.

The remainder of the reference items and a portion of the submitted remains will be maintained by the UNT Center for Human Identification laboratory. Remaining items will be returned to the original submitting agency.

In the event that you have any questions or if we can be of further assistance, please feel free to contact the laboratory at 817-735-2143.

The above is the opinion of the undersigned, and this report shall not be reproduced without verbal or written permission.

[1] Allele frequency data obtained from Budowle et.al, J Forensic Sci 1999; 44(6):1277-1286.

Sincerely,

Dixie Peters
Technical Leader
UNT Center for Human ID

Krystle Rodriguez
Forensic Analyst/Report Reviewer
UNT Center for Human ID

End of Report

**Case #:**   1103617

**Exhibit #:**   **County:**   Tarrant
**Deceased**   Unidentified Remains (3617)
**Name:**
**Item**   Remains 03/22/2011





1103617

**OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT**

**200 Feliks Gwozdz Place
Fort Worth, Texas 76104-4919
Phone: 817-920-5700     Fax: 817-920-5713**

Date: _3/22/2011_

This authorizes the Tarrant County Medical Examiner's District, Fort Worth,

Texas, to deliver the remains of: _Asher  Olivas  Gandy_

to the _Wade Family_ funeral home.

Please complete funeral home information below:

Address: _4140 W. Pioneer Pkwy_ City: _Arlington_

Phone: _817-274-9233_ Fax: _817-274-9237_ State/ZIP: _Tx 76013_

Authorization is also given to the above named funeral home, or its designated agents, to remove the said deceased to their place of business to care for, and prepare for disposition in accordance with professional standards.

Funeral home is authorized to receive valuables:  (✓) Yes     ( ) No

_Georgia Hicks_
Signature

_Georgia Hicks_
Printed Name

_Mother_
Relationship to deceased

Note: Cash over $50.00 must be picked up in person by decedent's next-of-kin.

ME-23
GPC-1953
Rev. 10/09

Evidence Chain of Custody
### TARRANT COUNTY MEDICAL EAMINER'S OFFICE
200 Feliks Gwozdz Place
Fort Worth, Texas 76104-4949

| Case Information | |
|---|---|
| Case Number | 1103617 |
| Case Type | Jurisdiction |
| Decedent's Name | Asher Rion Olivas |
| Race | Unknown |
| Age | 1 |
| Sex | M |
| Date of Death | 3/21/2011 3:00:00 AM |
| Case Note | |

| Exhibit Number | 1 | Description | | Human remains,No Clothing 03/29/2011 |
|---|---|---|---|---|
| Note: | | | | |
| Date And Time | | Relinquisher | | Receiver |
| 3/21/2011 04:18:19 | | Al Davis | | James Greenwell |
| 3/21/2011 04:18:19 | | James Greenwell | | Morgue Incoming Fridge |
| 3/29/2011 11:08 | | Morgue Incoming Fridge | | Ronnie Redic |
| 3/29/2011 11:08 | | Ronnie Redic | | Blake Wade |

ME-82   1/11

**TARRANT COUNTY MEDICAL EXAMINER**
**PHOTO SERVICES REQUEST FORM**

CASE # _____

Agency / Division _____ Date _10-25-11_ Phone _____

Person Requesting _____ Photographer _____

Victim Name _____ Photo Type: ☐ Autopsy  ☐ Scene

# Services

Number of images _____  ☒ CD  ☐ 4x6 print    Quantity Each _____

☐ 8x10 contact  ☐ 8x10 print  ☐ _____ print    Total Prints _____

## Other Information _____

_____

_____

_____

**Charges**

☐ Billed  ☐ Waived

Amount _____
Reciept # _____

Person Receiving _____ # _1462_ Date _10.27.11_ Time _1545_

| ME-82   1/11 | TARRANT COUNTY MEDICAL EXAMINER | CASE # _____ |
| --- | --- | --- |
| | PHOTO SERVICES REQUEST FORM | |

Agency / Division _____ Date _10/26/11_ Phone _____

Person Requesting _____ Photographer _____

Victim Name _____ Photo Type: ☑Autopsy ☐Scene

## Services

Number of images _____   ☑CD  ☐4x6 print   Quantity Each _1_

☐8x10 contact  ☐8x10 print  ☐_____ print   Total Prints _____

Other Information _____

_____

_____

_____

### Charges

☐Billed  ☐Waived

Amount _____

Reciept # _____

Person Receiving _____ #1462 _____ Date _10·27·11_ Time _545_

ME-82   1/11

**TARRANT COUNTY MEDICAL EXAMINER**
**PHOTO SERVICES REQUEST FORM**      CASE # _____

Agency / Division _____ Date _____ Phone _____

Person Requesting _____ Photographer_____

Victim Name _____ Photo Type: ☐Autopsy  ☐Scene

**Services**   Number of images _____  ☐CD  ☐4x6 print   Quantity Each _____

☐8x10 contact  ☐8x10 print  ☐_____ print   Total Prints _____

**Other Information** _____

_____

_____

_____

**Charges**

☐Billed  ☐Waived

Amount _____
Reciept # _____

Person Receiving_____ Date _____ Time _____



































1103617  03/21/11











1103617   03/22/11



1103617   03/22/11









1103617  03/22/11













1103616 03/21/11

PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT

277

9/23/14 fas

fas

OLIVAS

052 31901 MD3_4782.Jpg TIM MOORE
9585 069 N N N N NN Z102.4/100.0









DEFENDANT'S
EXHIBIT
280
9/25/14 LO

PENGAD 800-631-6989

OLIVO

50125.JFG
990402311

53
003

AUX
N N N N—−

DEFENDANT'S
EXHIBIT
281
9/25/14
PENGAD 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





