

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-14-00412-CR

| | | |
|---|---|---|
| THOMAS OLIVAS, Appellant | § | On Appeal from the 372nd District |
| | § | Court |
| | § | of Tarrant County (1376698R) |
| V. | § | February 20, 2020 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT ON REMAND**

This appeal is on remand from the Court of Criminal Appeals.  This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth