IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS S. OLIVAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-385-O |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, *et al.* | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Now pending is Petitioner's motion for an extension of time to file a reply. ECF No. 17. After review and consideration of the motion, the Court finds that the motion should be granted.

It is therefore **ORDERED** that Petitioner's motion for extension of time (ECF No. 17) is **GRANTED**, such that Petitioner shall have until **October 3, 2022** to file any response to the Respondent's answer.

**SO ORDERED** this **6th day** of **September, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1