DEFENDANT'S
EXHIBIT
282
9/25/14 fs
PENGAD 800-631-6989
OLIVAS



DEFENDANT'S
EXHIBIT
283
9/25/14 fes OLIVAS

PENGAD 800-631-6989



DEFENDANT'S
EXHIBIT
284
9/25/14
PENGAD 800-631-6989




DEFENDANT'S
EXHIBIT
285
9/25/14 ks
OLIVAS
PENGAD 800-631-6989

DEFENDANT'S
286
9/25/14
OLIVAS

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared James M. Doré who, being by me duly sworn, deposed as follows:

My name is James M. Doré and I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of the Records of Incredible Technologies, Inc. Attached hereto are _____/_____ pages of records from Incredible Technologies, Inc. These _____/_____ pages of records are kept by Incredible Technologies, Inc. in the regular course of business, and it was in the regular course of business of Incredible Technologies, Inc. that an employee or representative of Incredible Technologies, Inc. with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; further the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the originals.

Affiant Signature

SWORN TO AND SUBSCRIBED before me on the ___5+h___ day of ___October___, 20 __12__.

Karen Ann Clausing
Notary Public in and for the State of Illinois

Official Seal
Karen Ann Clausing
Notary Public State of Illinois
My Commission Expires 08/09/2015

Notary Public's printed Name:

Karen Ann Clausing

My commission expires: ___08/09/15___

INCREDIBLE TECHNOLOGIES, INC.
Produced by Database Inquiry 8/8/12

| CABINET_ID | PLAYER_ID | SESSION_ID | START_TIME | END_TIME | PLAYER_ STATUS | LOCATION_ LOCATION_ID | NAME | ADDRESS | CITY | STATE | POSTAL_ CODE | TIME_SPENT_ IN_MINUTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156507 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300514008 | 3/19/11 5:54 AM | 3/19/11 6:04 AM | 1 | 43808 | TNT | 104 PRESTON | DALLAS | TX | 75254 | -9.983333333 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300646796 | 3/20/11 6:47 PM | 3/20/11 7:05 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -17.85 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300647943 | 3/20/11 7:06 PM | 3/20/11 7:27 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -21.1 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300649261 | 3/20/11 7:28 PM | 3/20/11 7:44 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -15.65 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300650256 | 3/20/11 7:44 PM | 3/20/11 8:01 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -16.26666667 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300651275 | 3/20/11 8:01 PM | 3/20/11 8:17 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -15.56666667 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300652430 | 3/20/11 8:21 PM | 3/20/11 8:38 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -17.13333333 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300653499 | 3/20/11 8:39 PM | 3/20/11 8:55 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -16.45 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300654532 | 3/20/11 8:56 PM | 3/20/11 9:14 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -18.16666667 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300655681 | 3/20/11 9:15 PM | 3/20/11 9:32 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -17.06666667 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300656741 | 3/20/11 9:33 PM | 3/20/11 9:50 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -17.01666667 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300657852 | 3/20/11 9:51 PM | 3/20/11 10:11 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -20.2 |
| 158487 | 49bda81f8b9a170155c51abfc9fe818dfaebba88 | 1300659110 | 3/20/11 10:12 PM | 3/20/11 10:30 PM | 1 | 60629 | VOLCANO'S | 129 E HARWOOD ROAD | HURST | TX | 76054 | -17.93333333 |

PLAYER ID INFORMATION:

PERSONA:498DA81F
LIFE_ID: 98633
NICKNAME: ONEHOLEWONDR !.
EMAIL: wwtodo101@yahoo.com
legal_name: THOMAS OLIVAS.
ADDRESS: OLD: 214 BROOKSIDE, Grapevine, TX, 76051
ADDRESS: NEW: 1603C Oak Creek ln, Bedford, TX, 76022

NOTES ON METHODOLOGY

This data was produced by the following means:

1) IT's permanent player database was queried regarding players having the legal name "Thomas Olivas" and/or the nickname "One Whole Wonder."
2) The player ID information found above was returned by the database query.
3) The player ID information was used to query IT's game play database for all plays by the Persona identified in step 2 between March 18, 2011 and March 22, 2011. The dates set forth in the Subpoena Duces Tecum were extended by one day in either direction to allow for games which started or ended during the Subpoena period but which ended or began outside of it.
4) The raw data produced by the database queries in Steps 2 and 3 was output to an Excel spreadsheet.
5) The Excel spreadsheet (this document) was formatted for clarity and these notes were added. NO DATA PRESENT IN IT'S DATABASE IN RESPONSE TO THE QUERIES DESCRIBED WAS REMOVED OR MODIFIED AND NO DATA WAS ADDED OTHER THAN THESE NOTES.

All databases queried for purposes of this response are maintained by IT in the regular course of its business and all data contained therein is recorded subsequent to and in the regular course of IT's business, and such data is collected at or near the time of the actual events documented therein. The data set forth above is a physical representation of the electronic data stored by IT in the regular course of its business, which is not usually recorded in physical form other than as electronic information, and such constitutes as exact a duplicate of such information as may reasonably be created.

# DEFENDANT'S EXHIBIT NO. 287

## (Chart on Easel Paper)

Original exhibit on file with the District Clerk.



50118.JFG  46  AUX
990402311  003  N N N N----



DEFENDANT'S
EXHIBIT
289
9/25/14 ks
OLIVAS
PENGAD 800-631-6989

50117.JPG   45   AUX
990402311 003   N N N N---

DEFENDANT'S
EXHIBIT
290
9/25/14 ks
PENGAD 800-631-6989

